**ROCHE FREEDMAN LLP**
Kyle W. Roche (*pro hac vice* forthcoming)
Edward Normand (*pro hac vice* forthcoming)
Richard Cipolla (*pro hac vice* forthcoming)
Stephen Lagos (*pro hac vice* forthcoming)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rcfllp.com
Email: tnormand@rcfllp.com
Email: rcipolla@rcfllp.com
Email: slagos@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Plaintiff, Daniel Valenti, individually and on behalf of all others similarly situated, brings this action against Defendants, DFINITY USA Research LLC ("Dfinity USA"), DFINITY Foundation (the "Foundation", and with Dfinity USA, "Dfinity"), and Dominic Williams. Plaintiff bases his allegations as to his own acts upon personal knowledge, and upon information and belief as to the matters based on his attorneys' investigation. Plaintiff believes that discovery will reveal substantial additional evidence for the allegations herein. Plaintiff hereby alleges as follows:

## I.   INTRODUCTION

1.   Within the Class Period, from May 10, 2021, through the present, Defendants have promoted, offered, and sold throughout the United States unregistered securities called "ICP tokens," and have engaged in insider trading of such securities, in violation of federal law.[1]

2.   Defendants did not register ICP as a security with the Securities Exchange Commission ("SEC"); did not qualify for an exemption from the registration requirements; materially defrauded investors in connection with the promotion, offering, and sale of ICP; and have transacted in ICP in the Class Period while in possession of material, non-public information.

3.   On behalf of investors who have purchased ICP in the United States, and who have done so contemporaneously with Defendants' insider trading, Plaintiff brings suit to recover from Defendants the consideration paid for the ICP tokens, together with interest thereon; and to recover from Defendants their profits resulting from Defendants' fraudulent conduct and insider trading.

4.   Dfinity was required to file registration statements with the SEC for its sale of ICP, but failed to do so. By selling and promoting these unregistered security tokens to investors, and by transacting in them while in possession of material, non-public information, Defendants have reaped billions of dollars in profits.

5.   Starting in early 2017, Williams, the founder of Dfinity, began promoting his "Internet Computer" blockchain. Along with other employees of the Foundation and Dfinity USA, Williams

---

[1] ICP was formerly referred to as "DFN." For clarity, the Complaint refers to the token as ICP throughout the relevant time period, but the two terms refer to the same digital token.

**CLASS ACTION COMPLAINT**

wrote about the Internet Computer's promise in various internet posts, aimed at investors, that described the supposed utility of Dfinity's eventual network. The main purpose of these posts was to drum up demand for an ICO in 2018.

6.      Understanding the legal repercussions for selling unregistered securities as SEC crackdowns began during this period, Defendants delayed their 2018 ICO, bided their time, and continued to drum up demand and hype for ICP through posts. These posts, however, omitted the disclosures that securities laws and the SEC have deemed essential to investor protections in initial public offerings, including use of "plain English" to describe the offering; a required list of key risk factors; a description of key information and incentives concerning management; an explanation of how the proceeds from the offering would be used; and a standardized format that investors could readily follow. Without these critical risk disclosures, investors in ICP tokens were thus left to fend for themselves—precisely the opposite of what the securities laws require.

7.      After thus generating hype regarding the ICP tokens for years, Defendants finally sold ICP tokens to retail investors beginning on May 10, 2021. These Defendants thereby promoted, offered, and sold ICP through generalized solicitations using statements posted on the Internet and distributed throughout the United States and the rest of the world, such that these Defendants offered and sold the securities to Plaintiff and the general public in the United States.

8.      Defendants kept for themselves and sold into the market billions of dollars' worth of ICP tokens. After insiders began to sell massive quantities of these ICP tokens, and while Plaintiff and the other Class members were transacting in ICP tokens, the price of ICP tokens fell from a high of over $730 after issuance to around $60 today. Even by the volatile standards of the cryptocurrency market, this constituted an astonishing collapse in value.

9.      Defendants and related insiders had kept approximately 50% of the ICP tokens for themselves and solicited online exchanges of digital assets (known as "cryptocurrency exchanges") to list ICP tokens on their platforms and encourage purchases by a wide universe of investors. Defendants thus dumped massive amounts of ICP tokens on the open market, securing billions of

**CLASS ACTION COMPLAINT**

dollars of profits for themselves and driving the price down—all without any disclosure to the market of their intent to do so.

10.     Although ICP is a security, Dfinity did not register it as a security with the SEC and did not qualify for an exemption from registration requirements. The SEC's detailed "Framework" for analyzing digital assets, issued on April 3, 2019, indicates that ICP and other similar digital tokens are "investment contracts" and therefore securities under Section 2 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77b(a)(1).[2] Indeed, since the release of the Framework, the SEC has found the sale of comparable cryptocurrencies violated the Securities Act prohibition against the sale of unregistered securities.

11.     Defendants thus engaged in transactions that consisted of the solicitation, offer, and sale of securities without registering them as federal laws require for the protection of investors; and they transacted in these securities while in possession of material, non-public information while Plaintiff and the other Class members contemporaneously transacted in ICP.

12.     Plaintiff and the other Class members are entitled to recover the consideration they paid for the ICP tokens with interest thereon at the legal rate, or the equivalent in monetary damages plus interest at the legal rate, or else for their net losses. Plaintiff and the other Class members are further entitled to recover Defendants' ill-gotten gain from their misconduct.

## II.     PARTIES

13.     Plaintiff, Daniel Valenti, is a resident of Tampa, Florida. Plaintiff purchased ICP tokens, on Coinbase, beginning on May 10, 2021. Plaintiff purchased 45.2504 ICP tokens on May 10, 2021, and thereafter regularly transacted in ICP tokens through August 3, 2021. On his transactions in ICP tokens through that date, Plaintiff suffered substantial loss.

14.     Defendant DFINITY USA Research, LLC is a Delaware company headquartered in Palo Alto, California, at 411 Acacia Avenue.

---

[2] *Framework for "Investment Contract" Analysis of Digital Assets*, SEC (April 3, 2019), https://www.sec.gov/corpfin/framework-investment-contract-analysis-digital-assets#_ednref1.

**CLASS ACTION COMPLAINT**

15.     Defendant DFINITY Foundation is a Switzerland-based not-for-profit organization, with operations and employees in Palo Alto and San Francisco, California, in Zurich, Switzerland, and in Tokyo, Japan.

16.     Defendant Dominic Williams is the founder, President, and Chief Scientist of the Foundation and the CEO of Dfinity USA. Williams has resided in Palo Alto, California, since 2012.

## III.     JURISDICTION AND VENUE

17.     The Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff brings claims under Sections 5, 12(a)(1) and 15 of the Securities Act of 1933, 15 U.S.C. §§ 77e, 77*l*(a)(1), 77o, and under Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934, *id*. §§ 78j, 78t(a), 78t-1. This Court further has jurisdiction over the Securities Act claims pursuant to Section 22 of that Act, *id*. § 77v, and over the Exchange Act claims pursuant to Section 27 of that Act, *id*. § 78aa.

18.     The Court has personal jurisdiction over Defendants as a result of their acts occurring in or aimed at California in connection with the offer or sale of unregistered securities and Defendants' materially false and misleading statements and omissions regarding such securities.

19.     Venue is proper pursuant to 15 U.S.C. §§ 77v(a), 78aa(a), and 28 U.S.C. § 1391(b), in that this is a district wherein one or more Defendants is found or transacts business, where the offer or sale of ICP took place, and where a substantial part of the events or omissions giving rise to the claims occurred. Dfinity has operations and employees in San Francisco and Palo Alto, California; Williams resides in Palo Alto; Defendants sold ICP to persons in this district, made materially false and misleading statements and omissions regarding securities in this district, and transacted in ICO tokens in this district.

## IV.     FACTUAL ALLEGATIONS

### A.     Background of Crypto-Assets and ICP's Initial Coin Offering

20.     A crypto-asset is a digital asset designed to work as a medium of exchange or a store of value or both. Crypto-assets leverage a variety of cryptographic principles to secure transactions, control the creation of additional units, and verify the transfer of the underlying digital assets.

**CLASS ACTION COMPLAINT**

21.     Created in 2009, Bitcoin was the world's first decentralized crypto-asset.[3] With a current market capitalization of approximately $850 billion, Bitcoin is also the largest and most popular crypto-asset. Bitcoin spawned a market of other crypto-assets that, together with Bitcoin, have a current market capitalization of $1.8 trillion.

22.     One of the main features that Bitcoin popularized was the use of a distributed ledger to track the ownership and transfer of every bitcoin in existence. This distributed ledger is known as a blockchain. Blockchains are a the central technical commonality across most cryptocurrencies. While each blockchain may be subject to different technical rules and permissions based on the preferences of its creators, they are typically designed to achieve a form of decentralization.

23.     There are two main ways to obtain cryptocurrencies. One way is to be part of the framework of incentives to validate the transactions on the blockchain, under either a "Proof of Work" or "Proof of Stake" scheme. Users who expend resources to validate the blockchain get rewarded with newly minted tokens. This process is colloquially referred to as "mining" for Proof of Work blockchains or "validating" for Proof of Stake blockchains.

24.     A second and typically more common way to obtain cryptocurrencies is to acquire them from someone else. This often involves acquiring them through online crypto-asset exchanges. These exchanges are similar to traditional exchanges in that they provide a convenient marketplace to match buyers and sellers of virtual currencies.

25.     Bitcoin, for a time, was the only cryptocurrency available on exchanges. As cryptocurrencies grew in popularity, however, exchanges began listing other cryptocurrencies as well and trading volumes expanded. In early 2013, daily Bitcoin trading volumes hovered between $1 million and $25 million. By the end of 2017, daily Bitcoin trading volumes ranged between $200 million and $3.8 billion.

---

[3] Bitcoin and other crypto-assets are also commonly referred to as "cryptocurrencies" regardless of whether they are commodities (as the term implies) or securities.

5

**CLASS ACTION COMPLAINT**

26.     Ethereum is the second-most popular crypto-asset, with a market capitalization of approximately $325 billion. Ethereum was designed to enable "smart contract" functionality. A smart contract is a program that verifies and enforces the negotiation or performance of a contract. Smart contracts can be self-executing and self-enforcing, which theoretically reduces the transaction costs associated with traditional contracting.

27.     For example, a smart contract enables two parties to submit ether to a secure destination and automatically distribute the ether at the end of the month without any third-party action. The smart contract self-executes with instructions written in its code which get executed when the specified conditions are met. Since Ethereum first introduced the concept of smart contracts, many other companies have sought to create crypto-assets that improve on and compete with Ethereum in the smart contract ecosystem.

28.     Interest in crypto-assets began to accelerate towards the end of 2016, with prices growing at a rate historically unprecedented for any asset class. Over the course of 2017 alone, bitcoin's price increased from approximately $1,000 to approximately $20,000. On January 1, 2017, Ethereum was trading at approximately $8 per ether. Approximately one year later, it was trading at over $1,400 per ether—a return of approximately 17,000 percent over that period.

29.     This enthusiasm for crypto-assets prompted many entrepreneurs to raise funds through initial coin offerings, or ICOs. Often, as with ICP, these entrepreneurs would promise investors that the funds raised during the ICO would go to fund a new blockchain—commonly touted as revolutionary in some way—and that the tokens obtained at the ICO could be used on that new blockchain. Between 2017 and 2018, ICOs raised nearly $20 billion. None of these ICOs was registered with the SEC.

30.     On May 10, 2021, Dfinity "launched" the "Internet Computer" network and simultaneously listed ICP tokens for sale to the public (including U.S. investors) through Coinbase, a California-based crypto-asset exchange, and other exchanges. Defendants sold billions of dollars in ICP tokens to retail investors since that date.

6
**CLASS ACTION COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**B.     Defendants Solicit ICP Tokens Sales**

    **a.  Early ICP Fundraising**

31.     Williams has been touting the revolutionary functionality of the Internet Computer and the utility of ICP for several years. The first sale occurred in February 2017, when Williams announced that "a not-for-profit foundation in Zug called DFINITY Stiftung" would be conducting a "crowdsale" of future ICP tokens to fund the blockchain's development. This crowdsale was to be followed by a "main" round soon thereafter which would mimic the ICOs launching at that time. Williams also explained that 78% of the ICP created for the network would be earmarked for investors in the crowdsale (or "seed round") and main round.

32.     The main round never happened. Clearly recognizing that the ICP tokens are securities (indeed, the 2017 crowdsale was nominally blocked in the United States "due to regulatory uncertainties"), Dfinity eschewed using an ICO to raise funds in part because of the "regulatory hornets' nest" that surrounded ICOs at the time.

33.     Williams later admitted that Dfinity considered the "possibility of running an ICO," but the "regulatory environment," made it "impractical" because "ICO fundraising" is "generally still [a] grey legal territory." Williams acknowledged that a "securities regulator might well argue that [ICP tokens] are in fact investment contracts that investors are buying because they expect them to have value once the network has launched."

34.     Williams also backtracked, around this time, on the expectation that the vast majority of ICP would be reserved for early investors, and instead explained that approximately 50% of ICP tokens would be earmarked for Defendants, including Dfinity's team. Williams explained these ICP tokens would be given to insiders such as Dfinity employees "to help attract and motivate the world's best talent."

35.     In early 2018, Dfinity raised the "relatively small" amount of $61 million from "well-respected investors Andreessen Horowitz[4] and Polychain." Dfinity dubbed this the "Strategic

---

[4] Also known as "a16z".

7

**CLASS ACTION COMPLAINT**

Round." After this round, Dfinity promised that ICP tokens would be available to retail investors at a sale "run by regulated traditional exchanges" after its "network goes live."

### b. Defendants Tout the May 2021 ICP Token Launch

36.    In the period leading up to the May 2021 offering, Dfinity and Williams began to describe the network in increasingly laudatory terms, which became amplified in publications such as Forbes, Business Insider, and Bloomberg. As the *New York Times* would later explain, these efforts worked and "generated a lot of buzz" ahead of Dfinity's ICO, "the crypto equivalent to a company going public and listing shares for investors to buy."

37.    **May 2019**: Williams publicly states that the Dfinity network "reimagines software" and would be "incredible."

38.    **June / July 2020:** Dfinity's Twitter account promotes that "Billions of dollars are waiting to invest in the open web." A few days later, Dfinity published an article promoting investment in the "Internet Computer" project, noting that "Financial backers see tremendous upside in the open web's ability to create financial opportunities for innovation that previously didn't exist. . . . VCs are eager to deploy billions in capital to foster the decentralized web[.]"

39.    **February 2021**: Dfinity "convene[s] top investors and entrepreneurs" for an event entitled "Trillion Dollar Opportunity: How a New Internet Will Completely Reimagine Your Business Model" which addresses how "businesses can seize this opportunity."

40.    **March 2021**: Dfinity promotes the "Genesis Event" when ICP tokens would become available to retail investors on various internet and social medial channels.

41.    **April 2021**: Dfinity called the prospective ICP Genesis Event "the most anticipated event in blockchain."

42.    **May 2021**: To promote Dfinity and ICP, Williams participates in interviews with journalists from several different outlets, including *Bloomberg* and *Decrypt*.

**CLASS ACTION COMPLAINT**

43.   **May 4, 2021**: Williams states that Dfinity "represents the product of an unprecedented multi-year R&D effort, orchestrated by the DFINITY Foundation from research and development centers in Zurich, Palo Alto, San Francisco and Tokyo."

44.   **May 7, 2021**: Dfinity holds the Genesis Event, an hours-long, road-show type presentation which Williams plays a prominent role in. He explains that Dfinity's blockchain represents "a giant leap forward" allowing the running of smart contracts at web speed, that can serve web directly to users, that can increase its capacity with demand as needed, that is efficient, that governs itself, and that can provide better usability than those systems built on traditional technology." Williams went to so far as to say that the network using ICP will be "humanity's primary compute platform for building software" in 20 years. Dfinity employee Liz Yang (who is based in the San Francisco Bay Area) instructed the public that they could "begin acquiring the ICP utility token through approved channels such as exchanges very soon." Dfinity employee Michael Hunte (also based in the San Francisco Bay Area) described the launch of Dfinity network as "the dawn of the new open and free internet."

### c.   Defendants Seek to Monetize Dfinity's Buzz by Offering ICP Tokens on Major Crypto-Asset Exchanges

45.   On May 10, 2021, ICP was listed on multiple cryptocurrency exchanges, including Coinbase, Binance, Huobi, OKEx, Kucoin, CoinList, CoinEx, FTX, and others. ICP immediately catapulted to the upper echelon of crypto-assets, quickly peaking at a market capitalization of over $45 billion, which placed it within the top-10 crypto-assets in the world.

46.   As one Twitter observer commented, this was uncommon in crypto-asset listings: "Major exchanges listing $ICP all at once, never happened before." Not only would Dfinity have to take affirmative steps to list ICP with any given exchange (including by applying to be listed, paying listing fees, and paying transaction fees incurred selling ICP on those exchanges), this simultaneous listing, as *Coin Telegraph* reported, "reflected a carefully structured strategy by Dfinity, the Zurich-based nonprofit backing Internet Computer, that landed ICP tokens right into the conscience of everyday traders."

**CLASS ACTION COMPLAINT**

47.     Defendants planned these listings in advance to create secondary trading markets, especially in the United States, in which to dump their ICP tokens. Indeed, Dfinity insiders ultimately deposited at least 2 million ICP tokens with Coinbase on May 10. Listing with the California-based Coinbase was a wise strategic choice because it is the largest and most well-established crypto-asset exchange in the United States with more than 50-million users.

48.     At the same time, during this period, Dfinity promoted investment research reports from well-known sources in the crypto space. For example, on May 10, Yang tweeted: "Messari wrote an in-depth report on the Internet Computer." As described by *Coindesk*, "Messari is an online database for the crypto industry that provides data insights, pricing, and research on crypto-assets through an open-source library of information. It seeks to be the crypto industry's equivalent of Crunchbase and the US Security and Exchange Commission's EDGAR database, which contains company registration statements and reports among other documents, all of which are publicly available."

49.     The report that Yang referenced, which was linked in her tweet, indicated that ICP tokens had a "fully diluted market cap" of $85 million. The report explained that "Dfinity is one of crypto's most well-funded and publicized projects." The report also provided information for investors regarding how tokens were to be allocated among different groups of investors and outlined restrictions to be imposed on those investors' tokens. The report included the table copied below to summarize the allocation of ICP tokens:

10
**CLASS ACTION COMPLAINT**

**▶◀ M E S S A R I**

**Genesis Token Allocation**

Total token distribution on May 10 2021

| | Genesis Initial State Allocations | % | Number of Participants |
|---|---|---|---|
| Early Contributors | 44,575,228 | 9.50% | <50 |
| Seed | 115,986,694 | 24.72% | 370 |
| Strategic Partnerships | 32,845,140 | 7.00% | <50 |
| Presale | 23,295,828 | 4.96% | 110 |
| Strategic Partnerships | 17,795,770 | 3.79% | <50 |
| Community Airdrop | 3,763,448 | 0.80% | 50,000+ |
| Initial Community and Developer | 2,242,179 | 0.48% | <50 |
| Node Operators | 1,050,000 | 0.22% | 57 |
| Internet Computer Association | 20,000,000 | 4.26% | 1 |
| Team Members | 84,480,829 | 18.00% | 200 |
| Advisors and Other Third-parties | 11,239,705 | 2.40% | <50 |
| DFINITY Foundation | 111,938,888 | 23.86% | 1 |
| **Total** | **469,213,709** | **100.0%** | |

Data as of: May 10, 2021
Source: Dfinity, Messari

50.    As the table above demonstrates, the Foundation itself owns nearly 25% of ICP tokens, Dfinity's team members own 18%, and Dfinity's advisors own 2.4%. The Internet Computer Association, another nonprofit that was formed shortly before May 10, and that Williams regards as an insider, owns another 4%.

51.    The Messari report also explained that "[t]here will be 469,213,710 ICP tokens at genesis" and noted that (i) tokens allocated to "Strategic" investors (like Andreessen and Polychain) would be subject to a three-year vesting period and (ii) tokens allocated to "Presale" investors would be subject to a one-year vesting period. Those vesting periods, according to Messari, would start "from mainnet launch (May 2021)." Yang has referred to Messari as her "favorite" crypto-asset research firm and noted that it "has some of the finest crypto research in the space." On the same day, Dfinity (through Williams) also announced that "Seed" investors' ICP would be subject to a four-year vesting period, and that "Community Airdrop" investors' ICP would be subject to a one-year vesting period.

52.    On May 11, Dfinity tweeted: "New research profile from @BinanceResearch: The #InternetComputer is a layer-1 protocol to become a blockchain network that evolves the internet. As of May 10, 2021, total supply of ICP is 469,213,710 and current circulating supply is

125,067,597 (~26.65%)." Dfinity's tweet linked to the report from Binance, one of the world's largest crypto-asset exchanges. That report included, on a panel on the left-hand side, an icon indicating the current price of ICP with a button stating: "Trade now."

53.    In further promoting ICP, Dfinity has built and touted its relationships with crypto investing companies. In a *Medium* post from June 2021, Williams noted that there was a "boost of institutional demand" for ICP and linked to a press release from Crypto Finance. That press release explains that the "Crypto Finance Group provides institutional and professional investors a full suite of crypto asset products and services." The press release announced that Crypto Finance "now enables trading and secure storage for the Internet Computer Protocol (ICP)."

### C.    May 10, 2021 – Defendants Dump ICP Tokens

54.    Defendants' solicitation and promotion worked: ICP opened up as one of the mostly highly anticipated ICOs of all time, and the price of ICP quickly rose to $731 per token, repeatedly reaching over $600 per token. Within hours, however, the price had begun to fall.

55.    ICP's volatile first day of trading attracted significant media attention. *Coin Telegraph* marveled that "dollar bids for the token surged to as high as $3,093" on Binance, a major crypto-asset exchange, and observed that "a berserk trading sentiment" landed "ICP on the list of the top 10 cryptocurrencies by market capitalization, surpassing even veterans such as XRP, Dogecoin (DOGE), and Cardano (ADA), and reaching as high as the fourth spot." *Decrypt* observed that ICP "immediately leaped into the top 10 cryptocurrencies on CoinMarket Cap."

56.    Within the next few weeks, the price continued to drop. By the end of May, ICP was trading at $110 per token, and by late June ICP hit the $45 mark that it hovers around today.

57.    Public reporting and other available data explain the reason for this volatility: dumping of ICP tokens by Defendants and their affiliates and/or insiders. Arkham Intelligence published a report on June 28, 2021, concluding that Dfinity and its insiders deposited at least 18.9 million ICP, worth approximately $3.6 billion at the time of deposits, to four exchanges, with Coinbase receiving at least 2 million ICP on May 10 from Dfinity, and another 4.7 million ICP from

Dfinity on June 15. Arkham reported that, from May 10 to June 28, Dfinity directly deposited 8.3 million ICP on exchanges, Dfinity transferred 34.1 million ICP to insiders, and those insiders deposited 10.7 million of that ICP on exchanges.

58.     Data from the website ic.rocks, which tracks ICP transactions, corroborates Arkham's analysis. That data shows that, on May 10, approximately 4 million ICP tokens were sold on Coinbase. Nearly all of those tokens were sold by just twenty different accounts, which received their ICP directly from Dfinity around that time. A research report from Cycle Dao, published at the end of June 2021, shows that "Seed" and "Early Contributor" investors had access to only 1,660 ICP on May 10. Statements from "Community Airdrop" and "Presale" investors, described below, show that they did not have access to any ICP on May 10. And Messari's report, endorsed by Dfinity, in addition to confirming that "Presale" investors did not have access to their tokens as of May 10, also indicates that "Strategic" investors did not have access to any tokens until May 30. Dfinity and its insiders were therefore responsible for the substantial majority of sales on that date.

59.     In addition, on May 24, a single account sold 2 million ICP on Coinbase; on June 15, another account sold approximately 5.2 million ICP on Coinbase; and from May 16 to July 28, another account sold approximately 6.5 million ICP on Coinbase. Each of these accounts received its ICP from Dfinity, and from no other source. These three sellers were responsible for selling nearly 14 million ICP between May 10 and July 28 on Coinbase.

60.     Data from ic.rocks shows that "Seed" and "Early Contributor" investors currently have access to only 3.25 million ICP total (and would have had access to even fewer tokens in May and June, due to the vesting requirements described below). And data from Messari, in the report endorsed by Dfinity, shows that "Strategic" and "Presale" investors would only have access to less than 3 million ICP until June 30. Dfinity and its insiders were therefore responsible for these large sales, in addition to many smaller sales that occurred over the same period. Upon information and belief, the Foundation was responsible for the sale of 2 million ICP on May 24, because, as explained below, Williams implicitly admitted that the Foundation sold ICP on that date and because the

**CLASS ACTION COMPLAINT**

Foundation was one of the few stakeholders that owned and controlled such a large amount of ICP as of that date.

61.    This dumping was possible only because, unlike other investors, Dfinity did not impose any vesting requirements or other sales restriction on itself or its insiders. That is, even after imposing restrictions on certain pre-ICO investors (including "Seed," "Strategic," "Presale," and "Community Airdrop" investors) and stating that there would be restrictions on Dfinity and its insiders, Dfinity left itself and its insiders free to dump ICP as it wished. To put it differently, Dfinity and its insiders were able to sell ICP on the open market to unsuspecting retail investors while outside investors were prohibited from selling their ICP.

62.    The purpose of the vesting restrictions that Dfinity imposed on outside investors was to ensure that Dfinity and its insiders could sell their ICP at the highest price possible. As the Messari report tweeted by Yang observed: "The higher the amount locked, the lower the circulating the supply , the more favorable price action is."

63.    Dfinity and its team dumped their ICP, moreover, while in possession of material nonpublic information, including regarding (i) vesting restrictions imposed on the majority of ICP tokens owned by Dfinity and its current and former team members and (ii) their intention to sell those tokens on the open market in volumes amounting to dumping. And notwithstanding that Dfinity and its team sold considerable amounts of ICP beginning on May 10, they did not disclose these facts to the retail investors like Plaintiff who purchased that ICP.

    D.    **Defendants' Cover-Up of Their ICP Token Dumping**

64.    This sequence of events came as a complete surprise to the market in general and to ICP's retail investors in particular. Indeed, Williams had repeatedly stated that insiders would not and could not dump tokens after the launch of Dfinity's blockchain, as summarized here:

    •    "Anyone imagining that Polychain and a16z are whales looking to flip their positions for a quick profit should consider this: tokens granted in exchange for 'strategic' round contributions came with a 3 year vesting schedule. Just like team members whose

incentive tokens are bound by even longer vesting schedules, they too are laser focused on building the future." (February 7, 2018 on Reddit).

- "To be clear, we remain totally committed to enabling as wide as participation as possible. We believe in a holistic approach that engages participation both from the wider community and specialists who add value through their special resources and skills, while also ensuring all participants are treated fairly (the idea of doing whale/insider sweetheart deals simply to benefit friends and associates is an anathema to us)." (February 7, 2018 on Reddit).

- "Hey just to be clear, the team does not own the endowment. We have salaries, offices, lawyers, acquisitions etc to pay down for years. We have employee incentive plans but currently minority. Decisions are made with respect to helping the foundation achieve its goals rather than personal desires for more tokens i.e. it's not like a startup where founders often own outsized chunks. We are a long term operation, which is why we did not dump all our tokens." (April 6, 2018 on Reddit).

65.     On the morning of May 10, 2021, moreover, the date of the ICO, Williams emphasized how important vesting schedules were to Dfinity's network. Indeed, in explaining why both "Seed" investors' and "Community Airdrop" investors' tokens would be subject to vesting requirements, he stated: "It is very important that the flow of liquid ICP tokens around the network is released on a schedule for the safety and security of ICP holders, the network, and its users while the underlying technology is being fettled and its ecosystem is being established."

66.     Based on the forgoing representations, and the material omissions associated with them, as discussed further below, investors reasonably believed on May 10 that (i) Dfinity's team members' tokens were subject to vesting periods that exceeded three years from May 10 and thus would not be able "to flip their positions for a quick profit"; (ii) Dfinity and its team were opposed to "insider sweetheart deals simply to benefit friends and associates"; (iii) Dfinity was a "long term operation" and it and its team therefore would not "dump" their tokens; and (iv) Dfinity and its team

15
**CLASS ACTION COMPLAINT**

regarded vesting schedules as "very important" to "the safety and security of ICP holders, the network, and its users" and thus would presumably subject themselves, like outside investors, to vesting requirements.

67.     In the ensuing months, however, it became clear that Dfinity did not impose on itself or its team any vesting requirements that prevented them from dumping their tokens on the open market, and making billions of dollars, while the price of ICP collapsed and retail investors were left with substantial losses.

68.     After May 10, as the price of ICP dropped, investors began asking questions. On May 18, 2021, a twitter user, after observing that Dfinity had "built a community of bagholders," asked Williams: "who supplied liquidity at launch?" Williams responded that day: "For regulatory reasons, the foundation and key early team members were locked up at launch for a week (it's the reverse of what people think)." Williams's statement was misleading or false because it suggested that neither Dfinity nor team members sold ICP at launch, when, in reality, they did. His statement also served as partial disclosure because it suggested that Dfinity and team members' tokens were *not* subject to any vesting requirements (but were instead only restricted for "regulatory reasons" for a one-week period). The price of ICP fell by nearly 16% that day.

69.     On May 26, 2021, a twitter user asked Williams: "What's a source/summary for token allocation, lock-in periods, & other guidelines, including for the foundation's tokens?" Williams responded that night via twitter: "Foundation didn't vest itself but plans on putting most of its ICP into neurons. It is doing this carefully to make sure foundation+team members don't control the network." In response to Williams's tweet, another user asked: "so you vested all of your investors, and even delayed the private round an extra month, while not vesting yourself at all… do you think that is fair? What about the vesting of the early contributors, the team, and Internet Computer Association?" Williams did not respond. In response to Williams's disclosure that the Foundation did not subject itself to any vesting requirements, the price of ICP fell by 9% the following day.

**CLASS ACTION COMPLAINT**

70.     On June 11, 2021, in response to a now-deleted Reddit post accusing Dfinity and its team of engaging in improper conduct, Williams stated:

> This is me, Dominic Williams. Whoever wrote this is just some slimy moron looking to exploit people's angst about the current market situation. Obviously, not one single team profile is fake. People also work full time, rather than being associates or advisers, as is so often the case in blockchain. The technical achievements of the project are manifest and towering, and would not have been possible without the organisation [sic] that exists. Meanwhile, the foundation, founders and directors weren't even able to sell initially because of regulatory lockups. The price drop was largely (it seems) due to people who have very low basis selling to lock in huge gains. But regardless about the reasons for what happened in this market, whoever wrote this piece is deliberately lying in order to exploit people's pain and it's disgusting. Moreover, it's slanderous and the false claims are prosecutable by law. I personally offer a reward of 100 ICP for whoever provides the identity of this individual so that we can consider prosecuting them for slander. You know where to find me.

71.     The same day, in a *Medium* post, Williams reiterated: "[T]he Foundation did NOT sell ICP tokens from its endowment at or soon after Genesis launch."

72.     In that post, Williams casted blame on two groups for collapsing the price of ICP. First, Williams blamed "Seed" investors:

> Despite Seed Donors divesting their ICP tokens, it's important to note this community of early supporters helped bootstrap the Internet Computer project. Moreover, many Seed Donors were also early supporters of Ethereum, and contributed to the Internet Computer project in February 2017 using ETH, which at the time was between $6-10. After patiently waiting nearly five years, we are now seeing token diversification from Seed Donors, who had a very low basis, to the broader community. DFINITY is grateful to our Seed Donors for their initial faith in Dominic Williams and early team members, and look forward to seeing them contribute to early Internet Computer ecosystem projects.

73.     Williams then blamed former employees: "Unfortunately, a significant portion of the irresponsible token divesting stemmed from former employees. The silver lining is that these tokens are now spread across supporters that continue to strengthen the Internet Computer community."

74.     Williams's statement that "the foundation, founders and directors weren't able to sell initially" was misleading or false because Dfinity and its team did in fact sell ICP on the ICO date, as well as in the days that followed. Williams's attempt to blame "Seed" investors and former employees for ICP's price collapse was likewise misleading, because Dfinity and its team sold ICP over the same period. Indeed, "Seed" investors were only able to access 1,660 ICP on May 10.

75.     Williams's statement that former employees had sold ICP was nevertheless a partial disclosure because it further suggested that Dfinity's team members were not subject to any vesting restrictions. Indeed, in response to that disclosure, the price of ICP fell by another 12% that day.

76.     Starting around this time, investors became increasingly skeptical of Defendants' claims that Dfinity and its team members had not sold ICP and that team members' tokens were subject to vesting restrictions that precluded such sales. This is reflected in Reddit comments during mid-to-late June 2021. On June 14, 2021, for example, one user asked: "Is it true that ICP creators dumped on launch and made a fortune before crashing the market?" On June 22, an investor asserted that "Dfinity foundation should buy back some of the icp it dumped." The same day, another user posited that "Dfinity and team sold 90 million tokens since Genesis." In response, one user noted: "I know for sure of 2 former team members who have sold at launch, they would be dumb not to, those are life-changing sums." Former Dfinity employees agreed. For example, one former employee explained, "you can add me to the list, so you know of 3. I left Dfinity in Jan of last year and sold a fair chunk of what I'd been holding." Another former employee similarly stated: "You can make that tally 5 if you are keeping track."

77.     By June 22, the price of ICP had dropped 40% from where it ended on June 11, the day where Williams claimed that Dfinity and its team were not selling ICP. This decrease reflected the market's realization that Dfinity and its team, who held approximately 50% of ICP tokens as of May 10, were not subject to any vesting requirements that prevented them from dumping their ICP on the market and were in fact dumping their ICP on the market.

78.     Defendants nonetheless continued to misrepresent critical facts to investors. On June 26, 2021, Yang doubled down on Dfinity's claims that team members were not responsible for selling ICP. That day, a twitter user asked: "the team of 200 got 84 million at Genesis, if that's not true can anyone verify maybe?" In response, Yang stated: "This narrative is absolutely untrue. The team, including myself, is on a vesting schedule. I know it's much more interesting and scandalous to believe otherwise. As the saying goes, why let the truth get in the way of a good story? However, the facts speak for themselves."

79.     Yang's statement that team members were "on a vesting schedule" was misleading or false because it suggested that team members were unable to sell their ICP tokens when, in reality, they were able to sell their tokens and did in fact sell their tokens.

80.     That fact was further demonstrated on June 28, 2021, when Arkham Intelligence released its "Report on the Internet Computer Token." The report summarized:

> As of this writing, the Internet Computer token (ICP) has lost 95% of its value from its launch event in May, dropping from $730 to $30, and wiping out over $300 billion dollars of value based on ICP's total supply. These are astounding numbers in the crypto and financial world overall, even with the current market's volatile prices and soaring valuations. At its peak, ICP was the third most valuable crypto-asset, behind Bitcoin and Ethereum, and was worth as much by market cap as Mastercard, Bank of America, and PayPal. In its first month, ICP's price decreased more than any other top 100 token by a good margin. Altogether retail investors who bought ICP on Coinbase or other major crypto exchanges have lost millions if not billions of dollars.

81.     The Arkham report then summarized its findings:

- Addresses we suspect belong to the Dfinity treasury and project insiders have deposited 18.9 million ICP, worth ~$3.6 billion at the time of deposit, to exchanges.

  o The Treasury has directly deposited 8.3 million ICP, worth ~$2 billion at time of deposit, 94% of which was on two days: listing day of May 10th (3.1mm) and June 15 (4.7mm).

  o The Treasury sent 34.1 million ICP to 34 suspected insider addresses. These addresses have deposited 10.7 million ICP,

19

**CLASS ACTION COMPLAINT**

also worth ~$1.6 billion at time of deposit, intermittently over the weeks since listing.

  o  Deposits from the Treasury plus suspected insiders account for approximately 75% of total ICP deposits to exchanges.

- Based on a review of their public materials, Dfinity has not followed industry practices meant to demonstrate good faith and assure investors that project insiders won't trigger a price collapse through massive selling.

  o  Dfinity has not been transparent about token allocation and unlocking, unlike other major projects.

  o  It has nonetheless come out that Dfinity imposed 4-year vesting on small seed supporters, who collectively own about 25% of the ICP supply, while having no vesting for the Dfinity foundation, which also reportedly owns about 25% of the ICP supply.

  o  Many of these small seed supporters say they have found it extremely difficult, if not effectively impossible, to access their tokens.

82.    The following day, the *New York Times* picked up on the story, in an article written by Ephrat Livni and Andrew Ross Sorkin:

> Miguel Morel, the founder of Arkham Intelligence, a crypto analysis firm that followed the movements of ICP tokens on the blockchain, said that the price action and flaws in the coin offering process suggested "something went wrong." In an analysis that Arkham first shared with the DealBook newsletter, the firm noted that "a token dropping over 90 percent in the first month after launch is highly unusual for a project of this scale."

> The process for claiming ICP tokens stands out, because "Dfinity did not follow the playbook of other successful projects," Arkham said. "Instead, it appears they quietly allowed the treasury and insiders to send billions of dollars of ICP to exchanges, while making it extremely difficult for their longtime supporters to access the tokens they were promised."

20
**CLASS ACTION COMPLAINT**

83.     On that day, June 29, 2021, a Reddit user, in a detailed post, claimed that Dfinity "lied to investors, intentionally withheld important information, and may have committed fraud." On July 2, 2021, Williams responded:

> This post is a classic example of FUD and misinformation so I will respond for instructive purposes. The author sounds genuine, so they may just have lost themselves in conspiracy theories, but most authors of material like this turn out to be shills or sponsored by projects (or their investors) who are scared of the Internet Computer.
>
> Before illustrating the problem with the above post, I will repeat the following: Yes, the DFINITY Foundation and its founders and directors were locked up for the first week for regulatory and legal reasons. Yes, the DFINITY Foundation did not sell for the first couple of weeks (i.e. didn't sell even when it could and perhaps should have).
>
> Where did the mysterious supply come from? This is not difficult. There are probably 250 former and current team members that had accumulated vested tokens, there are investors from the Strategic and Presale rounds, there are ECT/Seed contributors, Airdrop participants etc etc so of course ICP were available . . . .

84.     Investors—at this point aware that Dfinity and its team were not subject to vesting requirements that precluded them from dumping their ICP on the market, and that Dfinity and its team had in fact dumped their ICP on the market—were unpersuaded. One "Presale" investor explained: "Pre-sale didn't get our tokens until after a month, so don't fucking blame us. Most seed-investors are still trying to figure out how your CLI works. Pre-sale got doubly fucked over, paying 70x more than seed because everything was 'so close to launch.' Also, in what universe does the team vest before investors?" A "Community Airdrop" investor expressed a similar view: "Airdrop participants didn't get their tokens at launch either. They had to wait until the price was around 100$ if I'm not mistaken. I remember it was two or three days after the Coinbase / Binance launch."

85.     By this point, the price of ICP had fallen by over 94% from its May 10 high. Defendants *still* have not revealed additional material information, including the vesting restrictions

imposed on their and their team's tokens or fully disclosed the amount of tokens that they and their team have sold and intend to sell. They have, however, continued to sell ICP.

**E.     The ICP Tokens Are Securities**

86.     On April 3, 2019, the SEC published a "Framework for 'Investment Contract' Analysis of Digital Assets," in which it "provided a framework for analyzing whether a digital asset is an investment contract and whether offers and sales of a digital asset are securities transactions." Among the most significant statements therein is the SEC's description of how to analyze the various facts surrounding ICOs in determining whether a given digital asset, like ICP, is a security. Under application of the Framework, ICP tokens are securities.

87.     In the Framework, the SEC cautioned potential issuers: "If you are considering an Initial Coin Offering, sometimes referred to as an 'ICO,' or otherwise engaging in the offer, sale, or distribution of a digital asset, you need to consider whether the U.S. federal securities laws apply." The SEC explained the basics of the *Howey* test:

> The U.S. Supreme Court's *Howey* case and subsequent case law have found that an "investment contract" exists when there is the investment of money in a common enterprise with a reasonable expectation of profits to be derived from the efforts of others. The so-called "*Howey* test" applies to any contract, scheme, or transaction, regardless of whether it has any of the characteristics of typical securities. The focus of the *Howey* analysis is not only on the form and terms of the instrument itself (in this case, the digital asset) but also on the circumstances surrounding the digital asset and the manner in which it is offered, sold, or resold (which includes secondary market sales). Therefore, issuers and other persons and entities engaged in the marketing, offer, sale, resale, or distribution of any digital asset will need to analyze the relevant transactions to determine if the federal securities laws apply.

Investors who bought ICP tokens invested money or other valuable consideration, such as bitcoin and ether, in a common enterprise—Dfinity. Investors had a reasonable expectation of profit based upon the efforts of Dfinity, including, among other things, Dfinity building a successful network that achieved widespread use.

a.  **ICP Investors Invested Money**

88.    Investors in Dfinity made an investment of money or other valuable consideration for purposes of *Howey*. The Framework states: "The first prong of the *Howey* test is typically satisfied in an offer and sale of a digital asset because the digital asset is purchased or otherwise acquired in exchange for value, whether in the form of traditional (or fiat) currency, another digital asset, or other type of consideration."

89.    ICP tokens have been listed on many crypto-asset exchanges, and those crypto-asset exchanges permit investors to purchase ICP with bitcoin and ether and other digital assets.

b.  **ICP Investors Participated in a Common Enterprise**

90.    The SEC Framework states: "In evaluating digital assets, we have found that a 'common enterprise' typically exists." This is "because the fortunes of digital asset purchasers have been linked to each other or to the success of the promoter's efforts."

91.    The ICP tokens are no different. Investors are passive participants, and the profits of each investor are intertwined with those of both Defendants and of other investors. Defendants are responsible for supporting and building ICP, pooled investors' assets, and effectively controlled those assets. Defendants also retained a significant stake in ICP, approximately 50%, thus sharing in the profits and risk of the venture.

c.  **Investors Purchased the ICP Tokens with a Reasonable Expectation of Profit from Owning Them**

92.    As to "reasonable expectation of profits," the SEC Framework states: "A purchaser may expect to realize a return through participating in distributions or through other methods of realizing appreciation on the asset, such as selling at a gain in a secondary market."

93.    Investors in the ICP tokens, including Plaintiff and the other Class members, made their investment with a reasonable expectation of profits.

94.    Alluding to the "AP" (the "Active Participant"), which is the promoter, sponsor, or other third party that "provides essential managerial efforts that affect the success of the enterprise," the Framework identifies a series of factually intense questions underscoring both the time the SEC

23
**CLASS ACTION COMPLAINT**

had spent considering these issues and the challenges a layperson would face in analyzing whether a digital asset constitutes a security.

95.     The Framework lays out a number of characteristics to assess whether the "reasonable expectation of profits" element is met with respect to whether digital assets (such as ICP) thereby satisfy the *Howey* test. These include factors such as whether the asset is tradable on an exchange, whether investors can buy more assets than they would individually need to use the technology, if it is marketed as an investment, and the lack of an existing product with which to use the assets.

96.     The SEC Framework clarifies that investors purchased the ICP tokens with a reasonable expectation of profits. Indeed, Defendants touted the potential for ICP tokens to increase in value, with Williams stating on February 1, 2017, that the tokens may "gain value" and that it will be "useful for the network" if they do. Defendants ensured that ICP tokens were listed on every major crypto-asset exchange and engaged in a months'-long campaign to generate interest in those tokens.

### d.  ICP Investors Expected Profits from ICP to Be Derived from Defendants' Managerial Efforts

97.     The SEC Framework provides that the "inquiry into whether a purchaser is relying on the efforts of others focuses on two key issues: Does the purchaser reasonably expect to rely on the efforts of an [Active Participant]? Are those efforts 'the undeniably significant ones, those essential managerial efforts which affect the failure or success of the enterprise,' as opposed to efforts that are more ministerial in nature?" The more of the following characteristics (among others) that are present, "the more likely it is that a purchaser of a digital asset is relying on the 'efforts of others'":

- An ["Active Participant" or "AP"] is responsible for the development, improvement (or enhancement), operation, or promotion of the network.
- The AP is expected to perform essentials tasks.
- The AP controls the market for the digital asset, such as by limiting supply.
- The AP has a lead role in the development of the network or role of the digital asset.
- The AP decides who receives digital assets and under what conditions.

24<br>**CLASS ACTION COMPLAINT**

- The AP distributes the digital asset to internal team members as compensation.

98.   Shifting its focus to the numerous facts bearing on the nature of the digital asset at issue, the SEC explained still further that the greater the presence of the following factors (among others), the less likely the *Howey* test is met:

- The distributed ledger network and digital asset are fully developed and operational.

- Holders of the digital asset are immediately able to use it for its intended functionality on the network, particularly where there are built-in incentives to encourage such use.

- The digital assets' creation and structure is designed and implemented to meet the needs of its users, rather than to feed speculation as to its value or development of its network.  For example, the digital asset can only be used on the network and generally can be held or transferred only in amounts that correspond to a purchaser's expected use.

- Prospects for appreciation in the value of the digital asset are limited.

- With respect to a digital asset referred to as a virtual currency, it can immediately be used to make payments in a wide variety of contexts, or acts as a substitute for real (or fiat) currency.

- With respect to a digital asset that represents rights to a good or service, it currently can be redeemed within a developed network or platform to acquire or otherwise use those goods or services.

- If the AP facilitates the creation of a secondary market, transfers of the digital asset may only be made by and among users of the platform.

99.   Investors' profits in ICP tokens were to be derived from the managerial efforts of others—specifically, Dfinity and its founders, including Williams, and development teams. ICP token investors rely on the managerial and entrepreneurial efforts of Dfinity and their executive and development teams to manage and develop Dfinity's network, as well as projects funded by Defendants' sales of ICP to the public.

100.   Under the SEC's Framework, ICP tokens satisfy most if not all of the relevant SEC factors as to whether a digital asset is a security. Dfinity created ICP tokens from thin air. Dfinity

represented that it would develop an ecosystem (*i.e.*, the overall network of individuals using ICP or participating in the development of its network) that would increase the value of ICP tokens. Plaintiff and the other Class members reasonably expected Dfinity to provide significant managerial efforts, to develop and improve the ICP ecosystem, to develop and sustain a supportive network, and to secure listings at exchanges through which ICP tokens could be traded or liquidated. And Dfinity represented that it would provide significant managerial efforts to achieve these objectives.

101.   Indeed, Dfinity has acknowledged that their "mission is to build, promote, and maintain [Dfinity's network]." Williams's statements, as well as those made by Dfinity, demonstrate that the price of ICP tokens is dependent on whether Dfinity's network succeeds. In a February 2017 *Medium* post, for example, Williams explained how ICP tokens would become "valueless" if Dfinity's mission failed and how "markets will react very swiftly to punish" the price of ICP if its stakeholders made poor decisions with respect to the development of the network. Dfinity's website similarly states that ICP "[t]okens reflect the value of the [network] and can fluctuate." The price of ICP tokens thus depends on whether Defendants succeed in their "mission" to make their product a success.

102.   In a further demonstration that investors' profits were dependent on Defendants' efforts, Defendants represented that Dfinity would use the proceeds of ICP token sales to help develop Dfinity's network. In *Medium* posts, for example, Williams stated that such tokens could be "sold to raise funds for salaries and offices, granted to team members to help attract and motivate the world's best talent, for acquisitions of technology and teams, and many other potential purposes." He further stated that such tokens could be used "to fund aggressive operations for years in the mode of an agile Silicon Valley startup (which is the best way to make the Internet Computer a mass market phenomenon)."

F.   **The SEC Has Concluded That Tokens Such As ICP Are Securities**

103.   The SEC has found that several tokens very similar to ICP, issued between 2017 and the present, are securities.

104.    On September 30, 2019, for example, the SEC found that Block.one had violated the Securities Act through its unregistered sale to U.S. investors of its EOS token.

105.    In arriving at its determination that the EOS token is a security, the SEC reached the following conclusions:

- "A number of US investors participated in Block.one's ICO."

- "Companies that offer or sell securities to US investors must comply with the securities laws, irrespective of the industry they operate in or the labels they place on the investment products they offer."

- "Block.one did not provide ICO investors the information they were entitled to as participants in a securities offering."

- "[EOS] Tokens were securities under the federal securities laws"

- "A purchaser in the offering of [EOS] Tokens would have had a reasonable expectation of obtaining a future profit based upon Block.one's efforts, including its development of the EOSIO software and its promotion of the adoption and success of EOSIO and the launch of the anticipated EOSIO blockchains."

- "Block.one violated Sections 5(a) and 5(c) of the Securities Act by offering and selling these securities without having a registration statement filed or in effect with the Commission or qualifying for an exemption from registration."

As a result of the SEC's enforcement action, Block.one consented to a settlement whereby it would pay $24 million to the SEC.

106.    In December 2020, the SEC sued Ripple Labs Inc. and its executives for conducting a $1.3 billion unregistered, ongoing digital asset securities offering of its token, "XRP," several years after its offering and after millions of users used it. The SEC alleged that because Ripple held so much XRP itself, XRP holders necessarily depended on the efforts of Ripple to maintain the value of XRP. Ripple itself promoted XRP and touted its ability to create demand for XRP.

**CLASS ACTION COMPLAINT**

**G.     Plaintiff and the Other Class Members Have Suffered Significant Damages from Defendants' Actions**

107.   As a direct result of Defendants' misconduct, Plaintiff and the other Class members—many of whom are retail investors who lack the technical and financial sophistication necessary to have evaluated the risks associated with their investments in the ICP token—have suffered significant damages in an amount to be proven at trial. The ICP tokens today are worth far less than the price the Class members paid for them. Inasmuch as Plaintiff and the other Class members still hold ICP tokens, they demand rescission and make any necessary tender of the ICP tokens.

**V.     CLASS ALLEGATIONS**

108.   Plaintiff brings this action as a class action pursuant to Fed. R. Civ. P. 23 and seeks certification of the following Class: All persons who purchased ICP tokens from May 10, 2021, to the present.

109.   The Class includes individuals who purchased ICP tokens in the ICO and individuals who purchased ICP tokens in sales made through online cryptocurrency exchanges.

110.   The Class excludes Defendants, their officers and directors, and members of their immediate families or their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest. The Class also excludes individuals subject to any enforceable arbitration clause contained in any of the purchase agreements executed in connection with the ICP ICO. The Class also excludes individuals who, during the Class Period, sold all of their ICP tokens at a price higher than the price at which they purchased them.

111.   Plaintiff reserves the right to amend the Class definition if investigation or discovery indicate that the definition should be narrowed, expanded, or otherwise modified.

112.   The Class members are so numerous that joinder of all members is impracticable. The precise number of Class members is unknown to Plaintiff at this time, but it is believed to be in the tens of thousands.

113.   The Class members are readily ascertainable and identifiable. Class members may be identified by publicly accessible blockchain ledger information and records maintained by

28

**CLASS ACTION COMPLAINT**

Defendants, cryptocurrency exchanges, or its agents. They may be notified of the pendency of this action by electronic mail using a form of notice customarily used in securities class actions.

114.   Plaintiff's claims are typical of the claims of the Class members as all Class members are similarly affected by Defendants' respective wrongful conduct in violation of the laws complained of herein. Plaintiff does not have any interest that is in conflict with the interests of the Class members.

115.   Plaintiff and the other Class members sustained damages from Defendants' common course of unlawful conduct based upon the loss in market value of the ICP token.

116.   Plaintiff has fairly and adequately protected, and will continue to fairly and adequately protect, the interests of the other Class members and have retained counsel competent and experienced in class actions and securities litigation. Plaintiff has no interests antagonistic to those of the Class members.

117.   Common questions and answers of law and fact exist as to all Class members and predominate over any questions solely affecting individual Class members, including but not limited to the following:

- Whether an ICP token is a security under federal law;

- Whether Defendants unlawfully failed to register ICP tokens as a security under federal law;

- Whether Defendants offered or sold ICP tokens to Class members;

- Whether Defendants promoted or solicited the sale of ICP tokens to Class members;

- Whether Defendants engaged in insider trading of ICP tokens, and whether they did so contemporaneously with Plaintiff's and the other Class members' transactions in ICP tokens;

- Whether the Class members suffered damages as a result of Defendants' conduct in violation of federal law;

- Whether the Class members are entitled to recover the monies they paid for their purchases of ICP; and

29
**CLASS ACTION COMPLAINT**

- Whether the Class members are entitled to recover from Defendants some or all of their ill-gotten gain as a result of their violation of federal law.

118.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. In addition, as the damages suffered by some of the individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for Class members to individually redress the wrongs done to them.

119.   There will be no difficulty in the management of this action as a class action.

**FIRST CAUSE OF ACTION**
**Sections 5 and 12(a)(1) of the Securities Act**
**(Against Defendants)**

120.   Plaintiff incorporates the allegations above.

121.   Plaintiff brings this claim for violations of Sections 5 and 12(a)(1) of the Securities Act, 15 U.S.C. §§ 77e, 77l(a)(1).

122.   Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to the present.

123.   Section 5(a) states: "Unless a registration statement is in effect as to a security, it shall be unlawful for any person, directly or indirectly (1) to make use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise; or (2) to carry or cause to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale." *Id.* § 77e(a).

124.   Section 5(c) makes in unlawful "for any person, directly or indirectly, to make use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed as to such security, or while the registration statement

is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under section 77h of this title." *Id.* § 77e(c).

125. When sold and issued, in May 2021, the ICP tokens were securities within the meaning of Section 2(a)(1) of the Securities Act, *id*. § 77b(a)(1), and Dfinity is an issuer of the ICP that Plaintiff and the other Class members have purchased, *id*. § 77b(a)(4).

126. Defendants promoted, solicited, or sold purchases of ICP tokens from Plaintiff and other Class members with the motivation to serve their own financial interest.

127. Defendants directly or indirectly made use of means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to sell securities, or to carry or cause such securities to be carried through the mails or in interstate commerce for the purpose of sale or for delivery after sale. No registration statements have been filed with the SEC or have been in effect with respect to any of the offerings alleged herein.

128. Section 12(a)(1) provides in relevant part: "Any person who offers or sells a security in violation of section 77e of this title . . . shall be liable, subject to subsection (b), to the person purchasing such security from him, who may sue either at law or in equity in any court of competent jurisdiction, to recover the consideration paid for such security with interest thereon, less the amount of any income received thereon, upon the tender of such security, or for damages if he no longer owns the security." *Id.* § 77*l*(a)(1).

129. Accordingly, Defendants have violated Sections 5(a) and 5(c) of the Securities Act, *id*. §§ 77e(a), 77e(c), and are liable under Section 12(a)(1), *id*. § 77*l*(a)(1).

130. Plaintiff and the other Class members seek rescissory damages with respect to their purchases of ICP tokens in the May 2021 offering.

### SECOND CAUSE OF ACTION
**Section 15 of the Securities Act**
**(Against Williams)**

131. Plaintiff incorporates the allegations above.

132. Plaintiff brings this claim under Section 15 of the Securities Act, 15 U.S.C. § 77o.

133.   Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to the present.

134.   Section 15(a) states: "Every person who, by or through stock ownership, agency, or otherwise, or who, pursuant to or in connection with an agreement or understanding with one or more other persons by or through stock ownership, agency, or otherwise, controls any person liable under sections 77k or 77l of this title, shall also be liable jointly and severally with and to the same extent as such controlled person to any person to whom such controlled person is liable, unless the controlling person had no knowledge of or reasonable ground to believe in the existence of the facts by reason of which the liability of the controlled person is alleged to exist." *Id*. § 77o(a).

135.   Williams, by virtue of his offices, stock ownership, agency, agreements or understandings, and specific acts, at the time of the wrongs alleged herein, and as set forth herein, had the power and authority to direct the management and activities of Dfinity and its employees, and to cause Dfinity to engage in the wrongful conduct complained of herein, in connection with the May 2021 offering of ICP tokens.

136.   As the founder and Chief Scientist at the Foundation, and the CEO at Dfinity USA, Williams had and exercised the power and influence to cause the unlawful solicitation of purchases of ICP tokens in connection with the May 2021 offering of ICP tokens, with the power to direct or cause the direction of the management and policies of Dfinity.

137.   Williams had sufficient influence to have caused Dfinity to solicit transactions of securities in connection with the May 2021 offering of ICP tokens, and he himself participated in the solicitation of such transactions.

138.   By virtue of the conduct alleged herein, Williams is liable for the wrongful conduct complained of herein and are liable to Plaintiff and the other Class members for rescission and/or damages suffered.

**THIRD CAUSE OF ACTION**
**Section 10(b) and Rule 10b-5**
**(Against Defendants)**

139.   Plaintiff incorporates the allegations above.

140.   Plaintiff brings this claim for violations of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(b) promulgated thereunder, 17 C.F.R. § 240.10b-5(b).

141.   Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to June 22, 2021.

142.   The ICP tokens are securities within the meaning of Section 2(a)(1) of the Securities Act, 15 U.S.C. § 77b(a)(1). Defendants sold ICP tokens to Plaintiff and the other Class members in connection with the May 2021 offering.

143.   Section 10(b) and Rule 10b-5(b) make it illegal, in connection with the purchase or sale of any security, "for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange . . . to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading."

144.   Defendants carried out a plan, scheme, and course of conduct that Dfinity intended to and did deceive the retail investors—Plaintiff and the other Class members—who acquired ICP tokens in the May 2021 offering and thereby caused them to purchase ICP tokens at artificially inflated prices.

145.   In connection with the May 2021 offering of ICP tokens, Defendants disseminated and approved the false statements described herein, which these Defendants knew or recklessly should have known were materially misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not materially misleading.

33
**CLASS ACTION COMPLAINT**

146.   Defendants employed devices, schemes, and artifices to defraud; made untrue statements of material fact and omitted to state material facts necessary to make the statements made not misleading; and engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the Class members that resulted in artificially high market prices for ICP tokens in connection with the May 2021 offering, in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

<u>Misrepresentations and Omissions</u>

147.   Defendants' untrue statements and omissions of material facts in connection with the May 2021 offering of ICP tokens include at least the following:

(a) On February 7, 2018, speaking for and on behalf of Dfinity, Williams publicly stated on Reddit: "Anyone imagining that Polychain and a16z are whales looking to flip their positions for a quick profit should consider this: tokens granted in exchange for 'strategic' round contributions come with a 3 year vesting schedule. Just like team members whose incentive tokens are bound by even longer vesting schedules, they too are laser focused on building the future." In this statement and thereafter, however, Dfinity has never disclosed the details of any such vesting schedules, which was material information. In addition, in order to make this statement not misleading, in connection with the May 2021 offering, Defendants were obligated to (but did not) disclose that (i) the Foundation was not subject to any vesting schedule, (ii) any applicable vesting periods would nevertheless allow Dfinity insiders (including Dfinity USA and Dfinity's current and former team members) to immediately sell substantial amounts of ICP on crypto-asset exchanges like Coinbase, (iii) Dfinity and its insiders intended to deposit tens of millions of these tokens on such exchanges, and (iv) thus that Dfinity and its insiders intended to profit massively from the offering. If Williams was referring to vesting periods that began prior to May 10, 2021, his statement was further

34
**CLASS ACTION COMPLAINT**

misleading because he had previously indicated that ICP tokens would not even be allocated until the network was launched. Investors thus reasonably understood Williams to be referring to vesting periods that began on the launch date, as reflected by Messari's report, which noted that vesting would not begin until launch and which was retweeted by Dfinity representative Liz Yang.

(b) On February 7, 2018, speaking for and on behalf of Dfinity, Williams publicly stated: "We believe in a holistic approach that engaged participation from the wider community and specialists who add value through their special resources and skills, while also ensuring all participants are treated fairly (the idea of doing whale/insider sweetheart deals simply to benefit friends and associates is an anathema to us)." In order to make this statement not misleading, in connection with the May 2021 offering, Defendants were obligated to (but did not) disclose that (i) the Foundation was not subject to any vesting schedule, (ii) any applicable vesting periods would nevertheless allow Dfinity insiders (including Dfinity USA and Dfinity's current and former team members) to immediately sell substantial amounts of ICP on crypto-asset exchanges, (iii) the ICP tokens of outside investors (including "Seed," "Strategic," "Presale," and "Community Airdrop" investors) were subject to vesting requirements that would prevent such investors from similarly selling ICP on crypto-asset exchanges, (iv) Dfinity and its insiders intended to deposit tens of millions of these tokens on such exchanges, and (v) thus that Dfinity and its insiders intended to profit massively from the offering while at the same time restricting the ability of outside investors to profit from that same offering.

(c) On April 6, 2018, speaking for and on behalf of Dfinity, and addressing whether the tokens allocated to Dfinity and its insiders would be locked up, Williams publicly stated: "Hey just to be clear, the team does not own the endowment. We

**CLASS ACTION COMPLAINT**

have salaries, offices, lawyers, acquisitions etc to pay down for years. We have employee incentive plans but currently minority. Decisions are made with respect to helping the foundation achieve its goals rather than personal desires for more tokens i.e. it's not like a startup where founders often own outsized chunks. We are a long term operation, which is why we did not dump all our tokens." In order to make these statements not misleading, in connection with the May 2021 offering, Defendants were obligated to (but did not) disclose that (i) the Foundation was not subject to any vesting schedule, (ii) any applicable vesting periods would nevertheless allow Dfinity insiders (including Dfinity USA and Dfinity's current and former team members) to immediately sell substantial amounts of ICP on crypto-asset exchanges like Coinbase, (iii) Dfinity and its insiders reserved the right to liquidate their tokens far more than necessary to pay expenses, (iv) Dfinity and its insiders intended to deposit tens of millions of these tokens on such exchanges, and (v) thus that Dfinity and its insiders intended to profit massively from the offering in furtherance of their "personal desires" as opposed to "helping the foundation achieve its goals."

(d) On May 10, 2021, speaking for and on behalf of Dfinity, addressing the vesting restrictions on "Seed" and "Airdrop" ICP tokens, which had been announced without any notice prior to the offering, Williams publicly stated: "It is very important that the flow of liquid ICP tokens around the network is released on a schedule for the safety and security of ICP holders, the network, and its users while the underlying technology is being fettled and its ecosystem is being established." This statement indicated that Dfinity viewed it as important that "the flow of liquid ICP tokens around the network" be "released on a schedule," and thus implied that Dfinity and its team's tokens were subject to vesting requirements. In order to make this statement not misleading, in connection with

**CLASS ACTION COMPLAINT**

the May 2021 offering, Defendants were obligated to (but did not) disclose that (i) the Foundation was not subject to any vesting schedule, (ii) any applicable vesting periods would nevertheless allow Dfinity insiders (including Dfinity USA and Dfinity's current and former team members) to immediately sell substantial amounts of ICP on crypto-asset exchanges like Coinbase, (iii) Dfinity and its insiders intended to deposit tens of millions of these tokens on such exchanges, and (iv) thus that Dfinity and its insiders intended to profit massively from the offering.

(e) On May 18, 2021, speaking for and on behalf of Dfinity, Williams publicly stated: "For regulatory reasons, the foundation and key early team members were locked up at launch for a week." In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that Dfinity USA and Dfinity insiders (apart from the unidentified "key early team members") were not locked up at launch for a week and were not subject to vesting schedules that precluded them dumping, as they had done, a substantial portion of their ICP tokens on the market over the prior week or that precluded them from continuing to trade in the tokens at such volumes going forward.

(f) On May 26, 2021, speaking for and on behalf of Dfinity, Williams publicly stated: "Foundation didn't vest itself but plans on putting most of its ICP into neurons. It is doing this carefully to make sure foundation+team members don't control the network." In addition to confirming that the Foundation had not been subject to any vesting requirements, in order to make this statement not misleading, Defendants were obligated to (but did not) disclose that Williams was referring only to those ICP tokens that the Foundation had retained and that the Foundation had already sold a substantial portion of its tokens into the market for substantial profit.

(g) On June 11, 2021, speaking for and on behalf of Dfinity, Williams stated: "[T]he Foundation did NOT sell ICP tokens from its endowment at or soon after Genesis launch. As previously stated, DFINITY is committed to responsibly divesting its token allocation over time to reinvest back into the Internet Computer and community." In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that (i) Dfinity insiders (including Dfinity USA and current and former Dfinity team members) had sold ICP "at or soon after Genesis launch," (ii) such sales were so large in magnitude that they contributed to the price of ICP collapsing, and (iii) the Foundation had begun selling ICP on exchanges no later than May 24, 2021.

(h) On June 11, 2021, speaking for and on behalf of Dfinity, Williams stated: "Meanwhile, the foundation, founders and directors weren't even able to sell initially because of regulatory lockups." In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that Dfinity insiders (including Dfinity USA and current and former Dfinity team members) were not subject to such regulatory lockups and therefore were able to, and did in fact, sell substantial amounts of ICP during that period.

(i) On June 11, 2021, speaking for and on behalf of Dfinity, in discussing who was responsible for selling ICP, Williams stated: "Despite Seed Donors divesting their ICP tokens, it's important to note this community of early supporters helped bootstrap the Internet Computer project," and that: "Unfortunately, as significant portion of the irresponsible token divesting stemmed from former employees." In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that Dfinity insiders (including Dfinity USA and current Dfinity team members) had in fact sold substantial amounts of ICP over that period.

<u>Materiality</u>

38
**CLASS ACTION COMPLAINT**

148.   The forgoing misrepresentations and omissions were each material. These misrepresentations and omissions related to (i) the extent to which vesting restrictions precluded Dfinity and its insiders, who collectively held approximately 50% of ICP as of May 10, 2021, from selling substantial amounts of their ICP on crypto-asset exchanges in the weeks immediately following May 10, 2021, (ii) the extent to which Dfinity and its insiders intended to sell their ICP on crypto-asset exchanges over that same period, and (iii) the extent to which Dfinity and its insiders did in fact sell substantial amounts of their ICP on crypto-asset exchanges over that same period. Information regarding whether approximately 50% of tokenholders could, intended to, and did sell their ICP, as Defendants' own public statements illustrate, are material—and they had a significant impact on the market price of ICP.

149.   If a reasonable investor knew that Dfinity and its insiders collectively could and intended to sell a substantial percentage of the ICP that had been issued on and immediately following May 10, 2021, then that investor would reasonably expect the price of ICP to be significantly lower than if Dfinity and its insiders could not or did not intend to sell their ICP on and immediately following the launch date. Indeed, Defendants' assurances made on Reddit on February 7, 2018, in the face of exactly these concerns, reflect these Defendants' own admission of their materiality. Accordingly, there is a substantial likelihood that the disclosure of the omitted facts would have been viewed by the reasonable investor as having significantly altered the "total mix" of information made available.

Scienter

150.   Defendants acted with scienter in engaging in the forgoing misconduct, in that they either had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them.

151.   Defendants knew before the May 2021 offering that any applicable vesting periods would not preclude Dfinity USA and Dfinity insiders from dumping massive quantities of ICP

tokens on the market and Dfinity intended to transfer tens of millions of the newly issued ICP tokens to project insiders, and that it, along with those insiders, intended to dump tens of millions of these tokens on crypto-asset exchanges, such that Dfinity and its insiders intended to profit massively from the offering, while outside investors would be precluded from doing so.

152.   Indeed, Defendants necessarily knew what restrictions were imposed on their own tokens, as well as the tokens that they issued and allocated to current and former team members, and to outside investors. These Defendants likewise knew that they, along with current and former team members, held approximately 50% of ICP tokens (Williams wrote about the allocation in an April 4, 2018 post on *Medium*), and that if half of those tokens were sold, the price of ICP would likely collapse. This is demonstrated by a February 23, 2021 tweet, where Williams, in discussing a potential vesting restriction on "Seed" investors (who collectively held 25% of ICP): "A price collapse would be bad for security." It was thus highly unreasonable for Defendants to conceal information relating to vesting restrictions imposed on their and their insiders' tokens.

153.   Defendants' failure to disclose such information, coupled with their imposition of vesting restrictions on outside investors but not on themselves, demonstrates that these Defendants intended that they and their insiders would sell substantial amounts of ICP at significant profits on and during the weeks that followed May 10, 2021. These Defendants executed on that plan, too, by (along with current and former team members) selling tens of millions of ICP tokens on the market during that period.

154.   Defendants knew that they had sold ICP on the market on and in the weeks that followed May 10, 2021. They likewise know that their current and former team members sold ICP: in addition to stating that such individuals had sold ICP, these Defendants know which ICP they allocated to team members and can therefore track the transaction history of that ICP on the blockchain.

155.   Defendants had the motive not to disclose these facts because such disclosure would have been self-defeating—it would have massively lowered the offering price of the ICP tokens and

40<br>**CLASS ACTION COMPLAINT**

thus effectively precluded Dfinity and its insiders from generating the profit they subsequently made. Defendants had the opportunity thus to generate ill-gotten gains because they controlled the distribution of the ICP tokens to themselves and their insiders and the extent to which any restrictions would be placed on such tokens.

156.   Defendants likewise had the motive not to disclose these facts *after* May 10, 2021, because they still hold significant amounts of ICP. If Dfinity and its insiders sold 100 million ICP, for example, they would still have over 100 million ICP remaining. These Defendants therefore had an incentive to ensure that the price of ICP remained artificially inflated.

<u>Reliance, Economic Loss, and Loss Causation</u>

157.   As a result of the publication and dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the price of the ICP tokens upon issuance in May 2021, and for a period of time thereafter, was artificially inflated.

158.   In ignorance of the fact that the price of ICP tokens was artificially inflated, and relying directly or indirectly on the false, misleading, and materially incomplete statements that Defendants made and approved, or upon the integrity of the market in which the ICP tokens were sold, or on the absence of material adverse information that these Defendants knew or recklessly should have known of but failed to disclose in public statement, Plaintiff and the other Class members acquired ICP tokens at artificially high prices and were damaged thereby.

159.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other Class members suffered damages in connection with the respective purchases of ICP tokens and are entitled to an award compensating them for such damages.

160.   Indeed, the price of ICP dropped significantly as Defendants disclosed, and the market discovered, that (i) any vesting restrictions imposed on these Defendants and their insiders did not prevent them from selling substantial amounts of ICP starting on May 10, 2021, (ii) these Defendants and their insiders intended to sell substantial amounts of ICP starting on the launch date, and (iii) these Defendants did in fact sell substantial amounts of ICP starting on the launch date:

(a) The price of ICP dropped by 16% when Williams disclosed, on May 18, 2021, that "*for regulatory reasons*, the foundation and key early team members were locked up at launch for a week."

(b) The price of ICP dropped by an additional 9% when Williams disclosed, on May 26, 2021, that "Foundation didn't vest itself."

(c) The price of ICP dropped by an additional 12% when Williams disclosed, on June 11, 2021, that "former employees" had been able to sell a significant amount of ICP tokens.

(d) The price of ICP dropped by an additional 40% between June 11 and June 22, 2021, by which point investors had realized that Dfinity and its team had sold a significant amount of ICP on the market since May 10, 2021, as demonstrated by discussions on Reddit from June 11 to June 22.

161.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other Class Members have suffered damages in connection with their purchase or acquisition of ICP during the Class Period.

162.   In addition, as a direct and proximate result of Defendants' wrongful conduct, Dfinity has generated and retained ill-gotten in connection with the May 2021 offering of ICP tokens, such that Plaintiff and the other Class members are entitled to the disgorgement of Dfinity's ill-gotten gain from such misconduct.

**FOURTH CAUSE OF ACTION**
**Section 20(a) of the Exchange Act**
**For Violation of Section 10(b) and Rule 10b-5**
**(Against Williams)**

163.   Plaintiff incorporates the allegations above.

164.   Plaintiff brings this claim against Defendant Williams for violations of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

165.   Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to June 22, 2021.

**CLASS ACTION COMPLAINT**

166.   Section 20(a) states in relevant part: "Every person who, directly or indirectly, controls any person liable under any provision of this chapter or of any rule or regulation thereunder shall also be liable jointly and severally with and to the same extent as such controlled person to any person to whom such controlled person is liable . . . unless the controlling person acted in good faith and did not directly or indirectly induce the act or acts constituting the violation or cause of action." *Id.*

167.   Williams, by virtue of his offices, stock ownership, agency, agreements or understandings, and specific acts, at the time of the wrongs alleged herein, and as set forth herein, in connection with the May 2021 offering of ICP tokens, had the power and authority to direct the management and activities of Dfinity and its employees, and to cause Dfinity to engage in the wrongful conduct complained of herein.

168.   As the founder and Chief Scientist at the Foundation, and the CEO of Dfinity USA, Williams had and exercised the power and influence to cause the unlawful solicitation of purchases of ICP tokens in connection with the May 2021 offering of ICP tokens, with the power to direct or cause the direction of the management and policies of Dfinity.

169.   Williams was provided with or had unlimited access to the information underlying his and Dfinity's public statements in connection with the May 2021 offering and had the ability to prevent the issuance of those statements and to disclose the information necessary to make statements not misleading under the circumstances in which they were made.

170.   Williams had sufficient influence to have caused Dfinity to solicit transactions of securities in connection with the May 201 offering of ICO tokens, and himself participated in the solicitation of such transactions.

171.   As a direct and proximate result of Williams's wrongful conduct, Plaintiff and the other Class members suffered damages in connection with the respective purchases of ICP tokens and are entitled to an award compensating them for such damages.

**FIFTH CAUSE OF ACTION**
**Section 20A of the Exchange Act**
**(Against Defendants)**

172.   Plaintiff incorporates the allegations above.

173.   Plaintiff brings this claim under Section 20A of the Exchange Act, 15 U.S.C. § 78t-1, against Defendants on behalf of Class members who transacted in ICP tokens contemporaneously with Defendants' transactions in ICP tokens.

174.   Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to the present.

175.   Since May 10, 2021, Defendants have been in possession of material, non-public information about Dfinity and its insiders, as set forth above with respect to these Defendants' violation of Section 10(b) and Rule 10b-5, while these Defendants have been transacting in ICP tokens. Defendants have thus engaged in insider trading through which they have received at least hundreds of millions of dollars in profits.

176.   The material, non-public information about Dfinity and its insiders that Defendants have failed to disclose, during some or all of the time in which they have been transacting in ICP tokens since May 10, 2021, includes the details of any applicable vesting schedules for Dfinity and Dfinity insiders; that the Foundation was not subject to any vesting schedule; that any applicable vesting periods would allow Dfinity USA and Dfinity insiders (including current and former team members) to transfer tens of millions of the newly issued ICP tokens to crypto-asset exchanges; that Dfinity and its insiders intended to deposit tens of millions of these tokens on crypto-asset exchanges; that Dfinity and its insiders intended to profit massively from the offering; that Dfinity and its insiders reserved the right to liquidate their tokens far more than necessary to pay expenses; and that Dfinity and its insiders dumped massive amounts of ICP tokens on the market beginning on May 10, 2021.

177.   Defendants had and have a duty to disclose such information because disclosure was necessary to make their previous statements not materially misleading. These Defendants further

**CLASS ACTION COMPLAINT**

had a duty to disclose because, like a corporation and its officers, they owed Plaintiff and others who purchased ICP tokens a fiduciary duty. Indeed, just like a share in a corporation's stock, ICP tokens entitled holders to vote on decisions relating to the network and fluctuate in value based on the network's success.

178. Defendants' sales of ICP tokens while in possession of such material non-public information violated the Exchange Act and the applicable rules and regulations thereunder precluding such insider trading.

179. Plaintiff and the other Class members, all of whom have purchased their ICP tokens since May 10, 2021, have made those purchases contemporaneously with Defendants' transactions in ICP tokens since that time, such that all of these purchases and transactions have occurred contemporaneously with these Defendants' transactions in ICP tokens during the time period in which they have been in possession of material, non-public information.

180. Defendants are required to account for all of their sales of ICP tokens and to disgorge their profits and ill-gotten gains as a result of their trading of ICP tokens contemporaneously with Plaintiff's and the other Class members' trading in those tokens.

**SIXTH CAUSE OF ACTION**
**Section 20(a) of the Exchange Act**
**For Violation of Section 20A of the Exchange Act**
**(Against Williams)**

181. Plaintiff incorporates the allegations above.

182. Plaintiff brings this claim against Defendant Williams for violations of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

183. Plaintiff brings this claim on behalf of all Class members who purchased ICP tokens from May 10, 2021, to the present.

184. Section 20(a) states in relevant part: "Every person who, directly or indirectly, controls any person liable under any provision of this chapter or of any rule or regulation thereunder shall also be liable jointly and severally with and to the same extent as such controlled person to

**CLASS ACTION COMPLAINT**

any person to whom such controlled person is liable . . . unless the controlling person acted in good faith and did not directly or indirectly induce the act or acts constituting the violation or cause of action." *Id*.

185.   Williams, by virtue of his offices, stock ownership, agency, agreements or understandings, and specific acts, at the time of the wrongs alleged herein, and as set forth herein, in connection with the May 2021 offering of ICP tokens, had the power and authority to direct the management and activities of Dfinity and its employees, and to cause Dfinity to engage in the wrongful conduct complained of herein.

186.   As the founder and Chief Scientist at the Foundation, and the CEO of Dfinity USA, Williams had and exercised the power and influence to cause the insider trading of ICP tokens after the May 2021 offering of ICP tokens, with the power to direct or cause the direction of the management and policies of Dfinity. In addition, Williams was indisputably aware of such trading, as demonstrated by his *Medium*, *Reddit*, and *Twitter* posts described above.

187.   Williams had sufficient influence to have caused Dfinity to trade the ICP tokens after the May 2021 offering of ICO tokens, and, on information and belief, he himself participated in Dfinity's trading.

188.   As a direct and proximate result of Williams's wrongful conduct, Plaintiff and the other Class members suffered damages in connection with their contemporaneous purchase and sale of ICP tokens and are entitled to an award compensating them for such damages.

## **PRAYER FOR RELIEF**

On behalf of themselves and the Class, Plaintiff requests relief as follows:

   (a) That the Court determines that this action may be maintained as a class action, that Plaintiff be named as Class Representative of the Class, that the undersigned by named as Lead Class Counsel of the Class, and direct that notice of this action be given to Class members;

**CLASS ACTION COMPLAINT**

(b) That the Court enter an order declaring that Defendants' actions, as set forth in this Complaint, violate the federal laws set forth above;

(c) That the Court award Plaintiff and the other Class members damages in an amount to be determined at trial;

(d) That the Court award Plaintiff and the other Class members who traded contemporaneously with Defendants' insider trading these Defendants' ill-gotten gains from such trading;

(e) That the Court issue appropriate equitable and any other relief against Defendants to which Plaintiff and the other Class members are entitled;

(f) That the Court award Plaintiff and the other Class members pre- and post-judgment interest (including pursuant to applicable statutory rates of interest);

(g) That the Court award Plaintiff and the other Class members their reasonable attorneys' fees and costs of suit; and

(h) That the Court award any and all other such relief as the Court may deem just and proper under the circumstances.

**CLASS ACTION COMPLAINT**

1

## JURY TRIAL

2

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff respectfully demands a trial by

3

jury for all claims.

4

5

Dated: August 9, 2021                          Respectfully Submitted,

6                                               **ROCHE FREEDMAN LLP**

7                                               */s/ Ivy T. Ngo*

8                                               Kyle W. Roche (*pro hac vice* forthcoming)
                                                Edward Normand (*pro hac vice* forthcoming)

9                                               Richard Cipolla (*pro hac vice* forthcoming)
                                                Stephen Lagos (*pro hac vice* forthcoming)
                                                Ivy T. Ngo (SBN 249860)

10                                              99 Park Avenue, 19th Floor
                                                New York, NY 10016

11                                              Telephone: (646) 350-0527
                                                Facsimile: (646) 392-8842

12                                              Email: kyle@rcfllp.com
                                                Email: tnormand@rcfllp.com

13                                              Email: rcipolla@rcfllp.com
                                                Email: slagos@rcfllp.com

14                                              Email: ingo@rcfllp.com

15

16                                              *Counsel for Plaintiff and the Class*

17

18

19

20

21

22

23

24

25

26

27                                             48

28                                  **CLASS ACTION COMPLAINT**

CERTIFICATION OF
SECURITIES CLASS ACTION COMPLAINT

1.      I, Daniel Valenti, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed the complaint filed herein (the "Complaint"), and have authorized its filing on my behalf.

3.      I am willing to serve as a representative party on behalf of the class of investors who purchased or acquired ICP Tokens during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.      I did not purchase or sell these securities at the direction of our counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5.      During the three-year period preceding the date of this Certification, I have not sought to serve, nor have I served, as representative parties on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

6.      I will not accept any payment for serving as representative parties on behalf of the Class beyond our pro rata share of any possible recovery, except for an award, as ordered by the court, for reasonable costs and expenses (including lost wages) directly relating to our representation of the Class.

7.      I understand that executing this Certification is not a prerequisite to participation in this Class Action as members of the Class.

8.      To the best of my knowledge, the attached sheet (Schedule "A") lists all my transactions in ICP Tokens during the Class Period, as specified in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of August 2021.

*Daniel Valenti*
Daniel Valenti (Aug 9, 2021 17:45 MDT)

Daniel Valenti

**Schedule A**

Daniel Valenti Transactions in ICP Tokens

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 05-10-2021 | BUY | 1 | 370 |
| 05-10-2021 | BUY | 1 | 366 |
| 05-10-2021 | BUY | 3 | 370 |
| 05-10-2021 | BUY | 5 | 362 |
| 05-10-2021 | BUY | 5 | 361 |
| 05-10-2021 | BUY | 10 | 360 |
| 05-10-2021 | BUY | 2 | 360.906 |
| 05-10-2021 | BUY | 0.47 | 349 |
| 05-10-2021 | BUY | 17.7804 | 276.864 |
| 05-12-2021 | BUY | 0.1866 | 299.22 |
| 05-12-2021 | BUY | 8.5499 | 291.381 |
| 05-15-2021 | BUY | 1.313 | 277.627 |
| 05-15-2021 | BUY | 2.2769 | 277.627 |
| 05-15-2021 | BUY | 1.7545 | 268.746 |
| 05-15-2021 | BUY | 1.9535 | 268.748 |
| 05-15-2021 | BUY | 3.8478 | 258.851 |
| 05-16-2021 | BUY | 2.0595 | 242.177 |
| 05-16-2021 | BUY | 2.0399 | 244.072 |
| 05-16-2021 | BUY | 4 | 215 |
| 05-16-2021 | BUY | 0.6367 | 214.7 |
| 05-17-2021 | BUY | 23.4559 | 212.431 |
| 05-17-2021 | BUY | 1.215 | 192.132 |
| 05-17-2021 | BUY | 2.6048 | 192.156 |
| 05-17-2021 | BUY | 0.7172 | 192.195 |
| 05-17-2021 | BUY | 0.6479 | 192.195 |
| 05-18-2021 | BUY | 9.4257 | 199.793 |
| 05-18-2021 | SELL | 2.8374 | 169.438 |
| 05-18-2021 | SELL | 19.829 | 169.428 |
| 05-18-2021 | SELL | 10 | 169.414 |
| 05-18-2021 | SELL | 16.7521 | 169.413 |
| 05-18-2021 | SELL | 0.5815 | 169.404 |
| 05-18-2021 | SELL | 0.0009 | 165 |
| 05-18-2021 | SELL | 27.2271 | 164.875 |
| 05-18-2021 | SELL | 10 | 164.744 |
| 05-18-2021 | SELL | 9.0874 | 164.74 |
| 05-18-2021 | SELL | 3.0302 | 164.738 |
| 05-18-2021 | SELL | 0.353 | 164.67 |
| 05-18-2021 | SELL | 12.2366 | 164.669 |
| 05-19-2021 | BUY | 10 | 164.608 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 05-19-2021 | BUY | 60.8197 | 164.608 |
| 05-19-2021 | BUY | 2.7559 | 164.608 |
| 05-19-2021 | BUY | 3.1723 | 164.608 |
| 05-19-2021 | BUY | 2.0327 | 164.608 |
| 05-19-2021 | SELL | 0.0084 | 138.611 |
| 05-19-2021 | SELL | 27.3319 | 138.525 |
| 05-19-2021 | SELL | 17.3652 | 138.525 |
| 05-19-2021 | SELL | 34.0751 | 138.525 |
| 05-19-2021 | BUY | 4.7427 | 105.568 |
| 05-19-2021 | BUY | 14.2245 | 105.624 |
| 05-19-2021 | BUY | 28.263 | 105.682 |
| 05-19-2021 | SELL | 2.7839 | 125.444 |
| 05-19-2021 | SELL | 27.6867 | 125.387 |
| 05-19-2021 | SELL | 16.7596 | 125.339 |
| 05-19-2021 | BUY | 25.0918 | 126.528 |
| 05-19-2021 | BUY | 34.2241 | 126.528 |
| 05-19-2021 | BUY | 11.2908 | 126.539 |
| 05-19-2021 | BUY | 29.7477 | 126.639 |
| 05-19-2021 | BUY | 0.178 | 126.125 |
| 05-20-2021 | SELL | 0.4894 | 107.67 |
| 05-20-2021 | SELL | 17.4191 | 107.316 |
| 05-20-2021 | SELL | 82.6239 | 107.315 |
| 05-20-2021 | BUY | 2 | 110.057 |
| 05-20-2021 | BUY | 3.7 | 110.057 |
| 05-20-2021 | BUY | 0.3152 | 110.057 |
| 05-20-2021 | BUY | 14.5 | 110.057 |
| 05-20-2021 | BUY | 65.2827 | 110.057 |
| 05-20-2021 | BUY | 1.1007 | 110.057 |
| 05-20-2021 | BUY | 10.7406 | 110.057 |
| 05-20-2021 | SELL | 3.11 | 124.673 |
| 05-20-2021 | SELL | 7 | 124.673 |
| 05-20-2021 | SELL | 19 | 124.673 |
| 05-20-2021 | SELL | 8.3369 | 124.673 |
| 05-20-2021 | SELL | 11 | 124.673 |
| 05-20-2021 | SELL | 7.8274 | 124.673 |
| 05-20-2021 | SELL | 0.7966 | 124.673 |
| 05-20-2021 | SELL | 0.15 | 124.673 |
| 05-20-2021 | SELL | 40.418 | 124.673 |
| 05-20-2021 | SELL | 0.0003 | 124.673 |
| 05-20-2021 | BUY | 6.807 | 187.308 |
| 05-20-2021 | BUY | 6.39 | 187.311 |

2

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 05-20-2021 | BUY | 5.1218 | 187.315 |
| 05-20-2021 | BUY | 5.812 | 187.315 |
| 05-20-2021 | BUY | 25.8692 | 187.316 |
| 05-20-2021 | SELL | 0.017 | 175.368 |
| 05-20-2021 | SELL | 5.2843 | 175.368 |
| 05-20-2021 | SELL | 10 | 175.368 |
| 05-20-2021 | SELL | 34.6987 | 175.368 |
| 05-20-2021 | BUY | 47.6285 | 177.876 |
| 05-20-2021 | BUY | 0.0328 | 178.014 |
| 05-20-2021 | BUY | 2.8158 | 178.015 |
| 05-20-2021 | BUY | 5.6171 | 178.029 |
| 05-20-2021 | BUY | 8.3552 | 178.03 |
| 05-21-2021 | SELL | 47.0678 | 177.652 |
| 05-21-2021 | SELL | 0.6745 | 177.567 |
| 05-21-2021 | SELL | 0.0225 | 177.567 |
| 05-21-2021 | SELL | 6.519 | 177.567 |
| 05-21-2021 | SELL | 10.165 | 177.567 |
| 05-21-2021 | SELL | 0.0006 | 177.567 |
| 05-21-2021 | BUY | 42.6186 | 168.221 |
| 05-21-2021 | BUY | 25.295 | 168.286 |
| 05-21-2021 | BUY | 0.0007 | 168.286 |
| 05-21-2021 | SELL | 67.914 | 180 |
| 05-21-2021 | SELL | 0.0003 | 180 |
| 05-21-2021 | BUY | 23.0203 | 169.747 |
| 05-21-2021 | BUY | 5.9424 | 169.748 |
| 05-21-2021 | BUY | 42.7725 | 169.979 |
| 05-21-2021 | BUY | 0.229 | 123.294 |
| 05-21-2021 | BUY | 1 | 123.294 |
| 05-21-2021 | BUY | 4 | 123.294 |
| 05-21-2021 | BUY | 4 | 123.294 |
| 05-21-2021 | BUY | 2 | 123.294 |
| 05-21-2021 | BUY | 18.539 | 123.294 |
| 05-21-2021 | BUY | 6 | 123.294 |
| 05-21-2021 | BUY | 4.7713 | 123.294 |
| 05-22-2021 | SELL | 0.5048 | 142 |
| 05-22-2021 | SELL | 7.2226 | 142 |
| 05-22-2021 | SELL | 10.68 | 142 |
| 05-22-2021 | SELL | 70.3561 | 142 |
| 05-22-2021 | SELL | 4.9 | 142 |
| 05-22-2021 | SELL | 10 | 142 |
| 05-22-2021 | SELL | 8.611 | 142 |

3

| Trade Date | Transaction Type | Quantity | Price Per Token |
|------------|------------------|----------|-----------------|
| 05-22-2021 | BUY | 8.0505 | 136.781 |
| 05-22-2021 | BUY | 7.2636 | 136.781 |
| 05-22-2021 | BUY | 36.6851 | 136.782 |
| 05-22-2021 | BUY | 36.5643 | 136.789 |
| 05-22-2021 | BUY | 4.113 | 136.796 |
| 05-22-2021 | BUY | 2.935 | 136.938 |
| 05-22-2021 | BUY | 10 | 136.976 |
| 05-22-2021 | BUY | 9.1527 | 137 |
| 05-22-2021 | SELL | 114.7642 | 149 |
| 05-22-2021 | BUY | 7.0289 | 151.656 |
| 05-22-2021 | BUY | 29.8842 | 151.657 |
| 05-22-2021 | BUY | 13.7378 | 151.831 |
| 05-22-2021 | BUY | 3.2965 | 151.871 |
| 05-22-2021 | BUY | 12.4924 | 151.884 |
| 05-22-2021 | BUY | 46.9973 | 151.997 |
| 05-22-2021 | SELL | 0.1408 | 153.534 |
| 05-22-2021 | SELL | 10 | 153.255 |
| 05-22-2021 | SELL | 18.3693 | 153.254 |
| 05-22-2021 | SELL | 84.927 | 153.254 |
| 05-24-2021 | BUY | 0.1187 | 143.796 |
| 05-24-2021 | BUY | 14.4717 | 143.81 |
| 05-24-2021 | BUY | 10.4406 | 143.888 |
| 05-24-2021 | BUY | 19.275 | 143.89 |
| 05-24-2021 | BUY | 69.6107 | 143.89 |
| 05-24-2021 | BUY | 5.6762 | 143.89 |
| 05-24-2021 | BUY | 0.1029 | 143.626 |
| 05-25-2021 | SELL | 0.0006 | 134.361 |
| 05-25-2021 | SELL | 0.7978 | 134.197 |
| 05-25-2021 | SELL | 1 | 134.197 |
| 05-25-2021 | SELL | 0.0363 | 134.197 |
| 05-25-2021 | SELL | 1.8252 | 134.197 |
| 05-25-2021 | SELL | 71 | 134.197 |
| 05-25-2021 | SELL | 2 | 134.197 |
| 05-25-2021 | SELL | 4.29 | 134.197 |
| 05-25-2021 | SELL | 6 | 134.197 |
| 05-25-2021 | SELL | 2 | 134.197 |
| 05-25-2021 | SELL | 8 | 134.197 |
| 05-25-2021 | SELL | 5 | 134.197 |
| 05-25-2021 | SELL | 13 | 134.197 |
| 05-25-2021 | SELL | 4 | 134.197 |
| 05-25-2021 | SELL | 0.745 | 134.197 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 05-25-2021 | SELL | 0.0009 | 134.197 |
| 05-27-2021 | BUY | 10 | 136.34 |
| 05-27-2021 | BUY | 55.845 | 136.342 |
| 05-27-2021 | BUY | 61.2276 | 136.345 |
| 05-27-2021 | BUY | 3.43 | 136.347 |
| 05-27-2021 | SELL | 13.9121 | 134.047 |
| 05-27-2021 | SELL | 36.725 | 133.994 |
| 05-27-2021 | SELL | 9.7976 | 133.973 |
| 05-27-2021 | SELL | 35.845 | 133.962 |
| 05-27-2021 | SELL | 34.2229 | 133.962 |
| 05-27-2021 | BUY | 5 | 133.775 |
| 05-27-2021 | BUY | 30.419 | 133.775 |
| 05-27-2021 | SELL | 0.0284 | 133.864 |
| 05-27-2021 | SELL | 17 | 133.864 |
| 05-27-2021 | SELL | 18.3905 | 133.864 |
| 05-27-2021 | BUY | 43.8533 | 131.803 |
| 05-28-2021 | SELL | 23 | 132.346 |
| 05-28-2021 | SELL | 15 | 132.346 |
| 05-28-2021 | SELL | 0.853 | 132.346 |
| 05-28-2021 | SELL | 5 | 132.346 |
| 05-28-2021 | SELL | 0.0004 | 132.346 |
| 05-30-2021 | BUY | 89.861 | 111.061 |
| 05-30-2021 | SELL | 0.0808 | 110.832 |
| 05-30-2021 | SELL | 89.7802 | 110.832 |
| 05-31-2021 | BUY | 4.633 | 112.223 |
| 05-31-2021 | BUY | 1 | 112.223 |
| 05-31-2021 | BUY | 56 | 112.223 |
| 05-31-2021 | BUY | 19 | 112.223 |
| 05-31-2021 | BUY | 7.233 | 112.223 |
| 05-31-2021 | BUY | 1.0648 | 112.223 |
| 05-31-2021 | SELL | 88.9308 | 111.06 |
| 05-31-2021 | BUY | 86.991 | 108.433 |
| 05-31-2021 | BUY | 0.0002 | 108.433 |
| 05-31-2021 | SELL | 13.1107 | 108.366 |
| 05-31-2021 | SELL | 3 | 108.361 |
| 05-31-2021 | SELL | 2 | 108.361 |
| 05-31-2021 | SELL | 11 | 108.361 |
| 05-31-2021 | SELL | 1 | 108.361 |
| 05-31-2021 | SELL | 15 | 108.361 |
| 05-31-2021 | SELL | 8 | 108.361 |
| 05-31-2021 | SELL | 1.88 | 108.361 |

5

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 05-31-2021 | SELL | 14.653 | 108.361 |
| 05-31-2021 | SELL | 17.347 | 108.361 |
| 05-31-2021 | SELL | 0.0005 | 108.361 |
| 06-04-2021 | BUY | 5.3628 | 107.555 |
| 06-04-2021 | BUY | 30 | 107.6 |
| 06-04-2021 | BUY | 7 | 107.6 |
| 06-04-2021 | BUY | 4.66 | 107.6 |
| 06-04-2021 | BUY | 18 | 107.6 |
| 06-04-2021 | BUY | 3.403 | 107.6 |
| 06-04-2021 | BUY | 0.0007 | 107.6 |
| 06-05-2021 | SELL | 30.2868 | 106.457 |
| 06-05-2021 | SELL | 14 | 106.435 |
| 06-05-2021 | SELL | 10.058 | 106.432 |
| 06-05-2021 | SELL | 14.0817 | 106.432 |
| 06-11-2021 | BUY | 6.5646 | 64.828 |
| 06-11-2021 | BUY | 8.435 | 64.828 |
| 06-11-2021 | BUY | 0.0004 | 64.828 |
| 06-11-2021 | SELL | 5 | 67.309 |
| 06-11-2021 | SELL | 10 | 67.309 |
| 06-11-2021 | BUY | 11 | 64.209 |
| 06-11-2021 | BUY | 4 | 64.218 |
| 06-11-2021 | SELL | 15 | 58.288 |
| 06-11-2021 | BUY | 16 | 58.716 |
| 06-12-2021 | SELL | 14 | 55.004 |
| 06-12-2021 | SELL | 2 | 54.999 |
| 06-12-2021 | BUY | 15.8477 | 54.665 |
| 06-14-2021 | SELL | 6.0599 | 68.844 |
| 06-14-2021 | SELL | 9.787 | 68.844 |
| 06-14-2021 | SELL | 0.0008 | 68.844 |
| 06-15-2021 | BUY | 7.5 | 60.354 |
| 06-15-2021 | BUY | 27.5159 | 60.355 |
| 06-15-2021 | BUY | 8.2905 | 60.355 |
| 06-15-2021 | BUY | 6.2983 | 60.382 |
| 06-16-2021 | SELL | 29.8722 | 57.93 |
| 06-16-2021 | SELL | 6.0109 | 57.922 |
| 06-16-2021 | SELL | 8.6299 | 57.92 |
| 06-16-2021 | SELL | 3.3775 | 57.918 |
| 06-16-2021 | SELL | 0.1547 | 57.918 |
| 06-16-2021 | SELL | 1.5595 | 57.918 |
| 06-16-2021 | BUY | 28.3716 | 58.474 |
| 06-16-2021 | BUY | 75.3639 | 58.475 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-16-2021 | BUY | 98.865 | 58.475 |
| 06-16-2021 | BUY | 13 | 58.475 |
| 06-16-2021 | BUY | 0.0006 | 58.475 |
| 06-16-2021 | BUY | 0.1121 | 58.486 |
| 06-17-2021 | BUY | 0.0005 | 52.829 |
| 06-17-2021 | BUY | 3.802 | 52.865 |
| 06-17-2021 | BUY | 7.605 | 52.865 |
| 06-17-2021 | BUY | 3.802 | 52.865 |
| 06-17-2021 | BUY | 7.7054 | 52.877 |
| 06-17-2021 | BUY | 10 | 52.9 |
| 06-17-2021 | BUY | 4.8243 | 52.9 |
| 06-17-2021 | SELL | 9.317 | 51.601 |
| 06-17-2021 | SELL | 0.002 | 51.6 |
| 06-17-2021 | SELL | 0.0025 | 51.6 |
| 06-17-2021 | SELL | 0.0021 | 51.6 |
| 06-17-2021 | SELL | 5.9007 | 51.597 |
| 06-17-2021 | SELL | 29.6806 | 51.594 |
| 06-17-2021 | SELL | 6.0883 | 51.586 |
| 06-17-2021 | SELL | 9.6858 | 51.58 |
| 06-17-2021 | SELL | 192.7734 | 51.564 |
| 06-17-2021 | BUY | 117.758 | 52.527 |
| 06-17-2021 | BUY | 0.0009 | 52.527 |
| 06-18-2021 | SELL | 19.581 | 53.361 |
| 06-18-2021 | SELL | 6.9 | 53.344 |
| 06-18-2021 | SELL | 13.519 | 53.338 |
| 06-18-2021 | SELL | 9.4516 | 52.844 |
| 06-18-2021 | SELL | 20.5484 | 52.837 |
| 06-18-2021 | BUY | 5.0466 | 49.449 |
| 06-18-2021 | SELL | 19.1299 | 47.183 |
| 06-18-2021 | SELL | 26.328 | 47.152 |
| 06-18-2021 | SELL | 5.955 | 47.142 |
| 06-18-2021 | SELL | 1.3926 | 47.131 |
| 06-20-2021 | BUY | 5 | 47.403 |
| 06-20-2021 | BUY | 49 | 47.403 |
| 06-20-2021 | BUY | 25.7061 | 47.412 |
| 06-20-2021 | BUY | 4 | 47.416 |
| 06-20-2021 | BUY | 13.3567 | 47.422 |
| 06-20-2021 | BUY | 41 | 47.427 |
| 06-20-2021 | BUY | 13.219 | 47.427 |
| 06-20-2021 | BUY | 5.8949 | 47.428 |
| 06-20-2021 | BUY | 6.0986 | 47.438 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-20-2021 | BUY | 10.0348 | 47.441 |
| 06-20-2021 | BUY | 6.1327 | 47.448 |
| 06-20-2021 | BUY | 44 | 47.448 |
| 06-20-2021 | BUY | 12.7851 | 47.469 |
| 06-20-2021 | BUY | 39.2966 | 47.47 |
| 06-20-2021 | SELL | 65 | 47.28 |
| 06-20-2021 | SELL | 15 | 47.28 |
| 06-20-2021 | SELL | 15.1499 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 10 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 50 | 47.28 |
| 06-20-2021 | SELL | 10 | 47.28 |
| 06-20-2021 | SELL | 10 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 35 | 47.28 |
| 06-20-2021 | SELL | 5 | 47.28 |
| 06-20-2021 | SELL | 5.0162 | 47.28 |
| 06-20-2021 | SELL | 30.358 | 47.28 |
| 06-20-2021 | SELL | 0.0004 | 47.28 |
| 06-20-2021 | BUY | 10.1269 | 47.545 |
| 06-20-2021 | BUY | 5 | 47.553 |
| 06-20-2021 | BUY | 29.6565 | 47.559 |
| 06-20-2021 | BUY | 38.6715 | 47.57 |
| 06-20-2021 | BUY | 10.517 | 47.571 |
| 06-20-2021 | BUY | 6.1486 | 47.578 |
| 06-20-2021 | BUY | 31.556 | 47.582 |
| 06-20-2021 | BUY | 5.8722 | 47.588 |
| 06-20-2021 | BUY | 4 | 47.601 |
| 06-20-2021 | BUY | 6.1625 | 47.602 |
| 06-20-2021 | BUY | 10 | 47.612 |
| 06-20-2021 | BUY | 115.628 | 47.622 |
| 06-21-2021 | SELL | 19.1007 | 45.892 |
| 06-21-2021 | SELL | 15 | 45.892 |
| 06-21-2021 | SELL | 25 | 45.892 |
| 06-21-2021 | SELL | 5 | 45.892 |
| 06-21-2021 | SELL | 5.204 | 45.892 |
| 06-21-2021 | SELL | 27.955 | 45.892 |
| 06-21-2021 | SELL | 5 | 45.892 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-21-2021 | SELL | 15 | 45.892 |
| 06-21-2021 | SELL | 25 | 45.892 |
| 06-21-2021 | SELL | 5 | 45.892 |
| 06-21-2021 | SELL | 10 | 45.892 |
| 06-21-2021 | SELL | 15.1499 | 45.892 |
| 06-21-2021 | SELL | 5 | 45.892 |
| 06-21-2021 | SELL | 20 | 45.892 |
| 06-21-2021 | SELL | 10 | 45.892 |
| 06-21-2021 | SELL | 5 | 45.892 |
| 06-21-2021 | SELL | 60.9296 | 45.892 |
| 06-21-2021 | BUY | 4 | 46.151 |
| 06-21-2021 | BUY | 18.404 | 46.151 |
| 06-21-2021 | BUY | 27.3168 | 46.152 |
| 06-21-2021 | BUY | 6.0292 | 46.175 |
| 06-21-2021 | BUY | 7.9 | 46.183 |
| 06-21-2021 | BUY | 6.2462 | 46.185 |
| 06-21-2021 | BUY | 52.5 | 46.188 |
| 06-21-2021 | BUY | 0.001 | 46.194 |
| 06-21-2021 | BUY | 5.8942 | 46.195 |
| 06-21-2021 | BUY | 0.001 | 46.204 |
| 06-21-2021 | BUY | 66.7384 | 46.212 |
| 06-21-2021 | BUY | 25.3863 | 46.213 |
| 06-21-2021 | BUY | 0.001 | 46.215 |
| 06-21-2021 | BUY | 6.3741 | 46.216 |
| 06-21-2021 | BUY | 1.6889 | 46.216 |
| 06-21-2021 | BUY | 0.001 | 46.225 |
| 06-21-2021 | BUY | 26.9402 | 46.234 |
| 06-21-2021 | BUY | 0.001 | 46.235 |
| 06-21-2021 | BUY | 0.001 | 46.245 |
| 06-21-2021 | BUY | 0.001 | 46.255 |
| 06-21-2021 | BUY | 15.681 | 46.264 |
| 06-21-2021 | SELL | 0.001 | 45.58 |
| 06-21-2021 | SELL | 29.6459 | 45.576 |
| 06-21-2021 | SELL | 0.001 | 45.57 |
| 06-21-2021 | SELL | 0.001 | 45.56 |
| 06-21-2021 | SELL | 10.9645 | 45.558 |
| 06-21-2021 | SELL | 0.03 | 45.55 |
| 06-21-2021 | SELL | 1 | 45.55 |
| 06-21-2021 | SELL | 0.001 | 45.55 |
| 06-21-2021 | SELL | 6.2191 | 45.542 |
| 06-21-2021 | SELL | 0.001 | 45.54 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-21-2021 | SELL | 32.8935 | 45.54 |
| 06-21-2021 | SELL | 4 | 45.536 |
| 06-21-2021 | SELL | 38.8 | 45.534 |
| 06-21-2021 | SELL | 0.001 | 45.53 |
| 06-21-2021 | SELL | 25.1828 | 45.528 |
| 06-21-2021 | SELL | 3 | 45.526 |
| 06-21-2021 | SELL | 6.0772 | 45.526 |
| 06-21-2021 | SELL | 0.001 | 45.52 |
| 06-21-2021 | SELL | 1.2102 | 45.513 |
| 06-21-2021 | SELL | 112.0761 | 45.512 |
| 06-21-2021 | BUY | 5.537 | 45.63 |
| 06-21-2021 | BUY | 185 | 45.63 |
| 06-21-2021 | BUY | 15.1499 | 45.63 |
| 06-21-2021 | BUY | 63.8565 | 45.63 |
| 06-21-2021 | SELL | 6.1058 | 45.654 |
| 06-21-2021 | SELL | 6.4 | 45.654 |
| 06-21-2021 | SELL | 6.2275 | 45.632 |
| 06-21-2021 | SELL | 52.5 | 45.618 |
| 06-21-2021 | SELL | 10.5408 | 45.61 |
| 06-21-2021 | SELL | 24.396 | 45.605 |
| 06-21-2021 | SELL | 24.824 | 45.605 |
| 06-21-2021 | SELL | 138.5493 | 45.6 |
| 06-21-2021 | BUY | 28.453 | 45.487 |
| 06-21-2021 | BUY | 20.972 | 45.49 |
| 06-21-2021 | BUY | 21.186 | 45.49 |
| 06-21-2021 | BUY | 41 | 45.491 |
| 06-21-2021 | BUY | 16.838 | 45.492 |
| 06-21-2021 | BUY | 11.7833 | 45.498 |
| 06-21-2021 | BUY | 18.0531 | 45.499 |
| 06-21-2021 | BUY | 111.335 | 45.5 |
| 06-21-2021 | BUY | 0.0006 | 45.5 |
| 06-21-2021 | SELL | 5 | 45.02 |
| 06-21-2021 | SELL | 121.748 | 45.02 |
| 06-21-2021 | SELL | 5 | 45.02 |
| 06-21-2021 | SELL | 40 | 45.02 |
| 06-21-2021 | SELL | 20 | 45.02 |
| 06-21-2021 | SELL | 20 | 45.02 |
| 06-21-2021 | SELL | 5 | 45.02 |
| 06-21-2021 | SELL | 52.873 | 45.02 |
| 06-21-2021 | BUY | 25 | 44.5 |
| 06-21-2021 | BUY | 10 | 44.5 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-21-2021 | BUY | 5 | 44.5 |
| 06-21-2021 | BUY | 125 | 44.5 |
| 06-21-2021 | BUY | 55 | 44.5 |
| 06-21-2021 | BUY | 10 | 44.5 |
| 06-21-2021 | BUY | 10.729 | 44.5 |
| 06-21-2021 | BUY | 2.207 | 44.5 |
| 06-21-2021 | BUY | 15.1499 | 44.5 |
| 06-21-2021 | BUY | 14.121 | 44.5 |
| 06-21-2021 | BUY | 0.0005 | 44.5 |
| 06-21-2021 | SELL | 176.947 | 43.6 |
| 06-21-2021 | SELL | 1.999 | 43.6 |
| 06-21-2021 | SELL | 5.279 | 43.6 |
| 06-21-2021 | SELL | 9.616 | 43.6 |
| 06-21-2021 | SELL | 15.7821 | 43.6 |
| 06-21-2021 | SELL | 23.104 | 43.6 |
| 06-21-2021 | SELL | 39.4803 | 43.6 |
| 06-21-2021 | BUY | 6.1988 | 44.658 |
| 06-21-2021 | BUY | 15 | 44.67 |
| 06-21-2021 | BUY | 16.3416 | 44.671 |
| 06-21-2021 | BUY | 6.0627 | 44.672 |
| 06-21-2021 | BUY | 11.2 | 44.679 |
| 06-21-2021 | BUY | 43.977 | 44.68 |
| 06-21-2021 | BUY | 10.9859 | 44.68 |
| 06-21-2021 | BUY | 135.89 | 44.68 |
| 06-21-2021 | BUY | 19.5528 | 44.68 |
| 06-21-2021 | SELL | 6.1109 | 43.602 |
| 06-21-2021 | SELL | 28.8916 | 43.594 |
| 06-21-2021 | SELL | 6.1654 | 43.589 |
| 06-21-2021 | SELL | 11.0316 | 43.581 |
| 06-21-2021 | SELL | 5.8494 | 43.58 |
| 06-21-2021 | SELL | 15.1499 | 43.579 |
| 06-21-2021 | SELL | 38.6715 | 43.568 |
| 06-21-2021 | SELL | 30 | 43.567 |
| 06-21-2021 | SELL | 35.499 | 43.567 |
| 06-21-2021 | SELL | 15.1499 | 43.567 |
| 06-21-2021 | SELL | 5 | 43.567 |
| 06-21-2021 | SELL | 34.002 | 43.567 |
| 06-21-2021 | SELL | 5 | 43.567 |
| 06-21-2021 | SELL | 15 | 43.567 |
| 06-21-2021 | SELL | 10 | 43.567 |
| 06-21-2021 | SELL | 3.6876 | 43.567 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-21-2021 | BUY | 15.751 | 39.611 |
| 06-21-2021 | BUY | 60 | 39.611 |
| 06-21-2021 | BUY | 165 | 39.611 |
| 06-21-2021 | BUY | 40 | 39.611 |
| 06-21-2021 | BUY | 5 | 39.611 |
| 06-21-2021 | BUY | 5.292 | 39.611 |
| 06-21-2021 | SELL | 7 | 37.359 |
| 06-21-2021 | SELL | 2.5838 | 37.359 |
| 06-21-2021 | SELL | 10.483 | 37.359 |
| 06-21-2021 | SELL | 13.357 | 37.359 |
| 06-21-2021 | SELL | 35 | 37.359 |
| 06-21-2021 | SELL | 9.432 | 37.359 |
| 06-21-2021 | SELL | 10 | 37.359 |
| 06-21-2021 | SELL | 15 | 37.359 |
| 06-21-2021 | SELL | 30 | 37.359 |
| 06-21-2021 | SELL | 20 | 37.359 |
| 06-21-2021 | SELL | 20 | 37.359 |
| 06-21-2021 | SELL | 5 | 37.359 |
| 06-21-2021 | SELL | 20 | 37.359 |
| 06-21-2021 | SELL | 93.1872 | 37.359 |
| 06-22-2021 | BUY | 13 | 35.737 |
| 06-22-2021 | BUY | 6.0201 | 35.741 |
| 06-22-2021 | BUY | 40.9799 | 35.744 |
| 06-23-2021 | SELL | 10.2844 | 39.334 |
| 06-23-2021 | SELL | 18.163 | 39.334 |
| 06-23-2021 | SELL | 31.552 | 39.334 |
| 06-23-2021 | SELL | 0.0006 | 39.334 |
| 06-23-2021 | BUY | 274.802 | 38.814 |
| 06-23-2021 | BUY | 0.0006 | 38.814 |
| 06-23-2021 | SELL | 0.238 | 37.601 |
| 06-23-2021 | SELL | 26 | 37.601 |
| 06-23-2021 | SELL | 57 | 37.43 |
| 06-23-2021 | SELL | 18 | 37.43 |
| 06-23-2021 | SELL | 7.898 | 37.43 |
| 06-23-2021 | SELL | 25.021 | 37.43 |
| 06-23-2021 | SELL | 106 | 37.43 |
| 06-23-2021 | SELL | 10 | 37.43 |
| 06-23-2021 | SELL | 5 | 37.43 |
| 06-23-2021 | SELL | 19.6456 | 37.43 |
| 06-24-2021 | BUY | 5 | 37.16 |
| 06-24-2021 | BUY | 5 | 37.16 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-24-2021 | BUY | 25 | 37.16 |
| 06-24-2021 | BUY | 22.286 | 37.16 |
| 06-24-2021 | BUY | 55 | 37.16 |
| 06-24-2021 | BUY | 151.575 | 37.16 |
| 06-24-2021 | BUY | 0.0008 | 37.16 |
| 06-24-2021 | SELL | 0.56 | 34.582 |
| 06-24-2021 | SELL | 4.029 | 34.582 |
| 06-24-2021 | SELL | 3.4717 | 34.582 |
| 06-24-2021 | SELL | 65.7349 | 34.582 |
| 06-24-2021 | SELL | 2.8817 | 34.582 |
| 06-24-2021 | SELL | 1 | 34.582 |
| 06-24-2021 | SELL | 21.4836 | 34.582 |
| 06-24-2021 | SELL | 28.779 | 34.582 |
| 06-24-2021 | SELL | 30.296 | 34.582 |
| 06-24-2021 | SELL | 26.7235 | 34.582 |
| 06-24-2021 | SELL | 9.7721 | 34.582 |
| 06-24-2021 | SELL | 15.1499 | 34.582 |
| 06-24-2021 | SELL | 1 | 34.582 |
| 06-24-2021 | SELL | 38.467 | 34.582 |
| 06-24-2021 | SELL | 9.1749 | 34.582 |
| 06-24-2021 | SELL | 5.338 | 34.582 |
| 06-24-2021 | SELL | 0.0005 | 34.582 |
| 06-24-2021 | BUY | 5.864 | 34.729 |
| 06-24-2021 | BUY | 5.951 | 34.729 |
| 06-24-2021 | BUY | 6.1345 | 34.729 |
| 06-24-2021 | BUY | 6.596 | 34.729 |
| 06-24-2021 | BUY | 5.789 | 34.729 |
| 06-24-2021 | BUY | 5.106 | 34.729 |
| 06-24-2021 | BUY | 4.166 | 34.748 |
| 06-24-2021 | BUY | 4.403 | 34.748 |
| 06-24-2021 | BUY | 4.911 | 34.748 |
| 06-24-2021 | BUY | 10 | 34.772 |
| 06-24-2021 | BUY | 67 | 34.772 |
| 06-24-2021 | BUY | 4 | 34.774 |
| 06-24-2021 | BUY | 2 | 34.781 |
| 06-24-2021 | BUY | 6.985 | 34.781 |
| 06-24-2021 | BUY | 20 | 34.781 |
| 06-24-2021 | BUY | 5 | 34.781 |
| 06-24-2021 | BUY | 50 | 34.781 |
| 06-24-2021 | BUY | 5 | 34.781 |
| 06-24-2021 | BUY | 63.545 | 34.781 |

13

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-24-2021 | BUY | 0.0003 | 34.781 |
| 06-25-2021 | SELL | 13.6634 | 34.75 |
| 06-25-2021 | SELL | 15.1499 | 34.75 |
| 06-25-2021 | SELL | 25 | 34.75 |
| 06-25-2021 | SELL | 5 | 34.75 |
| 06-25-2021 | SELL | 45 | 34.75 |
| 06-25-2021 | SELL | 40 | 34.75 |
| 06-25-2021 | SELL | 138.637 | 34.75 |
| 06-25-2021 | SELL | 0.0005 | 34.75 |
| 06-25-2021 | BUY | 13 | 34.619 |
| 06-25-2021 | BUY | 58.9961 | 34.621 |
| 06-25-2021 | BUY | 55.8071 | 34.623 |
| 06-25-2021 | BUY | 1.274 | 34.623 |
| 06-25-2021 | BUY | 73 | 34.624 |
| 06-25-2021 | BUY | 15.522 | 34.624 |
| 06-25-2021 | BUY | 10 | 34.624 |
| 06-25-2021 | BUY | 30 | 34.624 |
| 06-25-2021 | BUY | 10 | 34.624 |
| 06-25-2021 | BUY | 5 | 34.624 |
| 06-25-2021 | BUY | 17.723 | 34.624 |
| 06-25-2021 | BUY | 0.0009 | 34.624 |
| 06-25-2021 | SELL | 14.1686 | 34.847 |
| 06-25-2021 | SELL | 62.942 | 34.847 |
| 06-25-2021 | SELL | 213.2125 | 34.847 |
| 06-25-2021 | BUY | 277.233 | 34.49 |
| 06-25-2021 | BUY | 15.431 | 34.49 |
| 06-25-2021 | SELL | 2 | 34.73 |
| 06-25-2021 | SELL | 290.6628 | 34.73 |
| 06-25-2021 | BUY | 4.632 | 35 |
| 06-25-2021 | BUY | 5.913 | 35 |
| 06-25-2021 | BUY | 279.394 | 35 |
| 06-25-2021 | BUY | 0.0003 | 35 |
| 06-25-2021 | SELL | 37.702 | 35.3 |
| 06-25-2021 | SELL | 25 | 35.3 |
| 06-25-2021 | SELL | 2 | 35.3 |
| 06-25-2021 | SELL | 75 | 35.3 |
| 06-25-2021 | SELL | 150.2373 | 35.3 |
| 06-27-2021 | BUY | 5 | 37.872 |
| 06-27-2021 | BUY | 10 | 37.872 |
| 06-27-2021 | BUY | 40.978 | 37.872 |
| 06-27-2021 | BUY | 0.0009 | 37.872 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 06-27-2021 | SELL | 11 | 43.782 |
| 06-27-2021 | SELL | 7 | 43.755 |
| 06-27-2021 | SELL | 37.9789 | 43.751 |
| 06-28-2021 | BUY | 40.339 | 42.897 |
| 06-28-2021 | BUY | 4.3634 | 42.898 |
| 06-28-2021 | SELL | 17 | 46.089 |
| 06-28-2021 | SELL | 5.9222 | 46.088 |
| 06-28-2021 | SELL | 21.7802 | 46.088 |
| 06-29-2021 | BUY | 26.1175 | 57.063 |
| 06-29-2021 | BUY | 8.2511 | 57.064 |
| 06-29-2021 | SELL | 0.4473 | 57.878 |
| 06-29-2021 | SELL | 1 | 57.878 |
| 06-29-2021 | SELL | 32.921 | 57.878 |
| 06-29-2021 | SELL | 0.0003 | 57.878 |
| 06-30-2021 | BUY | 1.3649 | 44.839 |
| 06-30-2021 | BUY | 2 | 44.839 |
| 06-30-2021 | BUY | 22.725 | 44.839 |
| 06-30-2021 | BUY | 5 | 44.839 |
| 06-30-2021 | BUY | 6 | 44.839 |
| 06-30-2021 | BUY | 5.1408 | 44.839 |
| 06-30-2021 | SELL | 20.9717 | 46.681 |
| 06-30-2021 | SELL | 21.259 | 46.681 |
| 07-16-2021 | BUY | 145 | 34.924 |
| 07-16-2021 | BUY | 5 | 34.924 |
| 07-16-2021 | BUY | 15 | 34.924 |
| 07-16-2021 | BUY | 40 | 34.924 |
| 07-16-2021 | BUY | 5 | 34.924 |
| 07-16-2021 | BUY | 25 | 34.924 |
| 07-16-2021 | BUY | 20.771 | 34.924 |
| 07-16-2021 | BUY | 30 | 34.924 |
| 07-16-2021 | BUY | 0.0003 | 34.924 |
| 07-16-2021 | SELL | 21 | 34.436 |
| 07-16-2021 | SELL | 23.0988 | 34.434 |
| 07-16-2021 | SELL | 42.8311 | 34.433 |
| 07-16-2021 | SELL | 42.5 | 34.426 |
| 07-16-2021 | SELL | 144.9671 | 34.425 |
| 07-16-2021 | SELL | 11.3743 | 34.425 |
| 07-17-2021 | BUY | 16.6059 | 32.849 |
| 07-17-2021 | BUY | 16 | 32.85 |
| 07-17-2021 | BUY | 4 | 32.851 |
| 07-17-2021 | BUY | 363.74 | 32.851 |

15

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-17-2021 | BUY | 5 | 32.851 |
| 07-17-2021 | BUY | 169.076 | 32.851 |
| 07-17-2021 | BUY | 10 | 32.851 |
| 07-17-2021 | BUY | 0.0002 | 32.851 |
| 07-20-2021 | SELL | 4 | 29.875 |
| 07-20-2021 | SELL | 17.762 | 29.874 |
| 07-20-2021 | SELL | 8.8573 | 29.873 |
| 07-20-2021 | SELL | 9.3913 | 29.865 |
| 07-20-2021 | SELL | 42.6419 | 29.861 |
| 07-20-2021 | SELL | 6.7093 | 29.857 |
| 07-20-2021 | SELL | 0.1214 | 29.857 |
| 07-20-2021 | SELL | 8.6976 | 29.85 |
| 07-20-2021 | SELL | 17.3855 | 29.839 |
| 07-20-2021 | SELL | 53.8189 | 29.835 |
| 07-20-2021 | SELL | 415.0369 | 29.835 |
| 07-20-2021 | BUY | 43.5169 | 29.943 |
| 07-20-2021 | BUY | 320.866 | 29.946 |
| 07-20-2021 | BUY | 110 | 29.946 |
| 07-20-2021 | BUY | 101.149 | 29.946 |
| 07-20-2021 | BUY | 0.0003 | 29.946 |
| 07-20-2021 | BUY | 0.534 | 29.992 |
| 07-20-2021 | BUY | 0.0005 | 29.992 |
| 07-20-2021 | SELL | 8.8314 | 29.085 |
| 07-20-2021 | SELL | 14 | 29.074 |
| 07-20-2021 | SELL | 5.0085 | 29.072 |
| 07-20-2021 | SELL | 102.7977 | 29.071 |
| 07-20-2021 | SELL | 27.0725 | 29.068 |
| 07-20-2021 | SELL | 8.7836 | 29.063 |
| 07-20-2021 | SELL | 170 | 29.063 |
| 07-20-2021 | SELL | 46.157 | 29.062 |
| 07-20-2021 | SELL | 118.342 | 29.061 |
| 07-20-2021 | SELL | 75.074 | 29.057 |
| 07-20-2021 | BUY | 2.8774 | 28.648 |
| 07-20-2021 | BUY | 41.336 | 28.648 |
| 07-20-2021 | BUY | 230 | 28.648 |
| 07-20-2021 | BUY | 20 | 28.648 |
| 07-20-2021 | BUY | 65 | 28.648 |
| 07-20-2021 | BUY | 5 | 28.648 |
| 07-20-2021 | BUY | 10 | 28.648 |
| 07-20-2021 | BUY | 35 | 28.648 |
| 07-20-2021 | BUY | 127.445 | 28.648 |

16

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-20-2021 | BUY | 10 | 28.648 |
| 07-20-2021 | BUY | 35 | 28.648 |
| 07-20-2021 | BUY | 0.0004 | 28.648 |
| 07-20-2021 | BUY | 1.0231 | 28.593 |
| 07-20-2021 | SELL | 173.4152 | 27.92 |
| 07-20-2021 | SELL | 210.1968 | 27.92 |
| 07-20-2021 | SELL | 16.448 | 27.92 |
| 07-20-2021 | SELL | 15 | 27.888 |
| 07-20-2021 | SELL | 22.042 | 27.885 |
| 07-20-2021 | SELL | 28.9835 | 27.883 |
| 07-20-2021 | SELL | 9.4059 | 27.88 |
| 07-20-2021 | SELL | 47.1252 | 27.876 |
| 07-20-2021 | SELL | 30.2575 | 27.875 |
| 07-20-2021 | SELL | 29.8078 | 27.87 |
| 07-21-2021 | BUY | 285.8887 | 33.49 |
| 07-22-2021 | SELL | 22.725 | 34.536 |
| 07-22-2021 | SELL | 71 | 34.536 |
| 07-22-2021 | SELL | 2 | 34.53 |
| 07-22-2021 | SELL | 48.018 | 34.53 |
| 07-22-2021 | SELL | 5 | 34.53 |
| 07-22-2021 | SELL | 7.145 | 34.53 |
| 07-22-2021 | SELL | 7.145 | 34.53 |
| 07-22-2021 | SELL | 15 | 34.53 |
| 07-22-2021 | SELL | 107.8556 | 34.53 |
| 07-24-2021 | BUY | 22 | 35.049 |
| 07-24-2021 | BUY | 42.8386 | 35.049 |
| 07-24-2021 | BUY | 22 | 35.049 |
| 07-24-2021 | BUY | 22 | 35.049 |
| 07-24-2021 | BUY | 153.557 | 35.049 |
| 07-24-2021 | BUY | 2 | 35.049 |
| 07-24-2021 | BUY | 19.5647 | 35.049 |
| 07-24-2021 | SELL | 0.2561 | 37.749 |
| 07-24-2021 | SELL | 0.0794 | 37.749 |
| 07-24-2021 | SELL | 2.6362 | 37.749 |
| 07-24-2021 | SELL | 12.9502 | 37.749 |
| 07-24-2021 | SELL | 0.5093 | 37.749 |
| 07-24-2021 | SELL | 179.0554 | 37.749 |
| 07-24-2021 | SELL | 4.8039 | 37.749 |
| 07-24-2021 | SELL | 1.2662 | 37.749 |
| 07-24-2021 | SELL | 82.403 | 37.749 |
| 07-24-2021 | SELL | 0.0007 | 37.749 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-24-2021 | BUY | 56.2847 | 38.255 |
| 07-24-2021 | BUY | 44.1343 | 38.256 |
| 07-24-2021 | BUY | 8.2494 | 38.261 |
| 07-24-2021 | BUY | 152.123 | 38.27 |
| 07-24-2021 | BUY | 0.0002 | 38.27 |
| 07-24-2021 | SELL | 9 | 38.88 |
| 07-24-2021 | SELL | 26.307 | 38.88 |
| 07-24-2021 | SELL | 20 | 38.88 |
| 07-24-2021 | SELL | 205.484 | 38.88 |
| 07-24-2021 | SELL | 0.0006 | 38.88 |
| 07-24-2021 | BUY | 6.22 | 42.907 |
| 07-24-2021 | BUY | 226.3955 | 42.907 |
| 07-24-2021 | SELL | 10 | 43.364 |
| 07-24-2021 | SELL | 9.0695 | 43.359 |
| 07-24-2021 | SELL | 34.6037 | 43.348 |
| 07-24-2021 | SELL | 15 | 43.347 |
| 07-24-2021 | SELL | 77.3422 | 43.345 |
| 07-24-2021 | SELL | 3.185 | 43.342 |
| 07-24-2021 | SELL | 73 | 43.342 |
| 07-24-2021 | SELL | 8.6103 | 43.33 |
| 07-24-2021 | SELL | 1.8048 | 43.316 |
| 07-24-2021 | BUY | 35.8928 | 44.802 |
| 07-24-2021 | BUY | 33.4792 | 44.804 |
| 07-24-2021 | BUY | 32.956 | 44.806 |
| 07-24-2021 | BUY | 83 | 44.811 |
| 07-24-2021 | BUY | 19.7952 | 44.811 |
| 07-24-2021 | BUY | 17.1572 | 44.824 |
| 07-24-2021 | SELL | 0.001 | 43.72 |
| 07-24-2021 | SELL | 0.001 | 43.71 |
| 07-24-2021 | SELL | 1 | 43.7 |
| 07-24-2021 | SELL | 0.001 | 43.7 |
| 07-24-2021 | SELL | 10 | 43.7 |
| 07-24-2021 | SELL | 11.52 | 43.7 |
| 07-24-2021 | SELL | 10.3418 | 43.673 |
| 07-24-2021 | SELL | 67.1948 | 43.673 |
| 07-24-2021 | SELL | 36.7994 | 43.673 |
| 07-24-2021 | SELL | 15.8228 | 43.672 |
| 07-24-2021 | SELL | 29.104 | 43.67 |
| 07-24-2021 | SELL | 40.4946 | 43.67 |
| 07-24-2021 | BUY | 58.0762 | 41.371 |
| 07-24-2021 | BUY | 1.3106 | 41.374 |

18

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-24-2021 | BUY | 9 | 41.374 |
| 07-24-2021 | BUY | 161.497 | 41.374 |
| 07-24-2021 | BUY | 0.4159 | 41.374 |
| 07-24-2021 | SELL | 33.6613 | 43.7 |
| 07-24-2021 | SELL | 59.033 | 43.7 |
| 07-24-2021 | SELL | 20 | 43.7 |
| 07-24-2021 | SELL | 15 | 43.7 |
| 07-24-2021 | SELL | 8.572 | 43.7 |
| 07-24-2021 | SELL | 94.0334 | 43.7 |
| 07-25-2021 | BUY | 203.595 | 43.211 |
| 07-25-2021 | BUY | 27.2095 | 43.245 |
| 07-25-2021 | SELL | 4 | 43.301 |
| 07-25-2021 | SELL | 10 | 43.301 |
| 07-25-2021 | SELL | 37.1173 | 43.299 |
| 07-25-2021 | SELL | 0.9555 | 43.292 |
| 07-25-2021 | SELL | 76 | 43.292 |
| 07-25-2021 | SELL | 19.795 | 43.291 |
| 07-25-2021 | SELL | 42.6004 | 43.29 |
| 07-25-2021 | SELL | 40.3363 | 43.288 |
| 07-25-2021 | BUY | 35.6484 | 42.141 |
| 07-25-2021 | BUY | 35.6424 | 42.141 |
| 07-25-2021 | BUY | 20.2457 | 42.141 |
| 07-25-2021 | BUY | 145.4839 | 42.141 |
| 07-25-2021 | SELL | 0.0451 | 43.21 |
| 07-25-2021 | SELL | 1.106 | 43.21 |
| 07-25-2021 | SELL | 1.2143 | 43.21 |
| 07-25-2021 | SELL | 0.0686 | 43.144 |
| 07-25-2021 | SELL | 0.0311 | 43.144 |
| 07-25-2021 | SELL | 22.725 | 43.144 |
| 07-25-2021 | SELL | 2 | 43.144 |
| 07-25-2021 | SELL | 3.999 | 43.144 |
| 07-25-2021 | SELL | 6.8492 | 43.144 |
| 07-25-2021 | SELL | 22.725 | 43.144 |
| 07-25-2021 | SELL | 0.6462 | 43.144 |
| 07-25-2021 | SELL | 0.0689 | 43.144 |
| 07-25-2021 | SELL | 175.542 | 43.144 |
| 07-25-2021 | BUY | 4.819 | 41.725 |
| 07-25-2021 | BUY | 46.7221 | 41.725 |
| 07-25-2021 | BUY | 11.0116 | 41.74 |
| 07-25-2021 | BUY | 2 | 41.74 |
| 07-25-2021 | BUY | 38.668 | 41.813 |

19

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-25-2021 | BUY | 18 | 41.816 |
| 07-25-2021 | BUY | 45.5358 | 41.822 |
| 07-25-2021 | BUY | 23.326 | 41.822 |
| 07-25-2021 | BUY | 48.9168 | 41.823 |
| 07-25-2021 | SELL | 9.588 | 42.349 |
| 07-25-2021 | SELL | 15.2148 | 42.349 |
| 07-25-2021 | SELL | 37.9499 | 42.349 |
| 07-25-2021 | SELL | 9.4216 | 42.344 |
| 07-25-2021 | SELL | 88 | 42.344 |
| 07-25-2021 | SELL | 15.2148 | 42.337 |
| 07-25-2021 | SELL | 8.9704 | 42.334 |
| 07-25-2021 | SELL | 47.1912 | 42.331 |
| 07-25-2021 | SELL | 7.4486 | 42.33 |
| 07-25-2021 | BUY | 47.8442 | 41.546 |
| 07-25-2021 | BUY | 22 | 41.59 |
| 07-25-2021 | BUY | 170.5234 | 41.59 |
| 07-25-2021 | SELL | 2 | 42 |
| 07-25-2021 | SELL | 10 | 42 |
| 07-25-2021 | SELL | 22.725 | 42 |
| 07-25-2021 | SELL | 2 | 42 |
| 07-25-2021 | SELL | 16.998 | 42 |
| 07-25-2021 | SELL | 22 | 42 |
| 07-25-2021 | SELL | 22 | 42 |
| 07-25-2021 | SELL | 142.6446 | 42 |
| 07-25-2021 | BUY | 22.725 | 41.24 |
| 07-25-2021 | BUY | 24.881 | 41.24 |
| 07-25-2021 | BUY | 5.207 | 41.24 |
| 07-25-2021 | BUY | 189.1972 | 41.24 |
| 07-25-2021 | SELL | 39.3406 | 40.852 |
| 07-25-2021 | SELL | 53.9895 | 40.851 |
| 07-25-2021 | SELL | 50.7048 | 40.849 |
| 07-25-2021 | SELL | 10.7 | 40.849 |
| 07-25-2021 | SELL | 13.6955 | 40.847 |
| 07-25-2021 | SELL | 15.1304 | 40.846 |
| 07-25-2021 | SELL | 15 | 40.843 |
| 07-25-2021 | SELL | 43.4494 | 40.842 |
| 07-25-2021 | BUY | 14.8748 | 42.851 |
| 07-25-2021 | BUY | 22 | 42.851 |
| 07-25-2021 | BUY | 10 | 42.851 |
| 07-25-2021 | BUY | 8.0652 | 42.851 |
| 07-25-2021 | BUY | 47.6943 | 42.851 |

20

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-25-2021 | BUY | 64.5619 | 42.851 |
| 07-25-2021 | BUY | 12.898 | 42.851 |
| 07-25-2021 | BUY | 22.057 | 42.851 |
| 07-25-2021 | BUY | 23.2111 | 42.851 |
| 07-25-2021 | BUY | 3.7824 | 42.851 |
| 07-25-2021 | SELL | 8.4043 | 42.315 |
| 07-25-2021 | SELL | 20 | 42.301 |
| 07-25-2021 | SELL | 8.466 | 42.301 |
| 07-25-2021 | SELL | 4 | 42.297 |
| 07-25-2021 | SELL | 10 | 42.279 |
| 07-25-2021 | SELL | 31.4336 | 42.273 |
| 07-25-2021 | SELL | 67 | 42.262 |
| 07-25-2021 | SELL | 22.725 | 42.26 |
| 07-25-2021 | SELL | 57.1158 | 42.26 |
| 07-25-2021 | BUY | 2 | 41.85 |
| 07-25-2021 | BUY | 228.8403 | 41.85 |
| 07-25-2021 | SELL | 22.4217 | 42.7 |
| 07-25-2021 | SELL | 12.7544 | 42.7 |
| 07-25-2021 | SELL | 195.664 | 42.7 |
| 07-25-2021 | SELL | 0.0002 | 42.7 |
| 07-26-2021 | BUY | 18 | 45.022 |
| 07-26-2021 | BUY | 68.2697 | 45.022 |
| 07-26-2021 | BUY | 129.1701 | 45.023 |
| 07-26-2021 | SELL | 1 | 44.27 |
| 07-26-2021 | SELL | 8.988 | 44.148 |
| 07-26-2021 | SELL | 47.8562 | 44.147 |
| 07-26-2021 | SELL | 102.6491 | 44.14 |
| 07-26-2021 | SELL | 9.0033 | 44.137 |
| 07-26-2021 | SELL | 15 | 44.134 |
| 07-26-2021 | SELL | 30.9432 | 44.133 |
| 07-26-2021 | BUY | 86.9634 | 43.866 |
| 07-26-2021 | BUY | 58.051 | 43.866 |
| 07-26-2021 | BUY | 70.325 | 43.866 |
| 07-26-2021 | BUY | 0.0006 | 43.866 |
| 07-26-2021 | BUY | 0.2149 | 43.815 |
| 07-26-2021 | SELL | 91.7433 | 44 |
| 07-26-2021 | SELL | 4.4226 | 44 |
| 07-26-2021 | SELL | 1 | 44 |
| 07-26-2021 | SELL | 20 | 44 |
| 07-26-2021 | SELL | 5 | 44 |
| 07-26-2021 | SELL | 5 | 44 |

21

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-26-2021 | SELL | 13.068 | 44 |
| 07-26-2021 | SELL | 10 | 44 |
| 07-26-2021 | SELL | 5 | 44 |
| 07-26-2021 | SELL | 2.253 | 44 |
| 07-26-2021 | SELL | 5 | 44 |
| 07-26-2021 | SELL | 5 | 44 |
| 07-26-2021 | SELL | 5 | 44 |
| 07-26-2021 | SELL | 15 | 44 |
| 07-26-2021 | SELL | 13.068 | 44 |
| 07-26-2021 | SELL | 15 | 44 |
| 07-26-2021 | BUY | 9.2875 | 43.589 |
| 07-26-2021 | BUY | 27.0725 | 43.59 |
| 07-26-2021 | BUY | 8.6482 | 43.599 |
| 07-26-2021 | BUY | 81 | 43.599 |
| 07-26-2021 | BUY | 36.6435 | 43.606 |
| 07-26-2021 | BUY | 9.0807 | 43.609 |
| 07-26-2021 | BUY | 22.725 | 43.61 |
| 07-26-2021 | BUY | 22.276 | 43.61 |
| 07-26-2021 | BUY | 0.0005 | 43.61 |
| 07-26-2021 | SELL | 0.001 | 44.9 |
| 07-26-2021 | SELL | 71.855 | 44.9 |
| 07-26-2021 | SELL | 25 | 44.9 |
| 07-26-2021 | SELL | 55 | 44.9 |
| 07-26-2021 | SELL | 64.877 | 44.9 |
| 07-26-2021 | SELL | 0.0009 | 44.9 |
| 07-26-2021 | BUY | 34.9545 | 45.336 |
| 07-26-2021 | BUY | 4 | 45.337 |
| 07-26-2021 | BUY | 174.008 | 45.337 |
| 07-26-2021 | BUY | 0.0004 | 45.337 |
| 07-26-2021 | SELL | 67.4951 | 45.963 |
| 07-26-2021 | SELL | 22.5 | 45.962 |
| 07-26-2021 | SELL | 71.7136 | 45.961 |
| 07-26-2021 | SELL | 9.2042 | 45.958 |
| 07-26-2021 | SELL | 42.05 | 45.947 |
| 07-26-2021 | BUY | 35.0035 | 44.223 |
| 07-26-2021 | BUY | 19.8541 | 44.226 |
| 07-26-2021 | BUY | 13.0585 | 44.231 |
| 07-26-2021 | BUY | 5.0062 | 44.241 |
| 07-26-2021 | BUY | 5.0262 | 44.242 |
| 07-26-2021 | BUY | 9.1791 | 44.243 |
| 07-26-2021 | BUY | 9.7101 | 44.248 |

22

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-26-2021 | BUY | 5.0263 | 44.253 |
| 07-26-2021 | BUY | 9.3407 | 44.254 |
| 07-26-2021 | BUY | 43.442 | 44.265 |
| 07-26-2021 | BUY | 43.121 | 44.265 |
| 07-26-2021 | BUY | 15.197 | 44.27 |
| 07-26-2021 | SELL | 5.0062 | 42.557 |
| 07-26-2021 | SELL | 76 | 42.556 |
| 07-26-2021 | SELL | 48.1339 | 42.548 |
| 07-26-2021 | SELL | 24.5245 | 42.546 |
| 07-26-2021 | SELL | 5.0262 | 42.52 |
| 07-26-2021 | SELL | 24.5245 | 42.519 |
| 07-26-2021 | SELL | 29.7494 | 42.519 |
| 07-26-2021 | BUY | 209.0689 | 42.39 |
| 07-26-2021 | SELL | 8.4516 | 41.849 |
| 07-26-2021 | SELL | 9.438 | 41.832 |
| 07-26-2021 | SELL | 8.6101 | 41.831 |
| 07-26-2021 | SELL | 65 | 41.829 |
| 07-26-2021 | SELL | 9.6629 | 41.819 |
| 07-26-2021 | SELL | 84 | 41.811 |
| 07-26-2021 | SELL | 23.9063 | 41.796 |
| 07-26-2021 | BUY | 8.7399 | 41.243 |
| 07-26-2021 | BUY | 38.8488 | 41.243 |
| 07-26-2021 | BUY | 27.0725 | 41.247 |
| 07-26-2021 | BUY | 33.1059 | 41.249 |
| 07-27-2021 | SELL | 62.5309 | 39.311 |
| 07-27-2021 | SELL | 22.5 | 39.31 |
| 07-27-2021 | SELL | 22.7362 | 39.309 |
| 07-27-2021 | BUY | 3.4085 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |
| 07-27-2021 | BUY | 15 | 38.274 |
| 07-27-2021 | BUY | 15 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |
| 07-27-2021 | BUY | 25 | 38.274 |
| 07-27-2021 | BUY | 45 | 38.274 |
| 07-27-2021 | BUY | 15 | 38.274 |
| 07-27-2021 | BUY | 25 | 38.274 |
| 07-27-2021 | BUY | 20 | 38.274 |
| 07-27-2021 | BUY | 5 | 38.274 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 07-27-2021 | BUY | 26.3093 | 38.274 |
| 07-27-2021 | SELL | 8.9 | 37.851 |
| 07-27-2021 | SELL | 27.713 | 37.847 |
| 07-27-2021 | SELL | 9.9281 | 37.841 |
| 07-27-2021 | SELL | 14.651 | 37.835 |
| 07-27-2021 | SELL | 9.8177 | 37.833 |
| 07-27-2021 | SELL | 51.3988 | 37.825 |
| 07-27-2021 | SELL | 8.8039 | 37.822 |
| 07-27-2021 | SELL | 88.505 | 37.82 |
| 07-27-2021 | SELL | 0.0003 | 37.82 |
| 07-27-2021 | BUY | 60.68 | 38.7 |
| 07-27-2021 | BUY | 5 | 38.7 |
| 07-27-2021 | BUY | 35 | 38.7 |
| 07-27-2021 | BUY | 15 | 38.7 |
| 07-27-2021 | BUY | 15 | 38.7 |
| 07-27-2021 | BUY | 20 | 38.7 |
| 07-27-2021 | BUY | 63.5781 | 38.7 |
| 07-27-2021 | SELL | 189.3273 | 38.1 |
| 07-27-2021 | SELL | 9.3007 | 38.053 |
| 07-27-2021 | SELL | 15.6301 | 38.053 |
| 07-27-2021 | BUY | 21.614 | 38.537 |
| 07-27-2021 | BUY | 44.5328 | 38.538 |
| 07-27-2021 | BUY | 52.0381 | 38.55 |
| 07-27-2021 | BUY | 93.182 | 38.55 |
| 07-27-2021 | BUY | 0.0004 | 38.55 |
| 07-27-2021 | SELL | 16 | 39.455 |
| 07-27-2021 | SELL | 27.0725 | 39.45 |
| 07-27-2021 | SELL | 168.2948 | 39.45 |
| 07-28-2021 | BUY | 15.6114 | 43.732 |
| 07-28-2021 | BUY | 85 | 43.732 |
| 07-28-2021 | BUY | 34.2826 | 43.754 |
| 07-28-2021 | BUY | 58.3022 | 43.755 |
| 07-28-2021 | SELL | 193.196 | 43.37 |
| 07-28-2021 | SELL | 0.0002 | 43.37 |
| 07-28-2021 | BUY | 199.483 | 41.084 |
| 07-28-2021 | BUY | 0.0005 | 41.084 |
| 07-28-2021 | SELL | 199.483 | 40.337 |
| 07-28-2021 | SELL | 0.0005 | 40.337 |
| 08-01-2021 | BUY | 9.8231 | 41.224 |
| 08-01-2021 | BUY | 22.725 | 41.224 |
| 08-01-2021 | BUY | 15.8803 | 41.224 |

| Trade Date | Transaction Type | Quantity | Price Per Token |
|---|---|---|---|
| 08-04-2021 | SELL | 44.4405 | 39.961 |
| 08-04-2021 | SELL | 2.7397 | 39.961 |
| 08-04-2021 | SELL | 1.2482 | 39.961 |