Geoffrey M. Green, D.C. Bar No. 428392
Mark J. Woodward, D.C. Bar. No. 479537
J. Alexander Ansaldo, Va. Bar No. 75870
Dana F. Abrahamsen, D.C. Bar No. 357934
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Kent E. Cox, Ill. Bar No. 6188944
Rajesh S. James, N.Y. Bar No. 4209367
Philip J. Kehl, D.C. Bar No. 1010284
Jennifer Milici, D.C. Bar No. 987096
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jansaldo@ftc.gov*; *dabrahamsen@ftc.gov;
jbaker1@ftc.gov; wcarson@ftc.gov;
ggreen@ftc.gov; kcox@ftc.gov;
rjames@ftc.gov; pkehl@ftc.gov;
jmilici@ftc.gov; mwoodward@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-0220<br><br>**NOTICE OF APPEARANCE OF WESLEY G. CARSON AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Wesley G. Carson, of the Federal Trade Commission, hereby enter my appearance as counsel for Plaintiff Federal Trade Commission in this matter. I am a member of the Bar of the District of Columbia and am employed by the United States government. My address, telephone number, and email address are as follows:

> Federal Trade Commission
> 600 Pennsylvania Avenue, N.W.
> Washington, DC 20580
> Phone: (202) 326-3743
> Fax: (202) 326-3496
> Email: wcarson@ftc.gov

Please serve said counsel with all pleadings and notices in this action.

DATED: January 18, 2017                    */s/ Wesley G. Carson*
                                            Wesley G. Carson
                                            Attorney
                                            Federal Trade Commission