**ROCHE FREEDMAN LLP**
Kyle W. Roche (*pro hac vice* forthcoming)
Edward Normand (*pro hac vice* forthcoming)
Richard Cipolla (*pro hac vice* forthcoming)
Stephen Lagos (*pro hac vice* forthcoming)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rcfllp.com
Email: tnormand@rcfllp.com
Email: rcipolla@rcfllp.com
Email: slagos@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>　　　　　　　　　Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**NOTICE OF PUBLICATION OF NOTICE OF PENDENCY OF ACTION** |

Pursuant to Civil L.R. 23-1(a), appended hereto as Exhibit A is a copy of the notice of pendency of the above-captioned action (the "Action") that counsel for plaintiff Daniel Valenti caused to be published on August 11, 2021, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A). Pursuant to the PSLRA, the notice of pendency advises members of the putative class of an October 12, 2021 deadline to seek appointment as Lead Plaintiff in the Action.

Dated: August 30, 2021

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: ingo@rcfllp.com