| Attorney or Party without Attorney:<br>Kyle Roche, Esq.<br>Roche Freedman LLP<br>99 Park Avenue, Suite 1910<br>New York, NY 10016<br>Telephone No: 646-350-0527<br><br>Attorney for: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | | |
| Plaintiff: Daniel Valenti, et al. | | | | | |
| Defendant: Dfinity USA Research LLC, et al. | | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>21CV06118JD | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Class Actions Subject to Private Securities Litigation Reform Act and ADR Deadlines; Notice of Assignment; Standing Order for All Judges; Standing Order for Civil Cases Before Judge James Donato; Standing Order for Civil Jury Trials Before Judge James Donato; Standing Order for Discovery in Civil Cases Before Judge James Donato

3. a. Party served: Dfinity USA Research, LLC
   b. Person served: John Montijo, Service of Process Intake Clerk

4. Address where the party was served: C T Corporation
   330 N. Brand Blvd.
   Suite 700
   Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 03, 2021 (2) at: 11:40AM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Douglas Forrest
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Sep. 03, 2021

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE          (Douglas Forrest)

   kyroc.223352