**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendant Dfinity USA Research, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**NOTICE OF APPEARANCE OF MICHAEL E. LIFTIK ON BEHALF OF DEFENDANT DFINITY USA RESEARCH, LLC** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Michael E. Liftik of Quinn Emanuel Urquhart & Sullivan LLP hereby enters an appearance as counsel for Defendant Dfinity USA Research, LLC in the above-captioned action.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Michael E. Liftik (michaelliftik@quinnemanuel.com)
> 1300 I Street, Suite 900
> Washington, D.C. 20005
> Telephone: (202) 538-8000

The above-mentioned person certifies he is admitted to practice before this Court.

| | |
|---|---|
| Dated:   September 23, 2021 | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | /s/ *Michael E. Liftik* |
| | Michael E. Liftik (CA Bar No. 232430) |
| | 1300 I Street, Suite 900 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 538-8000 |
| | michaelliftik@quinnemanuel.com |
| | *Counsel for Defendant Dfinity USA Research, LLC* |