1  **QUINN EMANUEL URQUHART & SULLIVAN LLP**
   Michael E. Liftik (CA Bar No. 232430)
2  1300 I Street, Suite 900
   Washington, D.C. 20005
3  Telephone: (202) 538-8000
4  michaelliftik@quinnemanuel.com
   Emily C. Kapur (CA Bar No. 306724)
5  555 Twin Dolphin Dr., 5th Fl.
   Redwood Shores, California 94065
6  Telephone: (650) 801-5000
7  emilykapur@quinnemanuel.com

8  *Counsel for Defendant Dfinity USA Research, LLC*

9               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:21-cv-06118-JD |
   |---|---|
   | Plaintiff, | **NOTICE OF APPEARANCE OF EMILY C. KAPUR ON BEHALF OF DEFENDANT DFINITY USA RESEARCH, LLC** |
   | v. | |
   | DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS, | |
   | Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Emily C. Kapur of Quinn Emanuel Urquhart & Sullivan LLP hereby enters an appearance as counsel for Defendant Dfinity USA Research, LLC in the above-captioned action.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>Emily C. Kapur (emilykapur@quinnemanuel.com)
>555 Twin Dolphin Dr., 5th Fl.
>Redwood Shores, California 94065
>Telephone:  (650) 801-5000

The above-mentioned person certifies she is admitted to practice before this Court.

| | |
|---|---|
| Dated:   September 23, 2021 | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | /s/ *Emily C. Kapur* |
| | Emily C. Kapur (CA Bar No. 306724) |
| | 555 Twin Dolphin Dr., 5th Fl. |
| | Redwood Shores, California 94065 |
| | Telephone:  (650) 801-5000 |
| | emilykapur@quinnemanuel.com |
| | *Counsel for Defendant Dfinity USA Research, LLC* |