**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:  (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendant Dfinity USA Research, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE INITIAL CASE MANAGEMENT CONFERENCE, RESET ALL RELATED DEADLINES AND EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Daniel Valenti, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through his undersigned counsel, and Defendant Dfinity USA Research, LLC, by and through its undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on August 9, 2021, Plaintiff filed a class action complaint for violations of the federal securities laws styled *Valenti v. Dfinity USA Research LLC et al.*, No. 3:21-cv-06118-JD (Dkt. No. 1) (the "Complaint");

WHEREAS, on August 10, 2021, this Court issued an initial case management scheduling order, which set the date for an initial case management conference for November 18, 2021, and set other scheduling and Alternative Dispute Resolution ("ADR") deadlines (Dkt. No. 6);

WHEREAS, on August 11, 2021, counsel for Plaintiff published a notice of pendency of the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A) (Dkt. Nos. 8, 8-1);

WHEREAS, on September 3, 2021, Plaintiff served a summons and complaint on Defendant Dfinity USA Research, LLC (Dkt. No. 9);

WHEREAS, the other Defendants in the above-captioned action have not yet been served;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Dfinity USA Research, LLC is required to answer or otherwise respond to Plaintiff's Complaint on or before September 24, 2021;

WHEREAS, under section 78u-4(a)(3)(A)(i)(II) of the PSLRA the deadline to file a motion to appoint lead plaintiff and to appoint lead counsel is October 12, 2021;

WHEREAS, the parties agree that, in light of the deadline to file a motion to appoint lead plaintiff and lead counsel, and in the interest of judicial economy and preservation of the Court's and the parties' resources, Defendant Dfinity USA Research, LLC need not respond to the pending Complaint;

WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint provided that the change will not alter the date of any event or any deadline already fixed by Court order; and

1   WHEREAS the Court has not issued any order setting the time within which Defendants
2   must answer or otherwise respond to the Complaint.

3   NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE
4   and AGREE as follows, through their undersigned counsel:

5   1.   Defendant Dfinity USA Research, LLC shall not be required to, and shall not waive
6   any rights, arguments, or defenses by not answering, moving against, or otherwise responding to
7   the pending Complaint in the action styled *Valenti v. Dfinity USA Research LLC et al.*, No. 3:21-
8   cv-06118-JD.

9   2.   Upon appointment of a lead plaintiff and lead counsel, the parties shall meet and
10   confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and any
11   response.

12   3.   The Initial Case Management Conference currently scheduled for
13   November 18, 2021, along with any associated deadlines under the Federal Rules of Civil
14   Procedure and Local Rules (including ADR deadlines), shall be vacated and reset after
15   appointment of lead plaintiff and lead counsel.

16   **IT IS SO STIPULATED.**

17   Respectfully Submitted,

18   Dated:      September 23, 2021      **QUINN EMANUEL URQUHART & SULLIVAN
19   LLP**

20   **/s/** *Michael E. Liftik*
21   Michael E. Liftik (CA Bar No. 232430)
     1300 I Street, Suite 900
22   Washington, D.C. 20005
     Telephone:  (202) 538-8000
23   michaelliftik@quinnemanuel.com
24   Emily C. Kapur (CA Bar No. 306724)
     555 Twin Dolphin Dr., 5th Fl.
25   Redwood Shores, California 94065
     Telephone:  (650) 801-5000
26   emilykapur@quinnemanuel.com

27   *Counsel for Defendant Dfinity USA Research, LLC*

28

STIP AND [PROPOSED] ORDER TO VACATE INITIAL CMC, RESET ALL RELATED DEADLINES AND
EXTEND TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:21-CV-06118-JD

**CRAVATH, SWAINE & MOORE LLP**

/s/ *Kevin J. Orsini*

Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

*Counsel for Defendant Dfinity USA Research, LLC*

**ROCHE FREEDMAN LLP**

/s/ *Kyle W. Roche*

Kyle W. Roche (*pro hac vice* forthcoming)
Edward Normand (*pro hac vice* forthcoming)
Richard Cipolla (*pro hac vice* forthcoming)
Stephen Lagos (*pro hac vice* forthcoming)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rcfllp.com
Email: tnormand@rcfllp.com
Email: rcipolla@rcfllp.com
Email: slagos@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Plaintiff, Daniel Valenti*

## ORDER

Pursuant to stipulation, it is so ordered.

Dated:  October 4, 2021

IT IS SO ORDERED

Judge James Donato

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA