**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendant Dfinity USA Research, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANT DFINITY USA RESEARCH, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Dfinity USA Research, LLC hereby certifies:

1. Defendant Dfinity USA Research, LLC does not have a parent corporation.
2. No publicly held corporation owns ten percent or more of Dfinity USA Research, LLC's stock.

Pursuant to Civ. L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:   October 5, 2021

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/**s**/ *Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:  (650) 801-5000
emilykapur@quinnemanuel.com

**CRAVATH, SWAINE & MOORE LLP**

/**s**/ *Kevin J. Orsini*
Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

*Counsel for Defendant Dfinity USA Research, LLC*

2

DEFENDANT DFINITY USA RESEARCH, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:21-CV-06118-JD

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: October 5, 2021

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)

3

DEFENDANT DFINITY USA RESEARCH, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:21-CV-06118-JD