# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>[PROPOSED] ORDER APPOINTING HENRY RODRIGUEZ AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF ROCHE FREEDMAN LLP AS LEAD COUNSEL |

WHEREAS, in accordance with the provisions of Section 27(a)(3)(B) the Securities Act of 1933 (the "Securities Act") and Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), on August 11, 2021, notice of the Lead Plaintiff deadline was published in a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, the purported Class Period, and their right to move this Court to be appointed Lead Plaintiff;

WHEREAS, pursuant to Section 27 of the Securities Act and Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment no later than Tuesday, October 12, 2021;

WHEREAS, movant Henry Rodriguez ("Movant") has timely filed a motion for appointment as Lead Plaintiff;

WHEREAS, Movant otherwise satisfies the requirements of Section 27 of the Securities Act, Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 27(a)(3)(B)(v) of the Securities Act and Section 21D(a)(3)(B)(v) of the Exchange Act, Movant seeks approval of its selection of counsel, Roche Freedman LLP ("Roche Freedman"), to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2021, the Court having considered Movant's Motion for: (1) Appointment as Lead Plaintiff and (2) Approval of his Selection of Lead Counsel, and all supporting documents, and good cause appearing therefore, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. Every pleading in the Action shall have the following caption: *In re Dfinity USA Research LLC Securities Litigation*, Civ. Action No. 3:21-cv-06118-JD. The file in Civ. Action No. 3:21-cv-06118-JD shall be the master file for the action. All securities class actions on behalf of purchasers of ICP securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this Action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such

1

consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten (10) days after the action is consolidated into this Action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2. Pursuant to Section 27(a)(3)(B) the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant is appointed as Lead Plaintiff for the Class in the Action.

3. Pursuant to Section 27(a)(3)(B)(v) the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), and Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Movant's selected and retained counsel, Roche Freedman, to serve as Lead Counsel in the Action.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    a. To coordinate the briefing and argument of any and all motions;

    b. To coordinate the conduct of any and all discovery proceedings;

    c. To coordinate the examination of any and all witnesses in depositions;

    d. To coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. To coordinate all settlement negotiations with counsel for defendants;

    f. To coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

    g. To coordinate the preparation and filings of all pleadings; and

    h. To supervise all other matters concerning this litigation.

5. Lead Counsel shall have authority to speak for the Plaintiff in matters regarding pre-trial and trial procedure and settlement negotiations and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

1 | or unproductive effort. No settlement negotiations shall be conducted without the approval of Lead
2 | Counsel.

3 |      6.    Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiff and for the dissemination of Court orders and notices. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Plaintiff except through Lead Counsel.

     7.    Lead Counsel shall be the contact between the class and defendants' counsel and shall serve as spokespersons for the class. Lead Counsel shall act as the liaison between the Court and the class.

     8.    Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of the Plaintiff, and such agreements shall be binding on the Plaintiff.

**IT IS SO ORDERED.**

DATED: _____

                                                                       _____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE