**ROCHE FREEDMAN LLP**
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
ingo@rochefreedman.com

*Counsel for Movant Henry Rodriguez
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KYLE ROCHE IN SUPPORT OF MOTION TO APPOINT HENRY RODRIGUEZ AS LEAD PLAINTIFF AND APPROVE HIS SELECTION OF ROCHE FREEDMAN LLP AS LEAD COUNSEL**<br><br>Date: November 18, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: No. 11, 19th Floor |

DECLARATION IN SUPPORT OF MOTION TO APPOINT HENRY RODRIGUEZ AS LEAD
PLAINTIFF AND APPROVE HIS SELECTION OF LEAD COUNSEL – No. 3:21-cv-06118-JD

I, Kyle Roche, hereby declare as follows:

1. I am a partner at Roche Freedman LLP ("Roche Freedman"), counsel for movant Henry Rodriguez ("Movant"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Roche Freedman as Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:  Certification executed by Movant;

Exhibit B:  Loss chart of Movant;

Exhibit C:  Declaration of Movant; and

Exhibit D:  Firm resume of Roche Freedman.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2021, in New York, New York.

　　　　　　　　　　　　　　　　　　　　*/s/ Kyle W. Roche*
　　　　　　　　　　　　　　　　　　　　Kyle W. Roche

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this declaration of Kyle W. Roche. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kyle W. Roche concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2021.

                                           */s/ Ivy T. Ngo*
                                           Ivy T. Ngo

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ivy T. Ngo*
Ivy T. Ngo