# EXHIBIT A

CERTIFICATION OF
SECURITIES CLASS ACTION COMPLAINT

1. I, Henry Rodriguez, make this declaration pursuant to § 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the complaint filed herein (the "Complaint") against Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams (together, "Dfinity" or the "Company"), and have authorized the filing of a similar complaint, and the motion to which this certification is attached, on my behalf. Pursuant to Local Civil Rule 23-1(c), I adopt the allegations set forth in the Complaint.

3. I did not purchase or acquire these securities at the direction of counsel or in order to participate in any private action arising under the Securities Act or the Exchange Act.

4. I am willing to serve as a representative party on behalf of the class of investors who purchased or acquired ICP Tokens during the class period (the "Class"), including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my knowledge, the attached sheet (Schedule "A") lists all my transactions in ICP Tokens during the Class Period, as specified in the Complaint.

6. During the three-year period preceding the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

8. I understand that executing this Certification is not a prerequisite to participation in this Class Action as members of the Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of 10/12/2021.


Henry Rodriguez (Oct 12, 2021 13:30 EDT)

Henry Rodriguez

## Schedule A

Henry Rodriguez Transactions in ICP Tokens

| Trade Date | Transaction Type | Quantity | Price per Token |
|---|---|---|---|
| 5/18/21 | BUY | 359.805385 | $162.67 |
| 5/26/21 | SELL | 359.805385 | $141.76 |
| 5/28/21 | BUY | 359.41606 | $115.54 |
| 5/29/21 | SELL | 359.41606 | $109.81 |
| 6/2/21 | BUY | 227.357545 | $108.34 |
| 6/5/21 | BUY | 89.537668 | $103.41 |
| 6/8/21 | BUY | 114.327392 | $86.18 |
| 6/10/21 | BUY | 251.859559 | $73.73 |
| 6/11/21 | BUY | 582.068393 | $66.21 |
| 6/26/21 | BUY | 305.778698 | $29.00 |
| 7/8/21 | BUY | 119.949736 | $41.07 |
| 7/10/21 | SELL | 131.297349 | $38.10 |
| 7/12/21 | BUY | 132.817476 | $37.09 |
| 7/16/21 | SELL | 1692.39912 | $33.61 |
| 7/16/21 | BUY | 1692.39912 | $33.61 |
| 7/16/21 | SELL | 1692.39912 | $33.64 |
| 7/16/21 | BUY | 1692.39912 | $33.64 |
| 7/16/21 | SELL | 1692.39912 | $33.65 |
| 7/16/21 | BUY | 1692.39912 | $33.65 |
| 7/16/21 | SELL | 1692.39912 | $32.78 |
| 7/16/21 | BUY | 1692.39918 | $32.29 |
| 7/17/21 | SELL | 924.129008 | $32.46 |
| 7/17/21 | SELL | 767.962018 | $32.44 |
| 9/7/21 | BUY | 162.898256 | $60.49 |
| 9/20/21 | BUY | 102.217292 | $48.20 |
| 9/28/21 | SELL | 23.759177 | $42.09 |
| 10/2/21 | BUY | 71.180257 | $51.48 |
| 10/2/21 | BUY | 90.497367 | $51.60 |
| 10/2/21 | BUY | 134.18906 | $51.85 |
| 10/7/21 | SELL | 198.402857 | $50.40 |