# EXHIBIT B

## Schedule A

### Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action
### Summary of Share Accounting Gain (Loss) Analysis for Henry Rodriguez for Rule 10b-5 Claim

| Class Period Begins | 5/10/2021 |
|---|---|
| Class Period Ends | 6/22/2021 |

| Ln. | Type of Security | ICP Tokens Held @ Beginning of Class Period | ICP Tokens Bought During Class Period | ICP Tokens Sold During Class Period | ICP Tokens Held @ End of Class Period | Prior to Expiration of LookBack Period | ICP Tokens Retained Under LIFO Analysis |
|---|---|---|---|---|---|---|---|
|  |  |  | [Schedule B] | [Schedule C] |  | [Schedule C] | [Schedule C] |
| 1 | Total ICP Tokens | - | 1,984.37 | 719.22 | 1,265.15 | 1,264.84 | 0.31 |

| | Type of Security | Total Cost for ICP Tokens Purchased During Class Period | Total FIFO Proceeds for ICP Tokens Purchased During Class Period | Total LIFO Proceeds for ICP Tokens Purchased During Class Period | FIFO Loss for ICP Tokens Purchased During Class Period | LIFO Loss for ICP Tokens Purchased During Class Period | Dura Loss for ICP Tokens Purchased During Class Period |
|---|---|---|---|---|---|---|---|
|  |  | [Schedule B] | [Schedule B] | [Schedule B] | [Schedule B] | [Schedule B] | [Schedule C] |
| 2 | Total ICP Tokens | 200,909 | 133,585 | 131,531 | (58,191) | (58,798) | (61,221) |

**Schedule B**
**Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action**
**Analysis of Accounting Gain/ (Loss) on Purchases of ICP Tokens for Henry Rodriguez for Rule 10b-5 Claim**

| Class Period Begins | 5/10/2021 |
|---|---|
| Class Period Ends | 6/22/2021 |

| Ln. | Transaction Type | Trade Date | Price per ICP Tokens | Post CP Avg Price per ICP Tokens | Quantity Purchased | Quantity Sold | ICP Tokens Balance | Total Cost | Total Proceeds CP ICP Tokens | Amount Cash Inflow/ (Cash Outflow) | [Note a] FIFO Cash Inflow/ (Cash Outflow) | [Note a] LIFO Cash Inflow/ (Cash Outflow) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **CLASS PERIOD TRANSACTIONS** | | | | | | | | | | | |
| 2 | BUY | 5/18/2021 | $ 162.67 | | 359.81 | - | 359.81 | 58,530 | - | (58,530) | (58,530) | (58,530) |
| 3 | SELL | 5/26/2021 | $ 141.76 | | - | 359.81 | - | - | 51,006 | 51,006 | 51,006 | 51,006 |
| 4 | BUY | 5/28/2021 | $ 115.54 | | 359.42 | - | 359.42 | 41,527 | - | (41,527) | (41,527) | (41,527) |
| 5 | SELL | 5/29/2021 | $ 109.81 | | - | 359.42 | - | - | 39,467 | 39,467 | 39,467 | 39,467 |
| 6 | BUY | 6/2/2021 | $ 108.34 | | 227.36 | - | 227.36 | 24,632 | - | (24,632) | (24,632) | (24,632) |
| 7 | BUY | 6/5/2021 | $ 103.41 | | 89.54 | - | 316.90 | 9,259 | - | (9,259) | (9,259) | (9,259) |
| 8 | BUY | 6/8/2021 | $ 86.18 | | 114.33 | - | 431.22 | 9,853 | - | (9,853) | (9,853) | (9,853) |
| 9 | BUY | 6/10/2021 | $ 73.73 | | 251.86 | - | 683.08 | 18,570 | - | (18,570) | (18,570) | (18,570) |
| 10 | BUY | 6/11/2021 | $ 66.21 | | 582.07 | - | 1,265.15 | 38,539 | - | (38,539) | (38,539) | (38,539) |
| 11 | | | | | | | | | | | | |
| 12 | **TOTAL CLASS PERIOD TRANSACTIONS** | | | | 1,984.37 | 719.22 | | 200,909 | 90,473 | (110,435) | (110,435) | (110,435) |
| 13 | | | | | [To Schedule A] | [To Schedule A] | | [To Schedule A] | | | | |
| 14 | **POST CLASS PERIOD TRANSACTIONS FIFO** | | | | | | | | | | | |
| 15 | SELL | 7/10/2021 | $ 38.10 | $ 42.51 | | 131.30 | 1,133.85 | | 5,002 | 5,002 | 5,581 | N/A |
| 16 | SELL | 7/16/2021 | $ 33.61 | $ 41.15 | | 1,133.85 | - | | 38,109 | 38,109 | 46,662 | N/A |
| 17 | | | | | | | | | | | | |
| 18 | **Total Post Class Period Tranactions FIFO** | | | | | 1,265.15 | | | 43,111 | 43,111 | 52,244 | N/A |
| 19 | | | | | | | | | | | | |
| 20 | **TOTAL CLASS PERIOD FIFO GAIN/LOSS** | | | | | | | | $ 133,585 | | $ (58,191) | |
| 21 | | | | | | | | | [To Schedule A] | | [To Schedule A] | |
| 22 | | | | | | | | | | | | |
| 23 | **POST CLASS PERIOD TRANSACTIONS LIFO** | | | | | | | | | | | |
| 24 | SELL | 7/17/2021 | $ 32.46 | $ 40.81 | | 496.88 | 768.27 | | 16,129 | 16,129 | N/A | 20,279 |
| 25 | SELL | 7/17/2021 | $ 32.44 | $ 40.81 | | 767.96 | 0.31 | | 24,913 | 24,913 | N/A | 31,342 |
| 26 | HOLDING | [Schedule E] | | $ 51.37 | | 0.31 | | | 16 | 16 | N/A | 16 |
| 27 | | | | | | | | | | | | |
| 28 | **Total Post Class Period Tranactions LIFO** | | | | | 1,265.15 | | | 41,057 | 41,057 | N/A | 51,637 |
| 29 | | | | | | | | | | | | |
| 30 | **TOTAL CLASS PERIOD LIFO GAIN/LOSS** | | | | | | | | $ 131,531 | | $ (58,798) | |
| 31 | | | | | | | | | [To Schedule A] | | [To Schedule A] | |

Notes:

[a]    Given Mr. Rodriguez had no pre-Class Period Holdings, we only needed to analyze the sale of the 1,265.15 he owned at the end of the Class Period on a separate FIFO or LIFO basis.  We calculated his post class period sales using the higher of the actual sales price or the average of trading price of ICP Tokens from the end of the Class Period to the actual sales date.

**Schedule C**
**Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action**
**Last-In First-Out ("LIFO") Dura ICP Tokens Accounting Gain (Loss) Analysis for Henry Rodriguez for 10b-5 Claim**

| Class Period Begins | 5/10/2021 |
|---|---|
| Class Period Ends | 6/22/2021 |

| Ln. | | Transaction Type | Trade Date | Quantity Purchased | Price per ICP Tokens | Total Cost | Transaction Type | Trade Date | Quantity Sold or Held | Price per ICP Tokens | Total Proceeds | Actual Gain/ (Loss) | [Note a] Dura Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [a] | Purchase | 5/18/2021 | 359.81 | $ 162.67 | $ 58,530 | Sale | 5/26/2021 | 359.81 | $ 141.76 | $ 51,006 | (7,524) | (7,524) |
| 2 | | Purchase | 5/28/2021 | 359.42 | 115.54 | 41,527 | Sale | 5/29/2021 | 359.42 | 109.81 | 39,467 | (2,059) | (2,059) |
| 3 | | Purchase | 6/2/2021 | 0.31 | 108.34 | 34 | Holding | Avg | 0.31 | 51.38 | 16 | (18) | (18) |
| 4 | | Purchase | 6/2/2021 | 227.05 | 108.34 | 24,598 | Sale | 7/17/2021 | 227.05 | 32.44 | 7,365 | (17,233) | (9,266) |
| 5 | | Purchase | 6/5/2021 | 89.54 | 103.41 | 9,259 | Sale | 7/17/2021 | 89.54 | 32.44 | 2,905 | (6,354) | (3,654) |
| 6 | | Purchase | 6/8/2021 | 114.33 | 86.18 | 9,853 | Sale | 7/17/2021 | 114.33 | 32.44 | 3,709 | (6,144) | (4,666) |
| 7 | | Purchase | 6/10/2021 | 251.86 | 73.73 | 18,570 | Sale | 7/17/2021 | 251.86 | 32.44 | 8,170 | (10,399) | (10,279) |
| 8 | | Purchase | 6/11/2021 | 85.19 | 66.21 | 5,640 | Sale | 7/17/2021 | 85.19 | 32.44 | 2,764 | (2,877) | (3,477) |
| 9 | | Purchase | 6/11/2021 | 496.88 | 66.21 | 32,898 | Sale | 7/17/2021 | 496.88 | 32.46 | 16,129 | (16,770) | (20,279) |
| 10 | | | | | | | | | | | | | |
| 11 | | Total Class Period Purchases | | 1,984.37 | | $ 200,909 | Total Sales or Retained | | 1,984.37 | | $ 131,531 | $ (69,378) | $ (61,221) |
| 12 | | | | | | | | | | | | | [To Schedule A] |
| 13 | | | | | | | Total Shares Sold During CP | | 719.22 | [To Schedule A] | | | |
| 14 | | | | | | | Total Shares Sold Post CP | | 1,264.84 | [To Schedule A] | | | |
| 15 | | | | | | | Total Shares Retained | | 0.31 | [To Schedule A] | | | |
| 16 | | | | | | | Total | | 1,984.37 | | | | |
| 17 | | | | | | | | | | | | | |

Notes:

[a]  For purposes of our Dura LIFO analysis, we calculated Mr. Rodriguez post class period sales using the higher of the actual sales price or the average of trading price of ICP Tokens from the end of the Class Period to the actual sales date.

<p style="text-align:center; color:red;">**Schedule D**</p>

<p style="text-align:center;">**Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action**</p>

<p style="text-align:center;">**Analysis of Accounting Gain/ (Loss) on Purchases of ICP Tokens for Henry Rodriguez for Section 12(a)(1) Claim**</p>

| Class Period Begins | 5/10/2021 |
|---|---|
| Class Period Ends | Current |

| Ln. | Transaction Type | Trade Date | Price per ICP Tokens | Quantity Purchased | Quantity Sold | ICP Tokens Balance | Total Cost | Total Proceeds ICP Tokens | Amount Cash Inflow/ (Cash Outflow) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SECTION 12(a)(1) CLASS PERIOD TRANSACTIONS | | | | | | | | |
| 2 | BUY | 5/18/2021 | $ 162.67 | 359.81 | - | 359.81 | 58,530 | - | (58,530) |
| 3 | SELL | 5/26/2021 | $ 141.76 | - | 359.81 | - | - | 51,006 | 51,006 |
| 4 | BUY | 5/28/2021 | $ 115.54 | 359.42 | - | 359.42 | 41,527 | - | (41,527) |
| 5 | SELL | 5/29/2021 | $ 109.81 | - | 359.42 | - | - | 39,467 | 39,467 |
| 6 | BUY | 6/2/2021 | $ 108.34 | 227.36 | - | 227.36 | 24,632 | - | (24,632) |
| 7 | BUY | 6/5/2021 | $ 103.41 | 89.54 | - | 316.90 | 9,259 | - | (9,259) |
| 8 | BUY | 6/8/2021 | $ 86.18 | 114.33 | - | 431.22 | 9,853 | - | (9,853) |
| 9 | BUY | 6/10/2021 | $ 73.73 | 251.86 | - | 683.08 | 18,570 | - | (18,570) |
| 10 | BUY | 6/11/2021 | $ 66.21 | 582.07 | - | 1,265.15 | 38,539 | - | (38,539) |
| 11 | BUY | 6/26/2021 | $ 29.00 | 305.78 | - | 1,570.93 | 8,868 | - | (8,868) |
| 12 | BUY | 7/8/2021 | $ 41.07 | 119.95 | - | 1,690.88 | 4,926 | - | (4,926) |
| 13 | SELL | 7/10/2021 | $ 38.10 | - | 131.30 | 1,559.58 | - | 5,002 | 5,002 |
| 14 | BUY | 7/12/2021 | $ 37.09 | 132.82 | - | 1,692.40 | 4,926 | - | (4,926) |
| 15 | BUY | 7/16/2021 | $ 33.61 | 1,692.40 | - | 3,384.80 | 56,882 | - | (56,882) |
| 16 | BUY | 7/16/2021 | $ 33.64 | 1,692.40 | - | 5,077.20 | 56,932 | - | (56,932) |
| 17 | BUY | 7/16/2021 | $ 33.65 | 1,692.40 | - | 6,769.60 | 56,949 | - | (56,949) |
| 18 | BUY | 7/16/2021 | $ 32.29 | 1,692.40 | - | 8,462.00 | 54,648 | - | (54,648) |
| 19 | SELL | 7/16/2021 | $ 33.61 | - | 1,692.40 | 6,769.60 | - | 56,882 | 56,882 |
| 20 | SELL | 7/16/2021 | $ 33.64 | - | 1,692.40 | 5,077.20 | - | 56,932 | 56,932 |
| 21 | SELL | 7/16/2021 | $ 33.65 | - | 1,692.40 | 3,384.80 | - | 56,949 | 56,949 |
| 22 | SELL | 7/16/2021 | $ 32.78 | - | 1,692.40 | 1,692.40 | - | 55,477 | 55,477 |
| 23 | SELL | 7/17/2021 | $ 32.46 | - | 924.13 | 768.27 | - | 29,997 | 29,997 |
| 24 | SELL | 7/17/2021 | $ 32.44 | - | 767.96 | 0.31 | - | 24,913 | 24,913 |
| 25 | BUY | 9/7/2021 | $ 60.49 | 162.90 | - | 163.21 | 9,854 | - | (9,854) |
| 26 | BUY | 9/20/2021 | $ 48.20 | 102.22 | - | 265.42 | 4,927 | - | (4,927) |

**Schedule D**

**Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action**

**Analysis of Accounting Gain/ (Loss) on Purchases of ICP Tokens for Henry Rodriguez for Section 12(a)(1) Claim**

| | | | | Class Period Begins | 5/10/2021 |
|---|---|---|---|---|---|
| | | | | Class Period Ends | Current |

| Ln. | Transaction Type | Trade Date | Price per ICP Tokens | Quantity Purchased | Quantity Sold | ICP Tokens Balance | Total Cost | Total Proceeds ICP Tokens | Amount Cash Inflow/ (Cash Outflow) |
|---|---|---|---|---|---|---|---|---|---|
| 27 | SELL | 9/28/2021 | $ 42.09 | - | 23.76 | 241.66 | - | 1,000 | 1,000 |
| 28 | BUY | 10/2/2021 | $ 51.48 | 71.18 | - | 312.84 | 3,664 | - | (3,664) |
| 29 | BUY | 10/2/2021 | $ 51.60 | 90.50 | - | 403.34 | 4,670 | - | (4,670) |
| 30 | BUY | 10/2/2021 | $ 51.85 | 134.19 | - | 537.53 | 6,958 | - | (6,958) |
| 31 | SELL | 10/7/2021 | $ 50.40 | - | 198.40 | 339.13 | - | 10,000 | 10,000 |
| 32 | Unrealized Loss | 10/11/2021 | $ 43.69 | | 339.13 | [Note a] | | 14,817 | 14,817 |
| 33 | | | | | | | | | |
| 34 | **TOTAL SECTION 12(a)(1) CLASS PERIOD TRANSACTIONS** | | | **9,873.50** | **9,873.50** | | **475,112** | **402,442** | **(72,670)** |
| 35 | | | | | | | | | |

*Notes:*

[a]    In order to calculate, Mr. Rodriguez unrealized loss for the shares he was holding as of October 11, 2021, we used the adjusted closing price for ICP Tokens per Yahoo Finance for October 11, 2021.

## Schedule E
### Dfinity USA Research LLC (Crypto Asset - ICP) Securities Class Action
### Post-Class Period Trading Data
### *For the Period June 22, 2021 through September 19, 2021*

| Ln. | Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|---|
| 1 | 06/22/21 | $ 36.69 | $ 40.09 | $ 32.05 | $ 34.41 | $ 34.4137 | 240,285,267 |
| 2 | 06/23/21 | 34.45 | 40.85 | 33.04 | 37.25 | 37.2549 | 248,657,687 |
| 3 | 06/24/21 | 37.78 | 38.87 | 33.26 | 34.64 | 34.6414 | 209,852,877 |
| 4 | 06/25/21 | 34.59 | 36.64 | 30.70 | 31.20 | 31.1975 | 199,988,023 |
| 5 | 06/26/21 | 31.17 | 33.67 | 28.34 | 30.30 | 30.2976 | 193,986,633 |
| 6 | 06/27/21 | 30.39 | 44.50 | 29.56 | 42.90 | 42.8984 | 522,404,040 |
| 7 | 06/28/21 | 42.93 | 50.93 | 40.61 | 50.20 | 50.1953 | 744,115,346 |
| 8 | 06/29/21 | 51.09 | 59.30 | 46.84 | 54.07 | 54.0667 | 729,991,535 |
| 9 | 06/30/21 | 54.14 | 54.63 | 43.44 | 49.91 | 49.9110 | 720,099,619 |
| 10 | 07/01/21 | 49.86 | 50.69 | 44.39 | 45.84 | 45.8413 | 394,325,155 |
| 11 | 07/02/21 | 45.73 | 47.43 | 41.54 | 44.00 | 43.9976 | 310,517,772 |
| 12 | 07/03/21 | 43.88 | 50.01 | 42.81 | 48.81 | 48.8113 | 340,863,535 |
| 13 | 07/04/21 | 48.78 | 50.80 | 46.42 | 46.85 | 46.8516 | 236,253,860 |
| 14 | 07/05/21 | 46.77 | 47.97 | 44.12 | 46.28 | 46.2762 | 286,246,376 |
| 15 | 07/06/21 | 46.23 | 48.26 | 45.04 | 46.20 | 46.1969 | 214,792,473 |
| 16 | 07/07/21 | 46.23 | 47.86 | 45.14 | 45.36 | 45.3587 | 203,540,374 |
| 17 | 07/08/21 | 45.42 | 45.52 | 39.26 | 40.27 | 40.2733 | 201,283,611 |
| 18 | 07/09/21 | 40.36 | 42.45 | 37.44 | 40.58 | 40.5832 | 175,676,808 |
| 19 | 07/10/21 | 40.60 | 42.05 | 37.79 | 38.61 | 38.6132 | 134,159,072 |
| 20 | 07/11/21 | 38.61 | 41.43 | 37.86 | 39.69 | 39.6904 | 123,652,152 |
| 21 | 07/12/21 | 39.69 | 40.95 | 36.02 | 37.34 | 37.3420 | 125,202,533 |
| 22 | 07/13/21 | 37.25 | 39.91 | 35.35 | 38.90 | 38.9048 | 168,154,654 |
| 23 | 07/14/21 | 38.92 | 39.69 | 35.37 | 36.87 | 36.8717 | 211,332,904 |
| 24 | 07/15/21 | 36.89 | 38.37 | 35.43 | 35.94 | 35.9432 | 135,865,806 |
| 25 | 07/16/21 | 35.95 | 35.99 | 32.23 | 32.41 | 32.4135 | 136,105,384 |
| 26 | 07/17/21 | 32.35 | 33.50 | 31.17 | 32.27 | 32.2685 | 128,877,230 |
| 27 | 07/18/21 | 32.29 | 34.80 | 31.91 | 32.38 | 32.3813 | 114,276,461 |
| 28 | 07/19/21 | 32.38 | 32.60 | 29.83 | 30.88 | 30.8838 | 104,267,239 |
| 29 | 07/20/21 | 30.92 | 31.52 | 27.14 | 28.56 | 28.5577 | 159,856,193 |
| 30 | 07/21/21 | 28.54 | 35.01 | 27.76 | 33.24 | 33.2401 | 247,651,151 |
| 31 | 07/22/21 | 33.41 | 35.37 | 32.25 | 33.82 | 33.8181 | 295,158,600 |
| 32 | 07/23/21 | 33.75 | 35.02 | 31.76 | 34.65 | 34.6512 | 178,358,226 |
| 33 | 07/24/21 | 34.63 | 45.68 | 33.94 | 43.46 | 43.4646 | 613,866,981 |
| 34 | 07/25/21 | 43.51 | 45.81 | 40.47 | 42.59 | 42.5878 | 554,279,833 |
| 35 | 07/26/21 | 42.64 | 48.11 | 40.52 | 40.65 | 40.6472 | 534,657,011 |
| 36 | 07/27/21 | 40.63 | 41.66 | 37.62 | 40.94 | 40.9357 | 411,753,144 |
| 37 | 07/28/21 | 41.07 | 43.85 | 39.49 | 40.67 | 40.6732 | 328,845,351 |

| Ln. | Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|---|
| 38 | 07/29/21 | 40.76 | 41.81 | 39.25 | 41.21 | 41.2092 | 202,258,965 |
| 39 | 07/30/21 | 41.26 | 42.70 | 38.43 | 42.15 | 42.1531 | 237,668,877 |
| 40 | 07/31/21 | 42.18 | 43.85 | 40.45 | 41.72 | 41.7189 | 238,887,679 |
| 41 | 08/01/21 | 41.84 | 44.39 | 40.63 | 40.91 | 40.9144 | 254,763,679 |
| 42 | 08/02/21 | 40.91 | 41.51 | 39.90 | 40.20 | 40.2037 | 190,864,848 |
| 43 | 08/03/21 | 40.20 | 40.62 | 37.63 | 38.45 | 38.4507 | 211,961,433 |
| 44 | 08/04/21 | 38.56 | 40.43 | 37.85 | 39.31 | 39.3134 | 172,186,967 |
| 45 | 08/05/21 | 39.32 | 42.71 | 38.23 | 41.99 | 41.9938 | 211,653,575 |
| 46 | 08/06/21 | 42.10 | 52.00 | 40.52 | 48.24 | 48.2377 | 703,665,240 |
| 47 | 08/07/21 | 48.25 | 65.94 | 47.97 | 61.84 | 61.8426 | 1,437,084,818 |
| 48 | 08/08/21 | 61.71 | 62.10 | 53.33 | 55.24 | 55.2400 | 704,808,377 |
| 49 | 08/09/21 | 55.20 | 68.75 | 52.79 | 64.48 | 64.4809 | 1,145,399,887 |
| 50 | 08/10/21 | 64.33 | 76.28 | 61.49 | 71.54 | 71.5434 | 1,291,760,542 |
| 51 | 08/11/21 | 71.63 | 76.49 | 65.74 | 67.40 | 67.3988 | 1,069,465,422 |
| 52 | 08/12/21 | 67.33 | 71.94 | 60.27 | 63.97 | 63.9655 | 858,736,754 |
| 53 | 08/13/21 | 64.18 | 68.70 | 62.94 | 68.10 | 68.0991 | 582,571,434 |
| 54 | 08/14/21 | 68.21 | 68.21 | 62.26 | 64.28 | 64.2848 | 501,930,984 |
| 55 | 08/15/21 | 64.24 | 64.93 | 58.62 | 63.49 | 63.4916 | 455,919,602 |
| 56 | 08/16/21 | 63.44 | 67.73 | 60.43 | 61.28 | 61.2755 | 599,483,659 |
| 57 | 08/17/21 | 61.08 | 64.16 | 54.74 | 56.01 | 56.0090 | 539,935,214 |
| 58 | 08/18/21 | 56.01 | 61.45 | 54.68 | 58.67 | 58.6679 | 510,869,740 |
| 59 | 08/19/21 | 58.44 | 68.98 | 58.10 | 67.06 | 67.0590 | 919,710,486 |
| 60 | 08/20/21 | 67.08 | 70.87 | 65.74 | 67.89 | 67.8936 | 585,749,469 |
| 61 | 08/21/21 | 67.90 | 69.43 | 64.26 | 64.59 | 64.5925 | 377,599,380 |
| 62 | 08/22/21 | 64.62 | 66.96 | 62.01 | 64.82 | 64.8166 | 290,853,730 |
| 63 | 08/23/21 | 64.66 | 67.63 | 63.74 | 65.68 | 65.6825 | 371,074,973 |
| 64 | 08/24/21 | 65.71 | 66.87 | 57.79 | 59.29 | 59.2942 | 473,736,239 |
| 65 | 08/25/21 | 59.28 | 63.74 | 56.24 | 62.05 | 62.0477 | 555,546,254 |
| 66 | 08/26/21 | 62.22 | 63.19 | 56.11 | 56.65 | 56.6510 | 575,786,238 |
| 67 | 08/27/21 | 56.67 | 63.62 | 54.56 | 62.72 | 62.7167 | 647,257,616 |
| 68 | 08/28/21 | 62.76 | 68.48 | 61.98 | 65.03 | 65.0281 | 814,141,929 |
| 69 | 08/29/21 | 65.14 | 74.80 | 61.76 | 72.12 | 72.1210 | 1,209,069,490 |
| 70 | 08/30/21 | 72.09 | 73.18 | 64.16 | 64.89 | 64.8855 | 1,008,124,228 |
| 71 | 08/31/21 | 64.80 | 67.68 | 61.87 | 62.96 | 62.9608 | 701,945,515 |
| 72 | 09/01/21 | 62.87 | 66.45 | 60.58 | 66.23 | 66.2339 | 552,607,197 |
| 73 | 09/02/21 | 66.19 | 68.82 | 64.65 | 64.65 | 64.6520 | 523,349,217 |
| 74 | 09/03/21 | 64.56 | 68.50 | 63.53 | 65.87 | 65.8651 | 501,319,394 |
| 75 | 09/04/21 | 65.82 | 78.74 | 65.42 | 78.67 | 78.6747 | 1,156,306,862 |
| 76 | 09/05/21 | 78.36 | 83.39 | 76.33 | 79.27 | 79.2740 | 1,456,750,045 |
| 77 | 09/06/21 | 79.32 | 86.86 | 76.88 | 79.31 | 79.3119 | 1,181,399,573 |
| 78 | 09/07/21 | 79.48 | 79.80 | 55.25 | 60.99 | 60.9878 | 1,455,296,768 |
| 79 | 09/08/21 | 61.12 | 63.77 | 55.64 | 60.86 | 60.8560 | 856,020,150 |

| Ln. | Date | Open | High | Low | Close | Adj Close | Volume |
|-----|------|------|------|-----|-------|-----------|--------|
| 80 | 09/09/21 | 59.45 | 64.52 | 58.99 | 60.70 | 60.6987 | 761,560,560 |
| 81 | 09/10/21 | 60.82 | 62.90 | 54.76 | 56.84 | 56.8378 | 597,458,244 |
| 82 | 09/11/21 | 56.94 | 61.84 | 55.81 | 58.08 | 58.0777 | 490,583,398 |
| 83 | 09/12/21 | 58.14 | 61.78 | 56.54 | 59.54 | 59.5406 | 409,424,693 |
| 84 | 09/13/21 | 59.49 | 60.18 | 50.72 | 55.02 | 55.0230 | 433,966,343 |
| 85 | 09/14/21 | 55.07 | 58.77 | 54.49 | 56.83 | 56.8321 | 318,412,299 |
| 86 | 09/15/21 | 56.88 | 61.99 | 56.76 | 61.49 | 61.4915 | 360,505,139 |
| 87 | 09/16/21 | 61.39 | 61.51 | 56.89 | 57.96 | 57.9624 | 305,547,297 |
| 88 | 09/17/21 | 57.96 | 58.58 | 55.11 | 56.46 | 56.4641 | 247,699,310 |
| 89 | 09/18/21 | 56.42 | 61.12 | 55.50 | 58.58 | 58.5830 | 306,919,229 |
| 90 | 09/19/21 | 58.57 | 58.77 | 56.24 | 57.19 | 57.1852 | 191,755,819 |
| 91 | | | | | | | |
| 92 | | | | | Post-Class Period Average | $ 51.3750 | |
| 93 | | | | | | *[To Schedule B]* | |

*Source: Yahoo Finance & Coinmarketcap.com*