**ROCHE FREEDMAN LLP**
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
ingo@rochefreedman.com

*Counsel for Movant Henry Rodriguez
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**CERTIFICATION OF STEPHEN LAGOS PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date: November 18, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: No. 11, 19th Floor |

## CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)

Pursuant to Civil L.R. 3-7(d), I, Stephen Lagos, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of October, 2021, in New York, New York.


                                        */s/ Stephen Lagos*
                                        Stephen Lagos

| | |
|---|---|
| 1 | **Certificate Pursuant to Local Rule 5-1(i)(3)** |
| 2 | I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this |
| 3 | certification of Stephen Lagos pursuant to Local Rule 3-7(d). In compliance with Local Rule 5- |
| 4 | 1(i)(3), I hereby attest that Stephen Lagos concurs in this filing. |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | Executed this 12th day of October, 2021. |
| 7 | /s/ Ivy T. Ngo |
| 8 | Ivy T. Ngo |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ivy T. Ngo*
Ivy T. Ngo