**ROCHE FREEDMAN LLP**
Kyle W. Roche (*pro hac vice* forthcoming)
Edward Normand (*pro hac vice* forthcoming)
Richard Cipolla (*pro hac vice* forthcoming)
Stephen Lagos (*pro hac vice* forthcoming)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**NOTICE OF NO OPPOSITION TO HENRY RODRIGUEZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

Lead Plaintiff movant Henry Rodriguez ("Rodriguez") respectfully submits this Notice that there is no opposition as to his motion for: (1) appointment as Lead Plaintiff; and (2) approval of his selection of Roche Freedman LLP as Lead Counsel for the Class ("Motion"). ECF No. 21. Pursuant to Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A)(i), as amended by the Private Securities Litigation Reform Act of 1995, the deadline for class members to seek appointment as lead plaintiff in this Action was October 12, 2021. Rodriguez timely filed his Motion and is the only class member seeking appointment as Lead Plaintiff in this Action. See ECF No. 21.

Dated:    October 26, 2021

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: ingo@rochefreedman.com

---

1
NOTICE OF NO OPP'N TO HENRY RODRIGUEZ'S MOT. FOR APPOINTMENT AS LEAD PL. AND APPROVAL OF SELECTION OF LEAD COUNSEL | CASE NO. 3:21-CV-06118-JD