AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DANIEL VALENTI, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-06118-JD |
| DFINITY USA RESEARCH LLC, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Henry Rodriguez                    .

Date: 11/03/2021

/s/ Peter Bach-y-Rita
*Attorney's signature*

Peter Bach-y-Rita (CA Bar No. 267442)
*Printed name and bar number*

ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403

*Address*

pbachyrita@rochefreedman.com
*E-mail address*

(646) 350-0527
*Telephone number*

(646) 392-8842
*FAX number*