Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, <br><br> Plaintiff(s), <br><br> v. <br><br> DFINITY USA RESEARCH LLC, <br><br> Defendant(s). | Case No: 3:21-cv-06118-JD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Edward Normand, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff Henry Rodriguez in the above-entitled action. My local co-counsel in this case is Peter Bach-y-Rita, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Roche Freedman LLP <br> 99 Park Ave., 19th Fl. New York, NY 10016 | Roche Freedmna LLP <br> 1158 26th St., Ste. 175, Santa Monica, CA 90403 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (646) 350-0527 | (646) 350-0527 |
| My email address of record: | Local co-counsel's email address of record: |
| tnormand@rochefreedman.com | pbachyrita@rochefreedman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2783447.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/21

Edward Normand
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward Normand is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                   October 2012