UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI,<br><br>    Plaintiff(s),<br><br>v.<br><br>DFINITY USA RESEARCH LLC,<br><br>    Defendant(s). | Case No: 3:21-cv-06118-J<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Richard Cipolla, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff Henry Rodriguez in the above-entitled action. My local co-counsel in this case is Peter Bach-y-Rita, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Roche Freedman LLP<br>99 Park Ave., 19th Fl. New York, NY 10016 | Roche Freedmna LLP<br>1158 26th St., Ste. 175, Santa Monica, CA 90403 |
| MY TELEPHONE # OF RECORD:<br>(646) 791-6881 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(646) 350-0527 |
| MY EMAIL ADDRESS OF RECORD:<br>rcipolla@rochefreedman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pbachyrita@rochefreedman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5534797.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/03/21

                       Richard Cipolla
                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Richard Cipolla is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                   *October 2012*