Lesley E. Weaver (SBN 191305)
Mili Desai (SBN 308858)
Britt Cibulka (SBN 220957)
BLEICHMAR FONTI & AULD, LLP
1999 Harrison Street, Suite 670
Oakland, California 94612
Tel:  (415) 445-4003
Fax:   (415) 445-4020
lweaver@bfalaw.com
mdesai@bfalaw.com
bcibulka@bfalaw.com

Robyn R. English, *pro hac vice forthcoming*
BLEICHMAR FONTI & AULD, LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1359
Fax: (212) 205-3970
renglish@bfalaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Boardsports School Inc., individually and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>Qualcomm Incorporated<br><br>        Defendant. | Case No. 17-cv-00398-HRL<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Related Case Nos.**<br>• 17-cv-220-LHK<br>• 17-cv-234-NC<br>• 17-cv-304-NC<br>• 17-cv-372-HRL |

I, Lesley E. Weaver, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"). I am counsel and attorney of record for the Boardsports School Inc (the "Plaintiff") in the action *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017) (the "*Boardsports* Action"). I am a member in good standing of the bar of the State of California and of this Court. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Civil Local Rule ("Local Rule") 3-12(b) requires that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11."

3. Local Rule 7-11(a) requires that an Administrative Motion "be accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." As of today's date, Plaintiff has been unable to stipulate pursuant to Local Rule 7-11 to relating the Actions that are the subject of this Administrative Motion. Defendant Qualcomm has not yet entered a formal notice of appearance of counsel in the *Boardsports* Action. Thus, obtaining Qualcomm's consent to relate the cases at issue in this Administrative Motion is not yet possible. Plaintiff's counsel will contact Qualcomm's counsel once a formal notice of appearance has been made in the *Boardsports* Action.

4. Attached as Exhibit A is a true and correct copy of the complaint in *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017).

1       5.      Attached as Exhibit B is a true and correct copy of the complaint in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-220-HRL (N.D. Cal., filed Jan. 17, 2017).

        6.      Attached as Exhibit C is a true and correct copy of the complaint in *Bornstein et al. v. Qualcomm Incorporated*, Case No. 17-cv-234-NC (N.D. Cal., filed Jan. 18, 2017).

        7.      Attached as Exhibit D is a true and correct copy of the complaint in *Stromberg et al. v. Qualcomm Incorporated*, Case No. 17-cv-304-NC (N.D. Cal., filed Jan. 20, 2017).

        8.      Attached as Exhibit E is a true and correct copy of the complaint in *McMahon v. Qualcomm Incorporated*, Case No. 17-cv-372 (N.D. Cal., filed Jan. 24, 2017).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2017

*/s/ Lesley E. Weaver*

_____

Lesley E. Weaver