Lesley E. Weaver (SBN 191305)
Mili Desai (SBN 308858)
Britt Cibulka (SBN 220957)
BLEICHMAR FONTI & AULD, LLP
1999 Harrison Street, Suite 670
Oakland, California 94612
Tel:  (415) 445-4003
Fax:  (415) 445-4020
lweaver@bfalaw.com
mdesai@bfalaw.com
bcibulka@bfalaw.com

Robyn R. English, *pro hac vice forthcoming*
BLEICHMAR FONTI & AULD, LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1359
Fax: (212) 205-3970
renglish@bfalaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Boardsports School Inc., individually and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Qualcomm Incorporated <br><br> Defendant. | Case No. 17-cv-00398-HRL <br><br> **PROPOSED ORDER** <br><br> **Related Case Nos.** <br> • 17-cv-220-LHK <br> • 17-cv-234-NC <br> • 17-cv-304-NC <br> • 17-cv-372-HRL |

1    Plaintiff Boardsports School Inc. (the "Plaintiff") filed an action in the Northern

2    District Court of California on January 25, 2017, *Boardsports School Inc. v. Qualcomm*

3    *Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017).  Thereafter, Plaintiff

4    promptly filed an Administrative Motion to Consider Whether Cases Should Be Related in

5    this Court in accordance with Civil Local Rule 3-12.  The Plaintiff's motion contended that

6    the cases considered should be related as they met the criteria for related cases under Civil

7    Local Rule 3-12(a).

8    The Court having considered the papers and pleadings hereby GRANTS the

9    Plaintiff's Motion and Orders that the following cases be related:

10   - *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017)

11
12   - *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-220-HRL (N.D. Cal., filed Jan. 17, 2017) ("*FTC* Action");

13   - *Bornstein et al. v. Qualcomm Incorporated*, Case No. 17-cv-234-NC (N.D. Cal., filed Jan. 18, 2017) ("*Bornstein* Action");

14   - *Stromberg et al. v. Qualcomm Incorporated*, Case No. 17-cv-304-NC (N.D. Cal., filed Jan. 20, 2017) ("*Stromberg* Action"); and

15
16   - *McMahon v. Qualcomm Incorporated*, Case No. 17-cv-372 (N.D. Cal., filed Jan. 24, 2017) ("*McMahon* Action")

17
18   SO ORDERED.

19   Dated:_____, 2017                                    _____

20                                                            Hon. Lucy H. Koh

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT