Lesley E. Weaver (SBN 191305)
Mili Desai (SBN 308858)
Britt Cibulka (SBN 220957)
BLEICHMAR FONTI & AULD, LLP
1999 Harrison Street, Suite 670
Oakland, California 94612
Tel:  (415) 445-4003
Fax:   (415) 445-4020
lweaver@bfalaw.com
mdesai@bfalaw.com
bcibulka@bfalaw.com

Robyn R. English, *pro hac vice forthcoming*
BLEICHMAR FONTI & AULD, LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1359
Fax: (212) 205-3970
renglish@bfalaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Boardsports School Inc., individually and all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>Qualcomm Incorporated<br><br>   Defendant. | Case No. 17-cv-00398-HRL<br><br>**PROOF OF SERVICE**<br><br>**Related Case Nos.**<br>• 17-cv-220-LHK<br>• 17-cv-234-NC<br>• 17-cv-304-NC<br>• 17-cv-372-HRL |

CLASS ACTION COMPLAINT

# PROOF OF SERVICE

I, Mili Desai, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of BLEICHMAR, FONTI AND AULD, and my office is located at 1999 Harrison Street Suite 670 Oakland, CA 94612.

On January 26, 2017, I served true and correct copies of the following:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF LESLEY WEAVER PURSUANT TO CIVIL L.R. 7-11(a) and EXHIBITS A-E (the related action complaints)**

3. **[PROPOSED] ORDER GRANTING SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

via Federal Express on the interested parties in this action addressed as follows:

| | |
|---|---|
| Legal Department<br>Qualcomm Incorporated<br>5775 Morehouse Drive<br>San Diego, CA 92121 | Lin W. Kahn<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103 |
| Michael Paul Lehmann<br>Hausfeld LLP<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111 | Lee Albert<br>GLANCY PRONGAY & MURRAY LLP<br>122 E. 42nd Street Suite 2920 New York, NY 10168 |
| Daniel B. Rehns<br>Cohen Milstein Sellers & Toll PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005 | Michael A. Rose<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP 185 Madison Avenue<br>New York, New York 10016 |
| Paul C. Whalen (PW-1300) LAW OFFICE OF PAUL C. WHALEN, P.C.<br>768 Plandome Road Manhasset, NY 11030 | Jeffrey Lewis<br>Keller Rohrback L.L.P.<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| Geoffrey T. Holtz<br>Morgan, Lewis & Bockius LLP One Market, Spear Street Tower San Francisco, CA 94105 | Jeff D. Friedman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |

1 | I declare under penalty of perjury that the foregoing is true and correct.

   /s/ Mili G. Desai
   _____
   Mili G. Desai

CLASS ACTION COMPLAINT