| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Kyle Roche, Esq. <br> Roche Freedman LLP <br> 99 Park Avenue, Suite 1910 <br> New York, NY 10016 <br> Telephone No: 646-350-0527 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: Daniel Valenti, et al. | | | | |
| Defendant: Dfinity USA Research LLC, et al. | | | | |
| **PROOF OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 21CV06118JD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Class Action Complaint; Civil Cover Sheet; Class Actions Subject to Private Securities Litigation Reform Act and ADR Deadlines; Notice of Assignment; Standing Order for All Judges; Standing Order for Civil Cases Before Judge James Donato; Standing Order for Civil Jury Trials Before Judge James Donato; Standing Order for Discovery in Civil Cases Before Judge James Donato

3. a. Party served: Dfinity Foundation by serving Dfinity USA Research, LLC, General Manager for Dfinity Foundation
   b. Person served: Melvin Bautista, Service of Process Intake Clerk

4. Address where the party was served: C T Corporation
   330 N. Brand Blvd.
   Suite 700
   Glendale, CA 91203

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 05, 2021 (2) at: 12:40PM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Douglas Forrest
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Nov. 08, 2021

                                                              (Douglas Forrest)

Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007     PROOF OF SERVICE <br> Summons & Complaint     kyroc.225609