**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendant Dfinity Foundation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>                    Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Daniel Valenti, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through his undersigned counsel, and Defendant Dfinity Foundation, a Swiss entity, by and through its undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on August 9, 2021, Plaintiff filed a class action complaint for violations of the federal securities laws styled *Valenti v. Dfinity USA Research LLC et al.*, No. 3:21-cv-06118-JD (Dkt. No. 1) (the "Complaint");

WHEREAS, on August 11, 2021, counsel for Plaintiff published a notice of pendency of the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A) (Dkt. Nos. 8, 8-1);

WHEREAS, on October 4, 2021, the Court entered a stipulation and order between Plaintiff and Defendant Dfinity USA Research, LLC, providing that Defendant Dfinity USA Research, LLC shall not be required to, and shall not waive any rights, arguments, or defenses by not answering, moving against, or otherwise responding to the pending Complaint and that, upon appointment of a lead plaintiff and lead counsel, the parties shall meet and confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and any response (Dkt. No. 19);

WHEREAS, on October 12, 2021, Henry Rodriguez filed a motion to appoint himself as lead plaintiff and to approve his selection of Roche Freedman LLP as lead counsel (Dkt. No. 21);

WHEREAS, on October 26, 2021, Henry Rodriguez filed a notice of no opposition to his motion to appoint himself as lead plaintiff and to approve his selection of Roche Freedman LLP as lead counsel (Dkt. No. 22);

WHEREAS, on November 10, 2021, the Court ordered that the motion for lead plaintiff and lead counsel was suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b), and vacated the hearing that was set for November 18, 2021 (Dkt. No. 32);

WHEREAS, on November 10, 2021, Plaintiff filed a proof of service purporting to serve "Dfinity Foundation by serving Dfinity USA Research, LLC, General Manager for Dfinity Foundation" (Dkt. No. 33);

WHEREAS, Defendant Dfinity Foundation maintains that the purported service was defective. Defendant Dfinity USA Research LLC is not the "General Manager for Dfinity

Foundation". Defendant Dfinity Foundation is a Swiss corporation headquartered in Zurich, whereas Defendant Dfinity USA Research, LLC is a Delaware company headquartered in Palo Alto, California;

WHEREAS, the parties agree that, in light of the forthcoming ruling on the motion to appoint lead plaintiff and lead counsel, and in the interest of judicial economy and preservation of the Court's and the parties' resources, Defendant Dfinity Foundation need not respond to the pending Complaint;

WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint provided that the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS the Court has not issued any order setting the time within which Defendants must answer or otherwise respond to the Complaint;

NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Defendant Dfinity Foundation shall not be required to, and shall not waive any rights, arguments, or defenses by not answering, moving against, or otherwise responding to the pending Complaint in the action styled *Valenti v. Dfinity USA Research LLC et al.*, No. 3:21-cv-06118-JD. For the avoidance of doubt, Dfinity Foundation expressly retains the right to move to dismiss for, among other things, insufficient service of process pursuant to Federal Rule of Civil Procedure § 12(b)(5) and/or for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure § 12(b)(2).

2. Upon appointment of a lead plaintiff and lead counsel, the parties shall meet and confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and any response.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:       November 23, 2021          **QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/ *[signature]*

Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendant Dfinity Foundation*

**CRAVATH, SWAINE & MOORE LLP**

*/s/ Kevin J. Orsini*

Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

*Counsel for Defendant Dfinity Foundation*

1
2
3
4
5
6
7
8
9
10
11
12
13
...
28

**ROCHE FREEDMAN LLP**

/s/ *Kyle W. Roche*

Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rcfllp.com
Email: tnormand@rcfllp.com
Email: rcipolla@rcfllp.com
Email: slagos@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Plaintiff, Daniel Valenti*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: November 23, 2021       QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ *Michael Liftik*
Michael E. Liftik (CA Bar No. 232430)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

Hon. James Donato
United States District Court Judge