UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>DFINITY USA RESEARCH LLC, et al.,<br><br>         Defendants. | Case No. 21-cv-06118-JD<br><br>**[PROPOSED]** ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL |

In accordance with the provisions of Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") and Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), on August 11, 2021, notice of the lead plaintiff application deadline was published in a widely circulated national business-oriented wire service, advising class members of the pendency of the class action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed lead plaintiff.

Pursuant to Section 27 of the Securities Act and Section 21D of the Exchange Act, any purported class member desiring to be appointed lead plaintiff was required to have filed a motion for such appointment no later than Tuesday, October 12, 2021.

Movant Henry Rodriguez ("Movant") has timely filed a motion for appointment as lead plaintiff. No other applications have been filed.

Movant Rodriguez otherwise satisfies the requirements of Section 27 of the Securities Act, Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure.

In accordance with Section 27(a)(3)(B)(v) of the Securities Act and Section 21D(a)(3)(B)(v) of the Exchange Act, Movant also seeks approval of his selection of counsel, Roche Freedman LLP ("Roche Freedman"), to serve as lead counsel for the class.

The Court grants Rodriguez's motion for lead plaintiff appointment and approval of his selection of lead counsel, Dkt. No. 21, and orders as follows.

Pursuant to Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant Henry Rodriguez is appointed as lead plaintiff for the putative class in this action.

Pursuant to Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), and Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Rodriguez's selected and retained counsel, Roche Freedman, to serve as lead counsel for the putative class in the action.

The parties are directed to meet and confer to set a schedule for the filing of any amended complaint, and for defendants' complaint response.

**IT IS SO ORDERED.**

Dated: December 20, 2021

JAMES DONATO
United States District Judge