**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez
and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND
MOTION TO DISMISS BRIEFING SCHEDULE – No. 3:21-cv-06118-JD

Lead Plaintiff Henry Rodriguez, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his undersigned counsel, and Defendants Dfinity USA Research, LLC and Dfinity Foundation (the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on December 20, 2021, the Court entered an order (the "Order") appointing Plaintiff as Lead Plaintiff and appointing Plaintiff's undersigned counsel as Lead Counsel in the above-captioned matter (*see* Dkt. No. 42);

WHEREAS, the Order directed the parties to "meet and confer to set a schedule for the filing of any amended complaint, and for defendants' complaint response" (*id.*);

WHEREAS, the parties have met and conferred regarding a schedule for the filing of an amended complaint and the Defendants' complaint response;

NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Plaintiff shall file an amended class action complaint by Thursday, February 3, 2022.

2. The Defendants shall answer, move against, or otherwise respond to the amended class action complaint within 60 days after filing of the amended class action complaint by Monday, April 4, 2022. For the avoidance of doubt, Dfinity Foundation expressly retains the right to move to dismiss for, among other things, insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) and/or for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

3. If the Defendants move to dismiss the amended class action complaint, Plaintiff shall file any opposition to the motion to dismiss within 60 days after the filing of the motion by Friday, June 3, 2022, and the Defendants shall file any reply within 35 days after the filing of the opposition of the motion to dismiss by Friday, July 8, 2022.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: January 24, 2022 | Respectfully Submitted, |
| | **ROCHE FREEDMAN LLP** |
| | */s/ Kyle W. Roche* |
| | Kyle W. Roche (admitted *pro hac vice*) |
| | Edward Normand (admitted *pro hac vice*) |
| | Richard Cipolla (admitted *pro hac vice*) |
| | Stephen Lagos (admitted *pro hac vice*) |
| | Ivy T. Ngo (SBN 249860) |
| | 99 Park Avenue, 19th Floor |
| | New York, NY 10016 |
| | Telephone: (646) 350-0527 |
| | Facsimile: (646) 392-8842 |
| | Email: kyle@rochefreedman.com |
| | Email: tnormand@rochefreedman.com |
| | Email: rcipolla@rochefreedman.com |
| | Email: slagos@rochefreedman.com |
| | Email: ingo@rochefreedman.com |
| | *Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class* |
| | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | */s/ Michael E. Liftik* |
| | Michael E. Liftik (CA Bar No. 232430) |
| | Sarah Heaton Concannon (*pro hac vice* forthcoming) |
| | 1300 I Street, Suite 900 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 538-8000 |
| | michaelliftik@quinnemanuel.com |
| | sarahconcannon@quinnemanuel.com |
| | Emily C. Kapur (CA Bar No. 306724) |
| | 555 Twin Dolphin Dr., 5th Fl. |
| | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| | emilykapur@quinnemanuel.com |
| | Brenna Nelinson (*pro hac vice* forthcoming) |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: (212) 849-7000 |
| | brennanelinson@quinnemanuel.com |
| | *Counsel for Defendants Dfinity USA Research, LLC and Dfinity Foundation* |

| | |
|---|---|
| 1 | **CRAVATH, SWAINE & MOORE LLP** |
| 2 | _/s/ Kevin J. Orsini_ |
| 3 | Antony L. Ryan (admitted *pro hac vice*) |
| | Kevin J. Orsini (admitted *pro hac vice*) |
| 4 | Lauren M. Rosenberg (admitted *pro hac vice*) |
| | Worldwide Plaza |
| 5 | 825 Eighth Avenue |
| | New York, New York 10019 |
| 6 | Tel.: (212) 474-1000 |
| 7 | Fax: (212) 474-3700 |
| | aryan@cravath.com |
| 8 | korsini@cravath.com |
| | lrosenberg@cravath.com |
| 9 | |
| 10 | *Counsel for Defendants Dfinity USA Research, LLC and Dfinity Foundation* |

3

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND
MOTION TO DISMISS BRIEFING SCHEDULE – No. 3:21-cv-06118-JD

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                             Hon. James Donato
                             United States District Court Judge

4

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE – No. 3:21-cv-06118-JD