**ROCHE FREEDMAN LLP**
Kyle W. Roche (*pro hac vice*)
Edward Normand (*pro hac vice*)
Richard Cipolla (*pro hac vice*)
Stephen Lagos (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@ rochefreedman.com
Email: rcipolla@ rochefreedman.com
Email: slagos@ rochefreedman.com
Email: ingo@ rochefreedman.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**CERTIFICATE OF SERVICE OF THE SUMMONS AND COMPLAINT UPON DFINITY FOUNDATION** |

|   |   |   |   |
|---|---|---|---|
| **Attestation** | CERTIFICATE | *Zustellungszeugnis* | Attestazione |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

**1.** que la demande a été exécutée[1]     THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*     che la domanda è stata eseguita[1]

- le (date)   THE (DATE)   - am (Datum)   - il (data)      17.01.2022
- à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)      Stockerstrasse 47
- *in (Ort, Strasse, Nummer)*   - a (località, via, numero)      8002 Zürich

- dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
- *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

a)  - selon les formes légales (article 5, alinéa premier, lettre a)[1].
[X]  - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
    - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
    - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

b)  - selon la forme particulière suivante[1]:
[ ]  - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
    - *in der folgenden besonderen Form[1]:*
    - secondo la forma particolare seguente[1]:

c)  - par remise simple[1].          - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
[ ]  - *durch einfache Übergabe[1].*    - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à:
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):   Bajraliu Lia
- *(Name und Stellung der Person):*    - (identità e qualità della persona):

- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):   Authorised representative
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

**2.** que la demande n'a pas été exécutée, en raison des faits suivants[1]:
THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
*dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
che la domanda non è stata eseguita, per i seguenti motivi[1]:

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

**Annexes:** ANNEXES: *Beilagen:* Allegati:

**Pièces renvoyées:**   DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*    Atti restituiti:

**Le cas échéant, les documents justificatifs de l'exécution:**   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*   Se del caso, gli atti che ne comprovano l'esecuzione:

**Fait à**   DONE AT   *Ausgefertigt in*   Fatto a   Zürich      le   THE   *am*   il   25.01.2022

**Signature et cachet**   SIGNATURE AND STAMP
*Unterschrift und Stempel*   Firma e timbro

Supreme Court of the Canton of Zurich
International Legal Assistance
Hirschengraben 15
P.O. Box
8021 Zurich (Switzerland)

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant / *Identité et adresse du requérant* | Anschrift der Bestimmungsbehörde<br>Address of receiving authority / *Adresse de l'autorité destinataire* |
|---|---|
| Aaron Lukken, R.A.<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Postfach<br>8021 Zürich 1, Switzerland<br><br>*[stamp: Obergericht des Kantons Zürich, Internationale Rechtshilfe, Bitte folgende Referenz immer angeben: WR220044 O]* |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift) / (identity and address) / (identité et adresse)**

DFINITY Foundation [DFINITY Stiftung]
Stockerstraße 47
8002 Zürich

| | | |
|---|---|---|
| ☒ | a) | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)\*):**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\*:* |
| ☐ | c) | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)\*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)\** |

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen\* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

**Verzeichnis der Schriftstücke** ~ List of documents / *Énumération des pièces*

Hague WARNING; Summary of the Document to Be Served; Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Electronic Filing/Case Assignment; Initial Case Management Scheduling Order; Standing Order (All Judges, 11/1/2018); Standing Order for Civil Trials (Donato, J.); Standing Order for Civil Cases (Donato, J.); Standing Order for Discovery (Donato, J.)

\* Wenn zutreffend. ~ if appropriate / *s'il y a lieu*

| **Ausgefertigt in** ~ Done at / *Fait à*<br>Kansas City, Missouri, USA<br>**am** ~ the / *le*<br>30th November 2021 | **Unterschrift und / oder Stempel**<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>*[signature]* |
|---|---|

N.D. Cal. Case No. 5:21-cv-06118        Generated by:   **HAGUE ENVOY**

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE / ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,/
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

Internationale Rechtshilfe

WR220044 O

☐ 1. **dass der Antrag erledigt worden ist***
that the document has been served*
que la demande a été exécutée*

| am (Datum): the (date) / le (date) : | |
| --- | --- |
| in (Ort, Straße, Nummer): at (place, street, number) / à (localité, rue, numéro) : | |

| **n einer der folgenden Formen nach Artikel 5:** in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
| --- | --- |
| ☐ | a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) ***  in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) **in der folgenden besonderen Form***: in accordance with the following particular method*: selon la forme particulière suivante* : |
| ☐ | c) **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* par remise simple* |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to: / Les documents mentionnés dans la demande ont été remis à :

| **Name und Stellung der Person:** Identity and description of person : Identité et qualité de la personne : | |
| --- | --- |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. **dass der Antrag aus folgenden Gründen nicht erledigt werden konnte***:
that the document has not been served, by reason of the following facts*: / que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
| --- |

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Anlagen** / Annexes / Annexes

| **Zurückgesandte Schriftstücke:** Documents returned: Pièces renvoyées : | |
| --- | --- |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

\* Wenn zutreffend  /  if appropriate / s'il y a lieu

| **Ausgefertigt in** Done at / Fait à | **Unterschrift und/oder Stempel** Signature and/or stamp / Signature et / ou cachet |
| --- | --- |
| **am** the / le | |

N.D. Cal. Case No. 5:21-cv-06118                Generated by:    **HAGUE ENVOY**

# ACHTUNG
WARNING / AVERTISSEMENT

Bitte folgende Referenz immer angeben:

Name und Anschrift des Empfängers / Identity and address of the addressee / Identité et adresse du destinataire

**DFINITY Foundation  [DFINITY Stiftung]**
Stockerstraße 47
8002 Zürich
Switzerland

WR220044 O

## WICHTIGER HINWEIS

DAS ANLIEGENDE SCHRIFTSTÜCK IST EIN RECHTSDOKUMENT UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE „ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" ENTHALTEN HINWEISE ZU DER ART UND DEM ZWECK DES SCHRIFTSTÜCKS. SIE SOLLTEN DAS SCHRIFTSTÜCK AUF JEDEN FALL AUFMERKSAM DURCHLESEN UND GEGEBENENFALLS RECHTSRAT EINHOLEN.
WENN SIE NICHT ÜBER AUSREICHENDE FINANZIELLE MITTEL VERFÜGEN, SOLLTEN SIE SICH ERKUNDIGEN, OB DIE MÖGLICHKEIT BESTEHT, IN IHREM LAND ODER IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, PROZESSKOSTENHILFE ODER BERATUNGSHILFE ZU ERHALTEN.
ANFRAGEN ZUR GEWÄHRUNG VON PROZESSKOSTENHILFE ODER BERATUNGSHILFE IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, KÖNNEN AN FOLGENDE STELLE GERICHTET WERDEN:

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.
IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.
ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.
SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.
LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Bay Area Legal Aid
1800 Market Street
San Francisco, CA 94102
Tel. +1 (415) 982-1300

Es wird empfohlen, die in der Mitteilung vorgedruckten Teile in englischer und französischer Sprache und gegebenenfalls auch in der Amtssprache oder einer der Amtssprachen des Ursprungsstaates abzufassen. Die Eintragungen können in der Sprache des Empfängerstaates oder in englischer oder französischer Sprache gemacht werden.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

N.D. Cal. Case No. 5:21-cv-06118                                        Generated by:  **HAGUE ENVOY**

## ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
SUMMARY OF THE DOCUMENT TO BE SERVED / ÉLÉMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
(Artikel 5 Absatz 4).
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| | |
|---|---|
| **Bezeichnung und Anschrift der ersuchenden Stelle:**<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | Aaron Lukken, R.A.<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Bezeichnung der Parteien*:**<br>Particulars of the parties*:<br>Identité des parties* : | **Plaintiff:** Daniel Valenti, Individually and on Behalf of All Others Similarly Situated<br>**Defendants:** Dfinity USA Research LLC; DFINITY Foundation; Dominic Williams |

\* Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
*if appropriate, identity and address of the person interested in the transmission of the document / s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **GERICHTLICHES SCHRIFTSTÜCK \*\* / JUDICIAL DOCUMENT\*\* /ACTE JUDICIAIRE\*\***

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | To inform the defendants of a claim against them and to demand their appearance at court. |
| **Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, various violations of the Securities Act. They seek damages, fees, and costs. |
| **Termin und Ort für die Einlassung auf das Verfahren \*\*:**<br>Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the recipient must appear and file an answer in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. |
| **Gericht, das die Entscheidung erlassen hat\*\*:**<br>Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Datum der Entscheidung \*\*:**<br>Date of judgment\*\*:<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Im Schriftstück vermerkte Fristen \*\*:**<br>Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\*   Wenn zutreffend / if appropriate / s'il y a lieu

N.D. Cal. Case No. 5:21-cv-06118                                   Generated by:   **HAGUE ENVOY**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,

*Plaintiff(s)*

v.

DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,

*Defendant(s)*

Civil Action No. CV 21-6118 JD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dfinity Foundation
Stockerstrasse 47
8002 Zurich
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ROCHE FREEDMAN LLP
Ivy T. Ngo
Kyle W. Roche
99 Park Avenue, 19th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong

Date: 8/10/2021                                                  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Überarb. 06/12) Aufforderung in einer Zivilklage

BEZIRKSGERICHT DER VEREINIGTEN STAATEN VON AMERIKA
für den
Nördlichen Bezirk von Kalifornien

DANIEL VALENTI, , einzeln und im Auftrag aller sonstigen Personen in einer ähnlichen Situation,

*Kläger*

v.

DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, und DOMINIC WILLIAMS,

*Beklagte*

Zivilklage mit dem Az. CV 21-6118 JD

## AUFFORDERUNG IN EINER ZIVILKLAGE

An: *(Name und Anschrift des Beklagten)* Dfinity Foundation
Stockerstrasse 47, 8002
Zürich Schweiz

Gegen Sie ist eine Klage eingereicht worden.

Innerhalb von 21 Tagen nach der Zustellung dieser Aufforderung an Sie (wobei der Ereignistag, an dem Sie diesen Schriftsatz erhalten haben, nicht mit gerechnet wird) – bzw. 60 Tagen, wenn Sie die Vereinigten Staaten von Amerika oder eine Behörde der Vereinigten Staaten von Amerika oder ein Amtsträger oder Beschäftigter der Vereinigten Staaten von Amerika laut Beschreibung in der föderalen Zivilprozessordnung (Fed. R. Civ. P.) 12 Buchst. (a) Nrn. (2) oder (3) sind — müssen Sie dem Kläger eine Erwiderung auf die beigefügte Klageschrift oder einen Antrag gemäß der Norm (Rule) 12 der föderalen Zivilprozessordnung zustellen. Die Erwiderung oder der Antrag muss dem Kläger oder dem Rechtsanwalt des Klägers, dessen Name und Anschrift wie folgt lauten, zugestellt werden:
ROCHE FREEDMAN LLP
Ivy T. Ngo
Kyle W. Roche
99 Park Avenue, 19th Floor New York, NY 10016

wenn Sie keine Stellungnahme abgeben, wird ein Versäumnisurteil gegen Sie mit einem Tenor entsprechend den in der Klageschrift gestellten Anträgen erlassen. Sie müssen Ihre Erwiderung oder Ihren Antrag bei Gericht einreichen.

Datum: 10.8.2021

*Stempel*: BEZIRKSGERICHT
DER VEREINIGTEN
STAATEN VON AMERIKA,
NÖRDLICHEN BEZIRK VON
KALIFORNIEN

*DAS GERICHT*
Susan Y. Soong

_____
*[Unterschrift]*
*Unterschrift der Gerichtssachbearbeiterin oder stellvertretenden Gerichtssachbearbeiterin*