Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Daniel Valenti, )
                )  Case No: 21-cv-06118-JD
          Plaintiff(s),  )
                )  **APPLICATION FOR**
     v.         )  **ADMISSION OF ATTORNEY**
Dfinity USA Research, LLC, et al.,  )  **PRO HAC VICE**
                )  (CIVIL LOCAL RULE 11-3)
                )
          Defendant(s).  )
                )

I, Lauren M. Rosenberg                , an active member in good standing of the bar of
State of New York            , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: _____Dominic Williams_____ in
the          above-entitled action. My local co-counsel in this case is Emily C. Kapur, an attorney
who is a member of the bar of this Court in good standing and who maintains an office within the
State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath, Swaine & Moore LLP<br>Worldwide Plaza, 825 Eighth Avenue<br>New York, NY 10019 | Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD:<br>(212) 474-1159 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 801-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>lrosenberg@cravath.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>emilykapur@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5009493      .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct***.

Dated: 2/15/22                      Lauren M. Rosenberg
                        _____
                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren M. Rosenberg      is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:
                        _____
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE