**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**NOTICE OF APPEARANCE OF MICHAEL E. LIFTIK ON BEHALF OF DEFENDANTS DFINITY FOUNDATION AND DOMINIC WILLIAMS** |

NOTICE OF APPEARANCE OF MICHAEL E. LIFTIK ON BEHALF OF DEFENDANTS DFINITY
FOUNDATION AND DOMINIC WILLIAMS
CASE NO. 3:21-CV-06118-JD

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Michael E. Liftik of Quinn Emanuel Urquhart & Sullivan, LLP, who has previously appeared as counsel for Defendant Dfinity USA Research, LLC, Dkt. 15, hereby also enters an appearance as counsel for Defendant Dfinity Foundation and Defendant Dominic Williams in the above-captioned action.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Michael E. Liftik (michaelliftik@quinnemanuel.com)
> 1300 I Street, Suite 900
> Washington, D.C. 20005
> Telephone: (202) 538-8000

The above-mentioned person certifies he is admitted to practice before this Court.

Dated: February 16, 2022

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams*