**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

Lead Plaintiff Henry Rodriguez, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his undersigned counsel, and Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on January 28, 2022, the Court entered an order setting a deadline for Plaintiff to file an amended class action complaint, setting April 4, 2022, as the deadline for Dfinity USA Research, LLC and Dfinity Foundation to answer, move against, or otherwise respond to the amended class action complaint, and setting a briefing schedule for any such motions (*see* Dkt. No. 44);

WHEREAS, on February 3, 2022, Plaintiff filed an amended class action complaint (*see* Dkt. No. 45);

WHEREAS, on February 7, 2022, Plaintiff filed documents captioned "Certificate of Service of the Summons and Complaint Upon Dominic Williams" and "Certificate of Service of the Summons and Complaint Upon Dfinity Foundation" (*see* Dkt. Nos. 46, 47);

WHEREAS, Defendants and each Defendant individually, expressly retain the right to move to dismiss, among other things, for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) and/or for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2);

WHEREAS, the parties to this litigation wish to maintain a unified briefing schedule for motions to dismiss in the above-captioned action;

NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Defendants shall answer, move against, or otherwise respond to the amended class action complaint by Monday, April 4, 2022.

2. If Defendants move to dismiss the amended class action complaint, Plaintiff shall file any opposition to the motion to dismiss by Friday, June 3, 2022, and Defendants shall file any reply by Friday, July 8, 2022.

3. Opening and opposition briefs may not exceed 40 pages, and reply briefs may not exceed 20 pages.

**IT IS SO STIPULATED**

Dated: February 16, 2022          Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice* forthcoming)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com
Brenna Nelinson (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York 10010

Telephone: (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams*

**CRAVATH, SWAINE & MOORE LLP**

*/s/ Kevin J. Orsini*
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

*Counsel for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
Hon. James Donato
United States District Court Judge