CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, Kevin J. Orsini, declare:

1. I am an attorney admitted to appear *pro hac vice* before this Court with respect to the above-captioned matter. I am an attorney with the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the post entitled "How to Access 'Seed' and 'Airdrop' ICP Tokens and Participate in the Internet Computer Network," published on medium.com and available at https://medium.com/dfinity/how-to-access-seed-and-airdrop-icp-tokens-and-participate-in-the-internet-computer-network-e6cd663a0c3c (cited in Compl. ¶¶ 70-71, 92, 179(e)).

3. Attached hereto as Exhibit B is a true and correct copy of the article entitled "An Introduction to Dfinity and the Internet Computer," published on messari.io and available at https://messari.io/article/an-introduction-to-dfinity-and-the-internet-computer (cited in Compl. ¶¶ 54-56, 75, 83, 85, 88).

4. Attached hereto as Exhibit C is a true and correct copy of the article entitled "The IC Launch: A market perspective", published on cycledao.xyz and available at https://cycledao.xyz/posts/the-ic-launch-a-market-perspective (cited in Compl. ¶¶ 76, 83).

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 4, 2022 in New York, NY.

*/s/ Kevin J. Orsini*
Kevin J. Orsini

-1-
DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:21-CV-06118-JD