**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez
and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:21-cv-06118-JD |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITS PURSUANT TO LOCAL RULE 7-11** |
| v. | |
| DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS, | Judge: Hon. James Donato |
| Defendants. | |

1    Pursuant to Civil Local Rule 7-11, Lead Plaintiff Henry Rodriguez, individually and on

2    behalf of all others similarly situated ("Plaintiff"), by and through his undersigned counsel, hereby

3    moves for an order extending its page limit to oppose Defendants' Motion to Dismiss (Dkt. No.

4    62) to 20 pages, which would match the number of pages Defendants were provided for their

5    motion. Defendants do not oppose this motion.

6    On February 16, 2022, the parties submitted a stipulated briefing scheduled which, among

7    other things, proposed the parties have 40 pages for the opening and opposition brief, and 20

8    pages for Defendants' reply. *See* Dkt No. 55.

9    On February 24, 2022, the Court so-ordered the stipulation regarding the briefing dates, but

10   modified the page limits. The Court ordered that "the opening brief may not exceed 20 pages, and

11   the opposition and reply briefs may not exceed 15 pages." Dkt. No. 61.

12   On April 4, 2022, Defendants filed their Motion to Dismiss, using all 20 pages allotted for

13   substantive argument, and attached three exhibits. Plaintiff's opposition is due on June 3, 2022.

14   Defendants' motion raises many arguments, several of which necessarily involve the

15   discussion and explication of precedent addressing a relatively new area of the law. Having spent

16   a month working on the Plaintiff's opposition, undersigned counsel represents that it would be

17   hindered by addressing the legal issues presented by Defendants' motion in five fewer pages than

18   Defendants were allotted.

19   For all these reasons, Plaintiff respectfully requests that the Court enter an order extending

20   Plaintiff's motion to dismiss opposition to 20 pages, matching Defendants' allotment.

21   Dated: May 6, 2022                     Respectfully Submitted,

22                                          **ROCHE FREEDMAN LLP**

23                                          */s/ Kyle W. Roche*
                                            Kyle W. Roche (admitted *pro hac vice*)
24                                          Edward Normand (admitted *pro hac vice*)
                                            Richard Cipolla (admitted *pro hac vice*)
25                                          Stephen Lagos (admitted *pro hac vice*)
                                            Ivy T. Ngo (SBN 249860)
26                                          99 Park Avenue, 19th Floor
                                            New York, NY 10016
27                                          Telephone: (646) 350-0527
28                                          1

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITS – No.
3:21-cv-06118-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*

2