**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS PAGE LIMITS** |

The Court has before it Lead Plaintiff Henry Rodriguez's motion to extend the page limits of its opposition to Defendants' motion to dismiss pursuant to Local Rule 7-11. Based on the reasons set forth in Plaintiff's motion,

IT IS HEREBY ORDERED that Plaintiff's motion is **GRANTED.**

1. Plaintiff's opposition brief may not exceed 20 pages

DATED: _____     _____
Hon. James Donato
United States District Court Judge