UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION , | Case No. C 17-cv-0220-LHK |
|---|---|
| Plaintiff(s) | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| QUALCOMM INCORPORATED , | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  4/19/2017

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jennifer Milici<br>Federal Trade Commission | (202) 326-2912<br>jmilici@ftc.gov |
| Gary A. Bornstein<br>Qualcomm Incorporated | (212) 474-1000<br>gbornstein@cravath.com |
| Richard S. Taffet<br>Qualcomm Incorporated | (212) 309-6000<br>richard.taffet@morganlewis.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 3/29/2017   Signed: /s/ Jennifer Milici
                          Attorney for Plaintiff

Date: 3/29/2017   Signed: /s/ Gary A. Bornstein
                          Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*