**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**ATTORNEY DECLARATION OF KYLE ROCHE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:       July 14, 2022<br>Time:      10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Hon. James Donato |

# DECLARATION OF KYLE ROCHE

I, Kyle Roche, declare:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Roche Freedman LLP, counsel to Plaintiffs in this action. I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2. I submit this declaration in opposition to Defendants' Motion to Dismiss the Amended Complaint.

3. Attached as Exhibit A is a true and correct copy of the Order Sustaining Demurrers with Leave to Amend, dated April 7, 2022, from the case captioned *Daniel Ocampo v. Dfinity USA Research LLC et al.*, Case No. 21-CIV-03843 (Cal. Super. Ct. San Mateo Cnty.).

4. Attached as Exhibit B is a true and correct copy of the complaint filed by Sacha Williams on June 28, 2021, in the case captioned *Sacha Williams v. Dominic Williams et al.*, Case No. 21-CV-384865 (Cal. Super. Ct. Santa Clara Cnty.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 3, 2022

Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche

*Counsel for Plaintiffs*