**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION PURSUANT TO LOCAL RULE 3-13**<br><br>Judge: Hon. James Donato |

Under Civil Local Rule 3-13, Lead Plaintiff Henry Rodriguez and named plaintiff Daniel Valenti, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, hereby notify the Court and Defendants of a related pending securities class action in the County of San Mateo Superior Court of the State of California captioned *Ocampo v. Dfinity USA Research LLC et al.*, 21-cv-03843.

This action and the *Ocampo* action have no formal relationship, but their subject matter and parties partially overlap. In the *Ocampo* action, Plaintiff Daniel Ocampo, on behalf of a class, has brought securities claims against the three Defendants here, Dfinity USA Research LLC, Dfinity Stiftung, and Dominic Williams (the "Dfinity Defendants"), as well as additional defendants AH Capital Management LLC and Polychain Capital. Similar to this case, Ocampo has brought claims under §§ 12(a)(1) and 15 of the Securities Act arising from the Dfinity Defendants' sale of unregistered Internet Computer Project tokens ("ICP" tokens) on or after May 10, 2021. Unlike Plaintiffs here, however, Ocampo asserts no Exchange Act claims, which can only be brought in federal court, 15 U.S.C. §78aa(a), and Ocampo asserts no analogue to Plaintiffs' claims in this matter based on Defendants' false statements and omissions, and market manipulation.

The *Ocampo* action is at the pleading stage. On April 7, 2022, the superior court overruled in part and sustained in part defendants' demurrer to the original complaint, granting Ocampo leave to amend. *Ocampo vs. Dfinity USA Research LLC*, 21-Civ-03843, (Cal. Sup. Ct.  Apr. 7, 2022) (attached to the contemporaneously filed Declaration of Kyle Roche at ECF No. 65-2). In particular, the superior court addressed three main arguments:

First, the court rejected defendants' argument that a statute of repose barred the Securities Act claim. The court held that this affirmative defense, which defendants had the burden to prove, was immature at the pleading stage; and that even accepting defendants' contentions, there was not enough evidence to establish it. *Id.* at 4.

Second, the ourt found that to plead a § 12(a)(1) claim, under "binding" state law precedent, Ocampo had to allege that defendants either "passed title to the ICP tokens to him" or "direct[ly] communicat[ed]" with him. *Id.* at 5 (citing *Jensen v. iShares Tr.*, 44 Cal. App. 5th 618, 646 (Cal.

App. Div. 2020)). The court found that Ocampo did not make allegations that met either standard and sustained defendants' argument that Ocampo had not pled a § 12(a)(1) claim.

Third, the court found that Ocampo had not alleged, as required, that "he purchased ICP tokens in a domestic transaction," because alleging that he was a California resident was not enough to plead the domesticity of the transaction. *Id.* at 6. Unlike Plaintiffs in this action, Ocampo did not identify where he bought his ICP tokens.

After the superior court sustained the demurrer, Ocampo filed an amended complaint on May 24, 2022. No briefing schedule has been set but there is currently a conference before the superior court on June 16, 2022.

Plaintiffs see no need at this point for any coordination between this action and *Ocampo*. The Dfinity Defendants, represented by the same counsel in his action and *Ocampo*, have not requested any such coordination. Instead, based on a motion to stay that the defendants requested in *Ocampo*, the Dfinity Defendants have revealed their preference to proceed here in the first instance. In denying that motion to stay, moreover, the superior court recognized because of the differing parties in these actions and the broader nature of the claims in this action, it is not clear how the resolution of one action would affect the other. *See Ocampo vs. Dfinity USA Research LLC*, 21-Civ-03843 at pp. (Cal. Sup. Ct. Feb. 16, 2022). If both cases proceed past the pleading stage, Plaintiffs will endeavor to work with the Dfinity Defendants to conserve resources where possible, such as it relates to discovery, so long as such efforts do not limit Plaintiffs' rights.

Dated: June 3, 2022                                     Respectfully Submitted,

                                                        **ROCHE FREEDMAN LLP**

                                                        */s/ Kyle W. Roche*
                                                        Kyle W. Roche (admitted *pro hac vice*)
                                                        Edward Normand (admitted *pro hac vice*)
                                                        Richard Cipolla (admitted *pro hac vice*)
                                                        Stephen Lagos (admitted *pro hac vice*)
                                                        Ivy T. Ngo (SBN 249860)
                                                        99 Park Avenue, 19th Floor
                                                        New York, NY 10016

| | |
|---|---|
| 1 | Telephone: (646) 350-0527 |
| 2 | Facsimile: (646) 392-8842 |
| | Email: kyle@rochefreedman.com |
| 3 | Email: tnormand@rochefreedman.com |
| | Email: rcipolla@rochefreedman.com |
| 4 | Email: slagos@rochefreedman.com |
| | Email: ingo@rochefreedman.com |

*Counsel for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class*