QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF MICHAEL E. LIFTIK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, Michael E. Liftik, declare:

1. I am an attorney at law licensed to practice before this Court and all of the courts of the state of California. I am an attorney with the law firm Quinn Emmanuel Urquhart & Sullivan, LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams in the above-captioned matter. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint (Dkt. 1) filed in the action captioned *Dfinity Foundation v. New York Times Co.*, No. 1:22-cv-5418 (June 2022 S.D.N.Y.).

Executed on this 8th day of July, 2022.

>	*/s/ Michael E. Liftik*
>	Michael E. Liftik (CA Bar No. 232430)