CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

[Additional Counsel on Signature Page]

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>　　　　　　　Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANTS' RENOTICE OF MOTION TO DISMISS**<br><br>Date:　　　　September 8, 2022<br>Time:　　　　10:00 a.m.<br>Courtroom:　　11, 19th Floor<br>Judge:　　　　Hon. James Donato |

# RENOTICE OF MOTION TO DISMISS

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 8, 2022, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable James Donato, 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 11, 19th Floor, Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams (together, "Defendants") will and do hereby move the Court for an order dismissing the Amended Class Action Complaint (ECF No. 45; the "Complaint") brought by Plaintiff Daniel Valenti and Lead Plaintiff Henry Rodriguez (together, "Plaintiffs").

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and is based on the following ground: the Complaint fails to state a claim for relief under Sections 12(a)(1) or 15 of the Securities Act of 1933, 15 U.S.C. §§ 77*l*(a)(1), 77*o* ("Securities Act"), or under Sections 10(b), 20A, or 20(a) of the Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b), 78t-1, 78t(a).

This motion is based upon this Renotice of Motion, the previously filed Notice of Motion (ECF No. 62), the Memorandum of Points and Authorities in Support (ECF No. 62), the pleadings and documents on file in this case, and other such arguments as may be presented by counsel at the hearing on this motion.

Respectfully Submitted,

Dated:   July 22, 2022    CRAVATH, SWAINE & MOORE LLP

 /s/ Kevin J. Orsini
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

-2-

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | |
| 3 | */s/ Michael E. Liftik* |
|   | Michael E. Liftik (CA Bar No. 232430) |
| 4 | Sarah Heaton Concannon (*pro hac vice*) |
|   | 1300 I Street, Suite 900 |
| 5 | Washington, D.C. 20005 |
|   | Telephone: (202) 538-8000 |
| 6 | michaelliftik@quinnemanuel.com |
| 7 | sarahconcannon@quinnemanuel.com |
| 8 | Emily C. Kapur (CA Bar No. 306724) |
|   | 555 Twin Dolphin Dr., 5th Fl. |
| 9 | Redwood Shores, California 94065 |
|   | Telephone: (650) 801-5000 |
| 10 | emilykapur@quinnemanuel.com |
| 11 | |
| 12 | Brenna Nelinson (*pro hac vice*) |
|   | 51 Madison Avenue, 22nd Floor |
| 13 | New York, New York 10010 |
|   | Telephone: (212) 849-7000 |
| 14 | brennanelinson@quinnemanuel.com |
| 15 | |
| 16 | *Counsel for Defendants* |