**ROCHE FREEDMAN LLP**
Kyle W. Roche (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: kyle@rochefreedman.com
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Lead Plaintiff Henry Rodriguez
and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS, <br><br> Defendants. | Case No.: 3:21-cv-06118-JD <br><br> **NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL** <br><br> Judge: Hon. James Donato |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche.  Any and all future CM/ECF notifications should remain directed towards Edward Normand, Richard Cipolla, Stephen Lagos, and Ivy Ngo, attorneys of record for Lead Plaintiff Henry Rodriguez and Lead Counsel for the Class.

DATED: September 1, 2022                    Respectfully Submitted,

                                           **ROCHE FREEDMAN LLP**

                                           */s/ Kyle W. Roche*
                                           Kyle W. Roche
                                           99 Park Avenue, 19th Floor
                                           New York, NY 10016
                                           kyle@rochefreedman.com

                                           *Counsel for Lead Plaintiff Henry Rodriguez*
                                           *and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kyle W. Roche*
Kyle W. Roche

2

MOTION TO WITHDRAW KYLE W. ROCHE AS COUNSEL
Case No. 3:21-cv-06118