CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY ROCHE FREEDMAN LLP** |

I, Kevin J. Orsini, declare:

I am an attorney admitted to appear pro hac vice before this Court with respect to the above-captioned matter. I am an attorney with the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein:

1. Attached hereto as Exhibit 1 is a true and correct copy of the August 26, 2022 article titled *Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman*, published on cryptoleaks.info and available at https://cryptoleaks.info/case-no-3.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Young v. Solana Labs, Inc. et al.*, 22-cv-03912 (N.D. Cal.) (September 1, 2022) (ECF No. 28).

3. Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Lockhart v. BAM Trading Services Inc., et al.*, 22-cv-03461 (N.D. Cal.) (September 1, 2022) (ECF No. 33).

4. Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Jeong v. Nexo Financial LLC, et al.*, 21-cv-02392 (N.D. Cal.) (September 1, 2022) (ECF No. 70).

5. Attached hereto as Exhibit 5 are true and correct copies of the following documents filed in *Hardin and Williams v. TRON Foundation, et al.*, 20-cv-02804 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 88);
- Response to Motion to Withdraw as Counsel (September 13, 2022) (ECF No. 89);
- Reply to Response to Motion to Withdraw as Counsel (September 19, 2022) (ECF No. 92);
- Response to Motion to Withdraw as Counsel (September 20, 2022) (ECF No. 93).

-1-

DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY ROCHE FREEDMAN LLP
CASE NO. 3:21-CV-06118-JD

6. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Motion to Withdraw as Counsel, filed in *Anderson, et al. v. Binance, et al.*, 20-cv-02803 (S.D.N.Y.) (August 31, 2022) (ECF No. 80).

7. Attached hereto as Exhibit 7 are true and correct copies of the following documents filed in *Messieh v. HDR Global Trading Ltd.*, No. 20-cv-3232 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 105);
- Defendants' Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 106);
- Response to Motion to Withdraw as Counsel (September 6, 2022) (ECF No. 107);
- Response to Motion to Withdraw as Counsel (September 9, 2022) (ECF No. 108);
- Reply to Response to Motion to Withdraw as Counsel (September 9, 2022) (ECF No. 109).

8. Attached hereto as Exhibit 8 are true and correct copies of the following documents filed in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 229);
- Response to Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 230);
- Response to Motion to Withdraw as Counsel (September 1, 2022) (ECF No. 231);
- Reply to Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 232);
- Affidavit of Kyle W. Roche (September 2, 2022) (ECF No. 232-1);
- Reply to Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 233);
- Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 234);
- Response to Motion to Withdraw as Counsel (September 5, 2022) (ECF No. 235);
- Reply to Response to Motion to Withdraw as Counsel (September 6, 2022) (ECF No. 236);

- Response to Motion to Withdraw as Counsel (September 30, 2022) (ECF No. 248).

9. Attached hereto as Exhibit 9 are true and correct copies of the following documents filed in *Williams v. Block.one, et al.*, 20-cv-2809 (S.D.N.Y.):

- Memorandum Opinion on motions for final approval of class action settlement and attorneys' fees (August 15, 2022) (ECF No. 146);
- Notice of Motion to Substitute Lead Plaintiff and to Approve Lead Counsel (August 22, 2022) (ECF No. 148);
- Memorandum of Law in Support of Motion to Substitute Lead Plaintiff and to Approve Lead Counsel (August 22, 2022) (ECF No. 149);
- Notice of Motion to Withdraw Roche Freedman LLP (September 1, 2022) (ECF No. 154).

10. Attached hereto as Exhibit 10 is a true and correct copy of the Motion to Disqualify Roche Freedman LLP, filed in *Kleiman v. Wright*, No. 22-11150 (11th Cir. September 6, 2022).

11. Attached hereto as Exhibit 11 is a true and correct copy of the Verified Complaint, filed in *Cyrulnik v. Roche Freedman, et al.*, No. 2021-5837-CA-01 (Fla. 11th Cir. Ct., Mar. 9, 2021) (Dkt. No. 2).

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 4, 2022 in New York, NY.

                                        */s/ Kevin J. Orsini*
                                        Kevin J. Orsini