# EXHIBIT 2

| | |
|---|---|
| Kyle Roche (admitted *phv*) | Todd M. Schneider (SBN 158253) |
| Velvel (Devin) Freedman (admitted *phv*) | Matthew S. Weiler (SBN 236052) |
| Edward Normand (admitted *phv*) | Mark F. Ram (SBN 294050) |
| Ivy T. Ngo (SBN 249860) | **SCHNEIDER WALLACE** |
| Stephen Lagos (*phv forthcoming*) | **COTTRELL KONECKY LLP** |
| **ROCHE FREEDMAN LLP** | 2000 Powell Street, Suite 1400 |
| 99 Park Avenue, 19th Floor | Emeryville, CA 94608 |
| New York, NY 10016 | Telephone: (415) 421-7100 |
| Tel.: (646) 350-0527 | Tschneider@schneiderwallace.com |
| kyle@rochefreedman.com | Jkim@schneiderwallace.com |
| tnormand@rochefreedman.com | MWeiler@schneiderwallace.com |
| ingo@rochefreedman.com | MRam@schneiderwallace.com |
| slagos@rochefreedman.com | |
| | Jason H. Kim (SBN 220279) |
| | 300 S. Grand Ave., Suite 2700 |
| | Los Angeles, California 90071 |
| | Tel: 415-421-7100 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912<br><br>**NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL**<br><br>Judge: Hon. James Donato |

NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL
Case No. 3:22-cv-03192

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Velvel Freedman, Edward Normand, Stephen Lagos, and Ivy Ngo, attorneys of record for Plaintiff Mark Young.

DATED: September 1, 2022   Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rochefreedman.com

*Counsel for Plaintiff*

NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL
Case No. 3:22-cv-03192
1

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Kyle W. Roche*
                Kyle W. Roche

NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL
Case No. 3:22-cv-03192
2