# EXHIBIT 3

| | |
|---|---|
| 1 | Kyle Roche (*pro hac vice*) |
| 2 | Edward Normand (*pro hac vice*) |
| 3 | Joseph Delich (*pro hac vice*) |
| 4 | Alex Potter (*pro hac vice*) |
| 5 | Ivy T. Ngo (SBN 249860) |

Kyle Roche (*pro hac vice*)
Edward Normand (*pro hac vice*)
Joseph Delich (*pro hac vice*)
Alex Potter (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

Tibor L. Nagy, Jr. (*pro hac vice*)
Gregory N. Wolfe (*pro hac vice*)
William LaGrange (*pro hac vice*)
Diego J. Martinez-Krippner (*pro hac vice* forthcoming)
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, NY 10075
Tel.: (212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
dmartinezkrippner@dnfllp.com

*Counsel for Plaintiff Jeffrey Lockhart and
Lead Plaintiff Movant Michiel Nuveen
and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY LOCKHART, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BAM TRADING SERVICES INC. and BRIAN SHRODER,<br><br>      Defendants. | Case No.: 3:22-cv-03461-JSC<br><br>**NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL**<br><br>Judge: Hon. Jacqueline Scott Corley |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Edward Normand, Joseph Delich, Alex Potter, and Ivy Ngo, attorneys of record for Lead Plaintiff Jeffrey Lockhart and Lead Plaintiff Movant Michiel Nuveen.

DATED: September 1, 2022

Respectfully Submitted,
**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rochefreedman.com

*Counsel for Plaintiff Jeffrey Lockhart and*
*Lead Plaintiff Movant Michiel Nuveen*
*and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kyle W. Roche
Kyle W. Roche