CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISQUALIFY ROCHE FREEDMAN LLP**<br><br>Date: November 17, 2022<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

**REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams hereby request that the Court take judicial notice of the following documents in support of Defendants' Motion to Disqualify Roche Freedman LLP. The exhibit references correspond to the exhibits attached to the Declaration of Kevin J. Orsini ("Orsini Decl.") filed concurrently herewith:

**Exhibit 1:** True and correct copy of an August 26, 2022 article titled *Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman*, available at https://cryptoleaks.info/case-no-3.

**Exhibit 2:** True and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Young v. Solana Labs, Inc. et al.*, 22-cv-03912 (N.D. Cal.) (September 1, 2022) (ECF No. 28).

**Exhibit 3:** True and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Lockhart v. BAM Trading Services Inc., et al.*, 22-cv-03461 (N.D. Cal.) (September 1, 2022) (ECF No. 33).

**Exhibit 4:** True and correct copy of the Notice of Withdrawal of Kyle W. Roche as Counsel, filed in *Jeong v. Nexo Financial LLC, et al.*, 21-cv-02392 (N.D. Cal.) (September 1, 2022) (ECF No. 70).

**Exhibit 5:** True and correct copies of the following documents filed in *Hardin and Williams v. TRON Foundation, et al.*, 20-cv-02804 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 88);
- Response to Motion to Withdraw as Counsel (September 13, 2022) (ECF No. 89);
- Reply to Response to Motion to Withdraw as Counsel (September 19, 2022) (ECF No. 92);
- Response to Motion to Withdraw as Counsel (September 20, 2022) (ECF No. 93);

**Exhibit 6:** True and correct copy of the Notice of Motion to Withdraw as Counsel, filed in *Anderson, et al. v. Binance, et al.*, 20-cv-02803 (S.D.N.Y.) (August 31, 2022) (ECF No. 80).

**Exhibit 7:** True and correct copies of the following documents filed in *Messieh v. HDR Global Trading Ltd.*, No. 20-cv-3232 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 105);
- Defendants' Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 106);
- Response to Motion to Withdraw as Counsel (September 6, 2022) (ECF No. 107);
- Response to Motion to Withdraw as Counsel (September 9, 2022) (ECF No. 108);
- Reply to Response to Motion to Withdraw as Counsel (September 9, 2022) (ECF No. 109).

**Exhibit 8:** True and correct copies of the following documents filed in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.):

- Notice of Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 229);
- Response to Motion to Withdraw as Counsel (August 31, 2022) (ECF No. 230);
- Response to Motion to Withdraw as Counsel (September 1, 2022) (ECF No. 231);
- Reply to Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 232);
- Affidavit of Kyle W. Roche (September 2, 2022) (ECF No. 232-1);
- Reply to Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 233);
- Response to Motion to Withdraw as Counsel (September 2, 2022) (ECF No. 234);
- Response to Motion to Withdraw as Counsel (September 5, 2022) (ECF No. 235);
- Reply to Response to Motion to Withdraw as Counsel (September 6, 2022) (ECF No. 236);
- Response to Motion to Withdraw as Counsel (September 30, 2022) (ECF No. 248).

**Exhibit 9:** True and correct copies of the following documents filed in *Williams v. Block.one, et al.*, 20-cv-2809 (S.D.N.Y.):

- Memorandum Opinion on motions for final approval of class action settlement and attorneys' fees (August 15, 2022) (ECF No. 146);
- Notice of Motion to Substitute Lead Plaintiff and to Approve Lead Counsel (August 22, 2022) (ECF No. 148);
- Memorandum of Law in Support of Motion to Substitute Lead Plaintiff and to Approve Lead Counsel (August 22, 2022) (ECF No. 149);
- Notice of Motion to Withdraw Roche Freedman LLP (September 1, 2022) (ECF No. 154).

**Exhibit 10:** True and correct copy of the Motion to Disqualify Roche Freedman LLP, filed in *Kleiman v. Wright*, No. 22-11150 (11th Cir. September 6, 2022).

**Exhibit 11:** True and correct copy of the Verified Complaint, filed in *Cyrulnik v. Roche Freedman, et al.*, No. 2021-5837-CA-01 (Fla. 11th Cir. Ct., Mar. 9, 2021) (Dkt. No. 2).

## I. ARGUMENT

Federal Rule of Evidence 201 permits the Court to take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned". Fed. R. Evid. 201(b).

Exhibit 1 is a true and correct copy of an online article titled *Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman*, containing video clips and images that was published to the website CryptoLeaks.info on August 26, 2021. "[A] court may take judicial notice of publicly available newspaper and magazine articles and web pages" to determine "what was in the public realm at the time". *Reynolds v. Binance Holdings Ltd.*, 481 F. Supp. 3d 997, 1002 (N.D. Cal. 2020). The video clips contained in Exhibit 1 can be accessed on the web at the hyperlinks provided in Defendants'

Motion to Disqualify Roche Freedman, and at the original linked article at https://cryptoleaks.info/case-no-3. Mr. Roche does not contest the authenticity of the video clips or that he did in fact make the statements contained therein. *See* Ex. 8 at ECF No. 232-1 (Affidavit of Kyle W. Roche, *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.) ("I deeply regret **making many of the statements I made** during these meetings".). Accordingly, it is "appropriate to take judicial notice of this information, as it was made publicly available . . . and neither party disputes the authenticity of the [videos]". *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010).

Exhibits 2 to 11 are true and accurate copies of pleadings, motions and letters filed in other federal and state courts. Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001)); *see also Bogart v. Daley*, No. CV 00-101-BR, 2001 WL 34045761, at *2 (D. Or. June 28, 2001) (finding that a court may take judicial notice of "the existence and contents" of pleadings filed in other actions). The contents of these documents are a matter of public record that are "not subject to reasonable dispute [and are] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

## II.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that Court take judicial notice of Exhibits 1 through 11 to the Orsini Declaration.

| | |
|---|---|
| Dated:   October 4, 2022 | CRAVATH, SWAINE & MOORE LLP<br><br>*/s/ Antony L. Ryan*<br>Antony L. Ryan (admitted *pro hac vice*)<br>Kevin J. Orsini (admitted *pro hac vice*)<br>Lauren M. Rosenberg (admitted *pro hac vice*)<br>Worldwide Plaza<br>825 Eighth Avenue |

New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

 */s/ Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:  (650) 801-5000
emilykapur@quinnemanuel.com

Brenna D. Nelinson (*pro hac vice*)
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Telephone:  (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants*