# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>                Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY ROCHE FREEDMAN LLP** |

This matter came before the Court on _____ on Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams (together, "Defendants") motion to disqualify Roche Freedman LLP from representing Lead Plaintiffs and the putative class in the above-captioned case. Kyle Roche, a founding partner of Roche Freedman LLP, made certain statements, as chronicled in an August 26, 2022 article titled *Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm*, *Roche Freedman* (available at https://cryptoleaks.info/case-no-3), which reveal that Mr. Roche breached California Rule of Professional Conduct 1.7. This violation prevents Roche Freedman LLP from continuing as counsel in this matter pursuant to California Rule of Professional Conduct 1.10. It is further appropriate to order disqualification to protect the interests of the absent class, and because disqualification would not prejudice Lead Plaintiff or the putative class.

Defendants' Motion to disqualify Roche Freedman LLP is **GRANTED**.

Dated:

_____
Hon. James Donato
United States District Court Judge