**ROCHE FREEDMAN LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISQUALIFY** |

Lead Plaintiff Henry Rodriguez and named plaintiff Daniel Valenti, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on October 4, 2022, Defendants filed a motion to disqualify Plaintiffs' counsel (Dkt. No. 72);

WHEREAS, under Local Civil Rule 7.3(a), Plaintiffs' opposition brief is currently due on October 18, 2022, and Defendants' reply brief is due on October 25, 2022;

WHEREAS, Plaintiffs' counsel requested a one-week extension from Defendants on the ground that the current deadline for Plaintiffs' opposition brief falls on a Jewish holiday;

WHEREAS, Defendants' counsel agreed to the requested extension;

WHEREAS, the parties have previously stipulated to, and the Court has previously ordered, extensions in connection with (i) Defendants' time to respond to the Complaint (Dkt. Nos. 17, 19, 38) and (ii) briefing on Defendants' motion to dismiss (Dkt. Nos. 55, 61).

WHEREAS, the requested modification shall have no impact on the schedule for the case;

NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Plaintiffs shall file their opposition brief on Tuesday, October 25, 2022.

2. Defendants shall file their reply brief on Tuesday, November 8, 2022.

**IT IS SO STIPULATED**

Dated: October 14, 2022                 Respectfully Submitted,

                                        **ROCHE FREEDMAN LLP**

                                        */s/ Edward Normand*
                                        Edward Normand (admitted *pro hac vice*)
                                        Richard Cipolla (admitted *pro hac vice*)
                                        Stephen Lagos (admitted *pro hac vice*)
                                        Ivy T. Ngo (SBN 249860)
                                        99 Park Avenue, 19th Floor

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISQUALIFY – No. 3:21-cv-06118

New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: slagos@rochefreedman.com
Email: ingo@rochefreedman.com

*Counsel for Plaintiffs and the Class*

CRAVATH, SWAINE & MOORE LLP

 */s/ Antony Ryan*
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

 */s/ Michael Liftik*
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:  (650) 801-5000
emilykapur@quinnemanuel.com

Brenna D. Nelinson (*pro hac vice*)
51 Madison Avenue, 22nd Fl.
New York, New York 10010

Telephone: (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____        _____
                                      Hon. James Donato
                                      United States District Court Judge