**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**ATTORNEY DECLARATION OF EDWARD NORMAND IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY**<br><br>Date: November 17, 2022<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

DECLARATION OF EDWARD NORMAND IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY – No. 3:21-cv-06118

# DECLARATION OF EDWARD NORMAND

I, Edward Normand, declare:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF"), counsel to Plaintiffs in this action. I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2. I submit this declaration in opposition to Defendants' Motion to Disqualify Roche Freedman LLP.

3. To the best of my knowledge, FNF (including its predecessors) has never filed a class action at the direction of or for the benefit of any entity (client or otherwise) not named a party. Nor have, to the best of my knowledge, any attorneys at the Firm disclosed or used, for any collateral purpose, any confidential information obtained in connection with any lawsuit.

4. Roche Freedman LLP filed this action on behalf of Plaintiffs because we believe that it is meritorious, and because we believe that Plaintiffs and the proposed class suffered substantial economic harm.

5. FNF has invested significant time and resources into this action. We have, for example, (i) conducted extensive factual and legal research, (ii) drafted a detailed complaint and amended complaint, (iii) served both Dominic Williams and the Dfinity Foundation pursuant to the Hague Convention, and (iv) opposed Defendants' motion to dismiss.

6. I have never spoken with anyone from Ava Labs about any prospective litigation or about this action. FNF no longer represents Ava Labs (but does represent an Ava Labs principal in a defamation case he has brought).

7. Following the release of the CryptoLeaks videos, Mr. Roche withdrew from this matter, as well as the firm's class action practice. As of October 17, 2022, Mr. Roche is no longer a member of FNF and is no longer associated with the firm.

8. To the extent that Mr. Roche's statements suggest that he believes jurors or class members are "idiots," FNF does not agree with that view, nor does it believe that such statements reflect Mr. Roche's true view.

9. Attached as Exhibit A is a true and correct copy of a letter dated October 8, 2021, from Kevin Orsini regarding a PSLRA notice that FNF caused to be published.

10. Attached as Exhibit B is a true and correct copy of tweets by @Gorilla_Channl that compile tweets from Defendant Dominic Williams and CryptoLeaks.

11. Attached as Exhibit C is a true and correct copy of the CryptoLeaks homepage.

12. Attached as Exhibit D is a true and correct copy of CrytpoLeaks's "Case #1."

13. Attached as Exhibit E is a true and correct copy of CryptoLeaks's "Case #2."

14. Attached as Exhibit F is a true and correct copy of CryptoLeaks's "Case #3."

15. Attached as Exhibit G is a true and correct copy of tweets from Dominic Williams about CryptoLeaks.

16. Attached as Exhibit H is a true and correct copy of a Telegraph article titled "Norway's former dotcom wonder Christen Ager-Hanssen: 'I want to be the next Murdoch for the new age of newspapers.'"

17. Attached as Exhibit I is a true and correct copy of a machine-translated version of an article from DNMagasinet dated December 12, 2014.

18. Attached as Exhibit J is a true and correct copy of a compilation of tweets by Christen Ager-Hanssen about Mr. Roche.

19. Attached as Exhibit K is a true and correct copy of a statement issued by Emin Gun Sirer on *Medium* on August 29, 2022.

20. Attached as Exhibit L is a true and correct copy of an article written by Lee Schneider, the General Counsel of Ava Labs, dated July 12, 2022.

21. Attached as Exhibit M is a true and correct copy of a tweet indicating that CryptoLeaks had paid for its tweets to be promoted.

2
DECLARATION OF EDWARD NORMAND IN OPPOSITION TO DEFENDANTS' MOTION
TO DISQUALIFY – No. 3:21-cv-06118

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 25, 2022

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand

*Counsel for Plaintiffs and the Class*