# EXHIBIT A

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
korsini@cravath.com

October 8, 2021

Roche Freedman LLP Press Release

Dear Counsel:

I write on behalf of my client, Dfinity USA Research LLC ("Dfinity"), with respect to the press release Roche Freedman LLP published on Cointelegraph on October 6, 2021 and EINPresswire on October 7, 2021, copies of which are attached hereto as Exhibits A and B, respectively.

The title of the press release consists of a false and defamatory statement regarding Dfinity. Specifically, the title of the release states that: "Dfinity Insiders Illegally Sold ICP and Harmed Retail Investors". While this statement may reflect Roche Freedman LLC's legal position in litigation against Dfinity, the title lacks any qualification making clear that it is an alleged and unproven allegation. Although the Cointelegraph press release title thereafter was revised to clarify that the statement is "alleged", that occurred only after defaming Dfinity and cycling through the newsfeeds. Moreover, the EINPresswire press release still contains no such qualifications.

Absent such qualifications, the statement is false and defamatory, constitutes false and deceptive advertising, is likely to deceive and confuse Dfinity's customers and the public, and is likely to cause imminent unjust injury to Dfinity's business and reputation.

In view of the above, we demand that Roche Freedman LLC immediately withdraw the title of the press release, and any other document or communication conveying similarly disparaging, false or misleading information. Please contact us immediately upon receipt of this letter to confirm Roche Freedman LLC's intention to cooperate in prompt resolution of this matter. If Roche Freedman LLP does not promptly abandon its unfair and improper tactics, Dfinity will consider whatever legal action may be necessary to protect its rights.

2

Nothing contained in this letter should be construed as a waiver of any rights and claims of Dfinity.  We hereby reserve all such rights and remedies under both law and equity.  Moreover, this letter is not intended to be an exhaustive recitation of Dfinity's rights under the law.

We look forward to hearing from you at the earliest possible time.


Respectfully,


/s/ Kevin J. Orsini
Kevin J. Orsini



Kyle Roche
Edward Normand
    Roche Freedman LLP
        99 Park Avenue, Suite 1910
            New York, NY 10016


BY EMAIL

Copies to:

Bradford Newman
    Baker & McKenzie LLP
        600 Hansen Way
            Palo Alto, CA 94304

Michael Liftik
    Quinn Emanuel Urquhart & Sullivan, LLP
        1300 I Street NW, Suite 900
            Washington, D.C. 20005

# EXHIBIT A

# Dfinity insiders illegally sold ICP and harmed retail investors

cointelegraph.com/press-releases/dfinity-insiders-illegally-sold-icp-and-harmed-retail-investors

Cointelegraph

Press release

7 hours ago

Listen to article
0:00



On Aug. 9, 2021, Roche Freedman LLP, a law firm that represents clients in some of the most significant disputes in the crypto space, filed a class-action lawsuit against the Dfinity Foundation, Dfinity USA Research LLC and Dominic Williams, in federal court in California. The lawsuit alleges that Dfinity, the company behind Internet Computer, misled investors into believing that Dfinity and its insiders would not — and could not — sell their ICP tokens on May 10, 2021, the day that ICP first became tradable on exchanges, or in the weeks that followed. In reality, as alleged, Dfinity and its insiders could — and did — sell massive amounts of ICP during that period, thus securing substantial profits for themselves at the expense of outside investors, while causing the price of ICP to collapse.

If you purchased ICP on or after May 10, 2021, and lost money, we encourage you to contact Kyle Roche (kyle@rochefreedman.com) or Edward Normand (enormand@rochefreedman.com) at Roche Freedman LLP.

**This is a paid press release** Cointelegraph does not endorse and is not responsible for or liable for any content, accuracy, quality, advertising, products or other materials on this page. Readers should do their own research before taking any actions related to the company. Cointelegraph is not responsible, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of or reliance on any content, goods or services mentioned in the press release.

#Press Release

Case 3:21-cv-06118-JD   Document 10-5   Filed 10/25/21   Page 6 of 8

# EXHIBIT B



# DFINITY Insiders Illegally Sold ICP and Harmed Retail Investors

NEW YORK, NY, UNITED STATES, October 7, 2021 /EINPresswire.com/ -- On August 9, 2021, Roche Freedman LLP—a law firm that represents clients in some of the most significant disputes in the crypto space—filed a class-action lawsuit against the Dfinity Foundation, Dfinity USA Research LLC, and Dominic Williams, in the Northern District of California, Case No. 3:21-cv-06118-JD. The lawsuit alleges that Dfinity, the company behind ICP, misled investors into believing that Dfinity and its insiders would not—and could not—sell their ICP on May 10, 2021, the day that ICP first became tradable on exchanges, or in the weeks that followed. In reality, as alleged, Dfinity and its insiders could—and did—sell massive amounts of ICP during that period, thus securing substantial profits for themselves at the expense of outside investors, while causing the price of ICP to collapse.



Roche Freedman LLP

If you purchased ICP on or after May 10, 2021, and lost money, we encourage you to contact Kyle Roche (kyle@rochefreedman.com) or Edward Normand (enormand@rochefreedman.com) at Roche Freedman LLP.

Kyle Roche
kyle@rochefreedman.com
Roche Freedman LLP

This press release can be viewed online at: https://www.einpresswire.com/article/553285494

EIN Presswire's priority is source transparency. We do not allow opaque clients, and our editors try to be careful about weeding out false and misleading content. As a user, if you see something we have missed, please do bring it to our attention. Your help is welcome. EIN Presswire, Everyone's Internet News Presswire™, tries to define some of the boundaries that are reasonable in today's world. Please see our Editorial Guidelines for more information.
© 1995-2021 IPD Group, Inc. All Right Reserved.