# EXHIBIT B



Thread

smol Okay Bear Joe
@Gorilla_Channl

Letter of advice for @dominic_w: if you're going to moonlight as a "journalist" under the name @CryptoLeaksInfo, don't frontrun your own fucking story.

P.s. "cryptoleaks.info?" You could have at least tried harder on the name.



10:49 PM · Aug 29, 2022 · Twitter for iPhone

45 Retweets   10 Quote Tweets   97 Likes





