# EXHIBIT C

# Crypto Leaks

# We defend the honest crypto community

We expose big money corruption & hidden attacks in crypto

Follow @CryptoLeaksInfo

Chronological order

## CASE #3  August 26, 2022 [UPDATED August 31]

# Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman



Ava Labs is the for-profit company that develops and promotes the Avalanche blockchain. It is led by founder and CEO, Emin Gün Sirer. Roche Freedman is a law firm that widely sues organizations and individuals in crypto, including using several dozen class actions. It is led by founding partner, Kyle Roche. Ava Labs entered into a pact with Roche Freedman, after giving their key executives AVAX tokens and Ava Labs stock now worth hundreds of millions of dollars.

*According to Kyle Roche himself, this aligned them in an aim to increase the value of AVAX, and is behind an ongoing conspiracy to use the legal system to harm Ava Labs competitors, share "expertise" gleaned from confidential information obtained through legal discovery processes, pursue the personal vendettas of Emin Gün Sirer himself, and con regulators by directing them towards other projects and away from themselves. Emin's own lawyer Kyle Roche does all the talking in shocking spy videos...*

Full case details and spy video »

## CASE #2  June 9, 2022

# How The New York Times promoted a corrupt attack on ICP by Arkham Intelligence



On June 28th, 2021, Arkham Intelligence published the "ICP Report," which essentially claimed that the Dfinity Foundation, which contributes technology to the Internet Computer blockchain, executed a "rug pull" after the network underwent genesis. They claimed that they had not been paid to produce the report. Both this claim, and the claims of the report, were false.

*The report was published in concert with The New York Times newspaper, causing billions of dollars in damages to holders of the Internet Computer's native token, ICP, and harming its ecosystem and community. We investigate what was behind the report. The evidence collected reveals the shocking extent of The New York Times culpability, and how mainstream media has been dragged into crypto corruption.*

Full case details and extensive spy video »

## CASE #1 June 9, 2022

# Were attacks on ICP initiated by a master attack — multi-billion dollar price manipulation on FTX?



May 10th, 2021, the Internet Computer blockchain underwent network genesis. This made its ICP governance token transferrable and it became available on spot markets hosted by crypto exchanges. In early trading, the fully-diluted market capitalization of ICP exceeded $200 billion. However, those purchasing ICP were unaware that its initial price had been dramatically inflated using the ICP-PERP futures instrument on the FTX crypto exchange. Once the price manipulation ceased, the price of ICP began a dramatic fall. This fall damaged the reputation of the Internet Computer and triggered other attacks that made the falls self-reinforcing. This caused tens of billions of dollars damage to the Internet Computer ecosystem and ICP token holders.

*Our report investigates goings-on, and examines possible motives for the price manipulation, including whether it might have been used to disrupt the Internet Computer ecosystem to pave the way for Solana, and deliver billions of dollars*

*in extra capital gains to holders of its SOL token. Sam Bankman-Fried has the trading logs for ICP-PERP in his possession, which must be shared to reveal who was behind the manipulation.*

[Full case details »](#)