# EXHIBIT G




