# EXHIBIT J



**christen.algo** @agerhanssen · Aug 30

I encourage @CryptoLeaksInfo to publish the full video recording of Kyle **Roche**. Please do it now! I believe everyone including me want to see it. I want to see Kyle **Roche** disbarred. He is a disgraced lawyer in breach of attorney–client privilege among other things



Kyle Roche and American Bar Association

💬 14    🔁 71    ♡ 226    ⬆️



**christen.algo** @agerhanssen · Aug 31

@CryptoLeaksInfo please release the full video of disgraced Ava Labs Lawyer & Partner, Kyle **Roche**. If not released within the next 48h I will use all my abilities, obsession, passion and energy turning every stone to work out who you are and your aim. I have the skill!



💬 5    🔁 36    ♡ 89    ⬆️



**christen.algo** @agerhanssen · Sep 14

My 490 pages (including exhibits) Statement regarding **Roche** Freedman & Avalabs #Avagate #Rochegate is available. If you are interested DM me on twitter for a copy. It's not available for everyone so explain why you have an interest



💬 9      🔁 26      ♡ 84      ↥

Show this thread