**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KYLE ROCHE**<br><br>Date: November 17, 2022<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

DECLARATION OF KYLE ROCHE IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY – No. 3:21-cv-06118

# DECLARATION OF KYLE ROCHE

I, Kyle Roche, declare as follows:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I was previously counsel for Plaintiffs in this matter.

2. In January 2022, I traveled to London to meet with Christen Ager-Hanssen. I was introduced to Mr. Ager-Hanssen through someone at Ava Labs, a then-current client.

3. At the time, my understanding was that the purpose of the meetings was to discuss a potential multimillionaire-dollar investment from Mr. Ager-Hanssen in a litigation funding venture that I had co-founded. Mr. Ager-Hanssen paid for me and my now-fiancée to travel first-class to London. He also paid for our accommodations while there.

4. These meetings, including a dinner meeting, were recorded without my knowledge or consent. I learned this in August 2022, when a website called CryptoLeaks released the footage that Defendants in this action cite. The video clips themselves are highly edited, spliced, cut, and otherwise taken into context. The result is, in my view, a highly misleading account of what was discussed and what transpired at those meetings.

5. Nevertheless, I acknowledge that, during the videos, I made statements that were highly inappropriate and that I deeply regret. My statements about jurors and class members, made while intoxicated at dinner, do not reflect my true views.

6. To be clear, I have never filed a class action at the direction of or for the benefit of any entity (client or otherwise) not named a party. Nor have I ever disclosed or used, for any collateral purpose, any confidential information obtained in connection with any lawsuit.

7. This action is no exception. Roche Freedman LLP filed this action on behalf of Plaintiffs because we believe that it is meritorious, and because we believe that Plaintiffs and the proposed class suffered substantial economic harm. Neither I nor anyone at the firm has obtained any confidential discovery material in connection with this action, because there has been no discovery.

8. I am no longer representing Ava Labs in any matter, and as of October 17, 2022, I am no longer a member of Roche Freedman LLP, which is now known as Freedman Normand Friedland LLP. I am now practicing law at Kyle Roche P.A., with offices located at 260 Madison Avenue, 8th Floor, New York, New York 10016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 25, 2022

Respectfully Submitted,

*Kyle Roche*
Kyle W. Roche

2
DECLARATION OF KYLE ROCHE IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY – No. 3:21-cv-06118