CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KEVIN J. ORSINI IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY ROCHE FREEDMAN LLP** |

I, Kevin J. Orsini, declare:

I am an attorney admitted to appear pro hac vice before this Court with respect to the above-captioned matter. I am an attorney with the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein:

1. Attached hereto as Exhibit 1 is a true and correct copy of the transcript setting forth Judge Katherine Polk Failla's order removing Roche Freedman as class counsel in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.) (October 13, 2022).

2. Attached hereto as Exhibit 2 is a true and correct copy of the granted Motion for Leave to Withdraw Roche Freedman LLP, filed in *Hardin and Williams v. TRON Foundation, et al.*, 20-cv-02804 (S.D.N.Y.) (October 24, 2022) (ECF No. 99).

3. Attached hereto as Exhibit 3 is a true and correct copy of the October 19, 2022 article entitled *Crypto Law Firm Co-Founder Out After Secret Recordings Leak*, published on Bloomberg Law and available at https://news.bloomberglaw.com/business-and-practice/crypto-law-firm-co-founder-out-after-secret-recordings-leak.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint filed in *Emin Gün Sirer v. Emre Aksoy*, No. 21-cv-22280 (S.D. Fla.) (June 22, 2021) (ECF No. 1).

5. Attached hereto is Exhibit 5 is a true and correct copy of the docket sheet in *Emin Gün Sirer v. Emre Aksoy*, No. 21-cv-22280 (S.D. Fla.).

-1-
DECLARATION OF KEVIN J. ORSINI IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY ROCHE FREEDMAN LLP
CASE NO. 3:21-CV-06118-JD

6. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the October 3, 2022 hearing before Judge Katherine Polk Failla in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.) (October 3, 2022).

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 8, 2022 in New York, NY.

                /s/ Kevin J. Orsini
                Kevin J. Orsini