# EXHIBIT 2

*APPLICATION GRANTED*
*SO ORDERED*
*Vernon S. Broderick*
*VERNON S. BRODERICK*
*U.S.D.J. 10/24/2022*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>  Defendants. | Case No. 1:20-cv-02804-VSB |

### MOTION FOR LEAVE TO WITHDRAW ROCHE FREEDMAN LLP

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned moves this Court for leave to withdraw Roche Freedman LLP, Devin Freedman, Edward Normand, and Jordana Haviv as counsel of record. Plaintiffs continue to be represented in this matter by Philippe Selendy, Jordan Goldstein and Mitchell Nobel of the law firm of Selendy Gay Elsberg PLLC and the clients consent to this withdrawal. In compliance with Local Rule 1.4, the Firm is asserting a charging lien.

Dated: October 21, 2022                                Respectfully Submitted,

                                                       **ROCHE FREEDMAN LLP**

                                                       */s/ Edward Normand*
                                                       Devin (Velvel) Freedman
                                                       Edward Normand
                                                       Jordana Haviv
                                                       99 Park Avenue, 19th Floor
                                                       New York, NY 10016
                                                       Tel.: (646) 350-0527
                                                       vel@rochefreedman.com

[tnormand@rochefreedman.com](mailto:tnormand@rochefreedman.com)
[jhaviv@rochefreedman.com](mailto:jhaviv@rochefreedman.com)

*Co-Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

IT IS SO ORDERED this _____ day of _____ , 2022.

_____
Hon. Vernon S. Broderick
United States District Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 21, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Edward Normand*
Edward Normand