# EXHIBIT 5

AOR,MEDIATION,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:21-cv-22280-BB

Sirer v. Aksoy  
Assigned to: Judge Beth Bloom  
Referred to: Magistrate Judge Alicia M. Otazo-Reyes  
Cause: 28:1332 Diversity

Date Filed: 06/22/2021  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**Emin Gün Sirer**  represented by  **Constantine Philip Economides**  
Roche Freedman LLP  
1 SE 3rd Ave.  
Suite 1240  
Miami, FL 33131  
305-851-5997  
Email: ceconomides@rochefreedman.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jordana Haviv**  
Roche Freedman LLP  
99 Park Avenue, Suite 1910  
New York, NY 10016  
(646) 350-0527  
Email: jhaviv@rochefreedman.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joseph M. Delich**  
Roche Freedman LLP  
99 Park Avenue, Suite 1910  
New York, NY 10016  
Email: jdelich@rcfllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Justin J. Gunnell**  
Sher Tremonte LLP  
90 Broad Street 23rd Floor  
New York, NY 10004  
(212) 202-2600  
Email: jgunnell@shertremonte.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Justin M. Sher**

Sher Tremonte LLP
90 Broad Street 23rd Floor
New York, NY 10004
(212)-202-2600
Email: jsher@shertremonte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Roche**
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, NY 10016
Email: kyle@rcfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya S. Jumper**
Roche Freedman LLP
99 Park Ave. Suite 1910
New York, NY 10016
Email: mjumper@rochefreedman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wesley Erdelack**
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Email: WErdelack@shertremonte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin Freedman**
Roche Freedman, LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
305-306-9211
Email: vel@rochefreedman.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Emre Aksoy**                     represented by   **Emre Aksoy**
                                                    Mutlukent Mah 1921
                                                    Cad. No:21
                                                    Ankara
                                                    Turkey
                                                    PRO SE

                                                    **Rook Elizabeth Ringer**
                                                    Lento Law Group, P.C.

3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08054
856-652-2000
Fax: 856-375-1010
Email: rookringer@gmail.com
*TERMINATED: 05/03/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2021 | 1 | COMPLAINT against Emre Aksoy. Filing fees $ 402.00 receipt number AFLSDC-14786064, filed by Emin Gün Sirer. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Freedman, Devin) (Entered: 06/22/2021) |
| 06/22/2021 | 2 | Clerks Notice of Judge Assignment to Judge Beth Bloom.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia M. Otazo-Reyes is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (pcs) (Entered: 06/22/2021) |
| 06/22/2021 | 3 | Summons Issued as to Emre Aksoy. (pcs) (Entered: 06/22/2021) |
| 06/22/2021 | 4 | Bar Letter re: Admissions sent to attorney Kyle Roche and Joseph Delich, mailing date June 22, 2021, (pt) (Entered: 06/22/2021) |
| 06/22/2021 | 5 | Order Requiring Scheduling Report and Certificates of Interested Parties. Signed by Judge Beth Bloom on 6/22/2021. *See attached document for full details.* (jas) (Entered: 06/22/2021) |
| 06/28/2021 | 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Kyle Roche. Filing Fee $ 200.00 Receipt # AFLSDC-14802538 by Emin Gün Sirer. Responses due by 7/12/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 06/28/2021) |
| 06/28/2021 | 7 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Joseph Delich. Filing Fee $ 200.00 Receipt # AFLSDC-14802681 by Emin Gün Sirer. Responses due by 7/12/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 06/28/2021) |
| 06/28/2021 | 8 | PAPERLESS ORDER granting 6 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Kyle Roche. Signed by Judge Beth Bloom (BB) (Entered: 06/28/2021) |
| 06/28/2021 | 9 | PAPERLESS ORDER granting 7 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Joseph Delich. Signed by Judge Beth Bloom (BB) (Entered: 06/28/2021) |
| 07/06/2021 | 10 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Emin Gün Sirer. Emre |

| | | |
|---|---|---|
| | | Aksoy served on 6/24/2021, answer due 7/15/2021. (Attachments: # 1 Affidavit) (Freedman, Devin) (Entered: 07/06/2021) |
| 07/14/2021 | 11 | First MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint by Emre Aksoy. Attorney Rook Elizabeth Ringer added to party Emre Aksoy(pty:dft). (Ringer, Rook) (Entered: 07/14/2021) |
| 07/14/2021 | 12 | PAPERLESS ORDER denying 11 Motion of Defendant Emre Aksoy for Enlargement of Time to Respond to Complaint for failure to comply with the pre-filing conferral requirement in Local Rule 7.1(a)(3). Pursuant to the Local Rule, counsel is required to set forth with specificity the reasonable efforts made to confer. *See* S.D. Fla. L.R. 7.1(a)(3). Signed by Judge Beth Bloom on 7/14/2021 (ak03) Modified Text on 7/15/2021 (ls). (Entered: 07/14/2021) |
| 07/15/2021 | 13 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint by Emre Aksoy. (Ringer, Rook) (Entered: 07/15/2021) |
| 07/16/2021 | 14 | PAPERLESS ORDER granting 13 Unopposed Motion of Defendant Emre Aksoy for Enlargement of Time to Repond to Complaint. Defendant shall file his response to the Complaint **no later than August 16, 2021**. Answer/response due 8/16/2021. Signed by Judge Beth Bloom (ak03) (Entered: 07/16/2021) |
| 08/05/2021 | 15 | ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE: ( Amended Pleadings due by 10/4/2021., Discovery due by 5/3/2022., Expert Discovery due by 5/3/2022., Joinder of Parties due by 10/4/2021., Mediation Deadline 5/17/2022., In Limine Motions due by 5/25/2022., Dispositive Motions due by 5/25/2022., Motions due by 5/25/2022., Pretrial Stipulation due by 8/15/2022., Jury Trial set for 8/29/2022 09:00 AM in Miami Division before Judge Beth Bloom., Calendar Call set for 8/23/2022 01:45 PM in Miami Division before Judge Beth Bloom.), ORDER REFERRING CASE to Mediation. ORDER REFERRING CASE to Magistrate Judge Alicia M. Otazo-Reyes for Discovery Matters. Signed by Judge Beth Bloom on 8/5/2021. *See attached document for full details.* (cds)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 08/05/2021) |
| 08/17/2021 | 16 | MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Emre Aksoy. Responses due by 8/31/2021 (Attachments: # 1 Affidavit Exhibit "A")(Ringer, Rook) (Entered: 08/17/2021) |
| 08/18/2021 | 17 | Unopposed MOTION for Extension of Time to Oppose the Motion to Dismiss re 16 MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Emin Gün Sirer. Responses due by 9/1/2021 (Attachments: # 1 Text of Proposed Order)(Freedman, Devin) (Entered: 08/18/2021) |
| 08/18/2021 | 18 | PAPERLESS ORDER granting 17 Motion for Extension of Time to file Response to the Motion to Dismiss by September 17, 2021. Signed by Judge Beth Bloom (BB) (Entered: 08/18/2021) |
| 08/18/2021 | | Reset Deadlines as to 16 MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM . Responses due by 9/17/2021 (ls)(per DE #18) (Entered: 08/19/2021) |
| 08/26/2021 | 19 | NOTICE by Emin Gün Sirer *of Scheduling Mediation* (Attachments: # 1 Text of Proposed Order) (Freedman, Devin) (Entered: 08/26/2021) |
| 08/26/2021 | 20 | Joint NOTICE of Mediator Selection and Hearing. Selected/Added Harry R. Schafer as |

| | | |
|---|---|---|
| | | Mediator. Mediation Hearing set for 1/5/2022 at 9:30 a.m.. (Attachments: # 1 Text of Proposed Order)(Freedman, Devin) (Entered: 08/26/2021) |
| 08/26/2021 | 21 | ORDER Scheduling Mediation before Harry R. Schafer. Mediation Deadline 1/7/2022. Mediation Hearing set for 1/5/2022 09:30 AM via Zoom video conference. Signed by Judge Beth Bloom on 8/26/2021. *See attached document for full details.* (cds) (Entered: 08/27/2021) |
| 09/17/2021 | 22 | RESPONSE in Opposition re 16 MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Emin Gün Sirer. Replies due by 9/24/2021. (Freedman, Devin) (Entered: 09/17/2021) |
| 10/25/2021 | 23 | ORDER ON MOTION TO DISMISS Denying 16 Motion to Dismiss for Failure to State a Claim. Defendant shall file his Answer to the Complaint no later than November 1, 2021. Signed by Judge Beth Bloom on 10/22/2021. *See attached document for full details.* (jbs) (Entered: 10/25/2021) |
| 10/25/2021 | | Reset Answer Due Deadline: Emre Aksoy Answer due 11/1/2021 per DE 23 (jbs) (Entered: 10/25/2021) |
| 10/28/2021 | 24 | NOTICE of Change of Address, Email or Law Firm Name by Devin Freedman (Freedman, Devin) (Entered: 10/28/2021) |
| 11/02/2021 | 25 | ORDER ON DEFAULT PROCEDURES Defendant must file his answer to the Complaint by or before November 8, 2021. Signed by Judge Beth Bloom on 11/2/2021. *See attached document for full details.* (jbs) (Entered: 11/02/2021) |
| 11/03/2021 | 26 | (STRICKEN per Order ECF No. 55 ) ANSWER and Affirmative Defenses to Complaint by Emre Aksoy. (Ringer, Rook) Modified text on 8/8/2022 (pc). (Entered: 11/03/2021) |
| 01/10/2022 | 27 | PAPERLESS ORDER TO SHOW CAUSE. **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Court's 21 Order Scheduling Mediation stated that the parties shall file a mediation report by January 7, 2022. The parties failed to do so. **On or before January 12, 2022**, the parties shall file a mediation report. Failure to do so may result in the imposition of appropriate sanctions, including, but not limited to, the dismissal of this action or entry of default. Show Cause Response due by 1/12/2022. Signed by Judge Beth Bloom on 1/10/2022. (jd01) (Entered: 01/10/2022) |
| 01/11/2022 | 28 | RESPONSE TO ORDER TO SHOW CAUSE re 27 Order to Show Cause,, by Emin Gün Sirer. (Attachments: # 1 Exhibit A - Mediator's Report)(Freedman, Devin) (Entered: 01/11/2022) |
| 03/10/2022 | 29 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jordana Haviv. Filing Fee $ 200.00 Receipt # AFLSDC-15463586 by Emin Gün Sirer. Responses due by 3/24/2022 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 03/10/2022) |
| 03/10/2022 | 30 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Maya S. Jumper. Filing Fee $ 200.00 Receipt # AFLSDC-15463614 by Emin Gün Sirer. Responses due by 3/24/2022 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 03/10/2022) |
| 03/10/2022 | 31 | PAPERLESS ORDER granting 29 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Jordana Haviv. Signed by Judge Beth Bloom (BB) (Entered: 03/10/2022) |
| 03/10/2022 | 32 | PAPERLESS ORDER granting 30 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Maya S. Jumper. Signed by Judge Beth Bloom (BB) (Entered: 03/10/2022) |

| | | | |
|---|---|---|---|
| 03/10/2022 | 33 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 3/14/2022 01:30 PM before Magistrate Judge Alicia M. Otazo-Reyes. (Freedman, Devin) (Entered: 03/10/2022) | |
| 03/11/2022 | 34 | CLERK'S NOTICE re 33 Notice of Hearing. The dial-in instructions for the telephonic discovery hearing set for 3/14/2022 at 1:30 PM are as follows: The parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0314. Please dial in at least ten minutes before the hearing begins and wait until your case is called. (kvz) (Entered: 03/11/2022) | |
| 03/14/2022 | 35 | ORDER re 33 Notice of Hearing. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 3/14/2022. *See attached document for full details.* (kvz) (Entered: 03/14/2022) | |
| 03/14/2022 | 36 | PAPERLESS Minute Entry for telephonic proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Discovery Hearing held on 3/14/2022. Total time in court: 44 minutes. Attorney Appearance(s): Kyle Roche, Jordana Haviv and Maya S. Jumper appeared on behalf of Plaintiff. Gautier Kitchen appeared on behalf of Defendant. Order entered D.E. 35 . (Digital ATT Recording AOR_01_03-4-2022 - DAR Back-Up 13:27:50 - 14:10:37) (sl) (Entered: 03/14/2022) | |
| 03/15/2022 | 37 | Joint MOTION for Extension of Time of Discovery Deadlines by Emin Gün Sirer. Responses due by 3/29/2022 (Attachments: # 1 Exhibit A - [Proposed] Stipulation and Order)(Freedman, Devin) (Entered: 03/15/2022) | |
| 03/15/2022 | 38 | PAPERLESS ORDER granting in part and denying in part 37 Motion for Extension of Time to Extend Pretrial Deadlines. The Court's Scheduling Order, ECF No. 15 , is amended as follows: Parties disclose experts and exchange expert witness summaries or reports by May 5, 2022. Parties exchange rebuttal expert witness summaries or reports by May 19, 2022. All discovery, including expert discovery, is completed by June 3, 2022. All pre-trial motions, motions in limine, and Daubert motions (which include motions to strike experts) are filed by June 13, 2022. This deadline includes all dispositive motions. All other deadlines, including calendar call and trial, remain in place. Signed by Judge Beth Bloom (BB) (Entered: 03/15/2022) | |
| 03/15/2022 | 39 | TRANSCRIPT of telephonic discovery hearing held on 3-14-2022 before Magistrate Judge Alicia M. Otazo-Reyes, 1-26 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/5/2022. Redacted Transcript Deadline set for 4/15/2022. Release of Transcript Restriction set for 6/13/2022. (Savino, Dawn) (Entered: 03/15/2022) | |
| 04/18/2022 | 40 | **NOTICE of Hearing** by ATTORNEY: Telephone Conference set for 4/21/2022 03:30 PM before Magistrate Judge Alicia M. Otazo-Reyes. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Freedman, Devin) (Entered: 04/18/2022) | |
| 04/19/2022 | 41 | CLERK'S NOTICE re 40 Notice of Hearing. The dial-in instructions for the telephonic discovery hearing set for 4/21/2022 at 3:30 PM are as follows: The parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0421. Please dial in at least ten minutes before the hearing begins and wait until your case is called. (kvz) (Entered: 04/19/2022) | |
| 04/21/2022 | 42 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Telephonic Status Conference re Discovery Conference held on 4/21/2022. Order to follow. Total time in court: 15 minutes. Attorney Appearance(s): Kyle Roche, Jordana Haviv, and Maya S. Jumper for the Plaintiff) (Digital ATT Recording AOR_02/03_04-21-2022) (jbs) (Entered: 04/21/2022) | |

| | | |
|---|---|---|
| 04/21/2022 | | PAPERLESS Order RESETTING Discovery Hearing re 40 Notice of Hearing for 4/21/2022 to 4:30 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. **TIME CHANGE ONLY**. The dial-in instructions for the telephonic discovery hearing are as follows: The parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0421. Please dial in at least ten minutes before the hearing begins and wait until your case is called. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 4/21/2022. (kvz) (Entered: 04/21/2022) |
| 04/21/2022 | 43 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Telephonic Discovery Hearing held on 4/21/2022. Order to follow. Total time in court: 16 minutes. Attorney Appearance(s): Kyle Roche, Jordana Haviv, Maya S. Jumper for the Plaintiff. Rook Elizabeth Ringer for the Defendant. (Digital ATT Recording AOR_04_04-21-2022) (jbs) (Entered: 04/21/2022) |
| 04/22/2022 | | Deadline(s)/Hearing(s) terminated (Discovery hearing set for 4/21/22 at 3:30 P.M. before Magistrate Judge Otazo-Reyes was terminated. The hearing was reset to 4/21/22 at 4:30 P.M. before Magistrate Judge Otazo-Reyes (Hearing Held)) (sl) (Entered: 04/22/2022) |
| 04/27/2022 | 44 | MOTION to Withdraw as Attorney by Rook Elizabeth Ringer for / by Emre Aksoy. Responses due by 5/11/2022 (Ringer, Rook) (Entered: 04/27/2022) |
| 04/27/2022 | 45 | PAPERLESS ORDER denying without prejudice 44 Motion to Withdraw. Pursuant to S.D. Fla. L.R. 11.1(d)(3), "A motion to withdraw shall include a current mailing address for the attorney's client or the client's new or remaining counsel." The Motion fails to provide a current mailing address for the Defendant or Defendant's new counsel. Signed by Judge Beth Bloom (ak03) (Entered: 04/27/2022) |
| 04/29/2022 | 46 | Amended MOTION to Withdraw as Attorney by Rook Elizabeth Ringer for / by Emre Aksoy. Responses due by 5/13/2022 (Ringer, Rook) (Entered: 04/29/2022) |
| 05/02/2022 | 47 | MOTION for Extension of Time of Discovery Deadlines by Emin Gün Sirer. Responses due by 5/16/2022 (Attachments: # 1 Exhibit A - [Proposed] Order)(Freedman, Devin) (Entered: 05/02/2022) |
| 05/02/2022 | 48 | PAPERLESS ORDER denying without prejudice 47 Plaintiff's Motion for Extension of Discovery Deadlines for failure to comply with the pre-filing conferral requirement in Local Rule 7.1(a)(3). Where, as here, Plaintiff's counsel attempted to confer with Defendant's counsel, the Local Rule provides in relevant part that counsel must certify that "counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, *which efforts shall be identified with specificity* in the statement (including the date, time, and manner of each effort), but has been unable to do so." S.D. Fla. L.R. 7.1(a)(3). Signed by Judge Beth Bloom (ak03) (Entered: 05/02/2022) |
| 05/02/2022 | 49 | Amended MOTION for Extension of Time of Discovery Deadlines by Emin Gün Sirer. Responses due by 5/16/2022 (Attachments: # 1 Exhibit A - [Proposed] Order)(Freedman, Devin) (Entered: 05/02/2022) |
| 05/03/2022 | 50 | ORDER granting 46 Motion to Withdraw as Attorney. Rook Elizabeth Ringer representing Aksoy, Emre (Defendant) withdrawn from case. Deadline to obtain new counsel 5/16/2022. Signed by Judge Beth Bloom on 5/3/2022. *See attached document for full details.* (pc) (Entered: 05/04/2022) |
| 05/04/2022 | 51 | ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES granting 49 Motion for Extension of Time. Discovery due by 6/24/2022. Expert Discovery due by 6/24/2022. Dispositive Motions due by 7/11/2022. In Limine Motions due by 7/11/2022. Motions due by 7/11/2022. Pretrial Stipulation due by 10/10/2022. Calendar Call set for 10/18/2022 01:45 PM in Miami Division before Judge |

| | | |
|---|---|---|
| | | Beth Bloom. Jury Trial set for 10/24/2022 09:00 AM in Miami Division before Judge Beth Bloom. Signed by Judge Beth Bloom on 5/3/2022. *See attached document for full details.* (pc) (Entered: 05/04/2022) |
| 05/12/2022 | 52 | TRANSCRIPT of Status Conference Hearing held on 4/21/2022 before Magistrate Judge Alicia M. Otazo-Reyes, 1-11 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/2/2022. Redacted Transcript Deadline set for 6/13/2022. Release of Transcript Restriction set for 8/10/2022. (apz) (Entered: 05/12/2022) |
| 06/21/2022 | 53 | MOTION for Sanctions by Emin Gün Sirer. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Freedman, Devin) (Entered: 06/21/2022) |
| 07/06/2022 | 54 | PAPERLESS ORDER requiring response to 53 MOTION for Sanctions filed by Emin Gün Sirer. **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff filed a Motion for Sanctions, ECF No. 53 ("Motion"), on June 21, 2022. Pursuant to Local Rule 7.1(c), a response to the Motion was due on July 5, 2022. Defendant failed to respond to the Motion by the applicable deadline or to request an additional extension of time in which to do so. Accordingly, it is **ORDERED AND ADJUDGED** that Defendant must file a response to the Motion, if any, **no later than July 12, 2022**. If Defendant fails to file any response, the Court shall consider the merits of the Motion without the benefit of a response or responses, and such failure may be deemed sufficient cause to grant the motion by default. *See*. S.D. Fla. L.R. 7.1(c). Signed by Judge Beth Bloom (ak03) (Entered: 07/06/2022) |
| 07/06/2022 | | Set/Reset Deadlines/Hearings per DE 54 Order re 53 MOTION for Sanctions . Responses due by 7/12/2022 (amb) (Entered: 07/07/2022) |
| 08/06/2022 | 55 | ORDER ON MOTION FOR SANCTIONS: granting ECF No. 53 Motion, Striking Aksoy's Answer and Affirmative Defenses ECF No. 26 and entering default against Aksoy. Signed by Judge Beth Bloom on 8/5/2022. *See attached document for full details.* (pc) (Entered: 08/08/2022) |
| 08/06/2022 | 56 | Order Directing Clerk to Enter Default(s) as to Emre Aksoy. Signed by Judge Beth Bloom on 8/5/2022. *See Order DE 55 for image.* (pc) (Entered: 08/08/2022) |
| 08/06/2022 | 57 | Clerk's Entry of Default as to Emre Aksoy per Order Directing Clerk to Enter Default Re: 55 Order on Motion for Sanctions,. Signed by Judge Beth Bloom on 8/5/2022. (pc) (Entered: 08/08/2022) |
| 08/08/2022 | 58 | ORDER ON DEFAULT JUDGMENT PROCEDURE: re 57 Clerk's Entry/Non-Entry of Default Signed by Judge Beth Bloom on 8/8/2022. *See attached document for full details.* (pc) (Entered: 08/09/2022) |
| 08/12/2022 | 59 | NOTICE by Emin Gün Sirer *OF REASONABLE ATTORNEY'S FEES* (Attachments: # 1 Exhibit 1) (Freedman, Devin) (Entered: 08/12/2022) |
| 08/15/2022 | 60 | ORDER AWARDING REASONABLE ATTORNEYS FEES re 59 Notice of Reasonable Attorneys Fees filed by Emin Gün Sirer. Signed by Judge Beth Bloom on 8/15/2022. *See attached document for full details.* (drz) (Entered: 08/15/2022) |
| 08/16/2022 | 61 | MOTION for Extension of Time OF DEADLINE TO FILE MOTION FOR DEFAULT FINAL JUDGMENT by Emin Gün Sirer. Responses due by 8/30/2022 (Attachments: # 1 Text of Proposed Order)(Freedman, Devin) (Entered: 08/16/2022) |
| 08/16/2022 | 62 | PAPERLESS ORDER granting 61 Plaintiff's Motion for Extension of Deadline to File Motion for Default Final Judgment. Plaintiff shall file the Motion for Default Final |

| | | |
|---|---|---|
| | | Judgment **no later than September 6, 2022**. Signed by Judge Beth Bloom (ak03) (Entered: 08/16/2022) |
| 09/06/2022 | 63 | MOTION to Seal *SELECT PORTIONS OF PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT* per Local Rule 5.4 by Emin Gün Sirer. (Attachments: # 1 Text of Proposed Order) (Freedman, Devin) (Entered: 09/06/2022) |
| 09/06/2022 | 64 | MOTION for Default Judgment by Emin Gün Sirer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F)(Freedman, Devin) (Entered: 09/06/2022) |
| 09/07/2022 | 65 | ORDER ON MOTION TO FILE SELECT PORTIONS OF PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT UNDER SEAL. ORDER granting 63 Motion to Seal. Signed by Judge Beth Bloom on 9/7/2022. *See attached document for full details.* (amb) (Entered: 09/07/2022) |
| 09/08/2022 | | SYSTEM ENTRY - Docket Entry 66 [motion] restricted/sealed until further notice. (1428742) (Entered: 09/08/2022) |
| 10/17/2022 | 67 | ORDER granting in part and denying in part 64 Motion for Default Judgment. The Motion for Default Judgment is granted as to liability. Because a hearing to determine Plaintiff's damages is necessary, this case will remain on the October 24, 2022 trial calendar, and the parties shall appear at calendar call on Tuesday, October 18, 2022 at 1:45 p.m. Signed by Judge Beth Bloom. *See attached document for full details.* (ak03) (Entered: 10/17/2022) |
| 10/17/2022 | 68 | NOTICE of Attorney Appearance by Constantine Philip Economides on behalf of Emin Gün Sirer. Attorney Constantine Philip Economides added to party Emin Gün Sirer(pty:pla). (Economides, Constantine) (Entered: 10/17/2022) |
| 10/17/2022 | 69 | MOTION FOR EXTENSION OF DEADLINE TO APPEAR FOR CALENDAR CALL by Emin Gün Sirer. (Attachments: # 1 Exhibit A - [Proposed] Order)(Economides, Constantine) (Entered: 10/17/2022) |
| 10/17/2022 | 70 | PAPERLESS ORDER granting 69 Motion for Extension of Deadline to Appear for Calendar Call. The Calendar call is **reset for 10/19/2022 at 01:45 PM** in Miami Division, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128 before Judge Beth Bloom. Signed by Judge Beth Bloom (ak03) (Entered: 10/17/2022) |
| 10/19/2022 | 71 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Justin J. Gunnell. Filing Fee $ 200.00 Receipt # AFLSDC-16035127 by Emin Gün Sirer. Responses due by 11/2/2022 (Attachments: # 1 Certification Certification re Justin J. Gunnell, # 2 Text of Proposed Order Text of proposed Order)(Freedman, Devin) (Entered: 10/19/2022) |
| 10/19/2022 | 72 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Justin M. Sher. Filing Fee $ 200.00 Receipt # AFLSDC-16035160 by Emin Gün Sirer. Responses due by 11/2/2022 (Attachments: # 1 Certification RE justin M. Sher, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 10/19/2022) |
| 10/19/2022 | 73 | PAPERLESS ORDER granting 71 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Justin J. Gunnell. Signed by Judge Beth Bloom (ak03) (Entered: 10/19/2022) |
| 10/19/2022 | 74 | PAPERLESS ORDER granting 72 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Justin M. Sher. Signed by Judge Beth Bloom (ak03) (Entered: 10/19/2022) |
| 10/19/2022 | 75 | PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom: Calendar Call |

| | | |
|---|---|---|
| | | held on 10/19/2022. The Court granted Plaintiff's request for a 60-day continuance. New trial order to follow. Total time in court: 0 hour(s) : 10 minutes. Attorney Appearance(s): Constantine Philip Economides, Devin Freedman. Court Reporter: Yvette Hernandez, 305-523-5698 / Yvette_Hernandez@flsd.uscourts.gov. (ak03) (Entered: 10/19/2022) |
| 10/19/2022 | 76 | ORDER SCHEDULING TRIAL AND ORDER OF INSTRUCTIONS BEFORE CALENDAR CALL: (Jury Trial set for 1/17/2023 09:00 AM in Miami Division before Judge Beth Bloom., Calendar Call set for 1/10/2023 01:45 PM in Miami Division before Judge Beth Bloom.) Signed by Judge Beth Bloom on 10/19/2022. *See attached document for full details.* (pc)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 10/19/2022) |
| 11/04/2022 | 77 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Wesley Erdelack. Filing Fee $ 200.00 Receipt # AFLSDC-16078825 by Emin Gün Sirer. Responses due by 11/18/2022 (Attachments: # 1 Certification of Wesley Erdelack, # 2 Text of Proposed Order)(Freedman, Devin) (Entered: 11/04/2022) |
| 11/04/2022 | 78 | PAPERLESS ORDER granting 77 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Wesley Erdelack. Signed by Judge Beth Bloom (aun) (Entered: 11/04/2022) |