CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN FURTHER SUPPORT OF MOTION TO DISQUALIFY ROCHE FREEDMAN LLP** |

**REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams hereby request that the Court take judicial notice of the following documents in support of Defendants' Reply In Support of Motion to Disqualify. The exhibit references correspond to the exhibits attached to the Declaration of Kevin J. Orsini ("Orsini Decl.") filed concurrently herewith:

**Exhibit 1:** True and correct copy of the transcript setting forth Judge Katherine Polk Failla's order removing Roche Freedman as class counsel in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.) (October 13, 2022).

**Exhibit 2:** True and correct copy of the granted Motion for Leave to Withdraw Roche Freedman LLP, filed in *Hardin and Williams v. TRON Foundation, et al.*, 20-cv-02804 (S.D.N.Y.) (October 24, 2022) (ECF No. 99).

**Exhibit 3:** True and correct copy of the October 19, 2022 article entitled *Crypto Law Firm Co-Founder Out After Secret Recordings Leak*, published on Bloomberg Law and available at https://news.bloomberglaw.com/business-and-practice/crypto-law-firm-co-founder-out-after-secret-recordings-leak.

**Exhibit 4:** True and correct copy of the Complaint filed in *Emin Gün Sirer v. Emre Aksoy*, No. 21-cv-22280 (S.D. Fla.) (June 22, 2021) (ECF No. 1).

**Exhibit 5:** True and correct copy of the docket sheet in *Emin Gün Sirer v. Emre Aksoy*, No. 21-cv-22280 (S.D. Fla.).

**Exhibit 6:** True and correct copy of the transcript of the October 3, 2022 hearing before Judge Katherine Polk Failla in *In re Tether and Bitfinex Crypto Asset Litigation*, 19-cv-9236 (S.D.N.Y.) (October 3, 2022).

I.   **ARGUMENT**

Federal Rule of Evidence 201 permits the Court to take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned". Fed. R. Evid. 201(b).

Exhibit 3 is a true and correct copy of an online article titled *Crypto Law Firm Co-Founder Out After Secret Recordings Leak* that was published to the website Bloomberg Law on October 19, 2022.  "[A] court may take judicial notice of publicly available newspaper and magazine articles and web pages" to determine "what was in the public realm at the time". *Reynolds v. Binance Holdings Ltd.*, 481 F. Supp. 3d 997, 1002 (N.D. Cal. 2020).

Exhibits 1-2 and 4-6 are true and accurate copies of pleadings, motions, and transcripts filed in other federal courts.  Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001)); *see also Bogart v. Daley*, No. CV 00-101-BR, 2001 WL 34045761, at *2 (D. Or. June 28, 2001) (finding that a court may take judicial notice of "the existence and contents" of pleadings filed in other actions).  The contents of these documents are a matter of public record that are "not subject to reasonable dispute [and are] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

## II.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that Court take judicial notice of Exhibits 1 through 6 to the Orsini Declaration.

Dated:        November 8, 2022              CRAVATH, SWAINE & MOORE LLP

 /s/ Kevin J. Orsini
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

 /s/ Michael E. Liftik
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

Brenna D. Nelinson (*pro hac vice*)
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Telephone: (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants*

3