**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Lead Plaintiff Henry Rodriguez and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2 |     PLEASE TAKE NOTICE that the law firm of Roche Freedman LLP has changed its name to Freedman Normand Friedland LLP, effective immediately. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

    Edward Normand (admitted *pro hac vice*)
    Richard Cipolla (admitted *pro hac vice*)
    Stephen Lagos (admitted *pro hac vice*)
    Ivy T. Ngo (SBN 249860)
    **FREEDMAN NORMAND FRIEDLAND LLP**
     99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (646) 350-0527
    Facsimile: (646) 392-8842
    Email: tnormand@fnf.law
    Email: rcipolla@fnf.law
    Email: slagos@fnf.law
    Email: ingo@fnf.law

Dated: November 18, 2022

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

<u>/s/ Edward Normand</u>
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Lead Plaintiff Henry Rodriguez and the Class*