**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)**<br><br>Date: January 12, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in connection with their Opposition to Defendants' Motion to Disqualify Roche Freedman LLP (Dkt. No. 76), which is scheduled for a hearing on January 12, 2023.

Attached hereto as Exhibit 1 is a true and correct copy of the Order entered on December 19, 2022, in *Temujin Labs Inc. v. Ariel Abittan, et al.*, Case No. 20-CV-372622 (Sup. Ct. Cal.), which is a cryptocurrency-related litigation pending in the complex civil litigation division of California's Superior Court. The Order denies a motion to disqualify Freedman Normand Friedland LLP ("FNF") in that matter on the grounds that, *inter alia,* Mr. Roche's alleged misconduct could not be imputed to the rest of the firm. Attached as Exhibit 2 is a true and correct copy of the declarations submitted by FNF that are referenced in the Order. Attached as Exhibit 3 is a true and correct copy of the order entered on November 21, 2022, which includes the court's detailed analysis on why the disqualification motion should be denied, and which is also referenced in the Order.

Dated: December 22, 2022  Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs and the Class*

1
PLAINTIFFS' STATEMENT OF RECENT DECISION PURSUANT TO
CIVIL LOCAL RULE 7-3(d)(2) – No. 3:21-cv-06118