# EXHIBIT 3

Filed
November 21, 2022
Clerk of the Court
Superior Court of CA
County of Santa Clara
20CV372622
By: afloresca

Signed: 11/21/2022 04:07 PM

ORDER ON SUBMITTED MATTER

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| TEMUJIN LABS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARIEL ABITTAN, et al., <br><br> Defendants. | Case No.: 20CV372622 <br><br> ORDER CONCERNING (1) TEMUJIN LABS INC., A DELAWARE CORPORATION, TEMUJIN LABS INC., A CAYMAN ISLANDS CORPORATION, LILY CHAO, DAMIEN DING, AND DISCREET LABS LTD.'S MOTION TO DISQUALIFY ROCHE LLP, AND TO STAY, AND TO CLARIFY, THE COURT'S AUGUST 22, 2022 ORDER; (2) CROSS-COMPLAINANTS BENJAMIN FISCH AND CHARLES LU'S MOTION TO COMPEL FURTHER RESPONSES REGARDING CROSS-DEFENDANTS' TRUE IDENTITIES |
| TEMUJIN LABS INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK FU, et al., <br><br> Defendants. | Case No.: 21CV375422 <br><br> ORDER CONCERNING DEFENDANT AND CROSS-COMPLAINANT FRANK FU'S MOTION TO ENFORCE AUGUST 22, 2022 RULING AND TO COMPEL PRODUCTION OF CHINESE IDENTITY INFORMATION |
| AND RELATED CROSS-ACTIONS. | |

Case 3:21-cv-06118-JD   Document 79-3   Filed 12/21/22   Page 4 of 17

Case 3:21-cv-06118-JD     Document 79-3     Filed 12/21/22     Page 8 of 17

Case 3:21-cv-06118-JD   Document 79-3   Filed 12/21/22   Page 12 of 17

Case 3:21-cv-06118-JD   Document 79-3   Filed 12/21/22   Page 16 of 17

1 | that Ms. Chao and Mr. Ding still will have counsel, the Court sees no reason to further delay this
2 | discovery.
3 |     The Court is hopeful that once this issue is fully resolved, the parties can get back on
4 | track for an early mediation.
5 |     **IT IS SO ORDERED.**

Date:    November 19, 2022

_____
The Honorable Sunil R. Kulkarni
Judge of the Superior Court