# EXHIBIT 2

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@fnf.law
         bpierce@fnf.law

*Counsel for Defendant/Cross-Complainant,*
*Ariel Abittan*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARIEL ABITTAN, et al.<br><br>Defendants. | CASE NO. 20CV372622<br><br>**NOTICE OF FILING**<br><br>Action Filed: November 6, 2020<br>Judge:         Hon. Sunil R. Kulkarni |
| ARIEL ABITTAN,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |

TO ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that on this 6th day of December, 2022, I filed with the Clerk in this Court the following declarations in accordance with the Court's November 21, 2022 order:

1. Supplemental Declaration of Constantine P. Economides;
2. Declaration of Velvel (Devin) Freedman;
3. Declaration of Edward Normand;
4. Declaration of Amos Friedland;
5. Declaration of Eric Rosen;
6. Declaration of Jordana Haviv; and
7. Declaration of Joseph Delich.

Dated: December 6, 2022

Respectfully submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

/s/ Constantine P. Economides
Constantine P. Economides (*pro hac vice*)
Brianna K. Pierce (CBN 336906)
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
Tel: (305) 851-5997
Email: ceconomides@fnf.law
          bpierce@fnf.law

*Counsel for Defendant/Cross-Complainant, Ariel Abittan*

**PROOF OF SERVICE**

I, Brianna Pierce, declare under penalty of perjury under the laws of the State of California, that the following is true and correct:

I am an attorney of the firm Freedman Normand Friedland LLP, counsel of record for Defendant, located in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of eighteen (18) years, and not a party to the within-entitled action. My business address is 1800 Century Park East, Suite 600 #2477, Los Angeles, CA 90403.

I caused to be served the following documents:

- **SUPPLEMENTAL DECLARATION OF CONSTANTINE P. ECONOMIDES;**
- **DECLARATION OF VELVEL (DEVIN) FREEDMAN;**
- **DECLARATION OF EDWARD NORMAND;**
- **DECLARATION OF AMOS FRIEDLAND;**
- **DECLARATION OF ERIC ROSEN;**
- **DECLARATION OF JORDANA HAVIV; and**
- **DECLARATION OF JOSEPH DELICH.**

I caused the above documents to be served as follows:

☑ I emailed said documents on December 6, 2022, to each of the recipients, as indicated below, following the ordinary business practice and after obtaining consent to receive service in such manner. (Indicated on the attached address list by an [E] next to the address.)

Executed on December 6, 2022, at San Diego, California

                                                        */s/ Brianna K. Pierce*
                                                        Brianna K. Pierce

# SERVICE LIST

Key: [E] Delivery by Email

[E]    Craig A. Hansen
craig@hansenlawfirm.net
Stephen C. Holmes
steve@hansenlawfirm.net
Philip E. Yeager
phil@hansenlawfirm.net
Collin D. Greene
collin@hansenlawfirm.net
hlf_temujin@hansenlawfirm.net
**HANSEN LAW FIRM, P.C.**
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113
Telephone: (408) 715-7980

Jingjing Ye (Pro Hac Vice)
yelaw@pm.me
500 N Central Expy, #500
Plano, TX 75074
Telephone: (469) 410-5232

[E]    Edward Han
Timothy Reynolds
**PAUL HASTINGS, LLP**
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1813
Facsimile: (650) 320-1900
edwardhan@paulhastings.com
timothyreynolds@paulhastings.com

NOTICE OF FILING — 3 — CASE NO.: 20CV372622

1  Constantine P. Economides (*pro hac vice*)
   (Florida Bar No. 118177)
2  Brianna K. Pierce (CA Bar No. 336906)
   **FREEDMAN NORMAND**
3  **FRIEDLAND LLP**
   1 SE 3rd Avenue, Suite 1240
4  Miami, FL 33131
   Tel: (305) 851-5997
5  Email: ceconomides@fnf.law
           bpierce@fnf.law
6
   *Counsel for Defendant/Cross-Complainant,*
7  *Ariel Abittan*

8
                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9
                              **COUNTY OF SANTA CLARA**
10

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARIEL ABITTAN, et al.<br><br>Defendants. | CASE NO. 20CV372622<br><br>**SUPPLEMENTAL DECLARATION OF CONSTANTINE P. ECONOMIDES** |
| ARIEL ABITTAN,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |

I, Constantine P. Economides, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying the motion to disqualify the Firm filed by Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.

2. I have not provided and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

*/s/ Constantine P. Economides*
Constantine P. Economides

```
 1   Constantine P. Economides (pro hac vice)
     (Florida Bar No. 118177)
 2   Brianna K. Pierce (CA Bar No. 336906)
     FREEDMAN NORMAND
 3   FRIEDLAND LLP
     1 SE 3rd Avenue, Suite 1240
 4   Miami, FL 33131
     Tel: (305) 851-5997
 5   Email: ceconomides@fnf.law
            bpierce@fnf.law
 6
     Counsel for Defendant/Cross-Complainant,
 7   Ariel Abittan
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARIEL ABITTAN, et al.<br><br>Defendants. | CASE NO. 20CV372622<br><br>**DECLARATION OF VELVEL (DEVIN) FREEDMAN** |
| ARIEL ABITTAN,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>Cross-Defendants. | |

I, Velvel (Devin) Freedman, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

*Vel Freedman*
Vel Freedman (Nov 29, 2022 16:12 EST)
Velvel (Devin) Freedman

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@fnf.law
        bpierce@fnf.law

*Counsel for Defendant/Cross-Complainant,*
*Ariel Abittan*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARIEL ABITTAN, et al.<br><br>    Defendants. | CASE NO. 20CV372622<br><br>**DECLARATION OF**<br>**EDWARD NORMAND** |
| ARIEL ABITTAN,<br><br>    Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>    Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>    Cross-Complainant,<br><br>vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>    Cross-Defendants. | |

I, Edward Normand, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

*Edward Normand*
Edward Normand (Nov 29, 2022 16:46 EST)
Edward Normand

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@fnf.law
         bpierce@fnf.law

*Counsel for Defendant/Cross-Complainant,*
*Ariel Abittan*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARIEL ABITTAN, et al.<br><br>            Defendants. | CASE NO. 20CV372622<br><br>**DECLARATION OF**<br>**AMOS FRIEDLAND** |
| ARIEL ABITTAN,<br><br>            Cross-Complainant,<br><br>    vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>            Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>            Cross-Complainant,<br><br>    vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>            Cross-Defendants. | |

I, Amos Friedland, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022


Amos Friedland (Nov 29, 2022 16:17 EST)
Amos Friedland

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@fnf.law
       bpierce@fnf.law

*Counsel for Defendant/Cross-Complainant,*
*Ariel Abittan*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARIEL ABITTAN, et al.<br><br>　　　　　　　Defendants. | CASE NO. 20CV372622<br><br>**DECLARATION OF**<br>**ERIC ROSEN** |
| ARIEL ABITTAN,<br><br>　　　　　　Cross-Complainant,<br><br>　　vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>　　　　　　Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU,<br><br>　　　　　　Cross-Complainant,<br><br>　　vs.<br><br>YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al.,<br><br>　　　　　　Cross-Defendants. | |

I, Eric Rosen, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2022

*Eric S Rosen*
Eric S Rosen (Dec 6, 2022 10:53 EST)

Eric Rosen

| | |
|---|---|
| 1 | Constantine P. Economides (*pro hac vice*) |
|   | (Florida Bar No. 118177) |
| 2 | Brianna K. Pierce (CA Bar No. 336906) |
|   | **FREEDMAN NORMAND** |
| 3 | **FRIEDLAND LLP** |
|   | 1 SE 3rd Avenue, Suite 1240 |
| 4 | Miami, FL 33131 |
|   | Tel: (305) 851-5997 |
| 5 | Email: ceconomides@fnf.law |
|   |        bpierce@fnf.law |
| 6 | |
|   | *Counsel for Defendant/Cross-Complainant,* |
| 7 | *Ariel Abittan* |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation, | CASE NO. 20CV372622 |
| Plaintiff, | **DECLARATION OF JORDANA HAVIV** |
| vs. | |
| ARIEL ABITTAN, et al. | |
| Defendants. | |
| ARIEL ABITTAN, | |
| Cross-Complainant, | |
| vs. | |
| YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al., | |
| Cross-Defendants. | |
| BENJAMIN FISCH and CHARLES LU, | |
| Cross-Complainant, | |
| vs. | |
| YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al., | |
| Cross-Defendants. | |

I, Jordana Haviv, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

*Jordana Haviv*
Jordana Haviv (Nov 29, 2022 16:33 EST)
Jordana Haviv

1  Constantine P. Economides (*pro hac vice*)
   (Florida Bar No. 118177)
2  Brianna K. Pierce (CA Bar No. 336906)
   **FREEDMAN NORMAND**
3  **FRIEDLAND LLP**
   1 SE 3rd Avenue, Suite 1240
4  Miami, FL 33131
   Tel: (305) 851-5997
5  Email: ceconomides@fnf.law
          bpierce@fnf.law
6
   *Counsel for Defendant/Cross-Complainant,*
7  *Ariel Abittan*

8
                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9
                            **COUNTY OF SANTA CLARA**
10

| | |
|---|---|
| 11  TEMUJIN LABS INC., a Delaware corporation and TEMUJIN LABS INC., a Cayman Islands corporation, | CASE NO. 20CV372622 |
| 12 | **DECLARATION OF JOSEPH DELICH** |
| 13          Plaintiff, | |
| 14     vs. | |
| 15  ARIEL ABITTAN, et al. | |
| 16          Defendants. | |
| 17  ARIEL ABITTAN, | |
| 18          Cross-Complainant, | |
| 19     vs. | |
| 20  YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al., | |
| 21 | |
| 22          Cross-Defendants. | |
| 23  BENJAMIN FISCH and CHARLES LU, | |
| 24          Cross-Complainant, | |
| 25     vs. | |
| 26  YUTING CHEN (A/K/A TIFFANY CHEN, A/K/A LILY CHAO), TAO DING (A/K/A DAMIEN DING A/K/A DAMIEN LEUNG), et al., | |
| 27 | |
| 28          Cross-Defendants. | |

I, Joseph Delich, declare as follows:

1. I am a partner at Roche Freedman LLP (n.k.a., Freedman Normand Friedland LLP) ("the Firm"). I make this declaration in accordance with the Court's November 21, 2022 order and to clarify the factual record underlying Temujin Labs Inc., Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Roche Freedman LLP.

2. I have not provided, would never provide, and will never provide another party's confidential information to Ava Labs in violation of a protective order or other court order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

*Joseph Delich*
Joseph Delich (Nov 29, 2022 16:11 EST)
Joseph Delich