**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)**<br><br>Date: February 2, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in connection with their Opposition to Defendants' Motion to Disqualify Roche Freedman LLP (Dkt. No. 76), which is scheduled for a hearing on February 2, 2023.

Attached hereto as Exhibit 1 is a true and correct copy of the Order entered on December 29, 2022, in *Kleiman v. Wright*, No. 22-11150 (11th Cir.), which is a cryptocurrency-related litigation pending before the Court of Appeals for the Eleventh Circuit. The Order denies a motion to disqualify Freedman Normand Friedland LLP ("FNF") that was premised on the same factual allegations against Mr. Roche raised in Defendants' pending Motion to Disqualify.

Attached as Exhibit 2 is a true and correct copy of the declaration submitted by Devin Freedman on November 22, 2022, that is referenced in the Order. Attached as Exhibit 3 is a true and correct copy of the order entered by the Court of Appeals for the Eleventh Circuit on November 8, 2022, which directed Mr. Freedman to file the declaration attached as Exhibit 2.

Dated: January 9, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs and the Class*