UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 2, 2023                                                     Judge: Hon. James Donato

Time: 39 Minutes

Case No.      **3:21-cv-06118-JD**
Case Name     **Valenti v. Dfinity USA Research LLC et al**

Attorney(s) for Plaintiff(s):     Edward Norman
Attorney(s) for Defendant(s):     Kevin Orisini/Evan Siegal

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

The Court takes argument on defendants' motion re Roche Freedman LLP, Dkt. No. 72, which will be considered under Rule 23, the PSLRA, and the Court's oversight of the rights of absent class members.

For the reasons discussed on the record, a more developed factual record will assist the Court. To that end, defendants may take one 30(b)(6) deposition of FNF. The deposition will be three hours or less, and will focus tightly on the relevant issues for the motion. Some background questions are permitted, and the bulk of the examination should be directed to FNF's discharge of its fiduciary duties as lead counsel for plaintiffs. The Court anticipates few, if any, questions about attorney Kyle Roche, who has withdrawn from this case and is not a part of FNF.

The deposition will be taken by February 17, 2023. The parties may simultaneously file supplemental briefs not to exceed 10 pages by February 24, 2023. No reply briefs are permitted unless requested by the Court.

Defendants' motion to dismiss the amended complaint, Dkt. No. 62, is administratively terminated, and may be renewed as appropriate following resolution of the lead counsel issue. Defendants need not file a response to the complaint in the interim.