# EXHIBIT 1

CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANTS' NOTICE OF 30(b)(6) DEPOSITION OF FREEDMAN NORMAND FRIEDLAND LLP** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams will take the deposition of Freedman Normand Friedland LLP on the topics set forth in Exhibit A, attached hereto.

The deposition will commence at 9:00 a.m. on February 16, 2023, at the law offices of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY, and shall continue day to day until completed. The deposition will be recorded stenographically, and by video, before a notary public or other officer authorized to administer oaths.

Dated:     February 9, 2023

CRAVATH, SWAINE & MOORE LLP

/s/ Kevin J. Orsini
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

 /s/ Michael E. Liftik
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

Brenna D. Nelinson (*pro hac vice*)
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Telephone:  (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants*

## EXHIBIT A

### Definitions

1. "Freedman Normand Friedland", "FNF", "Roche Freedman", "You" or "Your" means Freedman Normand Friedland LLP (f/k/a "Roche Freedman LLP") and any of its current and former partners, employees, representatives, agents, other Persons, or entities acting on behalf of or controlled by Freedman Normand Friedland LLP, such as, without limitation, any company, partnership, or other entity owned, in whole or in part, where Freedman Normand Friedland LLP owns at least 5% of the equity, directly or indirectly, or controlled by Freedman Normand Friedland LLP.

2. "Ava Labs" means "Ava Labs, Inc." and any of its current and former officers, directors, employees, representatives, agents, other Persons, or entities acting on behalf of or controlled by Ava Labs, Inc., such as, without limitation, any company, partnership, or other entity owned, in whole or in part, where Ava Labs, Inc. owns at least 5% of the equity, directly or indirectly, or controlled by Ava Labs, Inc.

3. "Mr. Roche" means (1) Kyle W. Roche, the former named partner of Roche Freedman whose withdrawal from that firm was publicly announced in October 2022; and (2) Kyle Roche PA, the law firm founded by Mr. Roche in or around October 2022.

4. "Action" means the case captioned *Valenti v. Dfinity USA Research LLC et al.*, 3:21-cv-06118 (N.D. Cal.).

5. "AVAX Token" means the digital token issued by Ava Labs in connection with the Avalanche platform.

6. "Ava Labs Digital Asset" means any digital asset associated with Ava Labs other than AVAX Tokens.

7. "Communication" means any disclosure, transfer, or exchange of information or opinion, however made, including, but not limited to, emails, text messages, messages sent via Slack or other messaging platforms (*e.g.*, Jabber, Signal, Discord, Telegram) and telephonic and in-person exchanges.

8. "Wallet" refers to a device or service that stores users' public and private keys and allows them to interact with various blockchains, including allowing users to store digital assets

or cryptocurrencies and/or validate transactions involving same.

9. "Wallet Address" refers to the unique combination of alphanumeric characters to and from which digital assets may be sent.

### Rule 30(b)(6) Topics

1. The relationship, interactions and communications between You and Ava Labs from 2019 to the present, including, but not limited to, in connection with the founding of Roche Freedman in 2019, and excluding any communications concerning the case *Emin Gün Sirer v. Emre Aksoy*, No. 21-cv-22280 (S.D. Fla.) that are subject to the attorney-client privilege and/or work product protection.

2. Equity ownership or other interests in Ava Labs held by FNF and/or by its partners in their individual capacities, and FNF's and/or its individual partners' ownership or other interests in AVAX Tokens and/or Ava Labs Digital Assets, including but not limited to: (1) the number of AVAX Tokens and/or Ava Labs Digital Assets FNF and/or each individual partner received at or around the time Roche Freedman was founded; (2) the number of AVAX Tokens and/or Ava Labs Digital Assets FNF and/or each individual partner has received since that time; (3) the dates on which FNF and/or each individual partner sold AVAX Tokens and/or Ava Labs Digital Assets, and at what price; (4) the market value as of February 15, 2023 of the AVAX Tokens and/or Ava Labs Digital Assets held by FNF and/or each individual partner; (5) the Wallet Address(es) associated with the Wallet(s) where such AVAX Tokens and/or Ava Labs Digital Assets are stored; (6) the reason(s) FNF and/or its individual partners received equity ownership or other interests in Ava Labs, and/or received ownership or other interests in AVAX Tokens and/or Ava Labs Digital Assets; and (7) the circumstances under which such ownership or other interests arose.

3. All individuals who are or were partners in, employed by or otherwise associated with FNF who have represented or otherwise worked for Ava Labs or any of its officers and/or employees, and the nature of such representation or work.

4. The investigation FNF purportedly conducted in connection with Mr. Roche's statements (*see* Hr'g Tr. 3:23-4:9), including but not limited to the investigation's scope, any

findings and any actions taken in response, including but not limited to any ethical walls relating to this Action.

5. Any ongoing personal, professional and/or business relationships between You and Mr. Roche and/or any current, future or potential joint representations by You and Mr. Roche.