UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 15, 2023                                       Judge: Hon. James Donato

Time: 4 Minutes

Case No.      3:21-cv-06118-JD
Case Name     Valenti v. Dfinity USA Research LLC et al

Attorney(s) for Plaintiff(s):     Devin M. Freedman/Stephen Lagos/Edward Normand
Attorney(s) for Defendant(s):     Kevin Orsini/Lauren Rosenberg

Court Reporter: Not Reported

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Telephonic Discovery Hearing -- Held

## NOTES AND ORDERS

The Court takes up the discovery dispute about FNF's Rule 30(b)(6) deposition topics (Dkt. No. 93 at 2), and rules as follows:

1. Topic #1: overview questions may be asked.
2. Topic #2: subtopics (5) and (7) are denied.
3. Topic #3: granted as defendants propose.
4. Topic #4: denied *in toto*.
5. Topic #5: granted as defendants propose.