**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**STIPULATION AND [PROPOSED] CONFIDENTIALITY ORDER FOR FREEDMAN NORMAND FRIEDLAND LLP'S RULE 30(B)(6) DEPOSITION** |

Lead Plaintiff Henry Rodriguez and named plaintiff Daniel Valenti, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, on February 2, 2023, the Court held a hearing on Defendants' motion to disqualify Plaintiffs' counsel Freedman Normand Friedland LLP ("FNF");

WHEREAS, at that hearing and in a written order issued after the hearing, the Court authorized Defendants to depose a representative of FNF by no later than February 17, 2023, and directed the parties to file supplemental statements (the "Statements") by no later than February 24, 2023 (Dkt. No. 86);

WHEREAS, FNF requested that the deposition (the "Deposition") be designated in its entirety as "Attorneys' Eyes Only because the designated topics cover, *inter alia*, the personal financial affairs of attorneys at FNF and confidential agreements between FNF and a client whom FNF contends is a former client;

WHEREAS, Defendants believe that Lead Plaintiff and putative class members may have an interest in reviewing the Deposition when considering whether to opt out pursuant to Federal Rule of Civil Procedure 23;

WHEREAS, the parties have agreed that FNF should be afforded the opportunity to seek a Protective Order from the Court for a reasonable period after the deposition;

NOW THEREFORE, subject to the approval of the Court, the parties herby STIPULATE and AGREE as follows, through their undersigned counsel:

1.    FNF designates the Deposition and its transcript as highly confidential and attorneys' eyes only for a period of seven (7) calendar days following the Deposition, such that, except to the extent ordered by the Court, FNF's testimony will not be disclosed to anyone other than:

a.   The Court and its personnel;

b.   The court reporter at the Deposition; and

1    c.    The parties' outside counsel (which, for the avoidance of doubt, does not include

2    Defendants' in-house counsel)..

3    2.    To the extent FNF seeks to designate any portion of the Deposition as confidential

4    and/or attorneys' eyes only for a longer period, FNF shall seek a protective order from the Court

5    prior to the expiration of that seven-day period.  In the event that FNF timely seeks a Protective

6    Order, the designation set forth in Paragraph 1 shall remain until the Court rules on such motion.

7    3.    While that designation applies, any communication or filing that quotes, references or

8    would otherwise disclose FNF's deposition testimony, shall be filed under seal pursuant to Local

9    Civil Rule 79-5(f).

10

11    **IT IS SO STIPULATED**

12

13    Dated: February 15, 2023                    Respectfully Submitted,

14                                                **FREEDMAN NORMAND FRIEDLAND LLP**

15                                                */s/ Edward Normand*
                                                 Edward Normand (admitted *pro hac vice*)
16                                                Richard Cipolla (admitted *pro hac vice*)
                                                 Stephen Lagos (admitted *pro hac vice*)
17                                                Ivy T. Ngo (SBN 249860)
                                                 99 Park Avenue, 19th Floor
18                                                New York, NY 10016
                                                 Telephone: (646) 350-0527
19                                                Facsimile: (646) 392-8842
                                                 Email: tnormand@fnf.law
20                                                Email: rcipolla@fnf.law
                                                 Email: slagos@fnf.law
21                                                Email: ingo@fnf.law
22
23                                                *Counsel for Plaintiffs and the Class*
24                                                CRAVATH, SWAINE & MOORE LLP
25                                                 */s/ Kevin J. Orsini*
26                                                Antony L. Ryan (admitted *pro hac vice*)
                                                 Kevin J. Orsini (admitted *pro hac vice*)
27                                                Lauren M. Rosenberg (admitted *pro hac vice*)
                                                 Worldwide Plaza
28

2

1  825 Eighth Avenue
   New York, New York 10019
2  Tel.:  (212) 474-1000
   Fax:  (212) 474-3700
3  korsini@cravath.com

4  *Counsel for Defendants*

5  QUINN EMANUEL URQUHART & SULLIVAN
6  LLP

7  */s/ Michael E. Liftik*
   Michael E. Liftik (CA Bar No. 232430)
8  Sarah Heaton Concannon (*pro hac vice*)
   1300 I Street, Suite 900
9  Washington, D.C. 20005
   Telephone:  (202) 538-8000
10 michaelliftik@quinnemanuel.com
11 sarahconcannon@quinnemanuel.com

12 Emily C. Kapur (CA Bar No. 306724)
13 555 Twin Dolphin Dr., 5th Fl.
   Redwood Shores, California 94065
14 Telephone:  (650) 801-5000
   emilykapur@quinnemanuel.com
15

16 Brenna D. Nelinson (*pro hac vice*)
   51 Madison Avenue, 22nd Fl.
17 New York, New York 10010
   Telephone:  (212) 849-7000
18 brennanelinson@quinnemanuel.com

19

20 *Counsel for Defendants*

21

22

                    **ORDER**
23
   PURSUANT TO STIPULATION, IT IS SO ORDERED
24

25

26 DATED:  __2/17/2023_____

27                              _____
                               Hon. James Donato
28                             United States District Judge

                        3
STIPULATION AND [PROPOSED] CONFIDENTIALITY ORDER FOR FREEDMAN
NORMAND FRIEDLAND LLP'S RULE 30(B)(6) DEPOSITION – No. 3:21-cv-06118