CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |

1  I, Kevin J. Orsini, declare:

2  I am an attorney admitted to appear *pro hac vice* before this Court with respect to the above-captioned matter. I am a Partner at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein:

 1. Lead Plaintiff Henry Rodriguez and Named Plaintiff Daniel Valenti, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") have designated portions of Defendants' Supplemental Statement in Support of Motion to Disqualify and Exhibit 1 to the Declaration of Kevin J. Orsini as "highly confidential and attorneys' eyes only" pursuant to the Court's February 17, 2023 Order, ECF No. 97. The following table shows the portions of Defendants' Supplemental Statement in Support of Motion to Disqualify and Exhibit 1 to the Declaration of Kevin J. Orsini that contain information designated as "highly confidential and attorneys' eyes only".

| Document | Corresponding Page Numbers | Designating Party |
|---|---|---|
| Supplemental Statement | Portions of words appearing on Pages i and 1-9 | Plaintiffs |
| Exhibit 1 | All | Plaintiffs |

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 24, 2023 in New York, NY.

*/s/ Kevin J. Orsini*
Kevin J. Orsini