CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |

-1-

Having considered Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams' (together, "Defendants'") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, Declaration of Kevin J. Orsini in Support of the Administrative Motion and any declaration submitted in response, pursuant to Local Rules 7-11 and 79-5(f);

IT IS HEREBY ORDERED:

| Document | Corresponding Page Numbers | Designating Party | Ruling |
|---|---|---|---|
| Supplemental Statement | Portions of words appearing on Pages i and 1-9 | Plaintiffs | |
| Exhibit 1 | All | Plaintiffs | |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California