CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:21-cv-06118-JD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS, | |
| Defendants. | |

I declare that I am a Partner at the law firm Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.   I am counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams ("Defendants").

I declare that on February 24, 2023, I caused to be served via electronic transmission the Declaration of Kevin J. Orsini in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Defendants' Unredacted Supplemental Statement in Support of Motion to Disqualify and Exhibit 1 to the Declaration of Kevin J. Orsini submitted therewith to Lead Plaintiff Henry Rodriguez and Named Plaintiff Daniel Valenti, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs").

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case.   I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED:  February 24, 2023

*/s/ Kevin J. Orsini*
Kevin J. Orsini

CERTIFICATE OF SERVICE
CASE NO. 3:21-CV-06118-JD