CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA*
*Research LLC, Dfinity Foundation and*
*Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF KEVIN J. ORSINI IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY** |

I, Kevin J. Orsini, declare:

I am an attorney admitted to appear pro hac vice before this Court with respect to the above-captioned matter. I am a Partner at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams. I am one of the attorneys responsible for the representation of Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein:

1. Attached hereto as Exhibit 1 is a true and correct copy of the transcript setting forth the February 16, 2023 deposition testimony of Freedman Normand Friedland LLP ("FNF") 30(b)(6) witness Velvel Freedman.

2. Attached hereto as Exhibit 2 is a true and correct copy of a Memorandum of Understanding entered into by certain FNF partners on December 27, 2019, filed in *Cyrulnik v. Roche Freedman, et al.*, No. 2021-5837-CA-01 (Fla. 11th Cir. Ct., Mar. 9, 2021) and marked as Exhibit 2 during the 30(b)(6) deposition of FNF.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 24, 2023 in New York, NY.

　　　　　　　　　　　　　　　　　　 */s/ Kevin J. Orsini*
　　　　　　　　　　　　　　　　　　 Kevin J. Orsini

-1-
DECLARATION OF KEVIN J. ORSINI IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY
CASE NO. 3:21-CV-06118-JD