**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**ATTORNEY DECLARATION OF EDWARD NORMAND IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY**<br><br>Date: March 2, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

# DECLARATION OF EDWARD NORMAND

I, Edward Normand, declare:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF"), counsel to Plaintiffs in this action. I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2. I submit this declaration in further opposition to Defendants' Motion to Disqualify.

3. Attached hereto as Exhibit 1 are true and correct excerpts from the transcript of FNF's Rule 30(b)(6) deposition, dated February 16, 2023.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum of Understanding between Jason Cyrulnik, Velvel Freedman, Amos Friedland, Nathan Holcomb, Edward Normand, and Kyle Roche, dated December 26, 2019.

5. Attached hereto as Exhibit 3 is a true and correct copy of a press release regarding the expansion of Roche Freedman LLP in January 2020.

6. Attached hereto as Exhibit 4 is a tweet from Dfinity comparing layer-1 tokens, including ICP and ETH.

7. Attached hereto as Exhibit 5 is a true and correct copy of a printout from the website CoinMarketCap, comparing the market capitalizations of various cryptoassets.

8. Attached hereto as Exhibit 6 is a true and correct copy of a printout from the website CoinMarketCap, displaying the price of AVAX from May 2021 through August 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 24, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand

*Counsel for Plaintiffs and the Class*