# EXHIBIT 3

# Former Boies Schiller Flexner Lawyers Launch Premier Litigation Boutique Roche Cyrulnik Freedman LLP

Lawyers from Paul, Weiss and Robbins Geller also join

NEWS PROVIDED BY
**Roche Cyrulnik Freedman LLP →**
Jan 15, 2020, 09:48 ET

NEW YORK, Jan. 15, 2020 /PRNewswire/ -- Kyle Roche, Jason Cyrulnik and Vel Freedman today announced the launch of a premier litigation boutique, Roche Cyrulnik Freedman LLP (RCF) (www.rcfllp.com). RCF's 12 former Boies Schiller Flexner litigators, including two equity partners, represent the first breakaway firm from Boies Schiller Flexner LLP since that firm's inception in 1997.

RCF opens its doors with 15 lawyers from top law firms that include Boies Schiller; Paul, Weiss; Robbins Geller; and another major, New York-based law firm. The RCF team brings a breadth of experience leading high-stakes litigation for both plaintiffs and defendants in class actions, securities litigation, and many other complex commercial disputes. The New York and Miami-based firm aims to disrupt the big-law model through its approach to clients, cases and its own lawyers.

"In today's fast-paced and dynamic global environment, clients require innovative and tech-savvy legal counsel to help resolve high-stakes business disputes. We are building a unique, forward thinking firm that can keep pace with that change," said Kyle Roche, one of the founding partners.

"Our firm combines high-stakes plaintiffs' work with a strong base of bet-the-company defense work to help clients tackle a wide array of complex and challenging matters," said Jason Cyrulnik, a former Boies Schiller equity partner and one of RCF's founding partners.

RCF is handling cases in burgeoning areas of the law like cryptocurrency and cannabis litigation.  The firm is handling two of the largest cryptocurrency disputes ever brought pursuing both a multibillion-dollar dispute over stolen bitcoin in Florida and another multibillion-dollar class action against the companies and individuals accused of manipulating the price of Bitcoin.

RCF has already implemented innovative funding solutions, including flat-fee, success-based offerings, defense-side contingency matters, equity in start-ups, plaintiff-side contingency cases, litigation funding, and hybrid cases that are part hourly and part contingency.  RCF has strong relationships with litigation funders and leverages those relationships to help clients get the best results and to align incentives for clients and the firm.

RCF also has a strong commitment to transparency to its own lawyers. It has a developed a compensation model that downplays the value of equity in place of offering above-market rewards to lawyers at all seniority levels for their business generation, their litigation talent, and their commitment to achieving efficiency and results for the benefit of the firm's clients.

Vel Freedman, also from Boies Schiller, and one of the firm's co-chairs , added, "we attracted top talent by bringing in the type of cases lawyers aspire to handle, and will retain that talent and grow our practice by both fairly and transparently rewarding our lawyers and delivering real results to our clients."

"We're aiming for the best way to run a new law firm," said Ted Normand, a former equity partner at Boies Schiller who will also serve as RCF's other co-chair. "If you're bright and entrepreneurial, Roche Cyrulnik Freedman is where you want to work."

RCF launches with a hand-picked group of lawyers from Boies and other litigation firms, including:

**RCF Partners**

- Jason Cyrulnik (Boies Schiller)
- Joseph Delich (Paul Weiss)
- Katherine Eskovitz (Boies Schiller)
- Paul Fattaruso (Boies Schiller)
- Vel Freedman (Boies Schiller)
- Amos Friedland (Boies Schiller)
- Nathan Holcomb (Boies Schiller)
- Ted Normand (Boies Schiller)
- Kyle Roche (Boies Schiller)

**RCF Counsel**

- William Dzurilla (Boies Schiller)
- Constantine Economides (Robbins Geller)

**RCF Associates**

- Richard Cipolla
- Stephen Lagos (Boies Schiller)
- Alex Potter (Boies Schiller)
- Stephanie Scutti (Boies Schiller)

RCF expects to continue its growth in 2020 by offering partner compensation that rewards significantly above market for business generation and provides above-market associate compensation, including participation in the firm's exciting contingency upside. The firm also offers true flexibility for highly qualified lawyers who wish to maintain work-life balance.

The firm's offices are located at: 99 Park Ave, New York, New York and 200 South Biscayne Boulevard, Suite 5500, Miami, Florida.

SOURCE Roche Cyrulnik Freedman LLP

Related Links

http://www.rcfllp.com