# EXHIBIT 4



**DFINITY** ✅ **@dfinity** · Apr 13, 2022

🆕 Master Layer 1 blockchain performance comparison chart from @CoinCodex shows how #ICP, #SOL, #AVAX 🔺, #ETH, #ADA and #Algorand stack up based on transactions, scalability, nodes and energy efficiency.



💬 69    🔁 263    ♡ 730

Show this thread