# EXHIBIT 5

# Today's Cryptocurrency Prices by Market Cap

coinmarketcap.com



| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bitcoin BTC | $24,051.81 | 0.52% | 0.44% | 1.28% | $463,357,469,789 | $30,750,773,152  1,278,800 BTC | 19,300,218 BTC | |
| 2 | Ethereum ETH | $1,656.88 | 0.47% | 0.97% | 0.02% | $202,281,969,001 | $9,092,434,186  5,488,175 ETH | 122,373,866 ETH | |
| 3 | Tether USDT | $1.00 | 0.00% | 0.01% | 0.00% | $70,697,885,580 | $40,796,873,831  40,791,355,748 USDT | 70,687,748,919 USDT | |
| 4 | BNB BNB | $310.29 | 0.55% | 0.22% | 0.74% | $48,872,703,148 | $480,649,617  1,549,824 BNB | 157,896,427 BNB | |
| 5 | USD Coin USDC | $1.00 | 0.01% | 0.01% | 0.00% | $42,203,700,428 | $4,074,847,946  4,074,811,790 USDC | 42,186,236,699 USDC | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 6 | XRP XRP | $0.3894 | 0.25% | 0.63% | 0.51% | $19,811,909,131 | $886,312,294 2,274,665,331 XRP | 50,950,912,949 XRP | |
| 7 | Cardano ADA | $0.383 | 0.16% | 1.63% | 2.61% | $13,257,831,762 | $292,807,969 764,073,461 ADA | 34,658,794,569 ADA | |
| 8 | Polygon MATIC | $1.36 | 0.76% | 2.07% | 4.71% | $11,810,380,260 | $529,605,050 390,003,584 MATIC | 8,734,317,475 MATIC | |
| 9 | Binance USD BUSD | $1.00 | 0.01% | 0.02% | 0.06% | $11,790,306,867 | $8,434,213,323 8,433,367,237 BUSD | 11,786,592,512 BUSD | |
| 10 | Dogecoin DOGE | $0.08461 | 0.33% | 1.10% | 1.53% | $11,202,362,564 | $340,524,472 4,023,426,749 DOGE | 132,670,764,300 DOGE | |
| 11 | Solana SOL | $23.95 | 0.65% | 0.76% | 6.09% | $9,023,960,925 | $579,787,897 24,175,035 SOL | 378,290,179 SOL | |
| 12 | Polkadot DOT | $7.12 | 0.64% | 1.57% | 10.19% | $8,230,195,903 | $345,279,506 48,548,912 DOT | 1,160,112,677 DOT | |
| 13 | Shiba Inu SHIB | $0.00001313 | 0.19% | 2.44% | 1.72% | $7,200,996,003 | $339,547,507 25,847,119,660,192 SHIB | 549,063,278,876,302 SHIB | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Litecoin LTC | $94.83 | 0.19% | 0.28% | 5.41% | $6,851,941,168 | $483,413,090 5,093,576 LTC | 72,345,315 LTC | |
| 15 | TRON TRX | $0.06972 | 0.42% | 0.66% | 3.28% | $6,376,675,641 | $218,761,087 3,140,940,706 TRX | 91,496,164,128 TRX | |
| 16 | Avalanche AVAX | $19.75 | 0.50% | 2.82% | 4.22% | $6,209,800,419 | $305,798,622 15,481,369 AVAX | 315,125,667 AVAX | |
| 17 | Uniswap UNI | $6.97 | 0.64% | 0.62% | 5.15% | $5,310,593,165 | $87,952,693 12,548,070 UNI | 762,209,327 UNI | |
| 18 | Dai DAI | $0.9996 | 0.05% | 0.10% | 0.04% | $5,211,078,549 | $220,429,173 220,473,602 DAI | 5,212,960,533 DAI | |
| 19 | Wrapped Bitcoin WBTC | $23,974.02 | 0.24% | 1.98% | 0.74% | $4,209,765,315 | $205,701,497 8,555 WBTC | 175,597 WBTC | |
| 20 | Chainlink LINK | $7.96 | 0.06% | 2.26% | 11.02% | $4,042,956,418 | $643,388,525 80,896,365 LINK | 507,999,970 LINK | |
| 21 | Cosmos ATOM | $13.74 | 0.50% | 0.02% | 0.06% | $3,935,821,306 | $123,333,720 8,931,901 ATOM | 286,370,297 ATOM | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 22 | UNUS SED LEO  LEO | $3.37 | 0.80% | 1.07% | 1.18% | $3,216,222,218 | $895,430  267,869 LEO | 953,954,130 LEO | |
| 23 | OKB  OKB | $52.55 | 0.56% | 0.12% | 7.55% | $3,153,284,994 | $59,131,793  1,131,078 OKB | 60,000,000 OKB | |
| 24 | Ethereum Classic  ETC | $22.11 | 0.58% | 2.34% | 1.77% | $3,085,561,670 | $160,543,453  7,231,882 ETC | 139,586,154 ETC | |
| 25 | Filecoin  FIL | $7.89 | 1.07% | 3.88% | 35.35% | $3,091,193,052 | $566,525,535  71,748,365 FIL | 391,696,763 FIL | |
| 26 | Toncoin  TON | $2.46 | 0.32% | 0.85% | 6.31% | $3,002,042,696 | $47,517,301  19,271,958 TON | 1,221,401,181 TON | |
| 27 | Monero  XMR | $152.22 | 0.14% | 4.47% | 2.84% | $2,777,191,458 | $82,390,956  542,566 XMR | 18,244,344 XMR | |
| 28 | Bitcoin Cash  BCH | $138.74 | 0.25% | 2.83% | 7.01% | $2,680,527,310 | $216,816,158  1,559,125 BCH | 19,320,213 BCH | |
| 29 | Lido DAO  LDO | $2.98 | 1.01% | 0.59% | 8.98% | $2,521,259,514 | $328,691,706  109,044,164 LDO | 845,884,828 LDO | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Stellar XLM | $0.09115 | 0.22% | 2.02% | 3.96% | $2,406,737,431 | $57,060,395 624,943,206 XLM | 26,402,777,661 XLM | |
| 31 | Aptos APT | $13.43 | 1.14% | 4.27% | 10.25% | $2,184,538,748 | $346,424,311 25,536,389 APT | 162,624,556 APT | |
| 32 | VeChain VET | $0.02936 | 0.69% | 1.44% | 16.87% | $2,128,997,652 | $91,630,836 3,100,334,456 VET | 72,511,146,418 VET | |
| 33 | Hedera HBAR | $0.0811 | 0.09% | 1.85% | 5.76% | $2,137,110,384 | $36,014,681 443,947,816 HBAR | 26,350,365,648 HBAR | |
| 34 | NEAR Protocol NEAR | $2.47 | 0.35% | 2.66% | 4.48% | $2,128,767,189 | $102,866,271 41,568,278 NEAR | 861,410,967 NEAR | |
| 35 | Cronos CRO | $0.08348 | 0.01% | 1.38% | 7.73% | $2,108,902,808 | $23,307,412 279,245,052 CRO | 25,263,013,692 CRO | |
| 36 | ApeCoin APE | $5.51 | 0.29% | 2.10% | 4.28% | $2,029,470,174 | $92,472,604 16,754,261 APE | 368,593,750 APE | |
| 37 | Internet Computer ICP | $6.76 | 0.78% | 1.28% | 3.26% | $1,967,733,251 | $57,453,438 8,443,140 ICP | 291,222,545 ICP | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|------|-------|------|-------|------|------------|-------------|--------------------|-------------|
| 38 | Algorand ALGO | $0.268 | 0.14% | 2.38% | 1.81% | $1,906,777,670 | $86,984,645 324,538,327 ALGO | 7,115,335,233 ALGO | |
| 39 | Quant QNT | $134.65 | 0.20% | 1.55% | 4.09% | $1,625,626,235 | $21,286,143 157,771 QNT | 12,072,738 QNT | |
| 40 | The Graph GRT | $0.163 | 0.14% | 2.40% | 3.64% | $1,437,574,446 | $116,401,079 713,669,430 GRT | 8,820,179,530 GRT | |
| 41 | Fantom FTM | $0.4922 | 0.45% | 4.90% | 10.08% | $1,366,372,384 | $217,044,248 439,779,219 FTM | 2,775,989,026 FTM | |
| 42 | Decentraland MANA | $0.6978 | 0.60% | 2.19% | 0.66% | $1,294,548,861 | $99,816,779 142,253,253 MANA | 1,855,084,192 MANA | |
| 43 | EOS EOS | $1.18 | 0.59% | 2.69% | 11.41% | $1,281,849,301 | $143,618,109 120,810,194 EOS | 1,083,578,611 EOS | |
| 44 | MultiversX EGLD | $50.81 | 0.42% | 0.36% | 6.07% | $1,272,484,112 | $34,575,476 683,324 EGLD | 25,043,001 EGLD | |
| 45 | Flow FLOW | $1.20 | 1.02% | 4.78% | 5.69% | $1,244,299,868 | $66,659,303 55,015,291 FLOW | 1,036,200,000 FLOW | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 46 | BitDAO BIT | $0.598 | 0.16% | 1.32% | 1.28% | $1,250,369,227 | $8,889,195 14,842,525 BIT | 2,090,946,169 BIT | |
| 47 | Tezos XTZ | $1.34 | 0.97% | 6.84% | 19.67% | $1,228,970,606 | $116,226,090 87,148,197 XTZ | 928,292,001 XTZ | |
| 48 | Theta Network THETA | $1.23 | 3.07% | 4.19% | 6.97% | $1,230,813,353 | $36,019,729 29,159,477 THETA | 1,000,000,000 THETA | |
| 49 | Aave AAVE | $85.75 | 0.75% | 0.71% | 0.12% | $1,208,178,808 | $73,245,534 855,327 AAVE | 14,093,193 AAVE | |
| 50 | Axie Infinity AXS | $10.58 | 0.87% | 0.02% | 2.44% | $1,179,766,000 | $72,122,962 6,817,864 AXS | 111,752,500 AXS | |
| 51 | The Sandbox SAND | $0.7613 | 0.63% | 0.80% | 2.86% | $1,140,649,900 | $198,236,617 260,217,295 SAND | 1,499,470,108 SAND | |
| 52 | Stacks STX | $0.8128 | 1.30% | 2.92% | 150.12% | $1,125,246,445 | $482,166,431 589,822,002 STX | 1,361,357,928 STX | |
| 53 | TrueUSD TUSD | $0.9995 | 0.02% | 0.02% | 0.04% | $967,602,933 | $39,029,256 39,048,609 TUSD | 968,281,617 TUSD | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Rocket Pool RPL | $50.23 | 0.65% | 1.39% | 3.58% | $955,930,845 | $14,470,402 288,322 RPL | 19,113,413 RPL | |
| 55 | Chiliz CHZ | $0.1391 | 0.81% | 0.18% | 1.50% | $931,170,135 | $67,488,718 485,965,626 CHZ | 6,713,503,543 CHZ | |
| 56 | Klaytn KLAY | $0.2979 | 0.42% | 1.84% | 39.75% | $915,761,713 | $77,621,922 260,678,613 KLAY | 3,074,040,642 KLAY | |
| 57 | Neo NEO | $12.62 | 0.68% | 6.61% | 40.52% | $870,645,810 | $106,111,032 8,397,541 NEO | 70,538,831 NEO | |
| 58 | Huobi Token HT | $5.42 | 0.72% | 1.05% | 6.02% | $880,483,567 | $20,153,110 3,710,562 HT | 162,233,844 HT | |
| 59 | Pax Dollar USDP | $0.9986 | 0.08% | 0.17% | 0.52% | $876,437,497 | $2,183,028 2,180,755 USDP | 878,084,065 USDP | |
| 60 | ImmutableX IMX | $1.05 | 1.56% | 3.71% | 8.09% | $847,874,359 | $53,794,522 51,359,290 IMX | 825,480,569 IMX | |
| 61 | KuCoin Token KCS | $8.75 | 0.19% | 0.60% | 3.23% | $860,650,749 | $1,630,542 186,263 KCS | 98,379,861 KCS | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 62 | Bitcoin SV BSV | $43.33 | 0.44% | 0.05% | 4.45% | $833,146,450 | $40,963,544 946,034 BSV | 19,266,077 BSV | |
| 63 | Mina MINA | $0.9824 | 0.79% | 2.07% | 8.89% | $826,826,827 | $87,504,112 89,053,402 MINA | 847,875,309 MINA | |
| 64 | Frax Share FXS | $10.80 | 0.34% | 0.69% | 5.45% | $798,811,134 | $87,208,866 8,068,382 FXS | 74,038,673 FXS | |
| 65 | Dash DASH | $71.12 | 0.52% | 2.93% | 3.79% | $790,337,760 | $100,561,752 1,414,989 DASH | 11,120,725 DASH | |
| 66 | Curve DAO Token CRV | $1.08 | 1.10% | 2.42% | 2.45% | $790,636,768 | $76,219,606 70,460,177 CRV | 728,989,071 CRV | |
| 67 | Zcash ZEC | $47.97 | 0.35% | 0.49% | 8.06% | $777,765,327 | $66,212,742 1,382,136 ZEC | 16,328,269 ZEC | |
| 68 | PancakeSwap CAKE | $4.09 | 0.92% | 0.56% | 1.36% | $780,034,123 | $37,961,746 9,274,994 CAKE | 191,061,210 CAKE | |
| 69 | Maker MKR | $743.67 | 0.74% | 2.80% | 3.69% | $725,148,217 | $28,299,211 38,131 MKR | 977,631 MKR | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 70 | USDD USDD | $0.9974 | 0.12% | 0.12% | 0.28% | $722,626,878 | $20,342,106 20,402,698 USDD | 725,332,036 USDD | |
| 71 | eCash XEC | $0.00003681 | 0.34% | 0.57% | 4.76% | $710,548,676 | $12,837,545 349,213,729,615 XEC | 19,316,385,923,303 XEC | |
| 72 | IOTA MIOTA | $0.2554 | 0.88% | 0.23% | 7.20% | $708,413,722 | $12,048,961 47,275,274 MIOTA | 2,779,530,283 MIOTA | |
| 73 | BitTorrent-New BTT | $0.0000007354 | 0.03% | 1.00% | 1.43% | $699,515,250 | $13,998,478 19,021,974,605,473 BTT | 951,421,714,286,000 BTT | |
| 74 | Optimism OP | $2.94 | 3.31% | 7.34% | 7.21% | $708,909,160 | $831,560,689 283,852,509 OP | 234,748,364 OP | |
| 75 | Synthetix SNX | $2.63 | 1.55% | 5.12% | 5.38% | $662,574,121 | $90,041,008 34,287,338 SNX | 252,896,745 SNX | |
| 76 | Conflux CFX | $0.3096 | 4.56% | 6.15% | 88.60% | $621,398,821 | $363,445,056 1,172,252,766 CFX | 2,090,735,404 CFX | |
| 77 | GMX GMX | $75.67 | 1.02% | 0.81% | 2.99% | $639,074,723 | $76,126,731 1,007,617 GMX | 8,487,210 GMX | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|------|-------|------|-------|------|------------|-------------|--------------------|-------------|
| 78 | Gemini Dollar GUSD | $1.00 | 0.18% | 0.04% | 1.58% | $608,740,325 | $649,743 648,364 GUSD | 607,049,883 GUSD | |
| 79 | Trust Wallet Token TWT | $1.43 | 0.58% | 0.32% | 0.72% | $591,608,713 | $24,190,092 16,975,492 TWT | 416,649,900 TWT | |
| 80 | GateToken GT | $5.25 | 0.46% | 3.78% | 18.29% | $567,602,700 | $1,816,343 346,477 GT | 108,265,077 GT | |
| 81 | THORChain RUNE | $1.73 | 0.75% | 0.99% | 2.07% | $564,583,320 | $38,878,154 22,483,187 RUNE | 327,056,566 RUNE | |
| 82 | Zilliqa ZIL | $0.03519 | 0.91% | 0.25% | 15.84% | $551,622,699 | $111,117,429 3,158,380,622 ZIL | 15,867,699,447 ZIL | |
| 83 | Loopring LRC | $0.404 | 0.91% | 1.70% | 10.85% | $532,693,036 | $61,112,943 151,596,072 LRC | 1,330,133,546 LRC | |
| 84 | Enjin Coin ENJ | $0.5366 | 0.59% | 1.70% | 14.84% | $534,082,768 | $202,328,263 378,917,905 ENJ | 1,000,000,000 ENJ | |
| 85 | SingularityNET AGIX | $0.4188 | 2.24% | 5.41% | 1.89% | $496,571,206 | $119,521,717 284,471,706 AGIX | 1,204,121,857 AGIX | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|------|-------|------|-------|------|------------|-------------|--------------------|-------------|
| 86 | Osmosis OSMO | $1.02 | 0.42% | 0.61% | 0.73% | $499,843,110 | $11,963,253 11,763,174 OSMO | 492,590,761 OSMO | |
| 87 | Flare FLR | $0.04127 | 0.10% | 2.15% | 2.81% | $495,454,121 | $13,868,669 335,682,087 FLR | 11,999,991,148 FLR | |
| 88 | 1inch Network 1INCH | $0.624 | 0.56% | 1.59% | 13.06% | $491,566,258 | $50,757,497 81,431,897 1INCH | 792,449,420 1INCH | |
| 89 | PAX Gold PAXG | $1,812.87 | 0.06% | 0.05% | 0.42% | $491,847,913 | $7,286,408 4,014 PAXG | 271,264 PAXG | |
| 90 | Basic Attention Token BAT | $0.3177 | 0.30% | 1.92% | 5.84% | $470,488,278 | $46,530,939 146,496,853 BAT | 1,495,106,771 BAT | |
| 91 | Bone ShibaSwap BONE | $2.04 | 1.31% | 7.36% | 39.54% | $468,473,710 | $19,339,803 9,489,848 BONE | 229,928,509 BONE | |
| 92 | Convex Finance CVX | $6.22 | 0.68% | 0.36% | 4.01% | $463,361,993 | $8,526,258 1,372,751 CVX | 74,881,949 CVX | |
| 93 | Ankr ANKR | $0.04732 | 0.69% | 8.51% | 54.82% | $451,964,080 | $455,401,842 9,622,261,935 ANKR | 9,662,899,378 ANKR | |

| # | Name | Price | 1h % | 24h % | 7d % | Market Cap | Volume(24h) | Circulating Supply | Last 7 Days |
|---|---|---|---|---|---|---|---|---|---|
| 94 | Ravencoin RVN | $0.035 | 0.86% | 2.49% | 14.02% | $424,658,194 | $49,676,101 1,422,091,128 RVN | 12,156,804,605 RVN | |
| 95 | Fei USD FEI | $0.9888 | 0.39% | 1.04% | 0.40% | $420,735,567 | $443,658 447,119 FEI | 424,996,178 FEI | |
| 96 | EthereumPoW ETHW | $3.89 | 0.90% | 1.67% | 1.53% | $416,706,401 | $16,413,331 4,226,018 ETHW | 107,818,999 ETHW | |
| 97 | Nexo NEXO | $0.7456 | 0.01% | 0.22% | 2.34% | $417,233,480 | $11,205,507 15,036,849 NEXO | 560,000,011 NEXO | |
| 98 | Theta Fuel TFUEL | $0.06766 | 4.30% | 14.39% | 17.18% | $397,190,594 | $109,657,002 1,588,569,638 TFUEL | 6,041,744,991 TFUEL | |
| 99 | dYdX DYDX | $2.66 | 0.70% | 2.16% | 11.26% | $414,887,358 | $148,841,105 55,771,913 DYDX | 156,256,174 DYDX | |
| 100 | Casper CSPR | $0.03858 | 0.23% | 3.31% | 2.29% | $415,400,506 | $8,023,312 207,688,339 CSPR | 10,768,611,436 CSPR | |