**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**ATTORNEY DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Date: March 1, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

**DECLARATION OF EDWARD NORMAND**

I, Edward Normand, declare:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF"), counsel to Plaintiffs in this action. I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify.

3. The agreements between Roche Freedman LLP and Ava Labs referenced in FNF's Rule 30(b)(6) deposition testimony (attached to Plaintiffs' Administrative Motion to Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify and also attached as Exhibit 1 to the Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify), are subject to express confidentiality provisions. The same is true with respect to the agreement between Roche Freedman LLP and a litigation funder referenced in the Memorandum of Understanding dated December 26, 2019 (attached to Plaintiffs' Administrative Motion to Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify and also attached as Exhibit 2 to the Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify).

4. FNF's Rule 30(b)(6) testimony discloses details about the dates on which attorneys at FNF received AVAX tokens, as well as the amounts of tokens received on those dates. This information could be used to identify the crypto wallets of those individual attorneys.

5. My understanding is that Defendants have made threats on Mr. Roche's life, which necessitated FBI involvement.

6. Mr. Williams has tweeted about Roche Freedman LLP as recently as January 26, as reflected by Dkt. No. 98-1.

7. During the meet-and-confer process, my understanding is that Defendants' counsel represented that Mr. Williams was involved in designing the topics for the Rule 30(b)(6) deposition

1
DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL – No. 3:21-cv-06118

of FNF, that those topics were at all times subject to Mr. Williams' approval, and that Mr. Williams would never agree to designate the deposition transcript as Attorneys' Eyes Only.

8. Pursuant to Local Civil Rule 7-11(a), Plaintiffs were unable to obtain Defendants' agreement for this relief because Defendants have stated that they do not believe that sealing is necessary or appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 24, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand

*Counsel for Plaintiffs and the Class*