**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL**<br><br>Date: March 1, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

On February 24, 2023, Plaintiffs filed an administrative motion to file under seal documents relating to their supplemental opposition to Defendants' motion to disqualify, along with a declaration providing evidentiary support for factual assertions included in that administrative motion. Having considered Plaintiffs' motion, all materials in support thereof, and other records on file, the Court finds "good cause" for sealing the information described below and that Plaintiffs have met the standard described in Local Civil Rule 79-5. Accordingly, the Court GRANTS Plaintiffs' Administrative Motion to Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify and authorizes the filing under seal of the portions of certain documents, as designated below:

| Document | Sealable Portions |
|---|---|
| Plaintiffs' Supplemental Opposition to Defendants' Motion to Disqualify | Excerpts highlighted at 1:11, 1:24, 1:25, 1:26, 2:1, 2:21, 4:10, 4:11, 4:12, 4:13, 4:15, 4:18, 4:19, 4:22, 5:10, 5:11, 5:12, 5:13, 5:16, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 6:11, 6:12, 6:18, 6:19, 6:20, 6:23, 6:24, 7:1, 7:2, 7:3, 7:4, 9:9, 10:1, 10:2, 10:7, 10:8, 10:9, 10:10. |
| Exhibit 1 to the Attorney Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify (Deposition Transcript of Rule 30(b)(6) Testimony of Freedman Normand Friedland LLP) | Entire transcript. |
| Exhibit 2 to the Attorney Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify (Memorandum of Understanding dated December 26, 2019) | Section IV.A; references to a non-party in Section VI.B; references to specific litigation and clients in Sections IV.C, IV.D, IV.E, and V. |

IT IS SO ORDERED.

Dated: _____  _____
THE HONORABLE JAMES DONATO
United States District Court Judge