CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.:  (212) 474-1000
Fax:  (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>                    Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER ON FNF'S ADMINISTRATIVE MOTION TO SEAL [ECF NO. 102]** |

Having considered Freedman Normand Friedland LLP's ("FNF's") Administrative Motion To Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify (ECF No. 102) and exhibits to the Declaration of Edward Normand in Support of FNF's Administrative Motion to Seal (ECF Nos. 102-3, 102-4 and 102-5); and having considered Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams' (together, "Defendants'") Opposition to FNF's Administrative Motion to File Under Seal;

IT IS HEREBY ORDERED:

FNF's Administrative Motion To Seal Documents Relating to Their Supplemental Opposition to Defendants' Motion to Disqualify (ECF No. 102) is denied with respect to the following portions of documents:

| Document | Corresponding Page Numbers | Designating Party | Ruling |
|---|---|---|---|
| Plaintiffs' Supplemental Opposition to Defendants' Motion to Disqualify | Excerpts highlighted at 1:11, 1:24, 1:25, 1:26, 2:1, 2:21, 4:10, 4:11, 4:12, 4:13, 4:15, 4:18, 4:19, 4:22, 5:10, 5:11, 5:12, 5:13, 5:16, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 6:11, 6:12, 6:18, 6:19, 6:20, 6:23, 6:24, 7:1, 7:2, 7:3, 7:4, 9:9, 10:1, 10:2, 10:7, 10:8, 10:9, 10:10. | Plaintiffs | |
| Exhibit 1 to the Attorney Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify (Deposition Transcript of Rule 30(b)(6) Testimony of Freedman Normand Friedland LLP) | Entire transcript. | Plaintiffs | |

| Document | Corresponding Page Numbers | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 2 to the Attorney Declaration of Edward Normand in Further Opposition to Defendants' Motion to Disqualify (Memorandum of Understanding dated December 26, 2019) | Section IV.A; references to a non-party in Section VI.B; references to specific litigation and clients in Sections IV.C, IV.D, IV.E, and V. | Plaintiffs | |

**IT IS SO ORDERED.**

Dated: _____, 2023

                                                        Honorable James Donato
                                                        United States District Judge
                                                        Northern District of California