CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

*Counsel for Defendants Dfinity USA Research LLC, Dfinity Foundation and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S MOTION TO SEAL AND THE FEBRUARY 24, 2023 DECLARATION OF EDWARD NORMAND IN SUPPORT THEREOF** |

Pending before the Court is Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams' (together, "Defendants'") Motion to Strike Portions of Plaintiff's Motion to Seal and the February 24, 2023 Declaration of Edward Normand in support thereof (Dkt. 102-1) ("Normand Declaration"). After full consideration of the moving and opposing papers of each party, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' Motion to Strike is GRANTED. Paragraph 5 of the Normand Declaration as well as the corresponding reference to that paragraph in Plaintiff's Motion to Seal (Dkt. 102 at 4:21-22) is hereby stricken.

IT IS SO ORDERED.

Dated: _____, 2023

Honorable James Donato
United States District Judge
Northern District of California