**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED] ORDER AUTHORIZING THE FILLING OF DOCUMENTS UNDER SEAL** |

On March 3, 2023, Plaintiffs filed a response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. (Dkt. No. 99.) Having considered Plaintiffs' response, all materials in support thereof, and other records on file, the Court finds "good cause" for sealing the information described below and that Plaintiffs have met the standard described in Local Civil Rule 79-5. Accordingly, the Court authorizes the filing under seal of the portions of certain documents, as designated below:

| Document | Sealable Portions |
| --- | --- |
| Defendants' Supplemental Statement in Support of Motion to Disqualify (Dkt. No. 99-3) | Excerpts highlighted in teal at i, 1:12-13, 1:18, 1:19-20, 1:24, 1:26-27, 1:28, 2:1, 2:2-3, 2:13-4, 2:15-16, 2:17, 2:18, 2:19, 2:20-21, 2:22, 2 n.1, 2 n.2, 3:1, 3:2-3, 3:4, 3:5, 3:6-7, 3:11-12, 3:15, 4:17-18, 5:7-8, 5:9-10, 5:11, 5:13-15, 5 n.6, 6:1, 6:2-3, 6:5-6, 6:12-14, 6:21, 6:22-23, 6:24, 6 n.7, 7:1-3, 7:5-6, 7:7, 7:8, 7:9, 7:15, 7:16-17, 7:18, 7:19, 7:23-26, 7 n.8, 8:1-2, 8:3-4, 8:5-6, 8:10-11, 9:8, 9:9-10. |
| Exhibit 1 to the Declaration of Kevin J. Orsini in Further Support of Defendants' Motion to Disqualify (Dkt. No. 99-4) | Entire transcript. |

IT IS SO ORDERED.

Dated: _____  _____
THE HONORABLE JAMES DONATO
United States District Court Judge