**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　Defendant. | Case No.:  5:17-cv-00220-LHK<br><br>**ORDER GRANTING NON-PARTIES NOKIA USA INC. AND NOKIA TECHNOLOGIES OY'S CONSENTED-TO MOTION FOR EXTENSION OF TIME** |

WHEREAS, on May 1, 2017, the Court entered a Protective Order Governing Confidential Material in the above-captioned case, Docket No. 81 (the "Protective Order");

WHEREAS, Section 5.4(b) of the Protective Order invites Non-Parties to seek a protective order from this Court regarding the FTC's production of their confidential information, within 14 days of such notice;

WHEREAS, Nokia USA Inc. and Nokia Technologies Oy (collectively "Nokia") intend to file a Motion for Entry of Supplemental Protective Order;

WHEREAS, this extension of time will not affect any other deadlines in this litigation;

The deadline time for Nokia to move for entry of a supplemental protective order is extended to May 23, 2017.

IT IS SO ORDERED

Dated: _ May 19, 2017_____



Honorable
United

GRANTED
Judge Nathanael M. Cousins