# EXHIBIT 1

**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF ERIC ROSEN**<br><br>Date:        April 6, 2023<br>Time:        10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:       Hon. James Donato |

### <u>DECLARATION OF ERIC ROSEN</u>

I, Eric Rosen, declare:

1.      I am an attorney admitted in New York and Massachusetts. I am a partner and General Counsel at the law firm Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF"). I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2.      Prior to joining FNF, I was a federal and local prosecutor for nearly 12 years in New York, Pittsburgh, and Boston.

3.      On September 3, 2022, I learned from an associate at FNF that employees and/or owners of Dfinity were planning and/or discussing physically harming Mr. Roche. This information had been relayed to this associate by his friend, who is a lawyer in New York ("NY Lawyer").

4.      Upon learning of this, on Saturday, September 3, 2022, I spoke directly with NY Lawyer. NY Lawyer explained to me that on or about Friday, September 2, he was at a crypto event in New York with a friend and several members of the crypto community.

5.      Talk amongst NY Lawyer and others soon turned to Dfinity and the "CryptoLeaks" videos and article involving Mr. Roche.

6.      Attendees told NY Lawyer that they had learned from others that people associated with Dfinity were planning to kill Mr. Roche. Unsure as to whether these remarks were serious, NY Lawyer asked additional questions. The attendees indicated they were serious, and that Mr. Roche was being targeted because he was "messing with people's money," referring to this lawsuit against Defendants.

7.      Upon leaving that situation, NY Lawyer felt he needed to relay this information to FNF. He therefore told the associate, who relayed the information to me.

8.      After discussing this issue with NY Lawyer, I provided this information to the FBI to seek advice on what needed to be done, if anything, to secure Mr. Roche's safety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: March 13, 2023

Respectfully Submitted,

Eric Rosen