1

**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

11

12

DANIEL VALENTI, Individually and On Behalf
of All Others Similarly Situated,

Plaintiff,

v.

DFINITY USA RESEARCH LLC, DFINITY
FOUNDATION, and DOMINIC WILLIAMS,

Defendants.

13

14

15

16

17

18

Case No.: 3:21-cv-06118-JD

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A
NOTICE OF SUPPLEMENTAL
EVIDENCE IN OPPOSITION TO
DEFENDANTS' MOTION TO
DISQUALIFY**

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE – No. 3:21-cv-06118

On March 15, 2023, Plaintiffs filed an administrative motion for leave to file a notice of supplemental evidence in opposition to Defendants' Motion to Disqualify. Having considered Plaintiffs' motion, all materials in support thereof, and other records on file, the Court finds good cause for permitting Plaintiffs to file the Expert Report of David Kalat, dated March 10, 2023 (the "Kalat Report"), in opposition to Defendants' Motion to Disqualify. Accordingly, the Court GRANTS Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Evidence in Opposition to Defendants' Motion to Disqualify, and will, accordingly, consider the Kalat Report in connection with Defendants' motion.

IT IS SO ORDERED.

Dated: _____          _____
                                     THE HONORABLE JAMES DONATO
                                     United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE – No. 3:21-cv-06118