1

2

3

4

5

6

7

8

9

10

11

**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**ATTORNEY DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## __DECLARATION OF EDWARD NORMAND__

I, Edward Normand, declare:

1.       I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF"), counsel to Plaintiffs in this action. I submit this declaration on my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

2.       I submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Evidence in Opposition to Defendants' Motion to Disqualify.

3.       Attached hereto as Exhibit 1 is the Expert Report of David Kalat, dated March 10, 2023, in the matter *Roche Freedman LLP v. Cyrulnik*, No. 1:21-cv-1746 (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: March 15, 2023                              Respectfully Submitted,

                                                             **FREEDMAN NORMAND FRIEDLAND LLP**

                                                             */s/ Edward Normand*
                                                             Edward Normand

                                                             *Counsel for Plaintiffs and the Class*