**FREEDMAN NORMAND FRIEDLAND LLP**
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)**<br><br>Date: February 2, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in connection with their Opposition to Defendants' Motion to Disqualify Roche Freedman LLP (Dkt. No. 76), which was heard on February 2, 2023.

Attached hereto as Exhibit 1 is a true and correct copy of the Order entered on March 21, 2023, in *Kleiman v. Wright*, No. 9:18-cv-80176 (S.D. Fla.), which is a cryptocurrency-related litigation pending before the United States District Court for the Southern District of Florida. The Order denies a motion to disqualify Freedman Normand Friedland LLP ("FNF"), and observes that "I have presided over extensive proceedings in this case. From my vantage point, all counsel have been highly professional, ethical, and zealous advocates for their clients." (Ex. 1 at 16.) The motion denied in the Order was premised on the same factual allegations against Mr. Roche raised in Defendants' pending Motion to Disqualify.

Dated: March 23, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand (admitted *pro hac vice*)
Richard Cipolla (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: rcipolla@fnf.law
Email: slagos@fnf.law
Email: ingo@fnf.law

*Counsel for Plaintiffs and the Class*