```
 1  CRAVATH, SWAINE & MOORE LLP
    Antony L. Ryan (admitted pro hac vice)
 2  Kevin J. Orsini (admitted pro hac vice)
    Lauren M. Rosenberg (admitted pro hac vice)
 3  Worldwide Plaza
 4  825 Eighth Avenue
    New York, New York 10019
 5  Tel.:  (212) 474-1000
    Fax:  (212) 474-3700
 6  aryan@cravath.com
 7  korsini@cravath.com
    lrosenberg@cravath.com
 8

 9  QUINN EMANUEL URQUHART & SULLIVAN LLP
    Michael E. Liftik (CA Bar No. 232430)
10  1300 I Street, Suite 900
    Washington, D.C. 20005
11  Telephone:  (202) 538-8000
12  michaelliftik@quinnemanuel.com
    Emily C. Kapur (CA Bar No. 306724)
13  555 Twin Dolphin Dr., 5th Fl.
    Redwood Shores, California 94065
14  Telephone:  (650) 801-5000
    emilykapur@quinnemanuel.com
15
16  Counsel for Defendants Dfinity USA
    Research LLC, Dfinity Foundation and
17  Dominic Williams
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Dfinity USA Research, LLC, Dfinity Foundation and Dominic Williams (together, "Defendants") respectfully submit this Statement of Recent Decision in connection with their Opposition to Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Evidence in Opposition to Defendants' Motion to Disqualify (ECF No. 111).

Attached hereto as Exhibit 1 is a true and correct copy of an Amended Order entered on March 29, 2023 in *Roche Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-01746 (S.D.N.Y.), which is a dispute between (1) FNF and certain of its partners and former partners (including Messrs. Freedman, Normand and Roche); and (2) their former partner Jason Cyrulnik. The Amended Order denies Mr. Roche's request for leave to serve an expert report beyond the deadline for expert discovery. The Amended Order notes that "[t]he video clips with which the report is concerned have been public since August of last year and have had serious implications for Mr. Roche and the RF parties in this litigation and others," and that "Mr. Roche's request also comes a full week after the close of all expert discovery." Ex. 1 at 1. The Amended Order explains that "[t]his is particularly negligent given that the Court has already extended the original expert discovery deadline, and that the parties very recently litigated that deadline—*after* February 20, 2023, when Mr. Roche purports to have retained his new expert." *Id.* (internal citations omitted). The Amended Order also states:

> The severe economic and reputational cost these videos have imposed on Mr. Roche and his former firm have provided ample incentive for the RF parties to thoroughly investigate their authenticity. Yet Mr. Roche argues that despite having "maintained since their release that the videos . . . were distorted," it had not occurred to him to retain an expert on that point until it was suggested by a "friend" in February 2023.

*Id.* at 2 (citations omitted). The expert report the Amended Order rejected is the same expert report FNF seeks leave to file in connection with Defendants' pending Motion to Disqualify in the instant litigation. *See* Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Evidence in Opposition to Defendants' Motion to Disqualify (ECF No. 109).

| | | |
|---|---|---|
| Dated: | March 30, 2023 | CRAVATH, SWAINE & MOORE LLP |

 /s/ Kevin J. Orsini
Antony L. Ryan (admitted *pro hac vice*)
Kevin J. Orsini (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
korsini@cravath.com

*Counsel for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

 /s/ Michael E. Liftik
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

Emily C. Kapur (CA Bar No. 306724)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
emilykapur@quinnemanuel.com

Brenna D. Nelinson (*pro hac vice*)
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Telephone: (212) 849-7000
brennanelinson@quinnemanuel.com

*Counsel for Defendants*