| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@keker.com |
| | ASIM M. BHANSALI - # 194925 |
| 3 | abhansali@keker.com |
| | EUGENE M. PAIGE - # 202849 |
| 4 | epaige@keker.com |
| | JUSTINA SESSIONS - # 270914 |
| 5 | jsessions@keker.com |
| | DAVID W. RIZK - # 284376 |
| 6 | drizk@keker.com |
| | ALEXANDER DRYER - # 291625 |
| 7 | adryer@keker.com |
| | 633 Battery Street |
| 8 | San Francisco, CA 94111-1809 |
| | Telephone:    415 391 5400 |
| 9 | Facsimile:     415 397 7188 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-cv-00220-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware Corporation, | Dept:        Courtroom 8, 4th Floor |
| | Judge:       Hon. Lucy H. Koh |
| Defendant. | Date Filed: January 17, 2017 |
| | Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eugene M. Paige of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant Qualcomm Incorporated in the above-captioned matter. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> Eugene M. Paige - # 202849
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: epaige@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: May 31, 2017                    KEKER, VAN NEST & PETERS LLP

                                       By: /s/ *Eugene M. Paige*
                                           ROBERT A. VAN NEST
                                           ASIM M. BHANSALI
                                           EUGENE M. PAIGE
                                           JUSTINA SESSIONS
                                           DAVID W. RIZK
                                           ALEXANDER DRYER

                                           Attorneys for Defendant
                                           QUALCOMM INCORPORATED