KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
ASIM M. BHANSALI - # 194925
abhansali@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
JUSTINA SESSIONS - # 270914
jsessions@keker.com
DAVID W. RIZK - # 284376
drizk@keker.com
ALEXANDER DRYER - # 291625
adryer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>       v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>            Defendant. | Case No. 17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE**<br><br>Dept:       Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2017<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Justina Sessions of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant Qualcomm Incorporated in the above-captioned matter. She is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email are as follows:

>Justina Sessions - # 270914
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111
>Telephone: (415) 391-5400
>Facsimile: (415) 397-7188
>Email: jsessions@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: May 31, 2017                                          KEKER, VAN NEST & PETERS LLP

By:   /s/ *Justina Sessions*
            ROBERT A. VAN NEST
            ASIM M. BHANSALI
            EUGENE M. PAIGE
            JUSTINA SESSIONS
            DAVID W. RIZK
            ALEXANDER DRYER

            Attorneys for Defendant
            QUALCOMM INCORPORATED