Julie Erickson, State Bar No. 293111
julie@eko.law
Elizabeth Kramer, State Bar No. 293129
elizabeth@eko.law
Kevin Osborne, State Bar No. 261367
kevin@eko.law
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs Daniel Valenti and Henry Rodriguez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>    Defendants. | CASE NO.: 3:21-cv-06118-JD<br><br>**NOTICE OF APPEARANCE OF ELIZABETH KRAMER** |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2  **RECORD:**
3      PLEASE TAKE NOTICE THAT Elizabeth Kramer, of the law firm Erickson Kramer
4  Osborne, LLP hereby appears in the above captioned matter as counsel for Plaintiffs Daniel
5  Valenti and Henry Rodriguez. Ms. Kramer is a member in good standing in the State Bar of
6  California and is admitted to practice before this Court.
7      Counsel requests that all pleadings, notices, and other filings to be served are directed to
8  the following address, telephone number, fax number, and/or email address:

    Elizabeth Kramer
    elizabeth@eko.law
    Erickson Kramer Osborne LLP
    44 Tehama Street
    San Francisco, CA 94105
    Phone: 415-635-0631
    Fax: 415-599-8088

Dated this 7th day of August 2023.   _____
    Elizabeth Kramer
    Attorneys for Plaintiffs
    Daniel Valenti and Henry Rodriguez

Valenti v. Dfinity USA Research LLC, et al.    Case No. 3:21-cv-06118-JD
Notice of Appearance of Elizabeth Kramer
Page 1