Julie Erickson, State Bar No. 293111
julie@eko.law
Elizabeth Kramer, State Bar No. 293129
elizabeth@eko.law
Kevin Osborne, State Bar No. 261367
kevin@eko.law
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs Daniel Valenti
and Henry Rodriguez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | CASE NO.: 3:21-cv-06118-JD<br><br>**NOTICE OF APPEARANCE OF KEVIN OSBORNE** |

1    **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**

2    **RECORD:**

3         PLEASE TAKE NOTICE THAT Kevin Osborne, of the law firm Erickson Kramer

4    Osborne, LLP hereby appears in the above captioned matter as counsel for Plaintiffs Daniel

5    Valenti and Henry Rodriguez. Mr. Osborne is a member in good standing in the State Bar of

6    California and is admitted to practice before this Court.

7         Counsel requests that all pleadings, notices, and other filings to be served are directed to

8    the following address, telephone number, fax number, and/or email address:

9

10        Kevin Osborne
          kevin@eko.law
11        Erickson Kramer Osborne LLP
          44 Tehama Street
12        San Francisco, CA 94105
          Phone: 415-635-0631
13        Fax: 415-599-8088

14

15   Dated this 7th day of August 2023.

16                                         Kevin Osborne
                                           Attorneys for Plaintiffs
17                                         Daniel Valenti and Henry Rodriguez

18

19

20

21

22

23

24

25

26

27

28

Valenti v. Dfinity USA Research LLC, et al.                    Case No. 3:21-cv-06118-JD
Notice of Appearance of Kevin Osborne
Page 1