Julie Erickson, State Bar No. 293111
julie@eko.law
Elizabeth Kramer, State Bar No. 293129
elizabeth@eko.law
Kevin Osborne, State Bar No. 261367
kevin@eko.law
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>    Defendants. | CASE NO.: 3:21-cv-06118-JD<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Linda Oxford declare:

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Erickson Kramer Osborne LLP, 44 Tehama St., San Francisco, CA 94105.

On August 7, 2023, I served a copy of the following document(s):

**NOTICE OF APPEARANCE OF KEVIN OSBORNE**

☒ by transmitting via e-mail the documents to the person(s) at the e-mail addresses set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**ATTORNEYS FOR DEFENDANTS DFNITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS**

Antony L. Ryan
Cravath, Swaine Moore LLP
825 Eighth Avenue
New York, NY 10019
Email: aryan@cravath.com
　　　　korsini@cravath.com
　　　　esiegel@cravath.com
　　　　lrosenberg@cravath.com

Michael Ethan Liftik
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Email: michaelliftik@quinnemanuel.com
　　　　sarahconcannon@quinnemanuel.com

Brenna D Nelinson
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email: brennanelinson@quinnemanuel.com

Emily Casey Warren Kapur
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Email: emilykapur@quinnemanuel.com

**VIA EMAIL**

**ATTORNEYS FOR PLAINTIFS DANIEL VALENTI and HENRY RODRIGUEZ**

Jordan Goldstein
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
Email: jgoldstein@selendygay.com
        oshine@selendygay.com
        bghafarzade@selendygay.com
        ggerber@selendygay.com

**VIA EMAIL**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 7, 2023, at San Francisco, California.

*Linda Oxford*
Linda Oxford

CERTIFICATE OF SERVICE
2