Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Jordan Goldstein
Partner
212.390.9008
jgoldstein@selendygay.com

August 7, 2023

**Via ECF**

Hon. James Donato
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:   *Valenti, et al. v. Dfinity USA Research LLC, et al.*, No. 3:21-cv-06118-JD (N.D. Cal.)**

Dear Judge Donato:

We write in response to the Court's order of May 8, 2023 in the above-referenced action (the "Action") that disqualified Lead Counsel Roche Freedman LLP and directed Lead Plaintiff Henry Rodriguez to propose alternate Lead Counsel by August 7, 2023. ECF No. 117.

Mr. Rodriguez has retained Selendy Gay Elsberg PLLC ("SGE") to represent him in this Action as lead counsel.[1] Consistent with SGE's obligations under Fed. R. Civ. P. 11, SGE is in the process of conducting a factual investigation to determine whether it will seek leave from the Court to modify any of the allegations in the Amended Complaint (ECF No. 45) and/or any of the arguments in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 65), and will be prepared to discuss this at the scheduled status conference on August 17, 2023, as well as any other matters the Court wishes to address. With the assent of plaintiffs, SGE has retained the law firm of Erickson Kramer Osborne LLP to act as local counsel.

---

[1] Named plaintiff Daniel Valenti has likewise retained SGE to represent him in the Action.

Hon. James Donato
August 7, 2023

Respectfully,

*/s/ Jordan A. Goldstein*

Jordan A. Goldstein

cc: All counsel of record (by ECF)

## ATTESTATION

I, Elizabeth Kramer hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated this 7th day of August 2023.

Elizabeth Kramer
Attorneys for Plaintiffs
Daniel Valenti and Henry Rodriguez