Oscar Shine (*pro hac vice* forthcoming)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
oshine@selendygay.com

*Attorney for Lead Plaintiff Henry Rodriguez and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No. 3:21-cv-06118-JD<br><br>**CERTIFICATION OF OSCAR SHINE PURSUANT TO LOCAL RULE 3-7(d)** |

Pursuant to Civil L.R. 3-7(d), I, Oscar Shine, declare as follows:

 Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on: August 8, 2023
       New York, NY

                By: _/s /Oscar Shine_
                   Oscar Shine

22

23
24
25
26
27
28