United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4  DANIEL VALENTI, Individually and On
   Behalf of All Others Similarly Situated,          Case No. 3:21-cv-06118-JD
5                    Plaintiff(s),
6              v.                                     **APPLICATION FOR ADMISSION OF
                                                      ATTORNEY PRO HAC VICE**
7  DFINITY USA RESEARCH LLC,DFINITY                   (CIVIL LOCAL RULE 11-3)
   FOUNDATION and DOMINIC WILLIAMS,
8                    Defendant(s).
9

10      I, Jordan Goldstein_____, an active member in good standing of the bar of

11  New York_____, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: Plaintiffs Daniel Valenti and Henry Rodriguez in the

13  above-entitled action. My local co-counsel in this case is Elizabeth Kramer_____, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California. Local co-counsel's bar number is: 293129_____.

16  1290 Avenue of the Americas, New York, NY 10104      44 Tehama St. San Francisco, CA 94105
17  MY ADDRESS OF RECORD                                 LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18  (212) 390-9008                                       (415) 635-0631
    MY TELEPHONE # OF RECORD                             LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  jgoldstein@selendygay.com                            elizabeth@eko.law
    MY EMAIL ADDRESS OF RECORD                           LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22      I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 4154316_____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

27  preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: ___August 8, 2023_____          /s/ Jordan Goldstein_____
                                            APPLICANT

5

6    ═══════════════════════════════════════════════════════════════════

7                        DENYING

8              ORDER G̶R̶A̶N̶T̶I̶N̶G̶ APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Jordan Goldstein_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: __8/7/2023_____

16

17   _____

18              UNITED STATES DISTRICT/M̶A̶G̶I̶S̶T̶R̶A̶T̶E̶ JUDGE

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*