Oscar Shine (*pro hac vice*)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
oshine@selendygay.com

*Attorney for Lead Plaintiff Henry Rodriguez and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No. 3:21-cv-06118-JD<br><br>**CERTIFICATION OF OSCAR SHINE PURSUANT TO LOCAL RULE 3-7(d)** |

1  Pursuant to Civil L.R. 3-7(d), I, Oscar Shine, declare as follows:

2      Exclusive of securities held through mutual funds or discretionary accounts managed by
3  professional money managers, I do not directly own or otherwise have a beneficial interest in the
4  securities that are the subject of this action.

5      I declare under penalty of perjury that the foregoing is true and correct.

6      Executed on:   August 14, 2023
                              New York, NY
7

8                                               By: */s /Oscar Shine*
                                                   Oscar Shine
9