Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION                )
                                        )  Case No: 5:17-cv-00220
                    Plaintiff(s),       )
                                        )  **APPLICATION FOR**
        v.                              )  **ADMISSION OF ATTORNEY**
                                        )  **PRO HAC VICE**
QUALCOMM INCORPORATED                   )  (CIVIL LOCAL RULE 11-3)
                                        )
                    Defendant(s).       )
                                        )

I, Timothy D. Syrett_____, an active member in good standing of the bar of
Massachusetts_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: INTEL CORPORATION_____ in the
above-entitled action. My local co-counsel in this case is Mark D. Selwyn_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 60 State Street, Boston, MA 02109 | 950 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 526-6000 | (650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| timothy.syrett@wilmerhale.com | mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 663676_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  06/13/17                                    Timothy D. Syrett
                                    _____
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Timothy D. Syrett_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: June 14, 2017                            *Lucy H. Koh*
                                    _____
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE