Julie Erickson, State Bar No. 293111
julie@eko.law
Elizabeth Kramer, State Bar No. 293129
elizabeth@eko.law
Kevin Osborne, State Bar No. 261367
kevin@eko.law
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorney for Lead Plaintiff Henry Rodriguez
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | CASE NO.: 3:21-cv-06118-JD<br><br>**CERTIFICATION OF KEVIN OSBORNE PURSUANT TO LOCAL RULE 3-7(d)** |

      I, Kevin M. Osborne, make this declaration pursuant to Civil Local Rule 3-7(d) of the United States District Court for the Northern District of California:

1. I affirm that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the action.
2. I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I will competently testify thereto.

Executed this 21st day of August 2023 at San Francisco, California.

_____
Kevin M. Osborne

Valenti v. Dfinity USA Research LLC, et al.    Case No. 3:21-cv-06118-JD
Certification of Kevin Osborne Pursuant to Local Rule 3-7(d)
Page 1