# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No. 3:21-cv-06118-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER APPOINTING SELENDY GAY ELSBERG PLLC AS LEAD COUNSEL** |

Having considered (i) Lead Plaintiff Henry Rodriguez's Request to Appoint Selendy Gay Elsberg PLLC as Lead Counsel in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B)(v), 15 U.S.C. § 78u-4(a)(3)(B)(v), and (ii) the Declaration of Jordan A. Goldstein and attached exhibits thereto in support of the request, it is hereby **ORDERED** that:

1. The request is **GRANTED**.
2. The Court appoints the law firm Selendy Gay Elsberg PLLC as Lead Counsel in this action.
3. Lead Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall:
   a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Lead Plaintiff and the proposed class on all matters arising during pretrial proceedings;
   b. Coordinate the conduct of discovery on behalf of Lead Plaintiff and the proposed class consistent with the requirements of Rule 26 of the Federal Rule of Civil Procedure, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;
   c. Conduct settlement negotiations on behalf of Lead Plaintiff and the proposed class;

     d.  Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

     e.  Prepare the case for and conduct trial; and

     f.  Perform such other duties as may be incidental to the proper coordination of pretrial and trial activities or authorized by future order of the Court.

4. All class actions raising similar claims subsequently filed in or transferred to the United States District Court for the Northern District of California shall be consolidated into this action, and this Order shall apply to every such action, absent any further order of the Court.

Dated: _____, 2023

                                      Honorable James Donato
                                      United States District Judge