Jordan A. Goldstein (*pro hac vice*)
Oscar Shine (*pro hac vice*)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
jgoldstein@selendygay.com
oshine@selendygay.com

Elizabeth Kramer (SBN 293129)
Kevin Osborne (SBN 261367)
ERICKSON KRAMER OSBORNE LLP
44 Tehama St.
San Francisco, CA 94105
Tel: 415-635-0631
elizabeth@eko.law
kevin@eko.law

*Attorneys for Lead Plaintiff Henry Rodriguez and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION, and DOMINIC WILLIAMS,<br><br>Defendants. | Case No. 3:21-cv-06118-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF JORDAN A. GOLDSTEIN IN SUPPORT OF REQUEST TO APPOINT SELENDY GAY ELSBERG PLLC AS LEAD COUNSEL** |

I, Jordan A. Goldstein, declare as follows:

1. I am a partner at Selendy Gay Elsberg PLLC ("SGE"), am admitted to the bars of the States of New York and Florida, and am in good standing in each. I have been admitted to appear *pro hac vice* in the above-captioned action.

2. I make this declaration in support of the Request to Appoint Selendy Gay Elsberg PLLC as Lead Counsel.

3. Attached as Exhibit A is a true and correct copy of Selendy Gay Elsberg PLLC's firm resume and relevant attorney profiles.

4. Attached as Exhibit B is a true and correct copy of a letter submitted by SGE to the U.S. District Court for the Southern District of New York in *In re Tether and Bitfinex Crypto Asset Litigation,* No. 1:19-cv-09236-KPF (S.D.N.Y.), and docketed at No. 234.

5. Attached as Exhibit C is a true and correct copy of a letter submitted by SGE to the U.S. District Court for the Southern District of New York in *Messieh v. HDR Global Trading Ltd.*, 20-cv-3232 (S.D.N.Y.), and docketed at No. 107.

6. Attached as Exhibit D is a true and correct copy of a letter submitted by SGE to the U.S. District Court for the Southern District of New York in *Clifford v. Tron Foundation*, No. 20-cv-02804 (S.D.N.Y.), and docketed at No. 93.

7. Attached as Exhibit E are true and correct copies of two letters from Kevin Orsini, counsel for Defendants, to Jordan Goldstein, counsel for Plaintiffs, dated August 14, 2023 in connection with the above-captioned action.

8. Attached as Exhibit F is a true and correct copy of a letter from Jordan Goldstein, counsel for Plaintiffs, to Kevin Orsini, counsel for Defendants, dated August 25, 2023 in connection with the above-captioned action.

9. Prior to the filing of this action, and prior to SGE becoming aware on August 28, 2022 of Kyle Roche's statements that led to his termination as counsel in this action, SGE acted as co-counsel with Roche Freedman LLP in several crypto-related class actions in the Southern District of New York pursuant to a Joint Prosecution Agreement (as amended).

10. SGE is not co-counsel with Kyle Roche; Roche Freedman LLP; Freedman Normand Friedland LLP; nor any of their current or former partners in any matter.

11. SGE has had no dealings with Mr. Roche since September 2022 (*i.e.*, immediately after the video recordings of Mr. Roche came to light), and SGE's only dealings with Roche Freedman LLP and Freedman Normand Friedland LLP have been in connection, respectively, with seeking their withdrawal from prior matters and seeking the client files in this action after SGE was retained by Plaintiffs Henry Rodriguez and Daniel Valenti.

12. SGE has continued to request the full client files, including evidentiary support for the allegations in the Amended Complaint. To date, SGE has received support for some, but not all, of the allegations in the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct based upon my own personal knowledge, including discussions with others at SGE.

Executed on:  August 25, 2023
              New York, NY

By: _____
    Jordan A. Goldstein