# Exhibit A

\selendy
gay
elsberg

# Table of Contents

A Premier Litigation Firm _____1

Class Actions _____2

Securities & Structured Finance_____4

Complex Commercial Disputes _____6

Our Team _____8



# A Premier Litigation Firm

Our partners have earned industry-leading reputations by winning high stakes matters in nearly every type of complex commercial litigation, arbitration, and investigation and across an array of practice areas, including: antitrust, appellate, arbitration, bankruptcy & insolvency, class actions, complex commercial disputes, consumer & healthcare products, corporate governance & shareholder rights, cryptocurrency, environmental, executive crisis management & employment, insurance, intellectual property, personal representations, private equity & hedge funds, securities & structured finance, and corporate defense and investigations.

## Unparalleled Victories as Plaintiffs and Defendants

Our victories in litigation are unparalleled and unprecedented, and because our case load is evenly split between plaintiff and defense work, we know how to deploy winning strategies on both sides of the "v" and anticipate our opponents' moves. As plaintiffs, we have obtained over $46 billion in recoveries, including several of the largest residential mortgage-backed securities (RMBS) recoveries in U.S. history, and we have pioneered claims, and even practice areas, that held institutional giants accountable. As defendants, we have obtained major dismissals of complex cases in federal and state courts across the country, won bet-the-company cases that threatened the existence of our clients' businesses and business models, vindicated individuals in aggressive white-collar prosecutions, and successfully counseled clients in fast-moving investigations.

Selendy Gay Elsberg's approach to litigating is always state-of-the-art, backed by extraordinary levels of analytical due diligence and a focus on trial-readiness that has been proven to yield optimal outcomes. We seek to establish an immediate advantage for our clients by narrowing the issues for trial, including through innovative approaches to discovery (such as through the use of statistical sampling in cases involving voluminous evidence) and targeted motions for partial summary judgment that can dismantle our opponent's best defenses before trial even begins.

Selendy Gay Elsberg has represented clients in litigation, investigations and appeals brought by the SEC, the DOJ, the Commodities Futures Trading Commission (CFTC), the U.S. Department of the Treasury and its Office of Foreign Assets Control (OFAC), the IRS, the Financial Industry Regulatory Authority (FINRA), and a number of state Attorneys General. We also work in tandem with the DOJ, the U.S. Attorney's Offices in New York, the New York State Attorney General's Office, and the Manhattan District Attorney's Office, among other prosecutors and agencies.

## The "Social Impact Leader"

From our inception, we have put public interest and pro bono work at the heart of our values, believing resolutely that we could be both high-achieving, leave-it-all-on-the-floor commercial litigators and fierce advocates on the issues that shape our society. We've fought to protect rent stabilization in New York, advocated in support of a national right to an adequate education, worked to help residential solar customers get fair payments for power they export to the grid, defended a ban on the insidious practice known as "gay conversion therapy," fought for the bedrock principle that no person - not even the President - is above the law, and many other important issues. In June 2023, Chambers named one of our founding partners, Jennifer Selendy, the "Pro Bono Lawyer of the Year." In June 2022, Chambers recognized Selendy Gay Elsberg as its "Outstanding Firm for Pro Bono." Our attorneys average 145 pro bono hours a year, compared to the industry average of 55.

We also constantly strive to ensure that people of all backgrounds feel a sense of belonging to the community we are creating together. In just five years, we have achieved a level of diversity among our attorneys that few firms can match. In the last major study of law firm partnerships, women comprised only 19% of BigLaw equity partners, as compared with nearly 50% at Selendy Gay Elsberg – and, notably, women and men share nearly equal parts of the firm's equity. Additionally, in BigLaw firms, only 2.9% of attorneys identify as LGBTQ, as compared with more than 20% at Selendy Gay Elsberg.



1

# Class Actions

In cases with billions of dollars on the line, Selendy Gay Elsberg's partners have achieved results for plaintiffs and defendants at every phase of the national class action process, in matters including antitrust, consumer disputes, insurance, intellectual property, privacy and data breaches, RICO, and securities fraud.

We have served as national trial and coordinating counsel for large companies facing serial class action litigation, whether filed in selected "hot" venues or as multi-district litigation (MDL). Our successes include leveraging our relationships with the plaintiffs' bar to obtain stays of discovery or early dismissals; victories for plaintiffs and defendants at the class certification, Daubert, and summary judgment stages; prevailing at trial in liability and damages phases; and obtaining high-value settlements.

We frequently work in parallel with regulatory action, government investigations, or criminal prosecutions to effectuate truly comprehensive, cost-effective, and press-savvy resolutions. We also routinely litigate on behalf of opt-out plaintiffs, for whom an individual suit may offer a higher recovery than remaining in a class action.

**Our partners' representative engagements include:**

- A **proposed class of cryptocurrency investors** alleging that the controllers of the cryptocurrency exchange Bitfinex falsely represented that their purportedly "stable" cryptocurrency Tether was backed by U.S. Dollars in order to control the price of Bitcoin and other cryptocurrencies in an elaborate market-manipulation scheme that cost investors hundreds of billions of dollars.

- **Crypto-asset investors**, in multiple class actions against several of the world's major crypto-asset exchanges and digital token issuers who allegedly offered and sold billions of dollars of unregistered digital tokens and other financial instruments to investors in violation of federal and state securities laws.

- **Crypo-asset investors**, alleging that Jump Trading LLC engaged in a scheme to manipulate the market price of the crypto-assets UST and aUST in violation of the Commodity Exchange Act.

- **Represented mutual fund shareholders** who purchased, sold, or liquidated mutual fund shares managed by Allianz Global Investors U.S. LLC's Structured Property Groups from January 1, 2015 to December 31, 2020, securing a $145 million settlement. The suit alleged that, instead of managing the Mutual Funds as represented, AllianzGI prioritized returns over risk management in ways that were fundamentally inconsistent with AllianzGI's representations concerning the Mutual Funds Principal Investment Strategies.

- **The Coca-Cola Company**, defending multiple class action lawsuits, including in MDL proceedings, concerning alleged misleading advertising of its Vitaminwater beverages, obtaining a favorable negotiated resolution with no damages.

- A **major telecommunications company** in a class action alleging personal injuries from ground contamination from perclorethylene, trichlorehylene, and uranium 238 on a site purchased from a global lighting supplier and producer.

- **A life sciences company** in five bellwether jury trials in state and federal court in a MDL and coordinated state products liability action, all resulting in either defense verdicts or overturned plaintiffs' verdicts.

- **AOL**, a web portal and online service provider, defending two separate putative class action lawsuits seeking statutory damages in excess of $650 million under the Electronic Communications Privacy Act relating to a data breach that was referred to at the time as the "Exxon Valdez" of data breaches.

- **Lincoln National Life Insurance Company**, obtaining dismissal of two putative class action lawsuits claiming damages in the hundreds of millions of dollars arising from the company's use of retained asset accounts to pay death benefits.



- Public service workers, members of the **American Federation of Teachers** union, in a settlement of a nationwide class action lawsuit with Navient, one of the nation's largest student loan servicers, challenging Navient's practices with respect to advising federal student loan borrowers on Public Service Loan Forgiveness (PSLF). We secured approval of a novel class settlement under which Navient agreed, among other things, to forgive the loans of all named plaintiffs, enhance its service to public service workers (teachers, nurses, Legal Aid workers, firemen and policemen, for example), and contribute millions to a nonprofit organization that provides education and student loan counseling to public service workers.

- **American Federation of Teachers** and other investors, against most major money center banks (including Goldman Sachs, Merrill Lynch, Barclays, Citigroup, and others) in litigation arising from their dealings in the $13 trillion U.S. Treasuries market and alleging violations of the Sherman Act based on collusion.



3

# Securities & Structured Finance

We have litigated to verdict or settlement many of the highest-stakes cases in the history of the field, establishing key precedents in securities law and winning landmark victories that include recoveries in excess of 100% of principal and market losses. Our recoveries for our clients total over $35 billion. On the defense side, we frequently succeed in having claims dismissed early or in negotiating favorable resolutions for clients.

Our mastery in structured finance and related insurance matters includes mortgage-backed obligations, synthetic and asset-backed collateralized debt obligations, credit-default swaps, credit-linked notes, financial guaranty insurance, reinsurance, and other complex financial structures.

> **"They're outstanding. Very hard-working, focused, and knowledgeable about the law, with an instinctively solid grasp of the case." - Chambers & Partners**

Selendy Gay Elsberg's partners also have a track record of working closely with private equity and hedge funds, not only to overcome the recurring litigation risks that funds face across industry sectors, but also to capitalize on opportunities where litigation drives an investment's value. This expertise, combined with our proven trial skills, have resulted in successes in a broad array of matters involving insider trading, market timing, distressed investments, adversary proceedings in bankruptcy, claims of breach of fiduciary duty and self-dealing, PIPEs investing, and disputes of many types with the nation's largest banks and broker dealers, among others. We have also leveraged our experience and familiarity with major regulators in successfully representing investment funds, or executives of such funds, in proceedings conducted by the DOJ and the SEC.

**Our partners' representative engagements include:**

- **Represented mutual fund shareholders** who purchased, sold, or liquidated mutual fund shares managed by Allianz Global Investors U.S. LLC's Structured Property Groups from January 1, 2015 to December 31, 2020, securing a $145 million settlement. The suit alleged that, instead of managing the Mutual Funds as represented, AllianzGI prioritized returns over risk management in ways that were fundamentally inconsistent with AllianzGI's representations concerning the Mutual Funds Principal Investment Strategies.

- **Crypto-asset investors**, in multiple class actions against several of the world's major crypto-asset exchanges and digital token issuers who allegedly offered and sold billions of dollars of unregistered digital tokens and other financial instruments to investors in violation of federal and state securities laws.

- **Crypo-asset investors**, alleging that Jump Trading LLC engaged in a scheme to manipulate the market price of the crypto-assets UST and aUST in violation of the Commodity Exchange Act.

- **A proposed class of cryptocurrency investors** alleging that the controllers of the cryptocurrency exchange Bitfinex falsely represented that their purportedly "stable" cryptocurrency Tether was backed by U.S. Dollars in order to control the price of Bitcoin and other cryptocurrencies in an elaborate market-manipulation scheme that cost investors hundreds of billions of dollars.

- **A prominent DeFi crypto-issuer** in a dispute arising out of their launch of a crypto-asset involving tens of millions of dollars of potential liability. We navigated pre-litigation settlement discussions with the potential counterparty and obtained a settlement for less than 5% of the claimed value.

- **The former CEO of a publicly traded company** in an investigation by the SEC into the company's development and marketing of a crypto-payment solution in the unattended micropayment market. We prepared the client for the interview with the SEC, including on the technical accuracy of the company's description of its product, and ultimately secured a letter from the SEC indicating that it did not intend to pursue an enforcement action.



4

- **Federal Housing Finance Agency** in a one-month securities fraud trial in the Southern District of New York, in which plaintiff asserted claims under the 1933 Securities Act and the Blue Sky statutes of D.C. and Virginia based on statements made by Nomura and RBS in offering materials for residential mortgage-backed securities. After the presentation of over 40 witnesses including a dozen experts, FHFA won on all of its claims, obtaining over $800 million for U.S. taxpayers from Nomura and RBS. The judgment was unanimously affirmed by the Second Circuit.

- **Federal Housing Finance Agency**, for over seven years in the Southern District of New York and District of Connecticut, as lead counsel across FHFA's entire platform of RMBS litigation, obtaining $25 billion in recoveries for U.S. taxpayers in residential mortgage-backed securities suits against Bank of America, Barclays, Citigroup, Credit Suisse, Countrywide, Deutsche Bank, First Horizon, Goldman Sachs, HSBC, JPMorgan, Merrill Lynch, RBS, and UBS.

- **Cerberus Capital Management**, a leading private equity firm, as plaintiff in a breach of contract action against the Canadian Imperial Bank of Commerce, one of Canada's largest banks. In 2018, the First Department agreed with Cerberus' interpretation of the agreements and held that CIBC's contrary interpretation was "unmoored" from the contracts. After a damages hearing and related decision that rejected nearly all of CIBC's damages arguments, the New York Supreme Court – on February 6, 2023 – entered judgment for Cerberus for $855 million.

- **MBIA**, a monoline insurer, against Bank of America, Countrywide, and related entities in litigation in New York state court arising out of securitization insurance. We obtained a series of rulings including at summary judgment that set the basic framework for RMBS litigation nationwide, ultimately allowing MBIA to survive as a going concern and to achieve a multi-billion dollar settlement including the commutation of $7.4 billion in swaps.

- **Altaba (formerly Yahoo Inc.)**, in defense of claims by BNY Mellon Trust in Delaware Chancery Court alleging that our client owed $300 million under a convertible note agreement after the sale of Yahoo's operating business to Verizon. We succeeded in having the case dismissed with prejudice at the pleading stage.

- **CIFG**, a family of financial guaranty companies, against Bear Stearns in a suit seeking to hold Bear Stearns (and JPMorgan, as its successor) accountable for both the RMBS and collateralized debt obligations it created and sold, contributing to the housing and global financial crisis of 2008.

- **Computershare**, as separate securities administrator of Natixis Real Estate Capital Trust 2007-HE2 Trust, in a putback action against Natixis Real Estate Capital Inc. This case represents the largest exposure for Natixis resulting from the mortgage crisis; the trust's losses total over $500 million. The case has also made new law; in a matter of first impression, we obtained a ruling from New York's Appellate Division, First Department that a non-trustee could assert claims on behalf of a trust against Natixis as the trust sponsor.

- **AIG**, in Article 77 proceedings initiated by RMBS trustees over the distribution methodology in a $8.5 billion settlement with Bank of America and a $4.5 billion settlement with JPMorgan.

- **Kingate**, a hedge fund, in the defense of claims brought by Deutsche Bank Securities Inc. relating to DBSI's alleged purchase of more than $1.6 billion of Kingate claims against the Madoff estate.



# Complex Commercial Disputes

Selendy Gay Elsberg's complex commercial litigation practice, which includes significant contractual disputes, is the backbone of the firm. We blend our business savvy with our formidable courtroom skills to represent parties on all sides in litigations and arbitrations across the country. Our partners have defended bet-the-company matters threatening the existence of our clients' businesses and pursued massive plaintiff-side judgments to protect our clients' interests. We achieve superior results by first obtaining a firm grounding in our clients' businesses, then using our legal and technical prowess to operate steps ahead of our opponents, seeing strategic opportunities that others do not. Our goal is always to achieve our clients' ideal resolution, while considering the potential exposure, possible publicity, and the significance of the dispute.

We have achieved favorable verdicts in an array of cases, including contract, fraud, unfair competition, antitrust, RICO, class actions, manufacturing, securities and structured financial instruments, corporate governance, trade secrets, energy, consumer products, pharmaceuticals, and insolvency related disputes, extracting multiple billions of dollars in value for our clients.

**Our partners' representative engagements include:**

- Public service workers, members of the **American Federation of Teachers union**, in a settlement of a nationwide class action lawsuit with Navient, one of the nation's largest student loan servicers, challenging Navient's practices with respect to advising federal student loan borrowers on Public Service Loan Forgiveness (PSLF). We secured approval of a novel class settlement under which Navient agreed, among other things, to forgive the loans of all named plaintiffs, to enhance its practices for public service workers (teachers, nurses, Legal Aid workers, firemen and policemen, for example) and, in addition, to contribute millions to a nonprofit organization that provides education and student loan counseling to public service workers.

- **SaveOnSP, LLC** in a lawsuit brought by Johnson & Johnson Health Care Systems, Inc. for tortious interference with contract and deceptive trade practices. The first of its kind, this suit attacks the ability of commercial health plans, and companies like SaveOnSP that advise them, to set plan terms that take full advantage of drug manufacturers' copay assistance programs. The case could have a deep impact on such plans, affecting billions of dollars in assistance payments annually.

- **UMB Bank**, as Trustee for holders of Celgene contingent value rights ("CVRs"), seeking over $6 billion in damages arising from Bristol Myers' alleged failure to timely secure regulatory approval for the drugs associated with the CVR payout.

- **Kyndryl**, the world's largest IT infrastructure company, in several disputes that are subject to arbitration clauses with confidentiality provisions.

- **Excluded lenders** to pursue claims against Mitel and others relating to a recent uptiering transaction.

- **A Chinese construction company** in a multi-billion dollar lawsuit arising out of alleged construction defects and breaches of contract in connection with the construction of a Caribbean resort.

- **AOL**, a web portal and online service provider, defending two separate putative class action lawsuits seeking statutory damages in excess of $650 million under the Electronic Communications Privacy Act relating to a data breach that was referred to at the time as the "Exxon Valdez" of data breaches.

- **Christofferson Robb & Co.,** a fund manager in a dispute against Deutschebank regarding eligibility criteria for a reference obligation in a swap backing a synthetic CLO.



- An **ad hoc group of term lenders**, in New York Supreme Court, alleging defendants TriMark, its equity sponsors, and several of its other lenders violated the governing credit agreement by issuing new senior debt that effectively turned plaintiffs' first-lien debt into third-lien debt and by issuing new "super senior" debt without inviting plaintiffs to participate. Plaintiffs alleged that the credit agreement did not allow defendants to amend it without their consent or to strip them of their pro rata and priority payment rights. In August 2021, the Court rejected defendants' motions to dismiss plaintiffs' contract claims. In January 2022, the parties settled the case, with TriMark allowing the former first-lien lenders to exchange their debt for new "super senior" debt and to pay all lenders' attorneys' fees.

- **Trilantic Capital Partners**, a private equity company, in a declaratory judgment action challenging the pension fund's assertions of ERISA withdrawal liability against a private equity investor.

- **Altaba (formerly Yahoo Inc.)**, in defense of claims by BNY Mellon Trust in Delaware Chancery Court alleging that our client owed $300 million under a convertible note agreement after the sale of Yahoo's operating business to Verizon. We succeeded in having the case dismissed with prejudice at the pleading stage.

- Represented **multiple creditors** in enforcement proceedings against the Bolivarian Republic of Venezuela and PDVSA in federal courts.

- **McKinsey & Co.** in defending RICO and bankruptcy fraud claims in the Southern District of New York, the Southern District of Texas, the Eastern District of Virginia, and the District of Delaware. All but one case was dismissed.

    - **McKinsey & Co.** in a bench trial in bankruptcy court in Houston, Texas, in which Jay Alix, through Mar-Bow Value Partners, objected to the debtors' application to retain McKinsey on the basis that McKinsey's Bankruptcy Rule 2014 disclosures were noncompliant and that McKinsey was not disinterested. The case, *In re Westmoreland Coal Co., Inc.*, was dismissed after 8 days of trial testimony after McKinsey reached a comprehensive settlement regarding future bankruptcy disclosures with the U.S. Trustee.

    - **McKinsey & Company,** in the matter of SunEdison in the Southern District of New York, against claims by Jay Alix and Mar-Bow Partners. Alix asserted claims of false and misleading disclosures, and fraudulent preference. We successfully obtained a dismissal of Alix's motion to have the court examine his claims for lack of standing. The court in SunEdison also declined to appoint Alix as an examiner.

    - **McKinsey & Company,** in the matter of Alpha Natural Resources, in successfully achieving, despite a relentless campaign, a ruling in federal bankruptcy court in Richmond, VA that Jay Alix's Mar-Bow Partners does not have standing to be heard on its ongoing conflict-of-interest dispute in relation to Alpha Natural Resources, a bankruptcy coal miner. The Court also declined to appoint an examiner to investigate Alix's allegations independently. We also achieved a settlement with the Office of the United States Trustee with respect to bankruptcy disclosure disputes.

    - **McKinsey & Company,** in arguing against a motion to reopen the closed NII Holdings bankruptcy by Jay Alix's Mar-Bow Partners and defending against allegations of fraud on the court in connection with McKinsey's disclosures. We successfully achieved a ruling from the bench in the bankruptcy court for the Southern District of New York. Deeming the allegations "fantasy," the Court denied Mar-Bow's motion to reopen for lack of standing and declined to appoint Mar-Bow as investigator of its own claims.

    - **McKinsey & Company**, in the matter of Standard Register, in successfully defending against claims by Mar-Bow Partners alleging that McKinsey failed to disclose its connections, thereby committing fraud on the Court. We obtained a favorable ruling in the bankruptcy court for the District of Delaware, denying Mar-Bow's motion to reopen the matter for lack of standing, and declining to appoint an examiner to investigate Mar-Bow's claims.



# Our Team



**Jordan Goldstein**

jgoldstein@selendygay.com
1290 Ave of the Americas
New York, NY 10104
212.390.9008

Jordan Goldstein is a veteran litigator who specializes in complex financial products and commercial transactions.

Jordan holds an M.B.A. from Harvard Business School and previously worked as a deal attorney, where he structured many of the same types of transactions he now litigates. Jordan is also a former federal prosecutor and served in senior roles in the U.S. Department of Justice, including in the Office of Legal Counsel and as special counsel to the assistant attorney general of the National Security Division.

Admitted to practice in both New York and Florida, Jordan has a strong focus on litigating investor and consumer claims. He has represented clients adverse to virtually every major investment bank regarding a range of financial products, including mortgage-backed securities, collateralized debt obligations, auction-rate securities, credit default swaps, municipal bonds, and insurance policies on financial instruments. He has litigated and appeared in numerous proceedings on behalf of bondholders in which bond payout provisions are in dispute, has litigated hostile takeovers, has been appointed class action counsel in major antitrust litigation, and has defended borrowers in commercial lending transactions. Jordan has helped his clients recover over $25 billion.

Jordan is listed by Legal 500 as a recommended lawyer in their Dispute Resolution: Securities Plaintiff rankings.

**Representative Matters**

- *Federal Housing Finance Agency v. Nomura, et al.*: Served as trial counsel in a one-month trial in the Southern District of New York, in which the Federal Housing Finance Agency obtained an $800 million judgment, as well as attorneys' fees, from Nomura and RBS based on findings the investment banks had made false statements to Fannie Mae and Freddie Mac in offering materials for residential mortgage-backed securities (RMBS).

- *Other Federal Housing Finance Agency litigations*: In Southern District of New York, District of Connecticut, and Central District of California, represented the Federal Housing Finance Agency in obtaining $25 billion in recoveries from Bank of America, Barclays, Citigroup, Credit Suisse, Countrywide, Deutsche Bank, First Horizon, Goldman Sachs, HSBC, JPMorgan, Merrill Lynch, RBS, and UBS, an amount far in excess of what prosecutors and regulators had obtained.

- *Mudrick Capital Management, L.P. v. Globalstar, Inc.*: At trial in the Delaware Court of Chancery, represented plaintiff seeking defendant's books and records, including e-mails, pursuant to Section 220 of Delaware's General Corporation Law to investigate an allegedly unfair merger initiated by defendant's controlling shareholder. In an order adopting many of our factual allegations regarding the proposed merger, the defendant was ordered to produce corporate books and records, including e-mails, from the defendant's CEO., the general counsel, and the chair of the special committee that had approved the merger. One day after this ruling, the challenged merger was called off.

- *Frontline, Ltd. v. DHT Holdings, Inc.*: In parallel proceedings in New York and the Marshall Islands, represented Frontline in its attempted takeover of DHT Holdings.



Frontline sought to force DHT's board of directors, based on their Revlon and Unocal duties, to redeem a poison pill and remove other entrenchment measures that the DHT board had allegedly enacted to deter bidders.

- *Assured Guaranty Municipal Corp. v. JPMorgan Chase Bank; Syncora Guarantee Inc. v. Jefferson County, Ala.*: In New York Supreme Court, defeated motions to dismiss claims of two monoline insurers against JPMorgan and Jefferson County, Alabama in suits alleging fraud in connection with the procurement of municipal bond insurance and seeking hundreds of millions in damages for past and future claims payments.

- *Kearny Investors S.A.R.L. v. Goldman Sachs & Co.*: In the Southern District of New York, represented multiple KKR funds against Goldman Sachs and other investment banks based on alleged violations of federal and state securities laws arising from the issuance of SunEdison securities.

- *An insurance company* in tax refund litigation against the IRS/DOJ concerning billions of dollars in potential tax liability, which addressed the substance-over-form doctrine and whether the compan*y was entitled to certain foreign tax credits it had claimed in cross-border financing transactions.*

- *Article 77 Proceedings re Countrywide and JPMorgan Settlements*: In New York Supreme Court, represented investor AIG in proceedings initiated by RMBS trustees over the distribution methodology of an $8.5 billion settlement with Bank of America and a $4.5 billion settlement with JPMorgan.

- *MBIA Ins. Corp. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*: In New York Supreme Court, represented monoline insurer MBIA in obtaining a confidential settlement in multi-billion-dollar action concerning credit default swaps and financial guaranties written by Merrill Lynch on CDOs.

- *SemGroup adversary proceedings*: In Delaware Bankruptcy Court, represented the SemGroup Litigation Trust, instituted following SemGroup's bankruptcy, in obtaining confidential settlement of claims against entities and individuals who allegedly orchestrated fraudulent transfers and breaches of fiduciary duties.

- *In re Treasuries Securities Auction antitrust litigation*: In the Southern District of New York, served as co-lead class action counsel in a suit alleging violations of Sherman Antitrust Act based on collusion by Goldman Sachs, JPMorgan, Bank of America, and market participants in the $14 trillion primary and secondary markets for U.S. Treasury.

- *Represented a CEO in an employment dispute.* Obtained a seven-figure settlement without having to initiate litigation.

- *Crypto-asset investors:* Represented investors in 13 class actions in the Southern District of New York against five of the world's major crypto-asset exchanges and seven digital token issuers, which allegedly offered and sold billions of dollars of unregistered digital tokens and other financial instruments to investors in violation of federal and state law.

- *Represented mutual fund shareholders* who purchased, sold, or liquidated mutual fund shares managed by Allianz Global Investors U.S. LLC's Structured Property Groups from January 1, 2015, to December 31, 2020, securing a $145 million settlement. The suit alleged that, instead of managing the Mutual Funds as represented, AllianzGI prioritized



9

returns over risk management in ways that were fundamentally inconsistent with AllianzGI's representations concerning the Mutual Funds Principal Investment Strategies.

- *FOIA request* in pro bono matter on behalf of a political scientist at Columbia University seeking access from the U.S. Census Bureau to critical data to investigate evidence of bias in the 2020 Census. Following initiation of the litigation, the Census Bureau publicly disclosed the requested material.

Jordan earned his J.D., *magna cum laude*, from Harvard Law School and his M.B.A. with honors from Harvard Business School. He clerked for the Honorable Alex Kozinski of the U.S. Court of Appeals for the Ninth Circuit. Jordan subsequently served in the U.S. Department of Justice, first in the Office of Legal Counsel, advising on a range of sensitive criminal and civil matters, and then as Special Counsel to the Assistant Attorney General of the National Security Division, supervising and acting as trial and appellate counsel in multiple high-profile trials and proceedings.





## Oscar Shine

oshine@selendygay.com
1290 Ave of the Americas
New York, NY 10104
212.390.9034

Oscar Shine is a litigator with experience in complex commercial disputes, internal investigations, and government enforcement matters.

Oscar has represented clients in labor and employment disputes, securities class actions, and multidistrict products liability litigations. He has also represented prominent corporations in regulatory investigations before the Securities and Exchange Commission, the Commodity Futures Trading Commission, and several state attorneys general. Oscar served on Google's communications staff in the Asia-Pacific region and has worked on matters involving Chinese law.

**Representative Matters**

- *Crypto-asset investors:* Representing investors in class actions filed in the Southern District of New York against major crypto-asset exchanges and digital token issuers, based on claims of alleged violations of federal and state securities laws through the offering or sale of billions of dollars of unregistered securities. Oscar also represents a putative class of cryptocurrency investors alleging that defendants falsely represented that tether, a purported "stablecoin," was fully backed by U.S. dollars as part of a market-manipulation scheme that inflated the price of Bitcoin and other cryptocurrencies, costing investors hundreds of billions of dollars.
- *Cerberus Capital Management, L.P:* Represented a leading private equity firm, as plaintiff in a breach of contract action against the Canadian Imperial Bank of Commerce, one of Canada's largest banks. In 2018, the First Department agreed with Cerberus' interpretation of the agreements and held that CIBC's contrary interpretation was "unmoored" from the contracts. After a damages hearing and related decision that rejected nearly all of CIBC's damages arguments, the New York Supreme Court – on February 6, 2023 – entered judgment for Cerberus for $855 million.
- *Successfully represented a CEO in an employment dispute*. Obtained a seven-figure settlement without having to initiate litigation.
- *Successfully represented a startup founder in an earnout dispute.* Obtained a seven-figure settlement for the founder of a startup, without having to initiate litigation, in a dispute involving "earn out" provisions of an acquisition agreement. Later represented the founder in matters involving a noncompete agreement.

In his public interest practice, Oscar has represented indigent defendants facing criminal charges in federal court. At the height of the Covid-19 outbreak, he worked with the ACLU to assert a class action habeas petition seeking the temporary release of all medically vulnerable people incarcerated at a federal prison in New Jersey. Oscar also acted as trial counsel in the Eastern District of New York on behalf of an airline passenger alleging racial and national-origin discrimination against the airline.





**Babak Ghafarzade**

bghafarzade@selendygay.com
1290 Ave of the Americas
New York, NY 10104
212.390.9085

Babak Ghafarzade is a trial and appellate litigator who has worked on trial teams and briefed motions and appeals in federal and state courts. He was selected for the Leadership Council on Legal Diversity's 2021 Pathfinder Program and as a 2020 New York Metro "Rising Star" by Super Lawyers.

Babak has represented clients in a variety of complex commercial disputes in the areas of securities, corporate governance, contract, insurance, trade secrets, employment, bankruptcy, and constitutional law. He has helped counsel individuals, start-ups, and Fortune 500 companies on the investigation, prosecution, and defense of high-stakes disputes. He has litigated complex financial products including collateralized loan obligations (CLOs), municipal and sovereign bonds, and monoline insurance. He was a member of the trial team that won dismissal of SEC charges seeking more than $200 million in disgorgement from CLO funds and their manager.

In his broad public-interest and pro bono practice, Babak is defending New York's rent-stabilization laws on behalf of tenant-advocacy organizations that were granted intervenor status by several district courts; is prosecuting a proposed class action in federal district court on behalf of Tennessee Medicaid recipients for violations of due process and the Americans with Disabilities Act; co-authored an amicus brief to the United States Supreme Court on behalf of the Campaign Legal Center in support of partisan-balancing in political appointments; represented immigrants seeking asylum, challenging the conditions of their confinement and appealing orders of removal; and provided civil legal assistance to participants in a diversion program for young defendants in the Eastern District of New York.

Representative Matters

- *Alix v. McKinsey & Co.:* Representing McKinsey & Co., a worldwide management consulting firm, against claims by Jay Alix, founder of consulting firm AlixPartners, and Mar-Bow Partners, a company founded by Jay Alix, challenging McKinsey's Chapter 11 disclosures under Rule 2014 of the Federal Rules of Bankruptcy Procedure.
- *Rent-Stabilization Cases:* Representing tenant-advocacy groups granted permission to intervene in five federal constitutional challenges to New York's rent-stabilization laws. Won motions to dismiss in two cases, briefing appeal in one case, and awaiting decisions on pending motions to dismiss in three cases.
- *A.M.C. v. Smith:* Representing a proposed class of Tennessee Medicaid recipients seeking declaratory and injunctive relief to prevent the state from terminating healthcare coverage without constitutional and statutory due process and in violation of the Americans with Disabilities Act.
- *Blink Health v. Hippo Technologies:* Represented start-up pharmacy app company in trade-secrets dispute with former executives. Drafted complaint filed in the Southern District of New York and subsequent AAA arbitration statement of claims resulting in negotiated settlement.
- Represented attorney charged with conspiracy to commit wire and securities fraud in an eight-week jury trial in the United States District Court for the Eastern District of New York.
- *Defended four CLO funds* and their manager in a fourteen-day hearing before an SEC administrative law judge regarding allegations of fraud, collection of unearned fees, and breach of fiduciary obligations.



Babak earned his J.D., *magna cum laude*, from the New York University School of Law, where he was awarded Order of the Coif and the Howard Greenberger Award for Outstanding Achievement in the Area of Comparative Law and served as a Senior Editor of the NYU Journal of International Law and Politics. He served as a law clerk to the Honorable LaShann DeArcy Hall of the United States District Court for the Eastern District of New York.

Before law school, Babak taught math in Philadelphia public schools through the Teach For America program and later trained teachers in Mumbai as part of Teach For India.



13



**Garrett Gerber**

ggerber@selendygay.com
1290 Ave of the Americas
New York, NY 10104
212.390.9344

Garrett Gerber earned his J.D., *magna cum laude*, from Cornell Law School, where he was a publishing editor of the *Cornell Law Review*.

Garrett served as a law clerk to the Honorable Michael A. Chagares of the U.S. Court of Appeals for the Third Circuit and to the Honorable P. Kevin Castel of the U.S. District Court for the Southern District of New York.







**SELENDY GAY ELSBERG PLLC**
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
212.390.9000

WWW.SELENDYGAY.COM