# Exhibit C



September 6, 2022

<u>Via ECF</u>

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     ***Messieh and Lee v. HDR Global Trading Limited, et al.*, No. 20-cv-3232 (ALC)**

Dear Judge Carter:

Selendy Gay Elsberg PLLC ("<u>Selendy Gay Elsberg</u>") writes in response to the motion of Kyle Roche to withdraw as counsel in this action, ECF No. 105, and Defendants' response requesting that the Court remove Roche Freedman LLP ("<u>Roche Freedman</u>") as interim co-lead counsel, ECF No. 106. Lead Plaintiff Drew Lee and Selendy Gay Elsberg both believe that Roche Freedman's continued involvement in the litigation is not in the best interests of the class.[1] Accordingly, on behalf of Lead Plaintiff Drew Lee and the class, we respectfully request that the Court terminate Roche Freedman's status as interim co-lead counsel. Selendy Gay Elsberg is ready and willing to continue representing the class as interim lead counsel.

Selendy Gay Elsberg first became aware of video recordings of Kyle Roche, a founding and name partner of Roche Freedman, when those recordings were published online on August 26.[2] In the recordings, Mr. Roche makes statements regarding the blockchain industry and his approach to class action litigation. On August 31, 2022, Mr. Roche (though not Roche Freedman) filed a motion to withdraw as counsel. ECF No. 106. On September 2, Defendants submitted a letter asking the Court to terminate Roche Freedman as counsel for the class. ECF No. 106.

Given the content of the recordings—and the fact that Mr. Roche, in an August 29, 2022 public response, did not deny the recordings' authenticity[3]—Selendy Gay Elsberg has asked Roche Freedman to withdraw as counsel to protect the interests of the class. Roche Freedman has refused to withdraw.

---

[1] Selendy Gay Elsberg has provided Lead Plaintiff Messieh with a copy of this letter. As of the filing of this letter with the Court, Mr. Messieh has not indicated his position on it.

[2] *See Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman*, Crypto Leaks (Aug. 26, 2022), *available at* https://cryptoleaks.info/case-no-3.

[3] https://medium.com/@kyleroche/my-response-b691563c255b.

Selendy Gay Elsberg is not able to evaluate the credibility of Mr. Roche's statements concerning Ava Labs, AVAX tokens, or Mr. Roche's position at his firm or his financial interest in this litigation. However, Roche Freedman's continued involvement as counsel in the case is contrary to the best interests of the class. Roche Freedman's continued representation of the class would likely spawn significant discovery and motion practice as to the veracity and/or import of the allegations. These issues are likely to unnecessarily distract from the merits of this dispute, and can be avoided by the removal of Roche Freedman as class counsel. Lead Plaintiff Drew Lee joins in this request that Roche Freedman be removed as class counsel. *See* Exhibit A (Declaration of Drew Lee).

Selendy Gay Elsberg is experienced and capable of serving as interim class counsel, with expertise in litigation concerning digital assets. For example, Selendy Gay Elsberg has been appointed as co-lead counsel in numerous class actions in this District where the plaintiffs' allegations involve the technical details of dozens of different crypto-assets.

To protect the interests of the putative class, we respectfully request that the Court terminate Roche Freedman's appointment as interim co-lead counsel.

Respectfully submitted,

*s/ Jordan A. Goldstein*
Jordan A. Goldstein
Oscar Shine
SELENDY GAY ELSBERG PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
jgoldstein@selendygay.com

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*