# Exhibit D

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



**Jordan Goldstein**
Partner
212.390.9008
jgoldstein@selendygay.com

September 20, 2022

<u>**Via ECF**</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Hardin, et al. v. Tron Foundation, et al.*, No. 1:20-cv-02804-VSB

Dear Judge Broderick:

Selendy Gay Elsberg PLLC ("Selendy Gay Elsberg") writes in response to the motion of Kyle Roche to withdraw as counsel in this action, ECF No. 88, Defendants' response requesting that the Court remove Roche Freedman LLP ("Roche Freedman") as co-lead counsel, ECF No. 89, and Roche Freedman's response, ECF No. 92. Having given due consideration to the important issues involved, Selendy Gay Elsberg believes that Roche Freedman's continued involvement in the litigation is not in the best interests of the class. Accordingly, on behalf of the class, we respectfully request that the Court terminate Roche Freedman's status as co-lead counsel. Selendy Gay Elsberg is ready and willing to continue representing the class as lead counsel.

Selendy Gay Elsberg first became aware of video recordings of Kyle Roche, a founding and name partner of Roche Freedman, when those recordings were published online on August 26.[1] In the recordings, Mr. Roche makes statements regarding the blockchain industry and his approach to class action litigation. Given the content of the recordings—and the fact that Mr. Roche, in an August 29, 2022 public response, did not deny the recordings' authenticity[2]— Selendy Gay Elsberg immediately asked Roche Freedman to withdraw as counsel to protect the interests of the class. Unfortunately, Roche Freedman has refused to withdraw.

Selendy Gay Elsberg is not able to evaluate the credibility of Mr. Roche's statements concerning Ava Labs, AVAX tokens, or Mr. Roche's position at his firm or his financial interest in this litigation. However, Roche Freedman's continued involvement as counsel in the case is contrary to the best interests of the class. Roche Freedman's continued representation of the class

---

[1] *See Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman*, Crypto Leaks (Aug. 26, 2022), *available at* https://cryptoleaks.info/case-no-3.

[2] *See* https://medium.com/@kyleroche/my-response-b691563c255b.

would likely spawn significant discovery and motion practice as to the veracity and/or import of the allegations. These issues are likely to unnecessarily distract from the merits of this dispute and can be avoided, or at least significantly mitigated, by the removal of Roche Freedman as class counsel.

Selendy Gay Elsberg is experienced and capable of serving as lead class counsel, with expertise in litigation concerning digital assets. For example, Selendy Gay Elsberg has been appointed as co-lead counsel in numerous class actions in this District where the plaintiffs' allegations involve the technical details of dozens of different crypto-assets.

To protect the interests of the proposed class, we respectfully request that the Court terminate Roche Freedman's appointment as co-lead counsel.[3]

Respectfully submitted,

*s/ Jordan A. Goldstein*
Jordan A. Goldstein
Oscar Shine
SELENDY GAY ELSBERG PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
jgoldstein@selendygay.com

*Attorneys for Plaintiffs and the Proposed Class*

---

[3] We note that neither lead plaintiff has stated that he is unwilling to continue serving as lead plaintiff in the event that Roche Freedman is terminated as co-lead counsel.