QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Liftik (CA Bar No. 232430)
Sarah Heaton Concannon (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
michaelliftik@quinnemanuel.com
sarahconcannon@quinnemanuel.com

CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
lrosenberg@cravath.com

*Counsel for Defendants Dfinity USA Research LLC,
Dfinity Foundation, and Dominic Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**DECLARATION OF MICHAEL E. LIFTIK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Michael E. Liftik, declare:

1. I am an attorney licensed to practice before this Court and all of the courts of the State of California. I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams in the above-captioned matter. I am one of the attorneys responsible for the representation of Defendants in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of a post titled, "The Community-Led Governance of the Internet Computer," dated June 11, 2021, and published on Medium at https://medium.com/dfinity/the-community-led-governance-of-the-internet-computer-b863cd2975ba (last accessed March 29, 2024), referenced in Plaintiffs' Second Amended Complaint (ECF No. 139) at ¶¶ 64, 133(f)-(g), 148(c) & Ex. A.

3. Attached hereto as Exhibit B is a true and correct copy of a post titled, "How to Access 'Seed' and 'Airdrop' ICP Tokens and Participate in the Internet Computer Network," dated May 10, 2021, and published on Medium at https://medium.com/dfinity/how-to-access-seed-and-airdrop-icp-tokens-and-participate-in-the-internet-computer-network-e6cd663a0c3c (last accessed March 29, 2024), referenced in Plaintiffs' Second Amended Complaint at ¶¶ 53, 133(a) & Ex. A.

Executed on this 29th day of March, 2024.

/s/   *Michael E. Liftik*
Michael E. Liftik (CA Bar No. 232430)