**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VALENTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DFINITY USA RESEARCH LLC, DFINITY FOUNDATION and DOMINIC WILLIAMS,<br><br>Defendants. | Case No.: 3:21-cv-06118-JD<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

On March 29, 2024, Defendants Dfinity USA Research, LLC, Dfinity Foundation, and Dominic Williams filed a Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 139) in the above-captioned matter. The Court, having reviewed and considered Defendants' Motion to Dismiss, all papers filed in connection therewith, and the argument of the parties, hereby GRANTS Defendants' Motion in its entirety. IT IS HEREBY ORDERED that Plaintiffs' Second Amended Complaint is dismissed with prejudice.

**SO ORDERED.**

Dated: _____

                                               Hon. James Donato
                                               United States District Judge