Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
*jmilici@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (*pro hac vice*)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone:  (202) 739-3000
Facsimile:  (202) 739 3001

MORGAN, LEWIS & BOCKIUS LLP
Donn P. Pickett (SBN 72257)
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10022-4689
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Plaintiff FEDERAL TRADE COMMISSION ("FTC") and Defendant QUALCOMM INCORPORATED ("Qualcomm") through their counsel of record, stipulate as follows and submit the accompanying Proposed Order in accord:

WHEREAS, at the Initial Case Management Conference on April 19, 2017, and in its Case Management Order of the same date, the Court scheduled a further case management conference for July 19, 2017 at 2:00 p.m. (ECF No. No. 75);

WHEREAS, as described in greater detail in a Joint Case Management Statement being filed concurrently herewith, the parties are currently reviewing document productions that have been made, meeting and conferring with each other on certain discovery matters, and meeting and conferring with third parties on which subpoenas have been served;

WHEREAS, the parties have met and conferred and agree that there are no material issues that need to be presented to the Court at the present time, and that a continuance of the scheduled further case management conference for approximately six weeks would be appropriate as, by that time, the discovery process will have progressed such that the parties will be able to more comprehensively apprise the Court of issues that may have arisen and remain unresolved at that time;

WHEREAS, the parties are making this request in good faith and not for purposes of delay, and the parties agree that no prejudice will result if the Court enters an Order on this Stipulation; and

WHEREAS, the parties do not anticipate that the requested continuance will affect any other scheduled date in this matter;

THEREFORE, the parties jointly stipulate and request that the Court continue the July 19, 2017 case management conference to September 6, 2017, or as soon thereafter as the Court's calendar permits.

IT IS SO STIPULATED.

1    Dated:  July 12, 2017

2                                                Respectfully submitted,

3                                                FEDERAL TRADE COMMISSION,

4
                                                    _/s/ Jennifer Milici_____
5                                                Jennifer Milici
                                                 J. Alexander Ansaldo
6                                                Joseph R. Baker
                                                 Wesley G. Carson
7                                                Elizabeth A. Gillen
                                                 Federal Trade Commission
8                                                600 Pennsylvania Avenue, N.W.
                                                 Washington, D.C. 20580
9                                                (202) 326-2912; (202) 326-3496 (fax)
                                                 jmilici@ftc.gov
10

11                                               *Attorneys for Federal Trade Commission*

12

13
                                                 CRAVATH, SWAINE & MOORE LLP,
14

15                                                  ___/s/ Gary A. Bornstein_____
16                                                        Gary A. Bornstein
                                                          Yonatan Even
17
                                                 Worldwide Plaza
18                                                  825 Eighth Avenue
                                                      New York, NY 10019
19                                                      Tel: (212) 474-1000
                                                          Fax: (212) 474-3700
20                                                           gbornstein@cravath.com
                                                             yeven@cravath.com
21

22                                               Richard S. Taffet
                                                 MORGAN, LEWIS & BOCKIUS LLP
23                                                  101 Park Avenue
                                                      New York, NY 10178-0060
24                                                      Tel: (212) 309-6000
                                                          Fax: (212) 309-6001
25                                                           richard.taffet@morganlewis.com
26

27                                               Willard K. Tom
                                                 MORGAN, LEWIS & BOCKIUS LLP
28                                                  1111 Pennsylvania Ave. NW
                                                      Washington, DC 20004-2541

1

Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

2

3

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

4

5

6

7

8

*Attorneys for Qualcomm Incorporated*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING, the Court hereby continues the Further Case Management Conference in this matter to _____ at _____ ___.m.

It is SO ORDERED.

Dated: _____, 2017    Hon. Lucy H. Koh
United States District Court Judge

1

**FILER'S ATTESTATION**

2

I, Jennifer Milici, am the ECF user whose identification and password are being used to

3

file this Joint Case Management Conference Statement.  In compliance with Civil Local Rule 5-

4

1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

5

6

_/s/ Jennifer Milici_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:17-cv-00220-LHK