UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTI, et al.,<br>    Plaintiffs,<br>v.<br>DFINITY USA RESEARCH LLC, et al.,<br>    Defendants. | Case No. 21-cv-06118-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58 and plaintiffs' election not to file an amended complaint, Dkt. No. 152, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: April 9, 2025

_____
JAMES DONATO
United States District Judge